NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:23-cr-00257-TSC

DONALD J. TRUMP
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

/s/ John F. Lauro
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

John F. Lauro, 392830
*(Attorney & Bar ID Number)*

Lauro & Singer
*(Firm Name)*

400 N Tampa Street, 15th Floor
*(Street Address)*

Tampa, FL 33602
*(City)     (State)     (Zip)*

813.222.8990
*(Telephone Number)*