AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-cr-00257 |
| Donald J. Trump | ) Assigned To : Chutkan, Tanya S. |
| | ) Assign. Date : 8/1/2023 |
| Defendant | ) Description: INDICTMENT (B) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

Place: US District Court for the District of Columbia
333 Constitution Avenue, N.W.,
Washington, DC 20001

Courtroom No.: 22A

Date and Time: 08/03/2023 4:00 pm

This offense is briefly described as follows:
18 U.S.C. § 371 - Conspiracy to Defraud the United States
18 U.S.C. § 1512(k) - Conspiracy to Obstruct an Official Proceeding
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of or Attempt to Obstruct an Official Proceeding
18 U.S.C. § 241 - Conspiracy Against Rights

Date: 08/01/2023

Moxila A. Upadhyaya
2023.08.01 17:13:44
-04'00'

*Issuing officer's signature*

Honorable Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

I declare under penalty of perjury that I have:
☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 8/3/23

*Server's signature*

PETER MARKETOS, U.S. MARSHAL (A
*Printed name and title*