IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| | : |
| DONALD J. TRUMP, | : |
| Defendant. | : |

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Filzah I. Pavalon, Esq. respectfully moves to appear *pro hac vice* and participate as counsel for President Donald J. Trump in this matter.

This motion is supported by Ms. Pavalon's declaration and Florida certificate of good standing. As set forth in the declaration, Ms. Pavalon is an active member in good standing of the bars of Florida; Illinois; and the United States District Court for the Northern, Middle, and Southern Districts of Florida and for the Northern District of Illinois.

This motion is also supported by John F. Lauro, Esq., an active member of the Bar of this Court. As Ms. Pavalon's sponsor, Mr. Lauro's signature is below.

WHEREFORE, Ms. Pavalon respectfully requests that the Court grant this motion and allow her to appear *pro hac vice* and participate as counsel in this matter.

*[SIGNATURE PAGE FOLLOWS]*

<div style="display: flex; justify-content: space-between;">

Dated: August 4, 2023

Todd Blanche, Esq. *(PHV Pending)*
toddblanche@blanchelaw.com
BLANCHE LAW
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250

Respectfully submitted,

*/s/ Filzah I. Pavalon*
Filzah I. Pavalon, Esq.
fpavalon@laurosinger.com

*/s/ John F. Lauro*
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for President Donald J. Trump*

</div>

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| DONALD J. TRUMP, | : |
| Defendant. | : |

**DECLARATION OF FILZAH I. PAVALON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, FILZAH I. PAVALON, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

1. My full name and contact information is:

    Filzah Pavalon
    Lauro & Singer
    400 N. Tampa St., 15th Floor
    Tampa, FL 33602
    (813) 222-8990

2. I am a member of the bars of Florida; Illinois; and the United States District Court for the Northern, Middle, and Southern Districts of Florida and for the Northern District of Illinois.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia or have an application for membership pending.

6. I have attached a certificate of good standing from the Florida Bar.

Executed on: August 4, 2023

*/s/ Filzah I. Pavalon*
Filzah I. Pavalon, Esq.

1



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon     )          In Re:   1033403
                                        Filzah Pavalon
                                        Lauro & Singer
                                        400 N Tampa St Fl 15
                                        Tampa, FL 33602-4730

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **December 14, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  24th  day of **July, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-238700

