IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| | : |
| DONALD J. TRUMP, | : |
| | : |
| Defendant. | : |

**[Proposed] ORDER**

Defendant has moved to extend the briefing schedule for the government's Motion for a Protective Order. (Doc. 10, the "Government's Motion"). Upon consideration, Defendant's application is GRANTED.

Defendant shall respond to the Government's Motion by August 10, 2023. A hearing will be held on this matter on _____ at _____ in Courtroom 9.

_____
HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

1