# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JOINT NOTICE IN RESPONSE TO COURT'S AUGUST 7, 2023 MINUTE ORDER

By Minute Order on August 7, 2023, the Court directed the parties to meet and confer and inform the Court, by joint notice, "of two dates and times on or before August 11, 2023 when both parties are available for a hearing."  The parties have conferred and hereby provide notice.

The Government is available at any time on August 9, 10, or 11.  The defense represents the following:

> President Trump will not appear.  However, he would like to have both his counsel John Lauro and Todd Blanche at the hearing.  Todd Blanche is not available on Thursday, since he must appear for a court proceeding in the prosecution brought against the same defendant, President Trump, by the Special Counsel in SD Florida. Mr. Lauro is available on Thursday, with a preference for an afternoon setting. However, since we lost Friday as an option, we would respectfully request a setting on Monday (after 12:00 p.m.) or Tuesday (all day) to allow for both Mr. Blanche and Mr. Lauro to be present.

Respectfully submitted,

| | |
|---|---|
| /s/John G. Lauro | JACK SMITH |
| John F. Lauro, Esq. | Special Counsel |
| D.C. Bar No. 392830 | |
| jlauro@laurosinger.com | By: /s/Thomas P. Windom |
| Filzah I. Pavalon, Esq. (PHV) | Thomas P. Windom |
| fpavalon@laurosinger.com | Molly Gaston |
| LAURO & SINGER | Senior Assistant Special Counsels |
| 400 N. Tampa St., 15th Floor | 950 Pennsylvania Avenue NW |
| Tampa, FL 33602 | Room B-206 |
| (813) 222-8990 | Washington, D.C. 20530 |

Todd Blanche, Esq. *(*PHV *Pending)*
toddblanche@blanchelaw.com
BLANCHE LAW
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250