IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 23-cr-257-TSC <br> : |
| v. | : <br> : |
| DONALD J. TRUMP, | : <br> : |
|     Defendant. | : <br> : |

**ORDER GRANTING DEFENDANT'S MOTION FOR
EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

Under 18 U.S.C. § 3161(h)(7)(B)(ii), Defendant has moved to exclude the 25 days between August 3, 2023 (initial appearance) and August 28, 2023 (first status conference) from the Speedy Trial Act calculation. Given the complexity and magnitude of this matter, including the "substantial amount of discovery" (ECF No. 10) and the novel legal and factual questions, it is in the interests of justice to exclude those 25 days from the Speedy Trial Act calculation. Accordingly, it is hereby

**ORDERED** that the period from August 3 to 28, 2023 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) for good cause shown. The resulting delay fulfills the ends of justice and outweighs the interests of the public and the Defendant in a speedy trial.

Date:                                                                                      _____

                                                                                                            TANYA S. CHUTKAN
                                                                                                             United States District Judge