IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 23-cr-257-TSC <br> : |
| v. | : <br> : |
| DONALD J. TRUMP, | : <br> : |
|        Defendant. | : <br> : |

**NOTICE OF FILING CERTIFICATE OF GOOD STANDING
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of his Motion for Admission *Pro Hac Vice* (ECF No. 7, the "Motion"), Todd Blanche, Esq. respectfully submits his Certificate of Good Standing dated August 8, 2023. This Certificate is to replace the copy dated June 8, 2023 that accompanied the Motion. Pursuant to Local Criminal Rule 44.1(c), Mr. Blanche's Motion is now complete.

Dated: August 9, 2023                              Respectfully submitted,

Todd Blanche, Esq. *(PHV Pending)*          */s/John F. Lauro*
toddblanche@blanchelaw.com                   John F. Lauro, Esq.
BLANCHE LAW                                          D.C. Bar No. 392830
99 Wall St., Suite 4460                              jlauro@laurosinger.com
New York, NY 10005                                  Filzah I. Pavalon, Esq. (PHV)
(212) 716-1250                                          fpavalon@laurosinger.com
                                                              LAURO & SINGER
                                                              400 N. Tampa St., 15th Floor
                                                              Tampa, FL 33602
                                                              (813) 222-8990

                                                              *Counsel for President Donald J. Trump*

1



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Todd W. Blanche

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 11, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 8, 2023.

*Acting Clerk of the Court*

CertID-00131320