NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:23-cr-00257-TSC

DONALD J. TRUMP
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Filzah Pavalon
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Filzah I. Pavalon (FL Bar 1033403)
*(Attorney & Bar ID Number)*
Lauro & Singer
*(Firm Name)*
400 N Tampa Street, 15th Floor
*(Street Address)*
Tampa, FL 33602
*(City)         (State)         (Zip)*
813.222.8990
*(Telephone Number)*