IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 23-cr-257-TSC <br> : |
| v. | : <br> : |
| DONALD J. TRUMP, | : <br> : |
| Defendant. | : <br> : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Gregory M. Singer respectfully moves to appear *pro hac vice* and participate as counsel for President Donald J. Trump in this matter.

This motion is supported by Mr. Singer's declaration and Florida certificate of good standing. As set forth in the declaration, Mr. Singer is an active member in good standing of the bars of Florida and the United States District Court for the Northern, Middle, and Southern Districts of Florida.

This motion is also supported by John F. Lauro, Esq., an active member of the Bar of this Court. As Mr. Singer's sponsor, Mr. Lauro's signature is below.

WHEREFORE, Mr. Singer respectfully requests that the Court grant this motion and allow him to appear *pro hac vice* and participate as counsel in this matter.

*[SIGNATURE PAGE FOLLOWS]*

1

Dated: August 10, 2023             Respectfully submitted,

*/s/ Gregory M. Singer*
Gregory M. Singer, Esq.
gsinger@laurosinger.com

*/s/ John F. Lauro*
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for President Donald J. Trump*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23-cr-257-TSC |
| v. | |
| DONALD J. TRUMP, | |
| Defendant. | |

## DECLARATION OF GREGORY M. SINGER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregory M. Singer, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

1. My full name and contact information is:

   Gregory M. Singer
   Lauro & Singer
   400 N. Tampa St., 15th Floor
   Tampa, FL 33602
   (813) 222-8990

2. I am a member of the bar of Florida and the United States District Court for the Northern, Middle, and Southern Districts of Florida.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from any office located in the District of Columbia or have an application for membership pending.

6. I have attached a certificate of good standing from the Florida Bar.

Executed on: August 10, 2023

_____
Gregory M. Singer, Esq.

1

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**GREGORY MICHAEL SINGER**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 17, 2014, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 4, 2023.

_____
Clerk of the Supreme Court of Florida