IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 23-cr-257 (TSC) |
| DONALD J. TRUMP, | * |
| Defendant. | * |

## PROPOSED ORDER

The Court has reviewed the Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act ("CIPA"). For the reasons stated therein, and for good cause shown, it is ORDERED that a hearing pursuant to CIPA Section 2 will be held at 10:00 a.m. on August 28, 2023.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE