NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                       Criminal Number  1:23-cr-00257-TSC

**DONALD J. TRUMP**
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Todd Blanche (NY Bar 4192456)
*(Attorney & Bar ID Number)*

Blanche Law
*(Firm Name)*

99 Wall Street, Suite 4460
*(Street Address)*

New York,              NY              10005
*(City)                  (State)           (Zip)*

212-716-1250
*(Telephone Number)*