IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| DONALD J. TRUMP, | : |
| Defendant. | : |

**RESPONSE IN OPPOSITION TO
GOVERNMENT'S PROPOSED TRIAL CALENDAR**

Ex. D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

                        Plaintiff,

              -against-

DONALD J. TRUMP, *et al.*,

                       Defendants.

Index No. 452564/2022

**ORDER**

It is hereby ORDERED that the Preliminary Conference Order, entered on November 22, 2022 (NYSCEF Doc. No. 228), as modified by the Orders dated March 24, 2023 (NYSCEF Doc. No. 598) and May 1, 2023 (NYSCEF Doc. No 628), is further modified as follows:

1. All parties shall identify any rebuttal experts on or before June 19, 2023;

2. All parties shall produce their rebuttal expert reports on or before June 30, 2023;

3. Depositions of expert witnesses (which may be taken at any point after the opening report is served) shall be completed on or before July 28, 2023. Parties are presumptively limited to one deposition of each expert identified by another party.

4. Expert discovery shall close on July 28, 2023.

5. Trial depositions for all non-party witnesses who are unavailable for trial as provided for in CPLR § 3117 shall be held by July 28, 2023.

6. **End Date for All Disclosure:** July 28, 2023.

7. **Note of Issue:** Plaintiff shall file a Notice of Issue and Certificate of Readiness on or before July 31, 2023;

8. **Dispositive Motions:** Any dispositive motions shall be made on or before August 4, 2023. Any opposition brief shall be filed on or before September 1, 2023. Any

reply brief shall be filed on or before September 15, 2023. Oral argument on any dispositive motions shall be heard on September 22, 2023;

9. **Additional Directives:**

   a. Final witness lists, final exhibit lists, deposition designations, and proposed facts to be proven at trial shall be filed on or before September 8, 2023;

   b. Pre-trial motions shall be filed on or before September 22, 2023;

   c. Final pre-trial conference is scheduled for September 27, 2023; and

   d. Trial shall begin on October 2, 2023.

Dated: New York, New York
       June 9, 2023

_____
Hon. Arthur Engoron, J.S.C.
HON. ARTHUR F. ENGORON J.S.C.