**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| DONALD J. TRUMP, | : |
| Defendant. | : |

**RESPONSE IN OPPOSITION TO**
**GOVERNMENT'S PROPOSED TRIAL CALENDAR**

# Ex. E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                       Plaintiff,

          -against-                              20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                       Defendant.
------------------------------------------x

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:___ DATE FILED: 6/15/23**

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

      Unless this case previously has been entirely disposed of, trial of this action shall commence on January 15, 2024 absent contrary order of the Court.

      SO ORDERED.

Dated:     June 15, 2023

                                                    Lewis A. Kaplan
                                              United States District Judge