IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 23-cr-257 (TSC) |
| | * |
| DONALD J. TRUMP, | * |
| | * |
| Defendant. | * |
| | * |

**GOVERNMENT'S CONSENT MOTION TO APPOINT
A CLASSIFIED INFORMATION SECURITY OFFICER**

Pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA") and Section 2 of the Revised Security Procedures Established Pursuant to Pub. L. 95-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Government respectfully moves for this Court to appoint a classified information security officer ("CISO"). The CISO will assist the Court, Court personnel, and the defense in the handling of any motions and orders pursuant to CIPA; in processing security clearances for Court staff and defense counsel; and in other matters related to the handling of classified information. The Government will provide the name of the CISO and any alternate CISOs in a proposed order designating them, which the Government separately will move to file under seal.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/Thomas P. Windom
Thomas P. Windom
Molly Gaston
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530