IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PROPOSED ORDER**

The Court has received and reviewed the Government's Consent Motion to Appoint a Classified Information Security Officer ("CISO"). For the reasons stated therein, and for good cause, the motion is GRANTED. The Court shall issue a separate sealed order designating the CISO and any alternate CISOs.

SO ORDERED this _____ day of August 2023.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE