IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through the undersigned attorneys, respectfully moves the Court pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3, for the entry of the attached protective order to govern the handling, use, and storage of classified national security documents and information to be produced in discovery in this matter. The defendant, through counsel, does not object to the proposed order.

Respectfully submitted,

JACK SMITH
Special Counsel

By:  /s/Thomas P. Windom
     Thomas P. Windom
     Molly Gaston
     Senior Assistant Special Counsels
     950 Pennsylvania Avenue NW
     Room B-206
     Washington, D.C. 20530