**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                                                Case No. 1:23-cr-257-TSC

DONALD J. TRUMP,

    Defendant.
_____/

**DEFENDANT DONALD J. TRUMP'S MOTION FOR RECUSAL OF**
**DISTRICT JUDGE PURSUANT TO 28 U.S.C. § 455(a)**

# Ex. A

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,     .
                              .
          Plaintiff,          .   CR No. 22-0242 (TSC)
                              .
     v.                       .
                              .
CHRISTINE PRIOLA,             .   Washington, D.C.
                              .   Friday, October 28, 2022
          Defendant.          .   10:06 a.m.
. . . . . . . . . . . . . . . .


                     TRANSCRIPT OF SENTENCING
               BEFORE THE HONORABLE TANYA S. CHUTKAN
                   UNITED STATES DISTRICT JUDGE



 APPEARANCES:

For the Government:           JOLE ZIMMERMAN, AUSA
                              U.S. Attorney's Office
                              601 D Street NW
                              Washington, DC 20530
                              (202) 252-7566

For Defendant:                CHARLES E LANGMACK II, ESQ
                              Langmack Law
                              38106 Third Street
                              Willoughby, OH 44094
                              (440) 497-5068

Court Reporter:               BRYAN A. WAYNE, RPR, CRR
                              U.S. Courthouse, Room 4704-A
                              333 Constitution Avenue NW
                              Washington, DC 20001
                              (202) 354-3186




Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.
```

# Excerpted Pages

1       and love one another despite our differences.  I just -- I
2       want to be a good example in the world of how to help families
3       not be divided and coworkers and friends not be divided and
4       our nation not be divided.  I just really want to try to do
5       that.  And whatever sentence you give me, I hope it just
6       brings justice and peace -- some peace to the people I have
7       hurt.  Thank you, Your Honor.
8                  THE COURT:  Thank you, Ms. Priola.
9           After calculating the sentencing guidelines and any
10      applicable departures, and hearing the statements made by
11      counsel and Ms. Priola, I have to now -- I have the difficult
12      job, as I do in every case -- and it is a difficult one -- to
13      consider the relevant factors set out by Congress in 18 U.S.C.
14      § 3553(a), and ensure that I impose a sentence sufficient but
15      not greater than necessary to comply with the purpose was
16      sentencing.
17          The government has stated these purposes, and Mr. Langmack
18      has mentioned them.  I don't need to list them all again.  But
19      I've considered all the purposes of sentencing and the factors
20      that I have to consider, and I'll discuss some of them now.
21      Some of them weigh more heavily than others in this case, as
22      they do in every case.
23          We are now well familiar with the events of January 6.
24      We have had, by my last count, close to 900 prosecutions,
25      all brought in this court.  This is a small court.  All the

            judges are taking their fair share of these cases, myself
            included; and every case presents a different defendant and
            a different situation, and I know I and my other colleagues
            endeavor to treat each defendant as an individual and not as
            part of a mob.  But we have to be mindful of what happened
            that day.

                Every single time that I see videotape or hear recordings
            of what happened that day, I am struck anew with both the
            horror of what was going on that day and how close we came --
            how close we came to not fulfilling one of the basic functions
            of our democracy, which is a peaceful transfer of power, which
            we lecture other governments all over the world on and we're
            supposed to be an example of, and we were not that day.

                And so while Mr. Langmack is correct in that your
            background didn't involve any criminal activity, the events
            of that day and the seriousness of those events cannot be
            understated.  This was nothing less than an attempt to
            violently overthrow the government, the legally, lawfully,
            peacefully elected government by individuals who were mad
            that their guy lost.

                I see the videotapes.  I see the footage of the flags and
            the signs that people were carrying and the hats they were
            wearing and the garb.  And the people who mobbed that Capitol
            were there in fealty, in loyalty, to one man -- not to the
            Constitution, of which most of the people who come before me

1  seem woefully ignorant; not to the ideals of this country;
2  and not to the principles of democracy. It's a blind loyalty
3  to one person who, by the way, remains free to this day.
4       There is no mob without the members of the mob, as I've
5  said before. So Mr. Langmack made a point in his sentencing
6  memorandum, that if we were to take your participation out
7  of that group, that everything would have still happened;
8  your actions did not materially contribute.
9       But they did, because you were there. And people act
10 in ways that they would never act alone when they're with
11 a group, or when they're with a mob, and when emotions are
12 involved.
13      But in terms of the seriousness of the offense and the
14 nature of the offense, it cannot be understated how serious
15 this was and how horrifying it was to the country and the fact
16 that the divisions that were already existing in this country
17 were worsened, that this country is more divided than ever,
18 and it was exacerbated by the actions of that day.
19      And you're one of the few defendants, Ms. Priola -- and
20 maybe it's because I have talked about it at every single
21 sentencing I've done -- to at least acknowledge the harm that
22 was done to the people there.
23      I hear a lot about rioters calling themselves and their
24 fellow protesters "patriots." Nothing could be further from
25 the truth. The people who stormed the Capitol that day were

# Excerpted Pages

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Bryan A. Wayne*
Bryan A. Wayne