Filed with the Classified Information Security Officer

CISO ▱︎▱︎▱︎

Date 09/25/2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 23-cr-257 (TSC) |
| ) | |
| DONALD J. TRUMP, ) | FILED *EX PARTE, IN CAMERA,* |
| ) | AND UNDER SEAL |
| ) | WITH THE CLASSIFIED |
| Defendant. ) | INFORMATION SECURITY |
| ) | OFFICER |
| ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA,* AND UNDER SEAL MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**