

BENNIE G. THOMPSON, MISSISSIPPI
CHAIRMAN

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
LIZ CHENEY, WYOMING
ADAM KINZINGER, ILLINOIS

U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225–7800

## One Hundred Seventeenth Congress
## Select Committee to Investigate the January 6th Attack on the United States Capitol

December 30, 2022

Mr. Richard A. Sauber
Special Counsel to the President
The White House
Washington, DC  20006

Dear Mr. Sauber:

The Select Committee has concluded its hearings, released its Report, and will very soon be dissolved (as per the House of Representatives resolution establishing the Committee).  As you know, the Committee had entered into an agreement with your office to make available for interview ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████ Those personnel then provided very important information for the Committee's investigation.  Under that agreement, the Committee would do its utmost to protect the identity of ████████████████ .  We now write to address the disposition of Committee interview transcripts for those personnel.

As of next week when the Committee dissolves, the Committee will no longer exercise control over this material, and thus cannot ensure enforcement of the commitment to maintain the confidentiality of the identity of the witnesses. Pursuant to long-standing House rules, the official records of the Committee will be archived and pass into the control of the National Archives. We fully share ██████████████ concern for the safety, security, and reputations of our witnesses.

In coordination with the office of the Speaker of the House, to comply with House rules and to honor our commitment to best provide for continuing confidentiality of operational details and private information, we are hereby providing those transcripts to ██████████████ now for appropriate review, timely return, and designation of instructions for proper handling by the Archives.  During your review, we recommend that ██████████████ provide for the official file that will reside with the Archives any necessary written guidance regarding the need for limitations on release or other sensitivities. Our expectation is that the transcripts with such instructions will become part of the historical record of our investigation maintained by the National Archives.

Richard Sauber
Page 2

  Thank you again for your assistance with our investigation.  We are grateful for your assistance in carrying out this important security task.

         Sincerely,

Bennie G. Thompson               Liz Cheney
Chairman                    Vice Chair