UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                          Case No. 1:23-cr-257-TSC

DONALD J. TRUMP,

    Defendant.
_____/

## NOTICE OF COMPLIANCE

Pursuant to the Court's October 3, 2023, first minute order, undersigned counsel notifies the Court that John F. Lauro and Gregory M. Singer initiated and submitted all security clearance documentation that had been requested by the Litigation Security Group of the U.S. Department of Justice ("LSG"), as of October 10, 2023. Counsel is in communication with LSG regarding their applications.

The defense further anticipates that it will request clearance for an investigator employed by the defense to assist on this matter.

Dated: October 11, 2023                          Respectfully submitted,

Todd Blanche, Esq. (PHV)                         */s/John F. Lauro*
toddblanche@blanchelaw.com                       John F. Lauro, Esq.
BLANCHE LAW                                      D.C. Bar No. 392830
99 Wall St., Suite 4460                          jlauro@laurosinger.com
New York, NY 10005                               Gregory M. Singer, Esq. (PHV)
(212) 716-1250                                   gsinger@laurosinger.com
                                                 Filzah I. Pavalon, Esq. (PHV)
                                                 fpavalon@laurosinger.com
                                                 LAURO & SINGER
                                                 400 N. Tampa St., 15th Floor
                                                 Tampa, FL 33602
                                                 (813) 222-8990
                                                 *Counsel for President Trump*

1