# EXHIBIT 3

← **Truth Details**
3073 replies


**Donald J. Trump** ✓
@realDonaldTrump

MASSIVE PROSECUTORIAL MISCONDUCT IS CURRENTLY TAKING PLACE IN AMERICA. THE WEAPONIZATION OF LAW ENFORCEMENT CANNOT BE ALLOWED TO HAPPEN. CRIME & INFLATION ARE RAMPANT, OUR BORDERS ARE OPEN, OUR ELECTIONS ARE RIGGED, OUR ECONOMY IS IN SHAMBLES, OUR ENERGY INDEPENDENCE IS GONE, OUR "LEADER" IS MERCILESSLY MOCKED, & OUR COUNTRY IS BEING DESTROYED BOTH INSIDE & OUT. DO THE PEOPLE OF THIS ONCE GREAT NATION EVEN HAVE A CHOICE BUT TO PROTEST THE POTENTIAL DOOM OF THE UNITED STATES OF AMERICA??? 2024!!!

**11.6k** ReTruths   **36.5k** Likes                    Jul 05, 2023, 7:34 AM

Reply   ReTruth   Like