IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PROPOSED ORDER**

Having considered the parties' briefs identifying certain jury procedures that both parties have agreed upon, and for good cause shown, the Court orders as follows:

1.     The Court will use a written questionnaire in advance of in-person jury selection. The Government will prepare a written questionnaire for distribution to prospective jurors and meet and confer with defense counsel regarding the questionnaire before submitting it for Court approval on _____. To the extent the parties do not agree on any question, the Government, at the time it submits the proposed questionnaire, shall also submit a joint filing identifying the disputed language and succinctly stating the parties' respective positions.  After review and approval by the Court, the questionnaire will be distributed to prospective jurors summoned to complete it at the courthouse on _____.

2.     Although the parties may conduct open-source research regarding prospective jurors, they may not do so in any way that involves direct contact or communication with a prospective juror, nor may the parties use non-public databases for juror research.  The parties must ensure that anyone permitted access to sensitive juror information understands that he cannot publicly disclose the information, and no party may provide jurors' identifying information to any

other entity (e.g., the defendant's campaign) that is not part of the defense team or Government

team assisting with jury selection.

      3.      No party may disclose, either in open court or outside of court, prospective jurors'

names or any identifying information.


_____

HON. TANYA S. CHUTKAN
DISTRICT COURT JUDGE