IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

### GOVERNMENT'S OPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

On October 23, 2023, the defendant filed a 31-page motion to dismiss on constitutional grounds, ECF No. 113, and a 34-page motion to dismiss on statutory grounds, ECF No. 114. To avoid the repetition and cross-referencing that pervades the defendant's separate motions, *see, e.g.*, ECF No. 113 at 11, 25-30; ECF No. 114 at 15-19, 24, 26-31, the Government intends to file one omnibus opposition brief. Given the need to respond to 65 pages of motions, the Government's filing will exceed the typical 45-page limit for a single brief but will come in well under the 90 pages to which the Government would be entitled if it filed separate opposition briefs. *See* Local Crim. R. 47(e). The Government therefore seeks leave to file an oversized brief. The defendant, through counsel, opposes this motion.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/Thomas P. Windom
Thomas P. Windom
Molly Gaston
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530