UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DONALD J. TRUMP**, <br><br> Defendant. | Criminal Action No. 23-257 (TSC) |

### ORDER

Through the Classified Information Security Officer ("CISO") designated in this case, Defendant submitted to the court and the government a classified "notice pursuant to CIPA § 5 and an objection to redactions in certain of the classified discovery produced by the Special Counsel's Office." *See* ECF No. 121 (publicly reporting the fact of that submission). On pages 28–29 of its classified submission, the defense states that certain classified discovery material it received included redactions, and that when the defense asked the government for an unredacted version of that material, the government took the position that the redacted information was not discoverable. Accordingly, it is hereby ORDERED that by November 22, 2023, the government shall, through the designated CISO, submit a brief setting forth its position on why the redacted information is not discoverable, including an explanation—if applicable—whether the prosecution team made those redactions (and if so, why), or only possesses the material in its redacted form.

Date: November 8, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge