IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. 23-cr-257 (TSC) |
| | * |
| DONALD J. TRUMP, | * |
| | * |
| Defendant. | * |
| | * |

## GOVERNMENT'S NOTICE OF FILING

The Government hereby gives notice that on November 9, 2023, it filed with the Court, through the Classified Information Security Officer, a pleading entitled "Government's Motion to Strike Defendant's CIPA Section 5 Notice."

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:   /s/Thomas P. Windom
      Thomas P. Windom
      Molly Gaston
      Senior Assistant Special Counsels
      950 Pennsylvania Avenue NW
      Room B-206
      Washington, D.C. 20530