UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>        v.<br><br>**DONALD J. TRUMP**,<br><br>        Defendant. | Criminal Action No. 23-257 (TSC) |

## ORDER

Defendant's Motion for Extension of Time to File Reply Briefs, ECF No. 150, is hereby GRANTED in part and DENIED in part, and the court's prior deadlines are hereby AMENDED as follows: Defendant may file any Reply in support of his pending motions to dismiss based on constitutional (ECF No. 113), statutory (ECF No. 114), and selective prosecution (ECF No. 116) grounds by November 22, 2023; and Defendant may file any Reply in support of his pending Motion to Strike (ECF No. 115) and Motion to Stay (ECF No. 128) by November 15, 2023.

Date: November 13, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge