# EXHIBIT I

# **FILED UNDER SEAL**

# **FILED UNDER SEAL**