# EXHIBIT B

11/27/23, 9:29 PM    Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating …

Case 1:23-cr-00257-TSC   Document 167-2   Filed 11/27/23   Page 2 of 5



An official website of the United States government  Here's how you know

**CYBERSECURITY & INFRASTRUCTURE SECURITY AGENCY**

Menu

# AMERICA'S CYBER DEFENSE AGENCY

SHARE:   

**PRESS RELEASE**

# Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees

**Released:**  November 12, 2020

**Revised:**  November 12, 2020

**RELATED TOPICS:** ELECTION SECURITY </topics/election-security>

◆                    ◆

WASHINGTON – The members of Election Infrastructure Government Coordinating Council (GCC) Executive Committee – Cybersecurity and Infrastructure Security Agency (CISA) Assistant Director Bob Kolasky, U.S. Election Assistance Commission Chair Benjamin Hovland, National Association of Secretaries of State (NASS) President Maggie Toulouse Oliver, National Association of State Election Directors (NASED) President Lori Augino, and Escambia County (Florida) Supervisor of Elections David Stafford – and the members of the Election Infrastructure Sector

11/27/23, 9:29 PM                Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating …

Case 1:23-cr-00257-TSC   Document 167-2   Filed 11/27/23   Page 3 of 5

Coordinating Council (SCC) – Chair Brian Hancock (Unisyn Voting Solutions), Vice Chair Sam Derheimer (Hart InterCivic), Chris Wlaschin (Election Systems & Software), Ericka Haas (Electronic Registration Information Center), and Maria Bianchi (Democracy Works) - released the following statement:

"The November 3rd election was the most secure in American history. Right now, across the country, election officials are reviewing and double checking the entire election process prior to finalizing the result.

"When states have close elections, many will recount ballots. All of the states with close results in the 2020 presidential race have paper records of each vote, allowing the ability to go back and count each ballot if necessary. This is an added benefit for security and resilience. This process allows for the identification and correction of any mistakes or errors. **There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.**

"Other security measures like pre-election testing, state certification of voting equipment, and the U.S. Election Assistance Commission's (EAC) certification of voting equipment help to build additional confidence in the voting systems used in 2020.

"While we know there are many unfounded claims and opportunities for misinformation about the process of our elections, we can assure you we have the utmost confidence in the security and integrity of our elections, and you should too. When you have questions, turn to elections officials as trusted voices as they administer elections."


###

11/27/23, 9:29 PM  Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating …

Case 1:23-cr-00257-TSC Document 167-2 Filed 11/27/23 Page 4 of 5

## Related Articles

NOV 26, 2023  •  PRESS RELEASE

[DHS CISA and UK NCSC Release Joint Guidelines for Secure AI System Development](</news-events/news/dhs-cisa-and-uk-ncsc-release-joint-guidelines-secure-ai-system-development>)

NOV 14, 2023  •  PRESS RELEASE

[DHS Cybersecurity and Infrastructure Security Agency Releases Roadmap for Artificial Intelligence](</news-events/news/dhs-cybersecurity-and-infrastructure-security-agency-releases-roadmap-artificial-intelligence>)

NOV 09, 2023  •  PRESS RELEASE

[CISA Signs Memorandum of Understanding with the Republic of Korea to Share Cyber Threat Information and Cybersecurity Best Practices](</news-events/news/cisa-signs-memorandum-understanding-republic-korea-share-cyber-threat-information-and-cybersecurity>)

NOV 07, 2023  •  PRESS RELEASE

[DHS Unveils New Shields Ready Campaign to Promote Critical Infrastructure Security and Resilience](</news-events/news/dhs-unveils-new-shields-ready-campaign-promote-critical-infrastructure-security-and-resilience>)

11/27/23, 9:29 PM  Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating …

Case 1:23-cr-00257-TSC Document 167-2 Filed 11/27/23 Page 5 of 5

[Return to top]()

**Topics** </topics>     **Spotlight** </spotlight>     **Resources & Tools** </resources-tools>

**News & Events** </news-events>     **Careers** </careers>     **About** </about>

      

# CISA Central

888-282-0870     Central@cisa.dhs.gov

CISA.gov

An official website of the U.S. Department of Homeland Security

| | | |
|---|---|---|
| About CISA </about> | Accessibility <https://www.dhs.gov/accessibility> | Budget and Performance <https://www.dhs.gov/performance-financial-reports> |
| DHS.gov <https://www.dhs.gov> | FOIA Requests <https://www.dhs.gov/foia> | No FEAR Act </cisa-no-fear-act-reporting> |
| Office of Inspector General <https://www.oig.dhs.gov/> | Privacy Policy </privacy-policy> | Subscribe |
| The White House <https://www.whitehouse.gov/> | USA.gov <https://www.usa.gov/> | Website Feedback </forms/feedback> |