**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-00257-TSC |
| DONALD J. TRUMP, | |
| *Defendant*. | |

**PRESIDENT DONALD J. TRUMP'S SECOND CIPA § 5 NOTICE**

President Donald J. Trump respectfully submits this Second Notice pursuant to CIPA § 5 to inform the Court and the Special Counsel's Office that President Trump reasonably expects to disclose, or to cause the disclosure of, the classified information described in the document that was produced by the Office and made available to the defense on November 8, 2023. Based on the information currently available, President Trump expects that the disclosure(s) would occur during questioning of one or more individuals referenced in the document should any of them testify at the trial, or during questioning of other trial witnesses regarding those individuals.

Dated: November 28, 2023

Respectfully submitted,

*/s/ Todd Blanche*

John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

Todd Blanche, Esq. (PHV)
ToddBlanche@blanchelaw.com
Emil Bove, Esq. (PHV)
Emil.Bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250

*Counsel for President Donald J. Trump*