IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 23-cr-257 (TSC) |
| | * |
| DONALD J. TRUMP, | * |
| | * |
| Defendant. | * |
| | * |

## GOVERNMENT'S NOTICE OF FILING

The Government hereby gives notice that on December 12, 2023, it filed with the Court, through the Classified Information Security Officer, a pleading titled "Government's Motion for CIPA Section 6(a) Hearing."

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/Thomas P. Windom
Thomas P. Windom
Molly Gaston
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530