IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## GOVERNMENT'S NOTICE OF SERVICE

The Court has determined that the deadlines in the Pretrial Order are "held in abeyance." ECF No. 186 at 2. Nonetheless, to help ensure that trial proceeds promptly if and when the mandate returns, the Government today provided the defendant with the Government's Draft Exhibit List. *See* ECF No. 39 ¶ 8 ("The parties shall exchange lists of exhibits they intend to use in their cases in chief by December 18, 2023.").

          Respectfully submitted,

          JACK SMITH
          Special Counsel

By:    /s/Thomas P. Windom
       Thomas P. Windom
       Molly Gaston
       Senior Assistant Special Counsels
       950 Pennsylvania Avenue NW
       Room B-206
       Washington, D.C. 20530