IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP,

       *Defendant*.

Case No. 1:23-cr-00257-TSC

**RESPONSE TO
NOTICE OF SERVICE**

President Donald J. Trump respectfully submits this response to the prosecution's Notice of Service, Doc. 188, which it filed in violation of the Court's explicit order "stay[ing] any further proceedings that would move this case towards trial or impose additional burdens of litigation on Defendant," Doc. 182 at 2 (the "Stay Order").

Over the last two days, the prosecution has improperly and unlawfully attempted to advance this case by serving thousands of pages of additional discovery, as well as a purported "Draft Exhibit List." These actions, the prosecution admits, are calculated to "help ensure that [a potential] trial proceeds promptly if and when the mandate returns." Doc. 188. Such maneuvers are exactly what the Stay Order forbids, and impose a significant and prohibited burden on President Trump. As the Court has recognized, this case may not proceed *in absentia*, but rather must stop. Stay Order at 2.

President Trump has an incontrovertible and inviolable right to be free from the burdens of this litigation during his appeal. Stay Order at 2–3. Thus, as stated in President Trump's letter response, Ex. A, neither he nor counsel will review the prosecution's unlawful productions until and unless the Court lifts the Stay Order.

1

| | |
|---|---|
| Dated: December 18, 2023 | Respectfully submitted, |
| | */s/John F. Lauro* |
| Todd Blanche, Esq. (PHV) | John F. Lauro, Esq. |
| ToddBlanche@blanchelaw.com | D.C. Bar No. 392830 |
| Emil Bove, Esq. (PHV) | jlauro@laurosinger.com |
| Emil.Bove@blanchelaw.com | Gregory M. Singer, Esq. (PHV) |
| BLANCHE LAW PLLC | gsinger@laurosinger.com |
| 99 Wall St., Suite 4460 | Filzah I. Pavalon, Esq. (PHV) |
| New York, NY 10005 | fpavalon@laurosinger.com |
| (212) 716-1250 | Lauro & Singer |
| | 400 N. Tampa St., 15th Floor |
| | Tampa, FL 33602 |
| | (813) 222-8990 |
| | *Counsel for President Trump* |