UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**DONALD J. TRUMP**,<br><br>Defendant. | Criminal Action No. 23-257 (TSC) |

## ORDER

The court has regained jurisdiction over this case. *See* Mandate, *United States v. Trump*, No. 23-3228 (D.C. Cir. Aug. 2, 2024). The court accordingly ORDERS the following:

A status conference in this matter is hereby scheduled for August 16, 2024 at 10:00 A.M. in Courtroom 9. The requirement of Defendant's appearance is waived for the conference. By August 9, 2024, the parties shall confer and file a status report that proposes, jointly to the extent possible, a schedule for pretrial proceedings moving forward. If necessary, the parties may explain any disagreements in separate sections of the report.

Defendant's Motion to Dismiss the Indictment Based on Statutory Grounds, ECF No. 114, is hereby DENIED without prejudice. Defendant may file a renewed motion once all issues of immunity have been resolved. Briefing deadlines with respect to the Government's Motion in Limine, ECF No. 191, and Motion for CIPA Section 6(a) Hearing, are hereby stayed. The court will set additional deadlines following the August 16, 2024 status conference.

Date: August 3, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge