UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DONALD J. TRUMP**, <br><br> Defendant. | Criminal Action No. 23-257 (TSC) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 198, Defendant's Motion to Dismiss for Selective and Vindictive Prosecution, ECF No. 116, is hereby DENIED.

Date: August 3, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge