UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with the Classified
Information Security Officer
CISO ⟨signature⟩
Date 08/15/2024

| UNITED STATES OF AMERICA |
| v. |
| DONALD J. TRUMP, |
| Defendant. |

Crim. No. 23-cr-257 (TSC)

**CLASSIFIED AND UNDER SEAL**

**OPINION AND ORDER**