IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * |
| | * CRIMINAL NO. S1 23-cr-257 (TSC) |
| DONALD J. TRUMP, | * |
| | * |
| Defendant. | * |
| | * |

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, President Donald J. Trump, the above-named defendant, in accordance with Federal Rule of Criminal Procedure 10(b)(2), do hereby waive my right to be present at Arraignment and I authorize my attorneys to enter a plea of not guilty on my behalf to each and every count of the superseding indictment, Doc. 226. I further state that I have received a copy of the superseding indictment and reviewed it with my counsel.

Dated: September 3, 2024

_____          _____
Counsel for President Trump                              PRESIDENT DONALD J. TRUMP
TODD BLANCHE (PHV)
toddblanche@blanchelaw.com
EMIL BOVE (PHV)
Emil.bove@blanchelaw.com
Blanche Law
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990