IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD J. TRUMP,<br><br>       *Defendant*. | Case No. 1:23-cr-00257-TSC |

**NOTICE OF FILING CLASSIFIED SUPPLEMENT TO
PRESIDENT DONALD J. TRUMP'S OMNIBUS REPLY IN
<u>FURTHER SUPPORT OF DISCOVERY MOTIONS</u>**

      On September 19, 2024, President Donald J. Trump's counsel provided to the Classified Information Security Officer, for submission to the Court and service on opposing counsel, a Classified Supplement to President Trump's Omnibus Reply in Further Support of Discovery Motions. An unclassified cover sheet for the Supplement is attached hereto.

Dated: September 19, 2024        Respectfully submitted,

<u>/s/ John F. Lauro / Gregory Singer</u>     <u>/s/ Todd Blanche / Emil Bove</u>
John F. Lauro, Esq.                      Todd Blanche, Esq. (PHV)
D.C. Bar No. 392830                   ToddBlanche@blanchelaw.com
jlauro@laurosinger.com                Emil Bove, Esq. (PHV)
Gregory M. Singer, Esq. (PHV)        Emil.Bove@blanchelaw.com
gsinger@laurosinger.com              BLANCHE LAW PLLC
LAURO & SINGER                           99 Wall St., Suite 4460
400 N. Tampa St., 15th Floor           New York, NY 10005
Tampa, FL 33602                         (212) 716-1250
(813) 222-8990

                                                   *Counsel for President Donald J. Trump*