UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**DONALD J. TRUMP**,<br><br>Defendant. | Criminal Action No. 23-257 (TSC) |

### ORDER

The Government sought leave to file under partial seal a Motion for Immunity Determinations ("Motion") and Appendix. ECF No. 246. After hearing objections from Defendant, *see* ECF No. 248, the court granted that request with respect to the Motion but reserved judgment with respect to the Appendix, ECF No. 251.

Defendant has now filed an opposition objecting to unsealing any part of the Appendix. ECF No. 259. As in his previous filing, he identifies no specific substantive objections to particular proposed redactions. Instead, Defendant "maintains his objections" to any "further disclosures at this time" for the same reasons he opposed unsealing the Motion, and he requests that "[i]f the Court decides to release additional information relating to the Office's filing, in the Appendix or otherwise, . . . that the Court stay that determination for a reasonable period of time so that [he] can evaluate litigation options relating to the decision." *Id.* at 1–2. For the same reasons set forth in its decision with respect to the Motion, ECF No. 251, the court determines that the Government's proposed redactions to the Appendix are appropriate, and that Defendant's blanket objections to further unsealing are without merit. As the court has stated previously, "Defendant's concern with the political consequences of these proceedings" is not a cognizable legal prejudice. *Id.* at 4–5.

Accordingly, the Government's Motion for Leave to File to Unredacted Motion Under Seal, and to File Redacted Motion on Public Docket, ECF No. 246, is GRANTED with respect to the Government's proposed redacted version of the Appendix to the Government's Motion for Immunity Determinations. The court will grant Defendant's request for a stay so that he can "evaluate litigation options," ECF No. 259 at 2, and hereby STAYS this decision for seven days.

Date: October 10, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge