## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 23-cr-257 (TSC)** |
| | * | |
| **DONALD J. TRUMP,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

### GOVERNMENT APPENDIX VOL. II

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

**Thu Nov 05 16:22:46 +0000 2020**

**Conversation ID:**        1324386685858280000

**Favorite:**    105636        **Retweet**:  21102

**Mentioned Screen Name:**

**Mentioned Name:**

All of the recent Biden claimed States will be legally challenged by us for Voter Fraud and State Election Fraud. Plenty of proof - just check out the Media. WE WILL WIN! America First!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001444

SUBJECT TO PROTECTIVE ORDER                                        SCO-00456340

SCO-12987669



**Fri Nov 06 07:22:47 +0000 2020**


**Conversation ID:**      1324613181466170000

**Favorite:**   47704       **Retweet**:  9457

**Mentioned Screen Name:**

**Mentioned Name:**


I easily WIN the Presidency of the United States with LEGAL VOTES CAST. The OBSERVERS were not allowed, in any way, shape, or form, to do their job and therefore, votes accepted during this period must be determined to be ILLEGAL VOTES. U.S. Supreme Court should decide!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001436

SUBJECT TO PROTECTIVE ORDER                                    SCO-00456332

SCO-12987668



Donald J. Trump
@realDonaldTrump

Some or all of the content shared in this Post is disputed and might be misleading about an election or other civic process. Learn more

I easily WIN the Presidency of the United States with LEGAL VOTES CAST. The OBSERVERS were not allowed, in any way, shape, or form, to do their job and therefore, votes accepted during this period must be determined to be ILLEGAL VOTES. U.S. Supreme Court should decide!

2:22 AM · Nov 6, 2020

View Quotes

**Sat Nov 07 21:53:34 +0000 2020**

**Conversation ID:**     1325194709443080000

**Favorite:**   511604        **Retweet**:  78344

**Mentioned Screen Name:**

**Mentioned Name:**

THE OBSERVERS WERE NOT ALLOWED INTO THE COUNTING ROOMS. I WON THE ELECTION, GOT 71,000,000 LEGAL VOTES. BAD THINGS HAPPENED WHICH OUR OBSERVERS WERE NOT ALLOWED TO SEE. NEVER HAPPENED BEFORE. MILLIONS OF MAIL-IN BALLOTS WERE SENT TO PEOPLE WHO NEVER ASKED FOR THEM!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001402

SUBJECT TO PROTECTIVE ORDER                                                    SCO-00456298

**Wed Nov 11 14:03:03 +0000 2020**

**Conversation ID:**     1326525851752650000

**Favorite:**   233676     **Retweet**:  35507

**Mentioned Screen Name:**

**Mentioned Name:**


A guy named ▮▮▮▮▮▮, a Philadelphia Commissioner and so-called Republican (RINO), is being used big time by the Fake  News Media to explain how honest things were with respect to the Election in Philadelphia. He refuses to look at a mountain of corruption &amp; dishonesty. We win!

**Replied to I**D:

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001313

SUBJECT TO PROTECTIVE ORDER                                SCO-00456209

SCO-12987659



**Donald J. Trump** ✓
@realDonaldTrump

A guy named            , a Philadelphia Commissioner and so-called Republican (RINO), is being used big time by the Fake News Media to explain how honest things were with respect to the Election in Philadelphia. He refuses to look at a mountain of corruption & dishonesty. We win!

9:03 AM · Nov 11, 2020

**34.6K** Reposts   **7,813** Quotes   **227.7K** Likes   **342** Bookmarks



**Chris Krebs #Protect2020**
@CISAKrebs

Election Infrastructure Subsector - SCC/GCC Joint Statement on the 2020 Election. TLDR: America, we have confidence in the security of your vote, you should, too. #Protect2020

cisa.gov
Joint Statement from Elections Infrastructure Government C
The members of Election Infrastructure Government Coordinating Council (GCC) Executive Committee – ...

7:34 PM · Nov 12, 2020

451    2K    5.7K    75

SCO-12929351

**Sat Nov 14 00:28:15 +0000 2020**

**Conversation ID:**    1327407964404260000

**Favorite:**  298317    **Retweet**:  47844

**Mentioned Screen Name:**

**Mentioned Name:**

700,000 ballots were not allowed to be viewed in Philadelphia and Pittsburgh which means, based on our great Constitution, we win the State of Pennsylvania!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001239

SUBJECT TO PROTECTIVE ORDER                              SCO-00456135

SCO-12987653



**Donald J. Trump** ✓
@realDonaldTrump

700,000 ballots were not allowed to be viewed in Philadelphia and Pittsburgh which means, based on our great Constitution, we win the State of Pennsylvania!

7:28 PM · Nov 13, 2020

**46.5K** Reposts    **19.8K** Quotes    **290.2K** Likes    **750** Bookmarks

**Fri Nov 13 15:59:29 +0000 2020**

**Conversation ID:**     1327279929319430000

**Favorite:**   246773      **Retweet**:  38086

**Mentioned Screen Name:**

**Mentioned Name:**

For years the Dems have been preaching how unsafe and rigged our elections have been. Now they are saying what a wonderful job the Trump Administration did in making 2020 the most secure election ever. Actually this is true, except for what the Democrats did. Rigged Election!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001250

SUBJECT TO PROTECTIVE ORDER                    SCO-00456146

SCO-12987655



**Sun Nov 15 03:11:52 +0000 2020**

**Conversation ID:**    1327811527123100000

**Favorite:**  226773      **Retweet**: 37672

**Mentioned Screen Name:**

**Mentioned Name:**

I look forward to Mayor Giuliani spearheading the legal effort to defend OUR RIGHT to FREE and FAIR ELECTIONS! Rudy Giuliani, Joseph diGenova, Victoria Toensing, Sidney Powell, and Jenna Ellis, a truly great team, added to our other wonderful lawyers and representatives!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001190

SUBJECT TO PROTECTIVE ORDER                                           SCO-00456086

SCO-12987350



**Sat Nov 14 23:07:53 +0000 2020**

**Conversation ID:**     1327750127679880000

**Favorite:**   231358      **Retweet**:  40023

**Mentioned Screen Name:**

**Mentioned Name:**

There is tremendous evidence of wide spread voter fraud in that there is irrefutable proof that our Republican poll watchers and observers were not allowed to be present in poll counting rooms. Michigan, Pennsylvania, Georgia and others. Unconstitutional!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001191

SUBJECT TO PROTECTIVE ORDER                                                    SCO-00456087

SCO-12987647



**Mon Nov 16 04:55:48 +0000 2020**

**Conversation ID:**    1328200072987890000

**Favorite:**  549156      **Retweet**:  71670

**Mentioned Screen Name:**

**Mentioned Name:**

I WON THE ELECTION!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001135

SUBJECT TO PROTECTIVE ORDER                SCO-00456031

SCO-12987632





SUBJECT TO PROTECTIVE ORDER    SCO-04952679

**Wed Nov 18 00:07:44 +0000 2020**

**Conversation ID:**       1328852352787480000

**Favorite:**   152618      **Retweet**: 27127

**Mentioned Screen Name:**

**Mentioned Name:**

The recent statement by ████████ on the security of the 2020 Election was highly inaccurate, in that there were massive improprieties and fraud - including dead people voting, Poll Watchers not allowed into polling locations, "glitches"in the voting machines which changed...

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001092

SUBJECT TO PROTECTIVE ORDER                                                           SCO-00455988

**Wed Nov 18 00:07:44 +0000 2020**


**Conversation ID:**        1328852354049950000

**Favorite:**    114054        **Retweet**:  17635

**Mentioned Screen Name:**

**Mentioned Name:**


...votes from Trump to Biden, late voting, and many more. Therefore, effective immediately, ███████
has been terminated as Director of the Cybersecurity and Infrastructure Security Agency.

**Replied to ID:**        25073877

**Replied to Name:**        realDonaldTrump

**Replied to Status ID:**    1328850000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001091

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455987

SCO-12987611



SCO-12987610



**Wed Nov 18 00:25:56 +0000 2020**

**Conversation ID:**      1328856932011160000

**Favorite:**   156414       **Retweet**:  23641

**Mentioned Screen Name:**

**Mentioned Name:**

The only thing secure about our 2020 Election was that it was virtually impenetrable by foreign powers. On that, the Trump Administration takes great credit. Unfortunately, the Radical Left Democrats, Dominion, and others, were perhaps more successful!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001089

SUBJECT TO PROTECTIVE ORDER                                          SCO-00455985

SCO-12987609



**Wed Nov 18 15:41:09 +0000 2020**

**Conversation ID:**     1329087255168700000

**Favorite:**   252051     **Retweet**: 38293

**Mentioned Screen Name:**

**Mentioned Name:**


In Detroit, there are FAR MORE VOTES THAN PEOPLE. Nothing can be done to cure that giant scam. I win Michigan!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001068

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455964

SCO-12987607



**Sat Nov 21 13:13:32 +0000 2020**

**Conversation ID:**    1330137267680180000

**Favorite:**  91849    **Retweet**: 15837

**Mentioned Screen Name:**

**Mentioned Name:**

This is true, but much different than reported by the media. We will show massive and unprecedented fraud! https://t.co/E1gZiqc7EP

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00001009

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455905

GA 799



**Donald J. Trump** ✓
@realDonaldTrump

This is true, but much different than reported by the media. We will show massive and unprecedented fraud!

Nov 20, 2020

My statement on our meeting with the President today:

fight against COVID-19. We have since sent the same correspondence to congressional leaders.

"Months ago, Michigan received funds through the federal CARES Act, and we used that funding to quickly support front line workers, improve testing, ensure adequate PPE, provide additional support to out-of-work Michiganders, and deliver assistance to local businesses that are struggling through no fault of their own. We once again face a time in our state when additional support would go a long way to help those same residents who need our help.

"We highlighted our commitment to appropriating further federal dollars to Michiganders most in need as we continue to deal with the impact of COVID-19. We also emphasized our commitment to fiscal responsibility in the state budget as we move forward.

"The Senate and House Oversight Committees are

8:13 AM · Nov 21, 2020

**15.4K** Reposts    **2,128** Quotes    **89.7K** Likes    **232** Bookmarks

SCO-12987579

**Sun Nov 22 12:12:15 +0000 2020**

**Conversation ID:**    1330484233572390000

**Favorite:**    0    **Retweet**: 0

**Mentioned Screen Name:** GOPChairwoman

**Mentioned Name:**    Ronna McDaniel

RT @GOPChairwoman: The irregularities we have seen in Michigan cannot simply be ignored away or brushed under the rug.   They must be confr....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000974

SUBJECT TO PROTECTIVE ORDER                                              SCO-00455870



SCO-12858233

**Sun Nov 22 12:16:32 +0000 2020**

**Conversation ID:**        1330485312896770000

**Favorite:**    0        **Retweet**:  0

**Mentioned Screen Name:**  LizRNC

**Mentioned Name:**        Liz Lizington

RT @LizRNC: We have to get to the bottom of it.  https://t.co/u9UOYa0A4B

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000972

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455868



SCO-12858236

**Sun Nov 22 12:16:53 +0000 2020**

**Conversation ID:**         1330485401912470000

**Favorite:**    0        **Retweet**: 0

**Mentioned Screen Name:**  realDonaldTrump

**Mentioned Name:**         Donald J. Trump

RT @realDonaldTrump: This is true, but much different than reported by the media. We will show massive and unprecedented fraud!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000971

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455867





SCO-12858237

**Sun Nov 22 12:24:13 +0000 2020**

**Conversation ID:**          1330487246236020000

**Favorite:**     100037          **Retweet**: 19491

**Mentioned Screen Name:**

**Mentioned Name:**

It's all about the signatures on the envelopes. Why are the Democrats fighting so hard to hide them. We will find massive numbers of fraudulent ballots. The signatures won't match. Fight hard Republicans. Don't let them destroy the evidence! https://t.co/qN2jHGeWEN

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000970

SUBJECT TO PROTECTIVE ORDER                                                                    SCO-00455866



SCO-12858238

**Sun Nov 22 12:25:05 +0000 2020**

**Conversation ID:**        1330487462821550000

**Favorite:**    0        **Retweet**:   0

**Mentioned Screen Name:** LizRNC

**Mentioned Name:**        Liz Lizington

RT @LizRNC: We're all fighting this fight right now.  We're talking about the core of our American Constitutional Republic, the right to....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000969

SUBJECT TO PROTECTIVE ORDER                                SCO-00455865



SCO-12858239



SCO-12858240

**Sun Nov 22 12:25:43 +0000 2020**

**Conversation ID:**      1330487624402930000

**Favorite:**   81798      **Retweet**:  12496

**Mentioned Screen Name:**

**Mentioned Name:**


Thank you! https://t.co/xe4WZt1wNe

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000968

SUBJECT TO PROTECTIVE ORDER                                SCO-00455864

**Wed Nov 25 00:26:35 +0000 2020**


**Conversation ID:**     1331393812728570000

**Favorite:**   116920      **Retweet**: 22580

**Mentioned Screen Name:** GaSecofState

**Mentioned Name:**      GA Secretary of State ███████████


Why isn't the @GASecofState ███████████, a so-called Republican, allowing us to look at
signatures on envelopes for verification? We will find tens of thousands of fraudulent and illegal votes...

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000939

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455835

SCO-12987559



**Wed Nov 25 04:06:43 +0000 2020**

**Conversation ID:**         1331449211381020000

**Favorite:**    0      **Retweet**: 0

**Mentioned Screen Name:** LouDobbs;SidneyPowell1

**Mentioned Name:**         Lou Dobbs;Sidney Powell -⬛-⬛-⬛ #Kraken

RT @LouDobbs: BREAKING NEWS: @SidneyPowell1 says her lawsuit in Georgia could be filed as soon as tomorrow and says there's no way there wa....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000929

SUBJECT TO PROTECTIVE ORDER                              SCO-00455825



SCO-12858284

**Wed Nov 25 04:20:57 +0000 2020**

**Conversation ID:**        1331452790883930000

**Favorite:**    0      **Retweet**:  0

**Mentioned Screen Name:**  mschlapp

**Mentioned Name:**          Matt Schlapp

RT @mschlapp: Breaking News: NV judge agrees to hear evidence of illegal voting and allow Republicans/Trump campaign to depose those who kn....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000928

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455824

GA 817



SCO-12858285



SUBJECT TO PROTECTIVE ORDER
SCO-04953486

**Thu Nov 26 20:39:45 +0000 2020**

**Conversation ID:**        1332061503063780000

**Favorite:**    0      **Retweet**:  0

**Mentioned Screen Name:**  DavidJHarrisJr

**Mentioned Name:**        David J Harris Jr

RT @DavidJHarrisJr: Sidney Powell and Lin Wood hit Georgia with 104-page lawsuit. https://t.co/cDsbK1s2MG

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000873

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455769

GA 820



SCO-12858342



SCO-12929345

**Mon Nov 30 00:34:38 +0000 2020**

**Conversation ID:**     1333207778643620000

**Favorite:**  186383     **Retweet**: 33060

**Mentioned Screen Name:**

**Mentioned Name:**

We have some big things happening in our various litigations on the Election Hoax. Everybody knows it was Rigged. They know Biden didn't get more votes from the Black community than Obama, &amp; certainly didn't get 80,000,000 votes. Look what happened in Detroit, Philadelphia, plus!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000816

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455712



SCO-12858411

**Mon Nov 30 01:05:11 +0000 2020**

**Conversation ID:**       1333215466022720000

**Favorite:**   123661      **Retweet**:  22033

**Mentioned Screen Name:** 60Minutes

**Mentioned Name:**        60 Minutes

.@60Minutes never asked us for a comment about their ridiculous, one sided story on election security, which is an international joke. Our 2020 Election, from poorly rated Dominion to a Country FLOODED with unaccounted for Mail-In ballots, was probably our least secure EVER!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000815

SUBJECT TO PROTECTIVE ORDER                                                    SCO-00455711

SCO-12987541



**Donald J. Trump** ✓
@realDonaldTrump

.@60Minutes never asked us for a comment about their ridiculous, one sided story on election security, which is an international joke. Our 2020 Election, from poorly rated Dominion to a Country FLOODED with unaccounted for Mail-In ballots, was probably our least secure EVER!

8:05 PM · Nov 29, 2020

**21.6K** Reposts    **3,684** Quotes    **121.4K** Likes    **149** Bookmarks

149

**Mon Nov 30 01:25:50 +0000 2020**


**Conversation ID:**    1333220661670580000

**Favorite:**  79525    **Retweet**:  12612

**Mentioned Screen Name:** 60Minutes

**Mentioned Name:**        60 Minutes


GREAT NEWS! Is Fake News @60Minutes watching this? https://t.co/v9T2MUmGss

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000813

SUBJECT TO PROTECTIVE ORDER                                SCO-00455709

SCO-12987535



← Posts

Donald J. Trump ✓
@realDonaldTrump

GREAT NEWS! Is Fake News @60Minutes watching this?
Translate the post

🟥 General Mike Flynn @GenFlynn · Nov 29 2020

#TeamKraken wins a major injunction. Judge Batten issues an order to freeze all dominion machines in GA. The devil may have gone down to GA, but it is light that shines bright today.

@SidneyPowell1 ...
Show more

8:25 am · Nov 29 2020

12.4 tn Republications   1,572 quote   77.9 tn likes   122 Bookmarks

**Mon Nov 30 13:59:51 +0000 2020**

**Conversation ID:**      1333410418119860000

**Favorite:**   125559      **Retweet**:   24050

**Mentioned Screen Name:**   ███████████

**Mentioned Name:**          █████████

Why won't Governor █████████, the hapless Governor of Georgia, use his emergency powers, which can be easily done, to overrule his obstinate Secretary of State, and do a match of signatures on envelopes. It will be a "goldmine"of fraud, and we will easily WIN the state....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000804

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455700

GA 829

SCO-12987534



**Donald J. Trump** ✓
@realDonaldTrump

Why won't Governor ██████████, the hapless Governor of Georgia, use his emergency powers, which can be easily done, to overrule his obstinate Secretary of State, and do a match of signatures on envelopes. It will be a "goldmine" of fraud, and we will easily WIN the state....

8:59 AM · Nov 30, 2020

**23.6K** Reposts   **5,150** Quotes   **123.2K** Likes   **200** Bookmarks

🗩   ⟳   ♡   🔖 200   ↥

**Mon Nov 30 23:42:58 +0000 2020**

**Conversation ID:**        1333557162610720000

**Favorite:**   0    **Retweet**: 0

**Mentioned Screen Name:** RedWingGrips

**Mentioned Name:**        John D

RT @RedWingGrips: ███████: My state ran the most corrupt election in American history. ████
████: Hold my beer.

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000794

SUBJECT TO PROTECTIVE ORDER

SCO-00455690

SCO-12987528



**Mon Nov 30 23:42:31 +0000 2020**


**Conversation ID:**          1333557049280610000

**Favorite:**   0    **Retweet**: 0

**Mentioned Screen Name:** CarmineSabia

**Mentioned Name:**          Carmine Sabia


RT @CarmineSabia: Watching the Arizona hearings and then watching ████████ sign those papers, why bother voting for Republicans if what y....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000795

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455691



SCO-12858431

**Mon Nov 30 23:39:19 +0000 2020**

| | |
|---|---|
| **Conversation ID:** | 1333556242984430000 |
| **Favorite:** 58760 | **Retweet**: 12500 |
| **Mentioned Screen Name:** | ████████;OANN |
| **Mentioned Name:** | ████████;One America News |

Why is he rushing to put a Democrat in office, especially when so many horrible things concerning voter fraud are being revealed at the hearing going on right now. @OANN What is going on with ████████ Republicans will long remember! https://t.co/XILGaHcyw7

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000797

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455693



SCO-12987530





Thread     Case 1:21-cv-02995     Document 1-71     Filed 11/12/21     Page 2 of 8

I've been pretty outspoken about Arizona's election system, and bragged about it quite a bit, including in the Oval Office. And for good reason. 1/

2:48 AM · Dec 1, 2020 · Twitter Web App

**4K** Retweets     **3.3K** Quote Tweets     **34.5K** Likes

Replying to · Dec 1, 2020

We've been doing early voting since 1992. Arizona didn't explore or experiment this year. We didn't cancel election day voting as some pushed for — we weren't going to disenfranchise any voter. 2/

908          654          10.5K

· Dec 1, 2020

In Arizona, we have some of the strongest election laws in the country, laws that prioritize accountability and clearly lay out procedures for conducting, canvassing, and even contesting the results of an election. 3/

670          552          9.4K

· Dec 1, 2020

We've got ID at the polls. We review EVERY signature (every single one) on early ballots — by hand — unlike other states that use computers. Prohibitions on ballot harvesting. Bipartisan poll observers. Clear deadlines, including no ballots allowed after Election Day. 4/

1.5K          735          9.2K

· Dec 1, 2020

The problems that exist in other states simply don't apply here. I've also said all along, I'm going to follow the law. So here's what the law says... 5/

801          490          8.4K

· Dec 1, 2020

It requires the Secretary of State, in the presence of the Governor and the Attorney General, to canvass the election on the fourth Monday following the general election. That was today. 6/

16-648. Canvass for state offices, amendments and measures; postponement

A. On the fourth Monday following a general election, the secretary of state, in the presence of the governor and the attorney general, shall canvass all offices for which the nominees filed nominating petitions and papers with the secretary of state pursuant to section 16-311, subsection E.

361          419          7.9K

· Dec 1, 2020

This can ONLY be delayed if counties DECLINE to certify their results. ALL 15 counties in Arizona — counties run by both parties — certified their results. 7/

**Relevant people**

**What's happening**

Weather · 5 hours ago
**First nor'easter of 2021 is expected to bring up to two feet of snow to New York City and parts of the Northeast**
Trending with
#SnowStorm2021

**#FreeDiGiornoPi**
Here's your chance to win free DiGiorno Pizza on Sunday!
Promoted by DiGiorno

Politics · Trending
**Vindictive**
Senator Ted Cruz receives pushback for his characterization of Donald Trump's second impeachment trial as a 'vindictive' act by Democrats
6,816 Tweets

Trending in United States
**Windows 98**
3,612 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for Illinois**

Show more

Terms of Service   Privacy Policy
Cookie Policy   Ads info   More ···
© 2021 Twitter, Inc.

SUBJECT TO PROTECTIVE ORDER                                                      SCO-00615495

GA 838

**Trump Twitter Archive V2**                                    Insights    FAQ

"The president was RIGHT when he said get the kids back in school—Now Dr. Fauci says, 'You know what, I'm looking at the data—the kids should be in school.'" @kilmeade https://t.co/2FtrIcqO1B

Dec 1st 2020 - 9:09:28 AM EST  (t) 12k  ♡ 0  (w) Show

RT @Bubblebathgirl: Why is ███████ still pretending he's a member of the Republican Party after he just certified fraudulent election re...

Dec 1st 2020 - 9:03:39 AM EST  (t) 29k  ♡ 105k  (w) Show

Do something ███████. You allowed your state to be scammed. We must check signatures and count signed envelopes against ballots. Then call off election. It won't be needed. We will all WIN! https://t.co/UiJrlyBGiK

Dec 1st 2020 - 8:59:36 AM EST  (t) 39k  ♡ 174k  (w) Show

We won Michigan by a lot! https://t.co/D6inAewQxP

Dec 1st 2020 - 8:56:21 AM EST  (t) 31k  ♡ 115k  (w) Show

Impossible result! https://t.co/QDaxamGs3p

Dec 1st 2020 - 8:53:23 AM EST  (t) 26k  ♡ 97k  (w) Show

Fake election results in Nevada, also! https://t.co/l8MDOSlqQ7

Dec 1st 2020 - 8:50:53 AM EST  (t) 14k  ♡ 0  (w) Show

RT @Henryhooddavis: THE QUESTION IS??? https://t.co/9gDdGraWAH

Dec 1st 2020 - 8:48:19 AM EST  (t) 35k  ♡ 104k  (w) Show

Disgraceful! https://t.co/t0epa2ItFm

Dec 1st 2020 - 8:47:10 AM EST  (t) 10k  ♡ 0  (w) Show

RT @TheRightMelissa: Fake media preys on ignorance of how election process works Certifications are just clerical & not legally binding.....

Dec 1st 2020 - 8:42:42 AM EST  (t) 14k  ♡ 0  (w) Show

RT @TeamTrump: Mayor @RudyGiuliani urges Arizona state legislatures to protect the sacred right to vote https://t.co/vh7QgGMPr6

SCO-12834296

**Trump Twitter Archive V2**                                    Insights    FAQ

Thank you! A lot of Senators and House Members are very happy that I came along. Think I'll stick around for awhile! https://t.co/stOYWuAJ13

Nov 30th 2020 - 10:27:39 PM EST    🔁 20k    ♡ 0    🐦 Show

RT @thebradfordfile: Even CNN is now admitting China lied about Covid cases and deaths. Trump was right--again.

Nov 30th 2020 - 10:27:11 PM EST    🔁 12k    ♡ 0    🐦 Show

RT @thebradfordfile: With each additional GOP win in the House, the "Biden only" votes look more suspect.

Nov 30th 2020 - 10:13:58 PM EST    🔁 24k    ♡ 118k    🐦 Show

Donald Trump Calls In to Arizona Voter Fraud Hearing: We're Fighting Back https://t.co/pzDS6YnwSf via @BreitbartNews. A very inspiring hearing. Such great support from both witnesses to election fraud and political leaders!

Nov 30th 2020 - 6:49:22 PM EST    🔁 39k    ♡ 226k    🐦 Show

Arizona hearings on live right now on @OANN. Such total corruption. So sad for our country!

Nov 30th 2020 - 6:46:53 PM EST    🔁 22k    ♡ 92k    🐦 Show

...And there are many such articles. Rigged Election! https://t.co/P8scMauhcl

Nov 30th 2020 - 6:42:58 PM EST    🔁 14k    ♡ 0    🐦 Show

RT @RedWingGrips: ▬▬▬▬▬: "My state ran the most corrupt election in American history." ▬▬▬▬▬: "Hold my beer."

Nov 30th 2020 - 6:42:31 PM EST    🔁 15k    ♡ 0    🐦 Show

RT @CarmineSabia: Watching the Arizona hearings and then watching ▬▬▬▬▬ sign those papers, why bother voting for Republicans if what y...

Nov 30th 2020 - 6:42:17 PM EST    🔁 11k    ♡ 0    🐦 Show

RT @DeanBrowningPA: Who needs Democrats when you have Republicans like ▬▬▬▬▬ and ▬▬▬▬▬?

Nov 30th 2020 - 6:40:10 PM EST    🔁 28k    ♡ 137k    🐦 Show

TRUE! https://t.co/GaldE1fto5

SCO-12834298

**Wed Dec 02 03:27:15 +0000 2020**

**Conversation ID:**          1333975991518180000

**Favorite:**    65893      **Retweet**: 13180

**Mentioned Screen Name:** ███████████

**Mentioned Name:**        ████████

Rigged Election. Show signatures and envelopes. Expose the massive voter fraud in Georgia. What is Secretary of State and ███████████ afraid of. They know what we'll find!!! https://t.co/Km7tRm2s1A

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000740

SUBJECT TO PROTECTIVE ORDER                                         SCO-00455636

GA 841





SCO-12987517

**Thu Dec 03 18:57:32 +0000 2020**


**Conversation ID:**          1334572492476830000

**Favorite:**   0       **Retweet**:  0

**Mentioned Screen Name:** TeamTrump

**Mentioned Name:**          Team Trump (Text TRUMP to 88022)


RT @TeamTrump: Video footage from Georgia shows that poll workers were told to stop counting and leave, while 4 people stayed behind to con....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000707

SUBJECT TO PROTECTIVE ORDER                                                           SCO-00455603

**Thu Dec 03 18:57:34 +0000 2020**

**Conversation ID:**          1334572501565900000

**Favorite:**   0      **Retweet**:  0

**Mentioned Screen Name:** TeamTrump

**Mentioned Name:**          Team Trump (Text TRUMP to 88022)

RT @TeamTrump: WATCH: Video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000706

SUBJECT TO PROTECTIVE ORDER                                                        SCO-00455602

**Thu Dec 03 19:01:39 +0000 2020**

**Conversation ID:**        1334573529107460000

**Favorite:**   155898       **Retweet**: 29799

**Mentioned Screen Name:**

**Mentioned Name:**

Wow! Blockbuster testimony taking place right now in Georgia. Ballot stuffing by Dems when Republicans were forced to leave the large counting room. Plenty more coming, but this alone leads to an easy win of the State!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000705

SUBJECT TO PROTECTIVE ORDER                                          SCO-00455601





**Donald J. Trump**
@realDonaldTrump

Wow! Blockbuster testimony taking place right now in Georgia. Ballot stuffing by Dems when Republicans were forced to leave the large counting room. Plenty more coming, but this alone leads to an easy win of the State!

2:01 PM · Dec 3, 2020

**29.3K** Reposts **5,283** Quotes **152.9K** Likes **242** Bookmarks

242

SCO-12987506

← **Tweet**

**Gabriel Sterling**
@GabrielSterling

⋯

The 90 second video of election workers at State Farm arena, purporting to show fraud was watched in its entirety (hours) by @GaSecofState investigators. Shows normal ballot processing. Here is the fact check on it.

leadstories.com
Fact Check: Video From Georgia Does NOT Show Suitcases Filled With Ballot...
By Alan Duke and Hallie Golden Does security camera video show a Fulton County, Georgia, election supervisor suspiciously pulling suitcases...

6:41 AM · Dec 4, 2020 from Sandy Springs, GA

**3,457** Retweets    **2,483** Quotes    **10.8K** Likes    **540** Bookmarks



CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

_0000316

SCO-04108940

**Sat Dec 05 17:02:08 +0000 2020**

**Conversation ID:**    1335268230206720000

**Favorite:**  172095    **Retweet**:  29555

**Mentioned Screen Name:**  ████████

**Mentioned Name:**    ████████

I will easily &amp; quickly win Georgia if Governor ████████ or the Secretary of State permit a simple signature verification. Has not been done and will show large scale discrepancies. Why are these two "Republicans"saying no? If we win Georgia, everything else falls in place!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000660

SUBJECT TO PROTECTIVE ORDER                                   SCO-00455556

SCO-12987486



**Donald J. Trump** ✔
@realDonaldTrump

I will easily & quickly win Georgia if Governor @ ▮▮▮ or the Secretary of State permit a simple signature verification. Has not been done and will show large scale discrepancies. Why are these two "Republicans" saying no? If we win Georgia, everything else falls in place!

12:02 PM · Dec 5, 2020

**29K** Reposts   **6,333** Quotes   **168.7K** Likes   **256** Bookmarks

☐ 256

**Sun Dec 06 05:49:58 +0000 2020**


**Conversation ID:**    1335461462312140000

**Favorite:**  63509    **Retweet**:  6057

**Mentioned Screen Name:**

**Mentioned Name:**


Thank you Christina! https://t.co/0ADausqhat

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000642

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455538



SCO-12858634

**Sun Dec 06 05:53:34 +0000 2020**

**Conversation ID:**        1335462365370990000

**Favorite:**   0      **Retweet**:   0

**Mentioned Screen Name:**  christina_bobb;realDonaldTrump

**Mentioned Name:**         Christina Bobb;Donald J. Trump


RT @christina_bobb: ▉▉▉▉▉▉ is intentionally misleading the people of Arizona to avoid the inevitable.  @realDonaldTrump won his state....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000640

SUBJECT TO PROTECTIVE ORDER                                                          SCO-00455536

SCO-12987478



**Sun Dec 06 05:56:40 +0000 2020**

**Conversation ID:**        1335463148137160000

**Favorite:**   0      **Retweet**: 0

**Mentioned Screen Name:** BernardKerik

**Mentioned Name:**        Bernard B. Kerik

RT @BernardKerik: These are the four cowardice Pennsylvania legislators that intend to allow the
Democrat machine to #StealtheVote! #Coward....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000637

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455533

**Mon Dec 07 15:37:34 +0000 2020**

**Conversation ID:**     1335971721262790000

**Favorite:**   216617     **Retweet**:  37855

**Mentioned Screen Name:**

**Mentioned Name:**

The Republican Governor of Georgia refuses to do signature verification, which would give us an easy win. What's wrong with this guy? What is he hiding?

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000585

SUBJECT TO PROTECTIVE ORDER                                SCO-00455481




SCO-12858700

**Tue Dec 08 03:21:21 +0000 2020**

**Conversation ID:**    1336148836495060000

**Favorite:**    96139    **Retweet**:  18601

**Mentioned Screen Name:**  ██████████████

**Mentioned Name:**    ████████████

Georgia Lt. Governor @██████████████ is a RINO Never Trumper who got himself elected as LG by falsely claiming to be "pro-Trump". Too dumb or corrupt to recognize massive evidence of fraud in GA &amp; should be replaced! We need every great Georgian to call him out! #SpecialSession!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000575

SUBJECT TO PROTECTIVE ORDER    SCO-00455471

SCO-12987470



Donald J. Trump
@realDonaldTrump

Georgia Lt. Governor ███████████ s a RINO Never Trumper who got himself elected as LG by falsely claiming to be "pro-Trump". Too dumb or corrupt to recognize massive evidence of fraud in GA & should be replaced! We need every great Georgian to call him out! #SpecialSession1

10:21 PM · Dec 7, 2020

18.3K Reposts   2,979 Quotes   94.4K Likes   119 Bookmarks

**Tue Dec 08 00:50:44 +0000 2020**

**Conversation ID:**      1336110929856040000

**Favorite:**   89515      **Retweet**: 17335

**Mentioned Screen Name:** BrianKempGA;GeoffDuncanGA█████████████████

**Mentioned Name:**      Brian Kemp█████████████;Geoff Duncan;███████

RINOS █████████████████, &amp; Secretary of State ████████████, will be solely responsible for the potential loss of our two GREAT Senators from Georgia, @sendavidperdue &amp; @KLoeffler. Won't call a Special Session or check for Signature Verification! People are ANGRY!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000580

SUBJECT TO PROTECTIVE ORDER                                   SCO-00455476

GA 862

SCO-12987471



**Donald J. Trump** ✔
@realDonaldTrump

RINOS ███████████ & Secretary of State ████

██████████ will be solely responsible for the potential loss of our two GREAT Senators from Georgia, @sendavidperdue & @KLoeffler.. Won't call a Special Session or check for Signature Verification! People are ANGRY!

7:50 PM · Dec 7, 2020

**17K** Reposts   **3,239** Quotes   **88K** Likes   **138** Bookmarks

**Thu Dec 10 14:29:09 +0000 2020**

**Conversation ID:**        1337041669368250000

**Favorite:**   83691      **Retweet**: 14354

**Mentioned Screen Name:** ███████████ ;RepDougCollins

**Mentioned Name:**        ████████ ;Doug Collins

How does Governor ████████ allow certification of votes without verifying signatures and despite the recently released tape of ballots being stuffed? His poll numbers have dropped like a rock. He is finished as governor! @RepDougCollins

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000524

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455420

**Fri Dec 11 22:36:07 +0000 2020**

**Conversation ID:**       1337526606445800000

**Favorite:**   113301      **Retweet**:  16560

**Mentioned Screen Name:** ██████████;GaSecofState;██████████

**Mentioned Name:**        ████████GA Secretary of State ██████████████

Georgia, where is signature verification approval? What do you have to lose? Must move quickly!
██████████████████ @GaSecofState

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000483

SUBJECT TO PROTECTIVE ORDER                                        SCO-00455379

GA 865



SCO-12858811

**Sun Dec 13 22:49:39 +0000 2020**

**Conversation ID:**    1338254785666040000

**Favorite:**  166996    **Retweet**: 32317

**Mentioned Screen Name:**

**Mentioned Name:**


Swing States that have found massive VOTER FRAUD, which is all of them, CANNOT LEGALLY CERTIFY these votes as complete &amp; correct without committing a severely punishable crime. Everybody knows that dead people, below age people, illegal immigrants, fake signatures, prisoners,....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000445

SUBJECT TO PROTECTIVE ORDER                          SCO-00455341

GA 867

**Sun Dec 13 22:49:39 +0000 2020**

**Conversation ID:**      1338254787020780000

**Favorite:**   103031      **Retweet**:  16070

**Mentioned Screen Name:**

**Mentioned Name:**


.....and many others voted illegally. Also, machine "glitches"(another word for FRAUD), ballot harvesting, non-resident voters, fake ballots, "stuffing the ballot box", votes for pay, roughed up Republican Poll Watchers, and sometimes even more votes than people voting, took....

**Replied to ID:**        25073877

**Replied to Name:**      realDonaldTrump

**Replied to Status ID:**    1338250000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000444

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455340

**Sun Dec 13 22:49:39 +0000 2020**

**Conversation ID:**        1338254787675040000

**Favorite:**    105929        **Retweet**: 17200

**Mentioned Screen Name:**

**Mentioned Name:**

....place in Detroit, Philadelphia, Milwaukee, Atlanta, Pittsburgh, and elsewhere. In all Swing State cases, there are far more votes than are necessary to win the State, and the Election itself. Therefore, VOTES CANNOT BE CERTIFIED. THIS ELECTION IS UNDER PROTEST!

**Replied to ID:**        25073877

**Replied to Name:**        realDonaldTrump

**Replied to Status ID:**    1338250000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000443

SUBJECT TO PROTECTIVE ORDER                                SCO-00455339

GA 869

SCO-12987454



**Donald J. Trump** @realDonaldTrump

Swing States that have found massive VOTER FRAUD, which is all of them, CANNOT LEGALLY CERTIFY these votes as complete & correct without committing a severely punishable crime. Everybody knows that dead people, below age people, illegal immigrants, fake signatures, prisoners,....

5:49 PM · Dec 13, 2020

**32.2K** Reposts  **7,651** Quotes  **164.9K** Likes  **505** Bookmarks

SCO-12987453



← Post ⋮

**Donald J. Trump** ✔
@realDonaldTrump

...and many others voted illegally. Also, machine "glitches" (another word for FRAUD), ballot harvesting, non-resident voters, fake ballots, "stuffing the ballot box", votes for pay, roughed up Republican Poll Watchers, and sometimes even more votes than people voting, took....

5:49 PM · Dec 13, 2020

**15.8K** Reposts  **1,379** Quotes  **101K** Likes  **154** Bookmarks

SCO-12987452



**Donald J. Trump** ✓
@realDonaldTrump

...place in Detroit, Philadelphia, Milwaukee, Atlanta, Pittsburgh, and elsewhere. In all Swing State cases, there are far more votes than are necessary to win the State, and the Election itself. Therefore, VOTES CANNOT BE CERTIFIED. THIS ELECTION IS UNDER PROTEST!

5:49 PM · Dec 13, 2020

**17K** Reposts    **3,043** Quotes    **104.9K** Likes    **200** Bookmarks

🔖 200

**Sat Dec 19 06:42:42 +0000 2020**

**Conversation ID:**    1340185773220510000

**Favorite:**    143624    **Retweet**: 36378

**Mentioned Screen Name:**

**Mentioned Name:**

Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump https://t.co/D8KrMHnFdK. A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000357

SUBJECT TO PROTECTIVE ORDER    SCO-00455253

SCO-12987427



← Post

**Donald J. Trump** ☑
@realDonaldTrump

Peter Navarro releases 36-page report alleging election fraud 'more than sufficient' to swing victory to Trump washex.am/3nwaBCe. A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!

1:42 AM · Dec 19, 2020

**35.6K** Reposts  **6,113** Quotes  **140.6K** Likes  **1,037** Bookmarks

☐ 1K

**Mon Dec 21 21:48:08 +0000 2020**

**Conversation ID:**        1341138407460920000

**Favorite:**   117396      **Retweet**:  18188

**Mentioned Screen Name:**

**Mentioned Name:**

Two years ago, the great people of Wisconsin asked me to endorse a man named ▮▮▮▮▮▮▮▮▮ for State Supreme Court Justice, when he was getting destroyed in the Polls against a tough Democrat Candidate who had no chance of losing. After my endorsement, ▮▮▮▮▮ easily won!...

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000301

SUBJECT TO PROTECTIVE ORDER                    SCO-00455197

**Mon Dec 21 21:48:08 +0000 2020**

**Conversation ID:**       1341138408274590000

**Favorite:**   89788      **Retweet**:  13721

**Mentioned Screen Name:**

**Mentioned Name:**

...WOW, he just voted against me in a Big Court Decision on voter fraud (of which there was much!), despite many pages of dissent from three highly respected Justices. One thing has nothing to do with another, but we ended up losing 4-3 in a really incorrect ruling! Great...

**Replied to ID:**           25073877

**Replied to Name:**        realDonaldTrump

**Replied to Status ID:**    1341140000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000300

SUBJECT TO PROTECTIVE ORDER                                                    SCO-00455196

**Mon Dec 21 21:48:08 +0000 2020**

**Conversation ID:**       1341138409092500000

**Favorite:**   103910         **Retweet**:  17123

**Mentioned Screen Name:**

**Mentioned Name:**

...Republicans in Wisconsin should take these 3 strong decisions to their State Legislators and overturn this ridiculous State Election. We won in a LANDSLIDE!

**Replied to ID:**        25073877

**Replied to Name:**      realDonaldTrump

**Replied to Status ID:**   1341140000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000299

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455195

SCO-12987423



**Donald J. Trump** ✔
@realDonaldTrump

Two years ago, the great people of Wisconsin asked me to endorse a man named ██████ for State Supreme Court Justice, when he was getting destroyed in the Polls against a tough Democrat Candidate who had no chance of losing. After my endorsement ██████ easily won!...

4:48 PM · Dec 21, 2020

**17.9K** Reposts  **1,695** Quotes  **115.1K** Likes  **195** Bookmarks

195

SCO-12987422



Donald J. Trump
@realDonaldTrump

...WOW, he just voted against me in a Big Court Decision on voter fraud (of which there was much!), despite many pages of dissent from three highly respected Justices. One thing has nothing to do with another, but we ended up losing 4-3 In a really Incorrect ruling! Great...

4:48 PM · Dec 21, 2020

13.5K Reposts   1,483 Quotes   88K Likes   95 Bookmarks

SCO-12987421



Donald J. Trump
@realDonaldTrump

...Republicans in Wisconsin should take these 3 strong decisions to their State Legislators and overturn this ridiculous State Election. We won in a LANDSLIDE!

4:48 PM · Dec 21, 2020

16.8K Reposts    1,590 Quotes    101.9K Likes    108 Bookmarks

108

**Tue Dec 22 15:29:24 +0000 2020**

**Conversation ID:**     1341405487057820000

**Favorite:**  275957     **Retweet**: 50675

**Mentioned Screen Name:**

**Mentioned Name:**

THE DEMOCRATS DUMPED HUNDREDS OF THOUSANDS OF BALLOTS IN THE SWING STATES LATE IN THE EVENING. IT WAS A RIGGED ELECTION!!!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000292

SUBJECT TO PROTECTIVE ORDER                                                SCO-00455188

SCO-12987413



Donald J. Trump
@realDonaldTrump

THE DEMOCRATS DUMPED HUNDREDS OF THOUSANDS OF BALLOTS IN THE SWING STATES LATE IN THE EVENING. IT WAS A RIGGED ELECTION!!!

10:29 AM · Dec 22, 2020

**49.9K** Reposts    **9,896** Quotes    **270.2K** Likes    **385** Bookmarks

385

SCO-12982639



Donald J. Trump
59.3K Tweets

Donald J. Trump Retweeted
Ivan #PenceCard Raiklin @Raiklin · 22 Dec
America, @VP @Mike_Pence MUST do this, tomorrow!

To defend our Constitution from our enemies:

Foreign: China, Russia, Iran

&

Domestic: BigTech Censorship, MSM Censorship, Corrupt Officials at the
Federal, State, and Local levels!

Let him know!

Show this thread

**Wed Dec 23 17:08:35 +0000 2020**

**Conversation ID:**   1341792832093360000

**Favorite:**   195960   **Retweet**: 39016

**Mentioned Screen Name:** ███████████

**Mentioned Name:** ████████

They are slow walking the signature verification in Georgia. They don't want results to get out prior to January 6th. They know what they are trying so hard to hide. Terrible people! @███████████

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000285

SUBJECT TO PROTECTIVE ORDER                SCO-00455181

SCO-12987410



**Donald J. Trump** @realDonaldTrump

They are slow walking the signature verification in Georgia. They don't want results to get out prior to January 6th. They know what they are trying so hard to hide. Terrible people!

12:08 PM · Dec 23, 2020

**38.3K** Reposts    **3,381** Quotes    **192.1K** Likes    **212** Bookmarks

212

**Sat Dec 26 13:14:54 +0000 2020**

**Conversation ID:**        1342821189077620000

**Favorite:**   164896        **Retweet**:  35664

**Mentioned Screen Name:**

**Mentioned Name:**

The "Justice" Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th.

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000251

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455147

SCO-12987408



**Donald J. Trump**
@realDonaldTrump

The "Justice" Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th.

8:14 AM · Dec 26, 2020

**35K** Reposts  **4,270** Quotes  **161.6K** Likes  **301** Bookmarks

301

**Sat Dec 26 23:23:35 +0000 2020**

**Conversation ID:**       1342974370822690000

**Favorite:**   196601      **Retweet**: 41610

**Mentioned Screen Name:**

**Mentioned Name:**


Time for Republican Senators to step up and fight for the Presidency, like the Democrats would do if they had actually won. The proof is irrefutable! Massive late night mail-in ballot drops in swing states, stuffing the ballot boxes (on video), double voters, dead voters,

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000243

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455139

**Sat Dec 26 23:23:36 +0000 2020**

**Conversation ID:**        1342974373632870000

**Favorite:**    42171      **Retweet**:  10097

**Mentioned Screen Name:**

**Mentioned Name:**

....fake signatures, illegal immigrant voters, banned Republican vote watchers, MORE VOTES THAN ACTUAL VOTERS (check out Detroit &amp; Philadelphia), and much more. The numbers are far greater than what is necessary to win the individual swing states, and cannot even be contested....

**Replied to ID:**        25073877

**Replied to Name:**      realDonaldTrump

**Replied to Status ID:**   1342970000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000242

SUBJECT TO PROTECTIVE ORDER                                      SCO-00455138

**Sat Dec 26 23:23:36 +0000 2020**


**Conversation ID:**         1342974375008600000

**Favorite:**   125741      **Retweet**:  21861

**Mentioned Screen Name:**

**Mentioned Name:**


....Courts are bad, the FBI and "Justice"didn't do their job, and the United States Election System looks like that of a third world country. Freedom of the press has been gone for a long time, it is Fake News, and now we have Big Tech (with Section 230) to deal with....

**Replied to ID:**           25073877

**Replied to Name:**         realDonaldTrump

**Replied to Status ID:**    1342970000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455137

**Sat Dec 26 23:23:37 +0000 2020**

**Conversation ID:**          1342974377218990000

**Favorite:**   153546        **Retweet**: 26828

**Mentioned Screen Name:**

**Mentioned Name:**

….But when it is all over, and this period of time becomes just another ugly chapter in our Country's history, WE WILL WIN!!!

**Replied to ID:**          25073877

**Replied to Name:**        realDonaldTrump

**Replied to Status ID:**   1342970000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000240

SUBJECT TO PROTECTIVE ORDER                                          SCO-00455136

SCO-12987406



Donald J. Trump
@realDonaldTrump

Time for Republican Senators to step up and fight for the Presidency, like the Democrats would do if they had actually won. The proof is irrefutable! Massive late night mail-in ballot drops in swing states, stuffing the ballot boxes (on video), double voters, dead voters,

6:23 PM · Dec 26, 2020

41K Reposts    5,395 Quotes    192.8K Likes    407 Bookmarks

407

SCO-12987405



...fake signatures, Illegal immigrant voters, banned Republican vote watchers, MORE VOTES THAN ACTUAL VOTERS (check out Detroit & Philadelphia), and much more. The numbers are far greater than what is necessary to win the individual swing states, and cannot even be contested...

6:23 PM · Dec 26, 2020

**9,977** Reposts  **528** Quotes  **41.4K** Likes  **57** Bookmarks

SCO-12987404



**Donald J. Trump**
@realDonaldTrump

...Courts are bad, the FBI and "Justice" didn't do their job, and the United States Election System looks like that of a third world country. Freedom of the press has been gone for a long time, It is Fake News, and now we have Big Tech (with Section 230) to deal with....

6:23 PM · Dec 26, 2020

**21.5K** Reposts    **1,483** Quotes    **123.4K** Likes    **139** Bookmarks

139

SCO-12987403





SCO-12989703

**Sun Dec 27 22:51:36 +0000 2020**

**Conversation ID:**     1343328708963290000

**Favorite:**   282127     **Retweet**: 46576

**Mentioned Screen Name:**

**Mentioned Name:**


See you in Washington, DC, on January 6th. Don't miss it. Information to follow!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000232

SUBJECT TO PROTECTIVE ORDER                               SCO-00455128

SCO-12987401



**Donald J. Trump** ✓
@realDonaldTrump

See you in Washington, DC, on January 6th. Don't miss it. Information to follow!

5:51 PM · Dec 27, 2020

**45.6K** Reposts  **6,948** Quotes  **275.6K** Likes  **468** Bookmarks

**Wed Dec 30 19:06:51 +0000 2020**

**Conversation ID:**    1344359312878140000

**Favorite:**  329625      **Retweet**:  53590

**Mentioned Screen Name:**

**Mentioned Name:**


JANUARY SIXTH, SEE YOU IN DC!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000188

SUBJECT TO PROTECTIVE ORDER                                    SCO-00455084

SCO-12987395



**Donald J. Trump**
@realDonaldTrump

JANUARY SIXTH, SEE YOU IN DC!

2:06 PM · Dec 30, 2020

**54.1K** Reposts  **22.8K** Quotes  **327.9K** Likes  **1,995** Bookmarks

1.9K



SCO-12989710



SCO-12989711

**Fri Jan 01 17:52:58 +0000 2021**

**Conversation ID:**    1345065492260770000

**Favorite:**    0        **Retweet**:    0

**Mentioned Screen Name:**  KylieJaneKremer

**Mentioned Name:**        Kylie Jane Kremer

RT @KylieJaneKremer: The calvary is coming, Mr. President!  JANUARY 6th | Washington, DC https://t.co/kyp7WF8o5r  ususus-¸ #MarchForTr....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000175

SUBJECT TO PROTECTIVE ORDER                                                 SCO-00455071



SCO-12987394

**Fri Jan 01 19:53:03 +0000 2021**

**Conversation ID:**    1345095714687370000

**Favorite:**    196932    **Retweet**: 37442

**Mentioned Screen Name:**

**Mentioned Name:**

The BIG Protest Rally in Washington, D.C., will take place at 11.00 A.M. on January 6th. Locational details to follow. StopTheSteal!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000172

SUBJECT TO PROTECTIVE ORDER                    SCO-00455068

SCO-12987393



**Donald J. Trump**
@realDonaldTrump

The BIG Protest Rally in Washington, D.C., will take place at 11:00 A.M. on January 6th. Locational details to follow. StopTheSteal!

2:53 PM · Jan 1, 2021

**36.7K** Reposts   **5,557** Quotes   **192.9K** Likes   **424** Bookmarks

424

**Fri Jan 01 20:10:26 +0000 2021**

**Conversation ID:**          1345100089505750000

**Favorite:**    120187        **Retweet**: 28818

**Mentioned Screen Name:**

**Mentioned Name:**

Massive amounts of evidence will be presented on the 6th. We won, BIG! https://t.co/ymncRrNR5t

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000171

SUBJECT TO PROTECTIVE ORDER                                          SCO-00455067

SCO-12987392



**Fri Jan 01 23:27:00 +0000 2021**

**Conversation ID:**    1345149555390770000

**Favorite:**   111616      **Retweet**:  22910

**Mentioned Screen Name:**

**Mentioned Name:**

Before even discussing the massive corruption which took place in the 2020 Election, which gives us far more votes than is necessary to win all of the Swing States (only need three), it must be noted that the State Legislatures were not in any way responsible for the massive....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000166

SUBJECT TO PROTECTIVE ORDER                SCO-00455062

SCO-12987388



Donald J. Trump
@realDonaldTrump

Before even discussing the massive corruption which took place in the 2020 Election, which gives us far more votes than is necessary to win all of the Swing States (only need three), it must be noted that the State Legislatures were not in any way responsible for the massive....

6:27 PM · Jan 1, 2021

22.6K Reposts    1,709 Quotes    109.7K Likes    249 Bookmarks

**Fri Jan 01 23:27:00 +0000 2021**

**Conversation ID:**    1345149556967800000

**Favorite:**   74336    **Retweet**:   12999

**Mentioned Screen Name:**

**Mentioned Name:**

....changes made to the voting process, rules and regulations, many made hastily before the election, and therefore the whole State Election is not legal or Constitutional. Additionally, the Georgia Consent Decree is Unconstitutional &amp; the State 2020 Presidential Election....

**Replied to ID:**    25073877

**Replied to Name:**    realDonaldTrump

**Replied to Status ID:**    1345150000000000000

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000165

SUBJECT TO PROTECTIVE ORDER    SCO-00455061

SCO-12987387



**Donald J. Trump** ✓
@realDonaldTrump

...changes made to the voting process, rules and regulations, many made hastily before the election, and therefore the whole State Election is not legal or Constitutional. Additionally, the Georgia Consent Decree is Unconstitutional & the State 2020 Presidential Election....

6:27 PM · Jan 1, 2021

**12.8K** Reposts     **463** Quotes     **73.2K** Likes     **71** Bookmarks

**Fri Jan 01 23:38:20 +0000 2021**

**Conversation ID:**     1345152408591200000

**Favorite:**   107265     **Retweet**:   28733

**Mentioned Screen Name:**

**Mentioned Name:**

January 6th. See you in D.C. https://t.co/vynZTv9lHb

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000162

SUBJECT TO PROTECTIVE ORDER                                     SCO-00455058



Donald J. Trump @realDonaldTrump

January 6th. See you in D.C.

Donald J. Trump @realDonaldTrump · Dec 23, 2020
Replying to @realDonaldTrump

7:30

6:38 PM · Jan 1, 2021

**28.3K** Reposts    **3,366** Quotes    **105.3K** Likes    **1,591** Bookmarks

1.5K

SCO-12987385



SCO-12989720



SCO-12989721





SCO-12989728

**Sun Jan 03 13:57:37 +0000 2021**

**Conversation ID:**      1345731043861650000

**Favorite:**   132732      **Retweet**: 28419

**Mentioned Screen Name:**

**Mentioned Name:**

I spoke to Secretary of State ███████████ yesterday about Fulton County and voter fraud in Georgia. He was unwilling, or unable, to answer questions such as the "ballots under table"scam, ballot destruction, out of state "voters", dead voters, and more. He has no clue!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000118

SUBJECT TO PROTECTIVE ORDER                    SCO-00455014



**Donald J. Trump** ✔
@realDonaldTrump

I spoke to Secretary of State ████████████
yesterday about Fulton County and voter fraud in
Georgia. He was unwilling, or unable, to answer
questions such as the "ballots under table" scam,
ballot destruction, out of state "voters", dead voters,
and more. He has no clue!

⚠ **This claim about election fraud is disputed**

1:57 PM · Jan 3, 2021

♡ 198.1K    ◯ 82.8K people are Tweeting about this

**Sun Jan 03 15:15:00 +0000 2021**


**Conversation ID:**        1345750516475830000

**Favorite:**   0        **Retweet**:  0

**Mentioned Screen Name:**  JenLawrence21

**Mentioned Name:**         Jennifer Lynn Lawrence


RT @JenLawrence21: We have been marching all around the country for you Mr President. Now we will bring it to DC on Jan 6 and PROUDLY stand....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000115

SUBJECT TO PROTECTIVE ORDER                                SCO-00455011



SCO-12987378

**Sun Jan 03 15:28:29 +0000 2021**


**Conversation ID:**        1345753910850560000

**Favorite:**   0        **Retweet**:  0

**Mentioned Screen Name:**  AmyKremer

**Mentioned Name:**        Amy Kremer


RT @AmyKremer: We are excited to announce the site of our January 6th event will be The Ellipse in the President's Park, just steps from th....

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000096

SCO-12987374



← Post

⇄ Donald J. Trump reposted
Amy Kremer ✔
@AmyKremer

We are excited to announce the site of our January 6th event will be The Ellipse in the President's Park, just steps from the White House!

Join us January 6th, doors will open at 7am & you'll want to get there early!

RSVP @ TrumpMarch.com1

#MarchForTrump #StopTheSteal

2:58 PM · Jan 2, 2021

9,540 Reposts    926 Quotes    39.2K Likes    107 Bookmarks



GA Secretary of State ▇▇▇▇▇▇ ✓
@GaSecofState                                          ...

Respectfully, President Trump: What you're saying is not true. The truth will come out

> 🟦 **Donald J. Trump** ✓ @realDonaldTrump · Jan 3, 2021
> I spoke to Secretary of State ▇▇▇▇▇▇ yesterday about Fulton County and voter fraud in Georgia. He was unwilling, or unable, to answer questions such as the "ballots under table" scam, ballot destruction, out of state "voters", dead voters, and more. He has no clue!

10:27 AM · Jan 3, 2021

💬 26K          🔁 35K          ♡ 136K          🔖 839          ⬆

SCO-12925164

**Sun Jan 03 18:45:49 +0000 2021**

**Conversation ID:**       1345803569438590000

**Favorite:**   193500       **Retweet**: 36011

**Mentioned Screen Name:**

**Mentioned Name:**

Sorry, but the number of votes in the Swing States that we are talking about is VERY LARGE and totally
OUTCOME DETERMINATIVE! Only the Democrats and some RINO'S would dare dispute this - even
though they know it is true!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000091

SUBJECT TO PROTECTIVE ORDER                                       SCO-00454987

SCO-12987372



← Post                                                                    ⋮

Donald J. Trump ✓
@realDonaldTrump

Sorry, but the number of votes in the Swing States that we are talking
about is VERY LARGE and totally OUTCOME DETERMINATIVE! Only the
Democrats and some RINO'S would dare dispute this - even though they
know it is true!

1:45 PM · Jan 3, 2021

35.5K Reposts    3,436 Quotes    190.4K Likes    223 Bookmarks

                                              🔖 223

**Mon Jan 04 15:07:16 +0000 2021**

**Conversation ID:**       1346110956078810000

**Favorite:**   139690        **Retweet**: 30195

**Mentioned Screen Name:** ███████████

**Mentioned Name:**       ████████

How can you certify an election when the numbers being certified are verifiably WRONG. You will see the real numbers tonight during my speech, but especially on JANUARY 6th. @███████████ Republicans have pluses &amp; minuses, but one th ng is sure, THEY NEVER FORGET!

**Replied to** I**D:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000083

SUBJECT TO PROTECTIVE ORDER                                                   SCO-00454979

SCO-12987370

← **Post**

**Donald J. Trump**
@realDonaldTrump

How can you certify an election when the numbers being certified are verifiably WRONG. You will see the real numbers tonight during my speech, but especially on JANUARY 6th. @[redacted]Republicans have pluses & minuses, but one thing is sure, THEY NEVER FORGET!

10:07 AM · Jan 4, 2021

**30K** Reposts **3,561** Quotes **138K** Likes **231** Bookmarks

231

**Mon Jan 04 23:36:58 +0000 2021**

**Conversation ID:**        1346239227827260000

**Favorite:**  227513      **Retweet**:  22008

**Mentioned Screen Name:**

**Mentioned Name:**

Heading to Georgia now. See you soon!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000079

SUBJECT TO PROTECTIVE ORDER                                        SCO-00454975



SCO-12859207

**Tue Jan 05 15:27:41 +0000 2021**


**Conversation ID:**    1346478482105060000

**Favorite:**  85512    **Retweet**:  12877

**Mentioned Screen Name:**

**Mentioned Name:**


See you in D.C. https://t.co/ti4bChnPKz

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000069

SUBJECT TO PROTECTIVE ORDER                                        SCO-00454965

SCO-12987369



**Tue Jan 05 16:06:45 +0000 2021**

**Conversation ID:**     1346488314157790000

**Favorite:**   314490     **Retweet**:  52822

**Mentioned Screen Name:**

**Mentioned Name:**

The Vice President has the power to reject fraudulently chosen electors.

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000068

SUBJECT TO PROTECTIVE ORDER                                          SCO-00454964

SCO-12987368



**Donald J. Trump** ✔
@realDonaldTrump

The Vice President has the power to reject fraudulently chosen electors.

11:06 AM · Jan 5, 2021

**53K** Reposts    **16.7K** Quotes    **310.3K** Likes    **786** Bookmarks

786

**Tue Jan 05 22:05:56 +0000 2021**

**Conversation ID:**     1346578706437960000

**Favorite:**   229069      **Retweet**: 45873

**Mentioned Screen Name:**

**Mentioned Name:**

Washington is being inundated with people who don't want to see an election victory stolen by emboldened Radical Left Democrats. Our Country has had enough, they won't take it anymore! We hear you (and love you) from the Oval Office. MAKE AMERICA GREAT AGAIN!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000061

SUBJECT TO PROTECTIVE ORDER                                                         SCO-00454957

SCO-12987367



Donald J. Trump
@realDonaldTrump

Washington is being inundated with people who don't want to see an election victory stolen by emboldened Radical Left Democrats. Our Country has had enough, they won't take it anymore! We hear you (and love you) from the Oval Office. MAKE AMERICA GREAT AGAIN!

5:05 PM · Jan 5, 2021

45.6K Reposts    4,844 Quotes    226.7K Likes    390 Bookmarks

**Tue Jan 05 22:43:07 +0000 2021**

**Conversation ID:**       1346588064026680000

**Favorite:**   134191     **Retweet**:  27818

**Mentioned Screen Name:**

**Mentioned Name:**

I will be speaking at the SAVE AMERICA RALLY tomorrow on the Ellipse at 11AM Eastern. Arrive early -
doors open at 7AM Eastern. BIG CROWDS! https://t.co/k4blXESc0c

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000058

SUBJECT TO PROTECTIVE ORDER                                        SCO-00454954



SCO-12987365

**Wed Jan 06 06:00:50 +0000 2021**

**Conversation ID:**          1346698217304580000

**Favorite:**   211920      **Retweet**:  40182

**Mentioned Screen Name:** Mike_Pence

**Mentioned Name:**          Mike Pence

If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect &amp; even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000046

SUBJECT TO PROTECTIVE ORDER                                        SCO-00454942

GA 940

SCO-12987357



**Donald J. Trump** ✓
@realDonaldTrump

If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect & even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back!

1:00 AM · Jan 6, 2021

**41.3K** Reposts    **10.8K** Quotes    **216.6K** Likes    **921** Bookmarks

921

**Wed Jan 06 13:17:22 +0000 2021**


**Conversation ID:**          1346808075626420000

**Favorite:**    189596      **Retweet**:  36832

**Mentioned Screen Name:**

**Mentioned Name:**


States want to correct their votes, which they now know were based on irregularities and fraud, plus corrupt process never received legislative approval.  All Mike Pence has to do is send them back to the States, AND WE WIN. Do it Mike, this is a time for extreme courage!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000044

SUBJECT TO PROTECTIVE ORDER                                    SCO-00454940

ac

**Wed Jan 06 14:15:07 +0000 2021**

**Conversation ID:**    1346822610957560000

**Favorite:**  234124    **Retweet**:  41058

**Mentioned Screen Name:**

**Mentioned Name:**


The States want to redo their votes. They found out they voted on a FRAUD. Legislatures never approved. Let them do it. BE STRONG!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000041

SUBJECT TO PROTECTIVE ORDER                SCO-00454937

SCO-12987354



Donald J. Trump
@realDonaldTrump

The States want to redo their votes. They found out they voted on a FRAUD. Legislatures never approved. Let them do it. BE STRONG!

9:15 AM · Jan 6, 2021

43K Reposts    4,019 Quotes    244.9K Likes    389 Bookmarks

389

Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!

SCO-12987690

**Donald J. Trump**
@realdonaldtrump

*Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!*

Jan 6th 2021 · 2:24:22 PM EST · Twitter for iPhone · View on Twitter

**Wed Jan 06 19:38:58 +0000 2021**

**Conversation ID:**     1346904110969310000

**Favorite:**   536620      **Retweet**: 88764

**Mentioned Screen Name:**

**Mentioned Name:**


Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000037

SUBJECT TO PROTECTIVE ORDER                                                    SCO-00454933



**Donald J. Trump** ✔
@realDonaldTrump

Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!

2:38 PM · Jan 6, 2021

**87.4K** Retweets    **42K** Quote Tweets    **533.6K** Likes

SUBJECT TO PROTECTIVE ORDER

SCO-04963517

**Wed Jan 06 20:13:26 +0000 2021**

**Conversation ID:**    1346912780700570000

**Favorite:**    700326        **Retweet**:    136756

**Mentioned Screen Name:**

**Mentioned Name:**

I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law &amp; Order - respect the Law and our great men and women in Blue. Thank you!

**Replied to ID:**

**Replied to Name:**

**Replied to Status ID:**

**Source:**

<a href=http://twitter.com/download/iphone rel=nofollow>Twitter for iPhone</a>

TWT_00000036

SUBJECT TO PROTECTIVE ORDER                                    SCO-00454932

GA 950



**Donald J. Trump** ✔
@realDonaldTrump

I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law & Order – respect the Law and our great men and women in Blue. Thank you!

3:13 PM · Jan 6, 2021

**134.6K** Retweets    **72.6K** Quote Tweets    **695.2K** Likes

SUBJECT TO PROTECTIVE ORDER                    SCO-04963518

These are the things and events that happen when a sacred landslide election victory is so unceremoniously &amp; viciously stripped away from great patriots who have been badly &amp; unfairly treated for so long. Go home with love &amp; in peace. Remember this day forever!

SCO-12987689

**Donald J. Trump**
@realdonaldtrump

*These are the things and events that happen when a sacred landslide election victory is so unceremoniously & viciously stripped away from great patriots who have been badly & unfairly treated for so long. Go home with love & in peace. Remember this day forever!*

Jan 6th 2021 · 6:01:04 PM EST · Twitter for iPhone · View on Twitter



SCO-12989738



Team Trump
January 6, 2021 · 🌐

President Donald Trump on the evidence of massive voter fraud in Georgia

Joe Biden has been elected President with results that were certified by all 50 states. The US has laws, procedures, and established institutions to ensure the peaceful transfer of power after an election.
Get Accurate Election Info

9.2K                                    600 comments    594 shares

👍 Like            💬 Comment            ➤ Share

SCO-12989739



SCO-12989740















SCO-12989754







SUBJECT TO PROTECTIVE ORDER

SCO-04963744



SCO-12982754