**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 23-cr-257 (TSC)** |
| | * | |
| **DONALD J. TRUMP,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**<u>GOVERNMENT APPENDIX VOL. III</u>**

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT INC, ET AL., | No. CV 2020-014248 |
| Plaintiffs, | |
| vs. | |
| KATIE HOBBS, ET AL., | |
| Defendants. | |

Phoenix, Arizona
November 13, 2020
3:30 p.m.

BEFORE THE HONORABLE DANIEL J. KILEY

TRANSCRIPT OF PROCEEDINGS

Evidentiary Hearing and Oral Argument

Proceedings recorded by electronic sound recording; transcript produced by eScribers, LLC.

JENNIFER A. VALENTINE
Transcriptionist



www.escribers.net | 602-263-0885

SUBJECT TO PROTECTIVE ORDER

SCO-11572414

9

1    whether I should head to the States.  I got a chance to get

2    back to you, but I'm looking at my ball partner here and he's

3    signaling to me that this is such long odds it's not worth

4    laying what is inevitably the outcome with those numbers.  I

5    think we can say legal issues are -- have been mooted due to

6    the final tabulations here.

7               THE COURT:  All right.  So is it fair to have the

8    minute entry reflect that counsel for Plaintiff states that the

9    Plaintiff's claims have become moot?

10              MR. LANGHOFER:  Correct.

11              THE COURT:  All right.  Would it be -- well, is there

12   any objection to me ordering that the Plaintiff's claims are

13   dismissed as moot at this time?

14              MR. LANGHOFER:  Not from the Plaintiffs.

15              MS. DESAI:  Not from the Secretary.

16              MR. LIDDY:  Your Honor, I feel like Monty Hall's not

17   going to let me open door number three.  No, there's no

18   objection, Your Honor.

19              MS. GONSKI:  No objection from the Intervenors, Your

20   Honor.

21              THE COURT:  So the Plaintiff's claims are dismissed

22   as moot, therefore dismissed with prejudice.  Does that resolve

23   this matter?  Are there any other issues that are left to be

24   resolved?

25              MR. LANGHOFER:  No further issues from us, Your

SUBJECT TO PROTECTIVE ORDER

SCO-11572422

GA 1001

Clerk of the Superior Court
*** Filed ***
11/16/2020 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-014248                                       11/13/2020

                                          CLERK OF THE COURT
HONORABLE DANIEL J. KILEY                       S. Motzer
                                                 Deputy

DONALD J TRUMP FOR PRESIDENT INC, et    THOMAS J. BASILE
al.

v.

KATIE HOBBS, et al.                      ROOPALI HARDIN DESAI


                                         SARAH R GONSKI
                                         JOSEPH EUGENE LA RUE
                                         TIMOTHY A LASOTA
                                         BRUCE E SAMUELS
                                         KORY A LANGHOFER
                                         DANIEL A ARELLANO
                                         THOMAS PURCELL LIDDY
                                         COURT ADMIN-CIVIL-ARB DESK
                                         DOCKET-CIVIL-CCC
                                         JUDGE KILEY


                          CASE DISMISSED

       East Court Building – Courtroom 911

       9:31 a.m. This is the time set for a virtual Evidentiary Hearing and Oral Argument.
Plaintiffs Donald J. Trump for President, Inc., Republican National Committee and The Arizona
Republican Party are represented by counsel, Kory Langhofer and Thomas J. Basile. Defendant
Katie Hobbs (in her official capacity as the Arizona Secretary of State) ("Defendant Secretary of
State") is represented by counsel, Roopali Hardin Desai and Kristen Yost. Defendant Adrian
Fontes (in his official capacity as the Maricopa County Recorder) and Defendants Jack Sellers;
Steve Chucri; Clint Hickman; Bill Gates and Steve Gallardo (in their official capacities as

Docket Code 042                    Form V000A                              Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2020-014248                                          11/13/2020

members of the Board of Supervisors for Maricopa County) (collectively, the "Maricopa County Defendants") are represented by counsel, Thomas P. Liddy. Intervenor Defendant Arizona Democratic Party ("Intervenor ADP") is represented by counsel, Sarah R. Gonski and Daniel Arellano. All appearances are virtual via the GoToMeeting platform.

A record of the proceedings is made digitally in lieu of a court reporter.

Discussion is held regarding the status of the case as it relates overvote ballots and the number of ballots left to be recorded in Maricopa County.

Counsel for Plaintiffs addresses the Court.

Counsel for Maricopa County Defendants addresses the Court.

Counsel for Defendant Secretary of State addresses the Court.

Counsel for Plaintiffs states that the Plaintiffs' claims have become moot.

Based on the foregoing and in the absence of any objection,

**IT IS ORDERED** dismissing the Plaintiffs' claims with prejudice as moot.

3:39 p.m. Matter concludes.

No other matters remain pending, and the Court signs this minute entry as its final judgment consistent with Rule 54(c), Ariz.R.Civ.P.

/ s / HONORABLE DANIEL J. KILEY
_____
Daniel J. Kiley
Judge of the Superior Court

Docket Code 042            Form V000A                    Page 2

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED



peared that the Democrats in Madison had conducted an early-voting process outside of state law, and in Pennsylvania, where mail-in ballot rules had been changed without legislative approval. As I would say over the next two months, I shared the concern of millions of Americans about those irregularities, but I strongly believed that election challenges should be conducted according to state law and reviewed by the courts. I remained hopeful, as we all did, that those legal challenges would succeed.

Jared Kushner called me that day for advice. He asked if I thought that fraud had taken place in the election. I told him over the phone that "Democrats cheat" is virtually a proverb in Indiana, and although I was sure that some voter fraud had taken place, I wasn't convinced it had cost us the election. Later that day, Biden gave a lackluster acceptance speech, claiming some sort of mandate for action and pledging a return to civility that would never come. That night when the president called, I tried to encourage him as a friend. I told him he had reinvented the Republican Party to be more courageous and more diverse, with more Latino, African American, and working-class voters than ever before. I told him, "You took a dying political party and gave it a new lease on life." The words were true but seemed to be little consolation.

On the Monday after the election, it was back to work on the White House Coronavirus Task Force with the news that Pfizer had won FDA approval for the first safe and effective vaccine for covid-19. The timing was suspicious and infuriated the president, who believed that the Democrats and the FDA "didn't want to have me get a Vaccine WIN, prior to the election, so instead it came out five days later in a tweet." The FDA had required an additional round of testing, but I was hard-pressed to believe that Dr. Stephen Hahn, who had moved heaven and earth to streamline the approval process for vaccines and other medicines and treatments, would have allowed politics to affect his decision-making. He is a truly good man. The president was considering firing him, but I strongly counseled against it, and Dr. Hahn finished his distinguished term the day we left office. Now, with a vaccine from Operation Warp Speed available, the real work began: getting it to the American people. In the weeks ahead I would meet with

SUBJECT TO PROTECTIVE ORDER                                    SCO-00014459

Dr. Moncef Slaoui, General Gus Perna, Secretary Alex Azar, and the entire Operation Warp Speed team for a briefing on our nationwide distribution plan.

As the election challenges moved through the courts, I lent my support through speeches to conservative groups where I promised that we would never stop fighting "until every legal vote is counted and every illegal vote is thrown out!" The ovations were deafening. We also made plans to travel to Georgia, where not one but two runoff elections would take place on January 5, deciding the fate of the Republican majority in the Senate.

On Wednesday, November 11, the president and I went to Arlington National Cemetery to mark Veterans Day. It was the president's first public appearance in six days, as he had spent the majority of his time focused on our efforts to challenge the election. After we returned to the White House, it was clear that he was not happy with the lack of progress and set a meeting for the next day to review legal challenges with the campaign's lawyers, Justin Clark and Matt Morgan. Justin is a smart, principled lawyer, and Matt had been my general counsel and part of the Indiana team that we had brought to Washington, DC. Matt is a true Hoosier, as honest as he is talented. I had great confidence in both men, but, as would become clear in a meeting in the Oval Office the next day, the president had his doubts about them.

What began as a briefing that Thursday afternoon quickly turned into a contentious back-and-forth between the campaign lawyers and a growing group of outside attorneys led by Rudy Giuliani and Sidney Powell, an attorney who had represented General Mike Flynn. After the campaign lawyers gave a sober and somewhat pessimistic report on the state of election challenges, the outside cast of characters went on the attack. I will never forget the look on Justin's face when Giuliani told the president over the speakerphone, "Your lawyers are not telling you the truth, Mr. President." Even in an office well acquainted with rough-and-tumble debates, it was a new low. Standing in the middle of the Oval Office, Justin, a normally restrained and affable man, lashed out harshly at both lawyers and said that neither of them knew what they were talking about. It went downhill from there. In

SUBJECT TO PROTECTIVE ORDER

SCO-00014460

the end, that day the president made the fateful decision to put Giuliani and Sidney Powell in charge of the legal strategy. Their antics at press conferences and conspiracy theories replaced the steady legal counsel offered by Justin and Matt. The seeds were being sown for a tragic day in January.

On Monday, November 16, the president and I met in the small dining room down a short hall from the Oval Office for our weekly lunch. I decided to tell him that if the legal challenges came up short and if he was unwilling to concede, he could simply accept the results of the elections, move forward with the transition, and start a political comeback, winning the Senate runoffs in Georgia, the governor's race in Virginia in 2021, and the House and Senate in 2022. That accomplished, I said, he could run for president in 2024 and win. He seemed unmoved, even weary, at the prospect. "I don't know, 2024 is so far off," he said before returning to the status of election challenges in various states.

As the lawsuits challenging elections played out in courts across the country, I returned to work on the White House Coronavirus Task Force with emphasis on the vaccine rollout and hit the campaign trail for the Georgia special election. And life went on. On the twenty-first, my son, Michael's, birthday, we held a Zoom reveal party where he and Sarah shared the news that we were going to have a granddaughter, our first grandchild. The next day, I spoke with the president again about the election challenges. I had been in touch with the governors of Arizona and Georgia, Doug Ducey and Brian Kemp, as both were looking into election irregularities in their states. I called simply to gather information and share it with the president. There was encouraging news from Wisconsin regarding a legal challenge to widespread early voting that would eventually come within one vote of prevailing on the Wisconsin Supreme Court. The US Supreme Court had also issued a preliminary decision, and it appeared that Justice Samuel Alito, Jr., who had granted the Republican Party in Pennsylvania time to separate late absentee ballots, wanted the Court to be heard on election irregularities. The campaign was right to defend the integrity of America's elections, I told the president. "You're the greatest," he signed off.

SUBJECT TO PROTECTIVE ORDER                    SCO-00014461

The following day, the twenty-third, the president told me that Jay Sekulow, his personal lawyer and staunch defender, wasn't optimistic about the election challenges. But the campaign pressed on with them.

We stayed in Washington with Charlotte over Thanksgiving as the president spent the holiday at Camp David. When he called to check in that night, I told him his vacation time was well deserved. He laughed and said sarcastically, "Yeah."

After December 4, we began nearly weekly visits to Georgia to campaign. By the end of December, I had been to three rallies across the state with our two incumbent senators, who were fighting to hold their seats and the Republican majority in the Senate. Along the way, I rallied the faithful around our record and our determination to defend the integrity of US elections. After the state of Texas filed a lawsuit making a constitutional challenge to the manner in which a number of states had changed their election rules without legislative approval, I thundered, "God bless Texas!" to the roaring approval of a crowd in Augusta in early December. There was still genuine hope among our supporters that one of the challenges would give us a fighting chance before the Supreme Court. It did not last, though.

The president was focused on contesting the election, but lawsuits and legal challenges were faltering by the day and being dismissed across the country. As the legal window narrowed, the widening circle of outside lawyers who had been leading the election challenges continued to promise success in court and allege evidence of massive voter fraud. Their promises never seemed to materialize. On December 1, Attorney General Bill Barr told an Associated Press reporter that the Justice Department had not found evidence of the kind of widespread fraud sufficient to change the outcome of the election.

On December 5, during a call, the president mentioned challenging the election results in the House of Representatives for the first time. I wasn't familiar with the Electoral Count Act, so I asked my general counsel, Greg Jacob, to brief me on procedures.

Under Article II, Section 1 of the Constitution, elections are conducted at the state level, not by Congress. The role of Congress with respect to the Electoral College is to open and count votes submitted

SUBJECT TO PROTECTIVE ORDER                                    SCO-00014462

that he had made great remarks but it was the last time we were both going to be "guns out" at the same time.

On Saturday, December 19, around dinnertime, the president called and, after telling me that we had "looked good" getting our vaccines on television the previous morning, he mentioned plans for a rally in Washington, DC, after the first of the year. It was the first I'd heard of it. He told me that the plan was to actually hold the rally on January 6, that he thought it would be a "big day" and it would be good to have lots of our supporters in town. My first thought was that a rally that day might be useful as a way to call even more attention to the proceedings on the floor of the House and Senate. I had spoken that day with a member of the Senate about the importance of vetting concerns about the election before Congress and the American people. Since so many of our lawsuits had been dismissed by the courts before even considering the evidence of voting irregularities, I said, "We haven't gotten our day in court," and "We need to get our day in Congress." Even though the Democratic majority in the House was "unlikely to change the outcome," I told the president, "let's have a debate."

The following Sunday night, *60 Minutes* ran a segment on our covid response featuring General Perna, the army logistics officer who was leading our nationwide effort to distribute vaccines. My impression was that the coverage wasn't that bad. The president had a different view, thinking that the liberal TV newsmagazine had not given our administration its due for its covid response. I told him, as a friend, "I don't think you are taking enough credit for the vaccine." He suggested a meeting with Perna and the team before Christmas that we worked to arrange the next morning.

On Monday the twenty-first, the president and I met for our weekly lunch in the small dining room just off the Oval Office. I sensed that he was growing increasingly frustrated with the lack of progress on any of the legal challenges to the election. He seemed sullen but not angry. I told him that I had been praying for him and said, not unkindly, that I understood that "if you liked to lose, you never would have gotten here." I encouraged him not to look at the election "as a loss—just an intermission." I told him he would do well to trust the

SUBJECT TO PROTECTIVE ORDER                                    SCO-00014466

White House counsel's team, led capably by Pat Cipollone. Hoping to steer him away from the outside lawyers who had taken over the election challenges in November, I said, "You've got a good team at the White House," to which he grumbled, "No, I don't." If the president had chosen to listen to those good men and not the gaggle of outside lawyers who took over the election challenges from the campaign, things would have been very different.

Later in the day, I stopped by the Oval Office after the president met with Alabama congressman Mo Brooks and other members of Congress who were preparing objections to be introduced during the proceedings on January 6. After the meeting, a larger group of congressmen had huddled in the Cabinet Room for a planning session before leaving town for the holidays. I decided to drop by the meeting for a few minutes and was warmly greeted by my old colleagues in the House as I entered the room. Ohio congressman Jim Jordan, a close friend and strong Christian, was leading a discussion about plans to bring objections in the House, and I assured them that they would have ample opportunity to present evidence on the floor of Congress. Since I would be presiding in the chair that day, I promised them that all properly submitted objections would be recognized and fully debated. I was not going to allow the Democrats to disrupt the proceedings with deleterious motions or tactics designed to prevent a full hearing of objections and evidence. I told them what I had told the president just a few days earlier, that though we hadn't gotten our day in court, I would make sure we got our day in Congress. The group expressed their genuine appreciation and gave me a round of applause as I left the room. Several members appeared on television that night and echoed my remarks in explaining their plans to bring objections on the House floor. I was flattered and honestly felt that we were all on the same page, ready to take our case to Congress and the American people.

After walking back to the Oval Office, the president and I were wrapping up for the day when he stood up behind the Resolute Desk and began to head toward the back hallway, usually a sign that he was ready to call it a night. I stepped toward the opposite door to leave when he stopped in front of the desk. "What do you think we should

do?" he asked. I put my hands on the back of the couch nearest to the door and told him that after we had exhausted every legal process in the courts and Congress, if we still came up short, he should "take a bow." "What do you mean?" he asked. I told him we should do a thank-you tour, just like we did after we won in 2016, remind people of everything we had accomplished in the past four years, and let them know that we had done it all together. "Take a bow, Mr. President, and after that, if you want to run again, run again," I advised. He nodded, pointed at me as if to say, "That's worth considering," and walked into the back hallway. I will always wish he had.

The next day, I traveled to West Palm Beach, Florida, for a youth conference sponsored by Turning Point USA. The convention center was packed, a rarity at the close of the first year of covid, and the enthusiasm was deafening. I took to the stage and spoke about our record, what we had accomplished together. Anticipating that many of those young people might be disappointed in a few weeks, I simply urged them to stay in the fight. "Stay in the fight for election integrity. Stay in the fight to defend all that we've done," I encouraged them.

On Wednesday, the day before Christmas Eve, our family boarded Air Force Two to spend Christmas in Vail, Colorado, at the home of some Indiana friends. Our entire family was there except for our new son-in-law, Henry, who was still at sea rounding out a long deployment aboard the USS *Nimitz*. Having time to huddle with our kids and almost all their spouses over Christmas was a blessing. We hit the slopes and had long conversations over breakfast and dinner about plans for the future: ours and theirs. The only decision Karen and I had made for sure was that, barring an unexpected turn of events in the election, we would be moving back to Indiana. As my son, Michael, had said a few weeks earlier, "We're hobbits, Dad, we go back to the Shire," referring to the *Lord of the Rings* books I had read to him as a little boy. We were going home.

As the Air Force 727 made its way across the American heartland en route to the Rocky Mountains, a tweet came across that was a harbinger of things to come. That night, President Trump retweeted on his @RealDonaldTrump account to nearly 100 million followers an obscure internet message without comment titled "Operation Pence

Card." The article alluded to the theory that if all else failed in election challenges in states across the country, there was still the "Pence Card," meaning that I could somehow alter the outcome of the election in my role as presiding officer over the counting of Electoral College votes submitted by the states on January 6. I showed it to Karen and rolled my eyes, thinking, "Here we go."

SUBJECT TO PROTECTIVE ORDER

SCO-00014469

CHAPTER FIFTY

# Standing Firm

*Stand firm. Let nothing move you.*
—1 Corinthians 15:58

That Christmas was one for the books. In the morning, we kept our tradition of reading Luke 2, about the birth of our Savior. Then we lost ourselves in piles of wrapping paper, presents, and laughter. I will always believe that those days with Karen, Michael, Charlotte, and Audrey were a gift from God that gave me strength for the days to come.

That afternoon, I kept a tradition of the past four years and called the president to wish him, Melania, and the Trump family a Merry Christmas. Not surprisingly, the conversation turned quickly to the election challenges. He told me that he had heard that Senator Mitch McConnell was pressuring senators not to cosponsor objections filed in the House. The Electoral Count Act required that any objection be sponsored by one member each of the House and the Senate, and at that time no senator had agreed to cosponsor an objection with the House.

I could tell that he was spoiling for a fight. I encouraged him to hold off criticizing the Senate Republicans, since we would need their support if we hoped to prevail on any of the objections in January. With that, the conversation turned to the process on January 6. "You play a big role," he said. "You know, I don't think I have the authority to change the outcome," I replied and reminded him that the House and Senate had the sole power to count or reject state electoral votes. But it was clear from our conversation he had been hearing something different.

Article II, Section 1 of the Constitution provides that the vice president, as president of the Senate, "shall, in the Presence of the

Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted." No more, no less. The vice president as president of the Senate is afforded no authority to reject or return votes to the states, and no vice president in history has ever asserted that authority.

As we ended the call, he said with a sigh, "If we prove we won a state and Pelosi certifies anyway . . . I don't think we can let that happen." "You'll figure it out," he added.

As the days wore on, it was becoming clear that there would be a real cost to me politically when I presided over the certification of the 2020 election. I thought of the words of Edmund Ross, the lone Republican to oppose the impeachment of President Andrew Johnson: "Friendships, position, fortune, everything that makes life desirable to an ambitious man were about to be swept away by the breath of my mouth, perhaps forever." Ironically, I had written an essay about Ross for the *Wall Street Journal* in January a year earlier, never imagining that I might face a similar moment in my career.

During my devotions each morning, I prayed for wisdom to know the right thing to do and the courage to do it. I always knew that I did not possess the authority to overturn the election. I knew it would be hurtful to my friend for me to participate in the certification. But my duty was clear. I was determined to stop thinking about what it would mean to me and my future and just do the right thing. My family was incredibly supportive.

I also heard from family and friends who understood the position I was in and called with words of support. My mind was made up about my role and duty that day, but I still appreciated their kindness. Even my old friend Dan Quayle called as we were arriving in Colorado to encourage me. A book would be written in the following year that suggested that Vice President Quayle had had to talk me into doing my duty, creating an avalanche of ridicule from the snickering media. Dan dismissed all of it in an interview with the *Washington Post* later that same year, saying, "I did not notice any hesitation on his part," and adding "I interpreted his questions as looking for confirmation that what he was going to do was right."

While everyone I spoke with affirmed my view that the vice pres-

SUBJECT TO PROTECTIVE ORDER

SCO-00014471

rang in the New Year, we also celebrated my wife's birthday. Karen was the first little girl born in Kansas in 1957, and every year, after we watch the ball drop at midnight, she opens her first present. We knew that 2021 would be a year of change. We didn't know what the future held, but we knew who held the future.

Karen and I were making plans to move home to Indiana; we were praying that Charlotte's husband, Henry, would return home safely from his long overseas deployment; our daughter-in-law, Sarah, and son, Michael, were expecting a little girl, our first grandchild, in April; and Audrey and her new husband, Dan, were beginning their lives together in Washington, DC. For all my blessings, I went to bed that night with a growing foreboding about the days ahead. I sensed that the president's attitude toward me and my role was changing. It didn't take too long for me to realize that I was right.

After a sleepless night, I woke up early on New Year's Day and soon heard the phone ring with a call from the White House operator, saying, "The president would like to speak with you." Grabbing a fresh cup of coffee, I headed to a back room in the condominium that had been set up for secure communications.

The president came on the line and came on strong. He wanted to know why we had filed a brief opposing the Gohmert lawsuit. "I don't want to see 'Pence Opposes Gohmert Suit' as a headline this morning," he said. The problem was, I said, that I did oppose it. "You are being savaged," he said. "If it gives you the power, why would you oppose it?"

I told him, as I had told him many times before, that I did not believe I possessed the power under the Constitution to decide which votes to accept or reject. He just kept coming.

"You're too honest," he chided, predicting that "hundreds of thousands are gonna hate your guts" and "people are gonna think you're stupid." Growing increasingly irate, he said, "That means we're gonna have a president who cheated," and asked, "You say that's okay?" When I replied with a simple "no," he railed about "massive fraud" and asked again, "You're okay with that?"

"No," I said. "I just hold the view that election disputes are resolved, under the Constitution, the Twelfth Amendment, and the

Electoral Count Act, by the elected representatives of the people, not by one person."

The president grew silent. I said sincerely, "You are my friend and you are my president, but I am persuaded that the oath I took to support and defend the Constitution informs me that the decision on objections to the Electoral Count belongs to the House and the Senate." As I had observed many times over the past five years, once he got things off his chest, he often softened his tone and moved on. It happened again that day. We finished up by discussing a few administrative items. With that the call came to an end, but I knew that that would not be the end of it.

On Saturday, January 2, after returning to Washington, DC, I was working from home on a planned statement outlining my position on my duty on January 6, when I got a call from my old colleague and former speaker of the House Paul Ryan. We talked about the election and the swirling controversies. He said he just called to thank me for all I had done and would do for the country. "The guy I know is faithful to the Constitution," he said.

That day my general counsel Greg Jacob, chief of staff Marc Short, and Matt Morgan came to the residence. I told them that I had decided to issue a statement, and we proceeded to review the facts, the law, and the process governing the proceedings just a few days away. We also learned that Senator Ted Cruz was working on a motion to establish a ten-day commission to review voting irregularities and had already recruited nearly a dozen Senate cosponsors.

Around five o'clock, President Trump called. He sounded pleasant but tired, much different from the day before. He informed me that he had spent the day speaking to a secretary of state, state legislators, and members of Congress, adding that he had learned of Senator Cruz's proposal for a ten-day delay. "You can make the decision" to delay the count for ten days, he said and referred me, for the first time, to an attorney named John Eastman, who I had the impression was advising him on that and other Electoral College matters. I did not know Eastman beyond that he had been the legal scholar behind the constitutional challenge filed by the state of Texas. The president asked if I would meet with him, and I said I would have Greg Jacob, my general counsel, do so.

SUBJECT TO PROTECTIVE ORDER                                    SCO-00014476

any state in the 2020 election. I thought it would help calm the waters around the impending proceedings. It did not.

On Monday morning, I was off to Milner, Georgia, for my fourth "Defend the Majority" rally for our two candidates who were facing a runoff election. Standing on a platform in a packed arena, I talked about our record and the fact that Georgia Republicans needed to "hold the line" and win the two Senate seats on the ballot the next day. With the election controversy hanging in the air, I spoke about my faith. I told the audience about the letter I had received from the pastor in Florida and the night I had come to Christ, reminding them, "Even when it doesn't seem like it, God is always working." I assured them that I shared their concern about voting irregularities and promised, "Come this Wednesday, we'll have our day in Congress. We'll hear the objections. We'll hear the evidence, but tomorrow is Georgia's day." The response of the crowd was thunderous.

On the flight back to DC that afternoon, Marc Short got a call from Mark Meadows, saying that we needed to be at the White House for a meeting in the Oval Office with a long list of attendees, including Rudy Giuliani, John Eastman, and everyone else working on the increasingly desperate legal strategy for January 6. When Marc pushed back on the idea that we would air out our differences in front of a room full of staff and lawyers, Meadows said, "I'll take care of it."

We arrived in the Oval Office in midafternoon and greeted the president and Eastman. The president had been touting Eastman's credentials to me for weeks relating to his role in the Texas lawsuit. The meeting began cordially as the president introduced Eastman, who made his pitch. I listened respectfully as he argued that I should modify the proceedings, which require that Electoral College votes be opened and counted in alphabetical order, by saving the five disputed states until the end. Eastman argued that I had the authority to simply direct that electoral certificates not be counted and instead order that they be returned to the states until each state legislature certified which of the competing slate of electors for the state was correct. It was the first time I had ever heard anyone suggest that we send votes back to the states. The president and many of his defenders later repeatedly made the case that that was all I had ever been asked to do. It wasn't.

SUBJECT TO PROTECTIVE ORDER

SCO-00014479

Since I had already confirmed that there were no legitimate competing electors, I was tempted to dismiss Eastman's proposal out of hand, but I let him drone on. He repeatedly qualified his argument with the words that it was just a legal theory, and I decided it was necessary to press him in front of the president. I was seated in my usual chair to the right of the president near the Resolute Desk, and Eastman was in the next chair to my right. I turned to him and asked, "Do you think I have the authority to reject or return votes?"

He stammered, "Well, it's never been tested in the courts, so I think it is an open question."

At that I turned to the president, who was distracted at the time, and said, "Mr. President, did you hear that?" He turned his attention to me, and I said, "Even your lawyer doesn't think I have the authority to return electoral votes." The president nodded. As Eastman tried to get out some explanation, the president replied, "I like the other thing better," presumably referring to his previous opinion that I could simply choose to reject electoral votes altogether.

Marine One was on the South Lawn, and the president needed to depart for a final rally in Georgia. As he was leaving, he asked that my guys just meet with Eastman and hear him out. I told the president that if he wanted my staff to meet further with Eastman, they would do so, even though I was confident that I did not possess the authority Eastman said I had. The president seemed content with that and made his way out of the Oval Office to the waiting Sikorsky helicopter.

That night, I made a point, as I often did, of watching the president's rally in Georgia on TV. I heard him make remarks that gave me hope that we were getting to a better place. At the opening of the rally for our two Senate candidates, the president returned to the 2020 election, repeating his message about election fraud. Then he said, "I hope that our great vice president comes through for us!" to the cheering crowd. He then said, "Of course, if he doesn't come through, I won't like him so much," but quickly added, with a smile, "No, the one thing you know about Mike, he always plays it straight," and at that the audience broke into applause. I was touched by the evident support in the crowd, but I actually hoped it also meant that the president was coming my way and might get to a place where he realized

SUBJECT TO PROTECTIVE ORDER

SCO-00014480

that whatever difference of opinion we had, he could trust me to do what I thought was right.

On the morning of January 5, I decided to work from home at the vice president's residence and scheduled a meeting of the White House Coronavirus Task Force on the progress with vaccine distribution. I pored over drafts of a statement to Congress and the country explaining my role as presiding officer of the joint session of Congress and addressing the controversies that had arisen in recent days.

As the president had requested, Greg Jacob and Marc Short met for more than an hour with John Eastman about his proposal for returning electoral votes to state legislatures. Greg later informed me that Eastman had continued to make his case for returning electoral votes so that state legislatures could decide whether to certify an alternate slate of electors—although, Greg said, he had acknowledged that most Republican legislative majorities in the disputed states had signaled that they had no intention of doing so. But soon Eastman's theory gave way to another, the one the president had argued for all along.

As I made my way to the White House for the task force meeting, I got an urgent call that the president was asking to see me in the Oval Office. Unbeknown to me at the time, Eastman had just called Greg to inform him that the president's lawyers were now requesting that I simply reject the electors. That was a significant change of posture, for although the proposal to return electoral votes to the states or even Senator Cruz's proposal for a ten-day delay to review allegations of voter fraud would likely not have changed the outcome of the election, for the vice president to simply reject electoral votes on the floor of Congress would have the potential to overturn it.

Under the Constitution and federal law, if no candidate for president receives 270 electoral votes, the election is resolved by a vote on the floor of Congress. Though the Democrats held a majority in the House at the time, under the Constitution, Congress would vote by state delegations, a majority of which were controlled by Republicans. In sum, if I were to reject the state electoral votes so that neither Joe Biden nor President Trump received 270 votes, the election would

SUBJECT TO PROTECTIVE ORDER                                    SCO-00014481

go to the House and the majority of Republican delegations could presumably vote to reelect the president. But that was never going to happen.

I had told the president many times that the vice president, as president of the Senate, is afforded no authority to reject or return votes to the states and no vice president in history had ever asserted that authority.

I later learned that even Eastman had conceded to Greg Jacob that rejecting electoral votes was a bad idea and any attempt to do so would be quickly overturned by a 9–0 vote on the Supreme Court. This guy didn't even believe what he was telling the president of the United States of America. Nevertheless, that afternoon, the president tweeted, "The Vice President has the power to reject fraudulently chosen electors" to millions of his followers.

Arriving at my West Wing office, I told the staff to inform the task force members that I would be delayed in coming to the Situation Room, and, sensing that things had taken a decidedly difficult turn, I breathed a quick prayer and made my way down the short hallway to the Oval Office.

When I walked into the president's office, there were several senior staff milling about, including Meadows. The president began by talking about the size of the crowd already forming on the Ellipse just off the South Lawn of the White House for the next day's rally. "You need to get more National Guard out there," Trump said, turning to Meadows, suggesting that the crowd could be one of the biggest ever for a Trump rally. "I'll take care of it," Meadows told the president. With that he and the others walked out of the room as if on cue, leaving the president and me alone in the Oval Office.

"I think you have the power to decertify," he began.

"I don't believe the Constitution or the law gives me that authority," I countered. "That belongs to the elected representatives of the people."

The president again referred to the crowd outside. "Those people love us," he said and suggested that I could not let them down.

"Those people love you, Mr. President," I said. "And those people also love the Constitution."

SUBJECT TO PROTECTIVE ORDER

SCO-00014482

At that his mood darkened. "These people cheated, and you want to play by Marquess of Queensberry rules." It was "bad for the country," he went on, "and bad for you."

"I'm less concerned about the latter," I explained and then reminded him, "Our duty is to support and defend the Constitution."

Seated behind the Resolute Desk, he waved his hand dismissively and said, "You are naive." Referring to the objections that would be raised, he said, "Pelosi will vote it down. How can you certify a fraud?"

"Mr. President, I don't question there were irregularities and fraud," I said. "It's just a question of who decides, and under the law that is Congress."

With that, the president said that he guessed it probably just "takes courage," implying that was what I lacked. I paused before replying and, facing him from my seat in front of the Resolute Desk, said firmly, "Mr. President, I have courage, and you know that." And as he looked me in the eye, I repeated myself, saying, "I wouldn't be here if I didn't have courage, and you know it."

Hearing that, he relented and said with more than a little sadness, "Well, I'm gonna have to say you did a great disservice."

With that I stood up, buttoned my jacket, and said, "Mr. President, you need to say what you need to say, but you know, other than your family, no one in this administration has been more loyal to you than me." Turning, I walked out of the room.

Returning to my office, I shut the door and sat down behind my desk. The conversation had exhausted me. I took a moment and looked around the room at the portraits of Lincoln, Jefferson, Adams, Coolidge, and Teddy Roosevelt. I thought of the "cloud of witness" passage from Hebrews 12:1: "Therefore, since we are surrounded by such a great cloud of witnesses, let us throw off everything that hinders and the sin that so easily entangles. And let us run with perseverance the race marked out for us." Surrounded by those portraits and remembering all those who had gone before, I bowed my head and with folded hands prayed that God would give me the grace and the courage to do my duty.

The president called twice more before the day was out, the first time with John Eastman continuing to make his case to me and my

senior staff. Back at the Naval Observatory that evening, I was seated at my desk in my second-floor study, working on the draft statement that I would release in the morning, when my military aide delivered a copy of a letter from a group of Republican members of the Pennsylvania legislature urging Congress to return the state's electoral votes. It was far from a formal request and was not even signed by a majority of the Republicans in the statehouse. The president called after 9:30 to make sure I had seen the letter, seeming to shift back to his earlier argument about returning votes to the states. "You gotta be tough tomorrow," he admonished. I assured him that I would do my duty.

Right before going to bed, I saw that the Trump campaign had issued a statement, apparently in response to a *New York Times* story that I had told the president that I did not believe I possessed the power to block congressional certification of President-elect Biden's election. Which, of course, was true. Regardless, the Trump campaign issued a statement saying that I had never said that and calling the report "fake news."

"The Vice President and I are in total agreement," the statement read, "that the Vice President has the power to act," adding "Our Vice President has several options under the U.S. Constitution. He can decertify the results or send them back to the states for change and certification. He can also decertify the illegal and corrupt results and send them to the House of Representatives for the one vote for one state tabulation."

I couldn't believe what I was reading. The campaign had issued a statement directly contradicting what I had told the president just a few hours earlier. When Marc Short called the campaign's communications director, Jason Miller, he apologetically said, "I had no choice, Marc." Given the lateness of the hour, there was little else I could do for the time being. I've always said that truth is a force of nature. I figured the American people would know the truth soon enough, so I put the whole matter in the Lord's hands and tried to get some sleep. I had a feeling that January 6, 2021, was going to be a very long day.

SUBJECT TO PROTECTIVE ORDER

SCO-00014484

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

**MICHIGAN** | **LEGISLATURE**

For Immediate Release
November 20, 2020

Contact: Amber McCann
248-703-5191
Gideon D'Assandro
616-334-3308

# Legislative leaders meet with President Trump

Senate Majority Leader Mike Shirkey and Speaker of the House Lee Chatfield today released the following statement after their meeting with President Donald Trump at the White House:

"The President of the United States extended invitations to us on Wednesday evening. We each accepted his invitation as we would accept an invitation from any sitting President if asked to meet at the White House. We were proud to be joined by our colleagues to represent Michigan in our nation's capital.

"We used our time in the White House to deliver a letter to President Trump making clear our support for additional federal funds to help Michigan in the fight against COVID-19. We have since sent the same correspondence to congressional leaders.

"Months ago, Michigan received funds through the federal CARES Act, and we used that funding to quickly support front line workers, improve testing, ensure adequate PPE, provide additional support to out-of-work Michiganders, and deliver assistance to local businesses that are struggling through no fault of their own. We once again face a time in our state when additional support would go a long way to help those same residents who need our help.

"We highlighted our commitment to appropriating further federal dollars to Michiganders most in need as we continue to deal with the impact of COVID-19. We also emphasized our commitment to fiscal responsibility in the state budget as we move forward.

"The Senate and House Oversight Committees are actively engaged in a thorough review of Michigan's elections process and we have faith in the committee process to provide greater transparency and accountability to our citizens. We have not yet been made aware of any information that would change the outcome of the election in Michigan and as legislative leaders, we will follow the law and follow the normal process regarding Michigan's electors, just as we have said throughout this election.

"Michigan's certification process should be a deliberate process free from threats and intimidation. Allegations of fraudulent behavior should be taken seriously, thoroughly investigated, and if proven, prosecuted to the full extent of the law. And the candidates who win the most votes win elections and Michigan's electoral votes. These are simple truths that should provide confidence in our elections."

####

SUBJECT TO PROTECTIVE ORDER

SCO-04953053



# NEWS RELEASE

**Arizona House of Representatives**
Speaker of the House Rusty Bowers (R-25)
1700 West Washington • Phoenix, Arizona • 85007

**Friday, December 4, 2020**
**FOR IMMEDIATE RELEASE**

## Speaker Bowers Addresses Calls for the Legislature to Overturn 2020 Certified Election Results

**STATE CAPITOL, PHOENIX** – Arizona House Speaker Rusty Bowers today made the following statement:

This week, Rudy Giuliani, Jenna Ellis, and others representing President Donald Trump came to Arizona with a breathtaking request: that the Arizona Legislature overturn the certified results of last month's election and deliver the state's electoral college votes to President Trump. The rule of law forbids us to do that.

Mr. Giuliani and Ms. Ellis made their case here at least twice—on Monday, at an unofficial public gathering hosted by a small group of legislators; and again on Tuesday, during a closed-door meeting at the State Capitol with Republican leaders from both chambers of the Legislature. Both times, the Trump team made claims that the election was tainted by fraud but presented only theories, not proof. U.S. Attorney General William P. Barr said on Tuesday that he, too, has "not seen fraud on a scale that could have effected a different outcome of the election."

Even if such evidence existed, the Arizona Legislature simply couldn't do what is being asked. Under our state's constitution, the Legislature can act only when it is in session, and the Legislature could call itself into a special session only with the support of a bipartisan supermajority of its members.

That won't materialize, but even if did, the Legislature couldn't provide the recourse the President's team seeks. The U.S. Constitution authorizes each state to appoint presidential electors "in such Manner as the Legislature thereof may direct." For decades, Arizona law has required that the voters elect the state's electors on Election Day—this year, on November 3rd. And under a law the Republican-led Legislature passed just three years ago, the state's electors are required to cast their votes for the candidates who received the most votes in the official statewide election canvass. Enacted after the 2016 presidential election, in which President Trump won the electoral college but not the popular vote, the law was aimed at ensuring that Arizona's electors would remain faithful to the vote of the people.

So under current Arizona law, the presidential electors who were elected on November 3 must, after the canvass is completed, vote for the winners of the popular vote. Nothing in the U.S. Constitution or the decisions of the U.S. Supreme Court even suggests that the Arizona Legislature could retroactively appoint different electors who would cast their ballots for different candidates.

1

SUBJECT TO PROTECTIVE ORDER                                    SCO-04952823

The Trump legal team has cited *McPherson v. Blacker* (1892), to claim that the legislature can "resume the power [to appoint electors] at any time." And it is true that the Arizona Legislature could alter the method of appointing electors prospectively. But it cannot undo the election of electors whom the voters already voted for. As the Supreme Court made clear in *Bush v. Gore* (2000), "[w]hen the state legislature vests the right to vote for President in its people, the right to vote as the legislature has prescribed is fundamental."

No election is perfect, and if there were evidence of illegal votes or an improper count, then Arizona law provides a process to contest the election: a lawsuit under state law. But the law does not authorize the Legislature to reverse the results of an election.

As a conservative Republican, I don't like the results of the presidential election. I voted for President Trump and worked hard to reelect him. But I cannot and will not entertain a suggestion that we violate current law to change the outcome of a certified election.

I and my fellow legislators swore an oath to support the U.S. Constitution and the constitution and laws of the state of Arizona. It would violate that oath, the basic principles of republican government, and the rule of law if we attempted to nullify the people's vote based on unsupported theories of fraud. Under the laws that we wrote and voted upon, Arizona voters choose who wins, and our system requires that their choice be respected.

Forty years ago next month, President Ronald Reagan reminded us that while the "orderly transfer of authority" is a "commonplace occurrence" for Americans, "[i]n the eyes of many in the world, this every-4-year ceremony we accept as normal is nothing less than a miracle." Now, Americans are being reminded once again never to take for granted what President Reagan correctly described as "the continuity which is the bulwark of our Republic."

*###*

**CONTACT:**
Andrew Wilder
Director of Communications
Republican Majority Caucus
(602) 926-5299
awilder@azleg.gov

2



## Maricopa County
**Board of Supervisors**
301 West Jefferson Street • 10th Floor • Phoenix, AZ 85003 • www.maricopa.gov

November 17, 2020

Dear Maricopa County voters,

Members of the Board of Supervisors continue to hear from government leaders and the public about the integrity of Maricopa County elections. We want to assure you that proper steps have been taken to ensure a full and accurate count of all votes.

Here are the facts:

- The evidence overwhelmingly shows the system used in Maricopa County is accurate and provided voters with a reliable election. On Election Day, fewer than 200 ballots had an over vote on the presidential race out of more than 167,000 ballots cast.
- The Dominion tabulation equipment was vetted by a bipartisan, "Equipment Certification Advisory Committee" before the contract was finalized. As required by law (A.R.S 16-442), the committee tested the functionality and accuracy of tabulation equipment before it was used in any Arizona elections.
- The Dominion tabulation equipment met mandatory requirements during logic and accuracy testing before the Presidential Preference Election, the Primary Election and the General Election. And after each of these 2020 elections, the hand count audit showed the machines generated an accurate count. (See Fact Page)
- Last week, the Elections Department conducted the mandatory hand count of Election Day ballots from two percent of vote centers and 1 percent of Early Ballots as required by Arizona law and it yielded a 100 percent match to the results produced by the tabulation equipment. All three political parties participated in the hand count audit. This is a statistically significant sample of thousands of votes, which would have caught irregularities.
- There are triggers in Arizona law to require another hand count or even a recount in the case of a close contest. None of those thresholds have been met during the 2020 General Election.

More than 2 million ballots were cast in Maricopa County and there is no evidence of fraud or misconduct or malfunction. Board members listened to and considered many theories about the election results. We asked, and continue to ask critical questions of County staff and none of these theories have proven true or raised the possibility the outcome of the election would be different.

The Board is required to canvass the election by November 23, 2020 (A.R.S 16-642). It is time to dial back the rhetoric, rumors, and false claims. I appreciate the efforts of our elections staff who worked tirelessly to run this election during a pandemic. No matter how you voted, this election was administered with integrity, transparency and in accordance with state laws.

Thank you,

Clint Hickman
Chairman, Maricopa County Board of Supervisors

SUBJECT TO PROTECTIVE ORDER                                                SCO-06730226

 Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > In High-Stakes Election, Atlanta's Newspaper Susceptible to Election Disinformation Campaigns

**October 23rd, 2020**

The AJC's conclusion in today's story that Georgia's election system is particularly vulnerable to cyberattack is based on false information and the unsubstantiated theories of activists who've long demanded hand-marked paper ballots exclusively. The "experts" the article cites have long been paid by the activist community to support their lawsuits. Did the AJC not see fit to mention this potential source of bias? Did the AJC "investigation" even ask how much money these "experts" have been paid by that community?

"The AJC has worked hand in hand with partisan activists to undermine the credibility of our elections – which are running smoothly with short wait times throughout the state amid record-breaking turnout," said Deputy Secretary of State Jordan Fuchs. "Georgia's election system is safe, secure and efficient – it combines the best of both electronic and paper ballots – and voters should feel confident that their votes are counted and recorded accurately.

"The Russians, Chinese, Iranians – or anyone else – don't need to hack systems to hurt our democracy. They merely need to post sensationalized and misleading AJC stories on fake Facebook accounts."

The story
 states wrongly that "Secretary of State Brad Raffensperger's office weakened the system's defenses, disabling pas[...] protections on a key component that controls who is allowed to vote

TOP

SUBJECT TO PROTECTIVE ORDER    SCO-04957281

GA 1044

 Georgia
Secretary of State
Brad Raffensperger



during early voting. "In early voting, the poll pads aren't used to check in voters. their only purpose in early voting is to program voter cards, so of course it has no impact on lines. Early voters are checked in directly on the state's voter registration system – and, coincidentally, that system requires multifactor authentication, which the story suggests Georgia doesn't have. Georgia does have multifactor authentication and has for years." In fact, the AJC has previously reported on

the fact

 that Georgia's voter registration system requires multi-factor authentication.

Checking in early voters directly in the statewide voter registration system prevents them from going to another early voting location and thus stops double voting. Unlike early voting, poll pads are used to check in voters on Election Day because, in that case, the voter's local precinct is the only place he or she can vote and the poll pad has a record of who has already voted there that day.

The story asserts that the National Academies of Science and the U.S. Senate Intelligence Committee, among others, have said hand-marked paper ballots counted by a scanner are the safest method for conducting elections.

"Wrong again," Fuchs said. "The National Academies of Science expressly said that paper ballots are the safest method for conducting elections, and that paper ballots can be marked by hand or by electronic ballot marking devices

. These same activists have called for years for Georgia to have an auditable paper ballot trail and conduct a post-election audit. Now we do both of those things. Filing a lawsuit and confusing a federal judge with your misleading claims doesn't turn disinformation into accurate information. Other federal

SUBJECT TO PROTECTIVE ORDER

SCO-04957282



Georgia
Secretary of State
Brad Raffensperger



###

## 🗐 More News & Announcements

Secretary Raffensperger Announces Launch of Georgia Registered Voter
Information System – GARViS

Secretary Raffensperger to Headline "The Future of Elections" Panel at SXSW

Secretary Raffensperger Urges Congressional Action on Common Sense Election
Reforms

Federal Judge Agrees with Secretary Raffensperger: DOJ Ordered to Release
Documents

Call for Special Election - HD 75

Call for Special Election - HD 75

VIEW ALL

SUBJECT TO PROTECTIVE ORDER                                      SCO-04957283

GA 1046

 Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > With 47,277 Votes Out, Officials Focused On Getting It Right

**November 5th, 2020**

With counting continuing in numerous counties throughout Georgia, Secretary of State Brad Raffensperger said that as of 2:40 p.m. today there are approximately 47,277 ballots still outstanding.

"Officials in numerous counties are continuing to count ballots, with strong security protocols in place to protect the integrity of our election," said Raffensperger. "We have long anticipated – and said publicly – that counting would most likely take place into Wednesday night and perhaps Thursday morning. We're on pace to accomplish that responsibly, ensuring that the voice of every eligible voter is heard. It's important to act quickly, but it's more important to get it right."

Raffensperger noted numerous security measures in place to secure the vote and increase public confidence in the electoral process:

- Absentee drop boxes were locked at 7 p.m. Tuesday evening, preventing illegal voting or potential fraud.
- Surveillance cameras monitored drop boxes at all times.
- State monitor is in the room with Fulton County for all counts and the public is welcome to observe any county as an added layer of transparency.
- A pre-certification audit will provide additional confidence that the votes were accurately counted.

TOP

SUBJECT TO PROTECTIVE ORDER                                        SCO-04957309

GA 1047



Georgia
Secretary of State
Brad Raffensperger



the final results and to start work on certification and planning for our runoff elections. As the work goes on, I want to assure Georgia voters that every legal vote was cast and accurately counted."

### ###

📖 More News & Announcements

Secretary Raffensperger Announces Launch of Georgia Registered Voter Information System – GARViS

Secretary Raffensperger to Headline "The Future of Elections" Panel at SXSW

Secretary Raffensperger Urges Congressional Action on Common Sense Election Reforms

Federal Judge Agrees with Secretary Raffensperger: DOJ Ordered to Release Documents

Call for Special Election - HD 75

Call for Special Election - HD 75

( VIEW ALL )

SUBJECT TO PROTECTIVE ORDER                                                      SCO-04957310

GA 1048

 Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > Number of Absentee Ballots Rejected for Signature Issues in the 2020 Election Increased 350% from 2018

**November 18th, 2020**

(Atlanta) -- The number of absentee ballot rejections for signature issues increased approximately 350% in the November 2020 election in Georgia from the 2018 election, about the same rate of increase as the total number of absentee ballots accepted. The rejection rate for absentee ballots with missing or non-matching signatures in the 2020 General Election was 0.15%, the same rejection rate for signature issues as the 2018 General Election.

2,011 absentee ballots were rejected in the November 2020 election for missing or non-matching signatures out of 1,322,529 absentee ballots cast. In November 2018, 454 absentee ballots were rejected for missing or non-matching signatures out of 284,393 absentee ballots cast. The 0.15% rejection rate for signature issues was the same in both the 2018 and 2020 General Elections.

In the 2020 Primary, 3,266 absentee ballot were rejected for missing or non-matching signatures out of 1,151,371 absentee ballots cast, a rejection rate of 0.28%. The lower rejection rate in the general election compared to the primary is likely the result of both parties attempting to help voters cure their absentee ballots pursuant to the process set forth in Georgia statute.

Numbers for total number of rejected absentee ballots for the 2020 election, including ballots received after the 7 p.m. Election Day deadline, are still being input by county election offic( TOP )re not yet available.

SUBJECT TO PROTECTIVE ORDER

SCO-04957154



Georgia
Secretary of State
Brad Raffensperger



*excuse absentee voting. Georgia continues to set records for voter turnout and election participation, seeing the largest increase in average turnout of any other state in the 2018 midterm election and record overall, early, in-person, and absentee-by-mail turnout during the November 2020 elections.*

###

📰 More News & Announcements

Secretary Raffensperger Announces Launch of Georgia Registered Voter Information System – GARViS

Secretary Raffensperger to Headline "The Future of Elections" Panel at SXSW

Secretary Raffensperger Urges Congressional Action on Common Sense Election Reforms

Federal Judge Agrees with Secretary Raffensperger: DOJ Ordered to Release Documents

Call for Special Election - HD 75

Call for Special Election - HD 75

SUBJECT TO PROTECTIVE ORDER                                                                                    SCO-04957155

GA 1050

 Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race

**November 19th, 2020**

(Atlanta) -- Today, Secretary of State Brad Raffensperger announced the results of the Risk Limiting Audit of Georgia's presidential contest, which upheld and reaffirmed the original outcome produced by the machine tally of votes cast. Due to the tight margin of the race and the principles of risk-limiting audits, this audit was a full manual tally of all votes cast. The audit confirmed that the original machine count accurately portrayed the winner of the election. The results of the audit can be viewed

HERE

,

HERE

, and

HERE

.

"Georgia's historic first statewide audit reaffirmed that the state's new secure paper ballot voting system accurately counted and reported results," said Secretary Raffensperger. "This is a credit to the hard work of our county and local elections officials who moved quickly to undertake and complete such a momentous task in a short period of time."

"Georgia's first statewide audit successfully confirmed the winner of the chosen contest and should give voters incre      nfidence in the results," said Ben Adida, Executive Director of VotingV      Ve were proud to work with

TOP

SUBJECT TO PROTECTIVE ORDER                                                              SCO-04957157

GA 1051



Georgia
Secretary of State
Brad Raffensperger



By law, Georgia was required to conduct a Risk Limiting Audit of a statewide race following the November elections. Understanding the importance of clear and reliable results for such an important contest, Secretary Raffensperger selected the presidential race in Georgia for the audit. Meeting the confidence threshold required by law for the audit meant conducting a full manual tally of every ballot cast in Georgia.

The Risk Limiting Audit reaffirmed the outcome of the presidential race in Georgia as originally reported, with Joe Biden leading President Donald Trump in the state.

The audit process also led to counties catching making mistakes they made in their original count by not uploading all memory cards. Those counties uploaded the memory cards and re-certified their results, leading to increased accuracy in the results the state will certify.

The differential of the audit results from the original machine counted results is well within the expected margin of human error that occurs when hand-counting ballots. A 2012
study
  by Rice University and Clemson University found that "hand counting of votes in postelection audit or recount procedures can result in error rates of up to 2 percent." In Georgia's recount, the highest error rate in any county recount was .73%. Most counties found no change in their finally tally. The majority of the remaining counties had changes of fewer than ten ballots.

Because the margin is still less than 0.5%, the President can request a recount after certification of the results. That recount will be conducted by rescanning all paper ballots.

SUBJECT TO PROTECTIVE ORDER                                SCO-04957158

3/14/23, 3:25 PM                    Secretary of State Certifies Election, Kraken Case Dismissed | Georgia Secretary of State

 Georgia
Secretary of State
Brad Raffensperger



<u>Home</u> > <u>News & Announcements</u> > Secretary of State Certifies Election, Kraken Case
Dismissed

**December 7th, 2020**

(Atlanta) -- Secretary of State Brad Raffensperger today recertified the results of
the November 3, 2020 presidential election. The recertification came following
an audit-triggered hand recount and a formal recount requested by the Trump
campaign. Both recounts upheld the original outcome of the race. The certified
results of state and federal races can be found on the Secretary of State's
website: sos.ga.gov.

Also this morning, the "Kraken" lawsuit launched by former Trump lawyer
Sidney Powell was dismissed by judge of the United States District Court of the
Northern District of Georgia Timothy Batten.

"Today is an important day for election integrity in Georgia and across the
country," said Secretary Raffensperger. "The claims in the Kraken lawsuit prove
to be as mythological as the creature for which they're named. Georgians can
now move forward knowing that their votes, and only their legal votes, were
counted accurately, fairly, and reliably."

In recertifying the results, the Secretary of State affirmed that all 159 counties
have provided to the state the total votes tabulated for presidential candidates
in the November 3, 2020 presidential election. Further, the Secretary of State
affirms that the statewide consolidated returns for the presidential election are
a true and correct tabulation of the ⟨ ⟩ returns received by this office
from each county.

TOP

SUBJECT TO PROTECTIVE ORDER                                    SCO-04957179

GA 1053

3/14/23, 3:25 PM                    Secretary of State Certifies Election, Kraken Case Dismissed | Georgia Secretary of State



Georgia
Secretary of State
Brad Raffensperger



*excuse* absentee voting. Georgia continues to set records for voter turnout and
election participation, seeing the largest increase in average turnout of any
other state in the 2018 midterm election and record turnout in 2020, with over
1.3 million absentee by mail voters and over 3.6 million in-person voters
utilizing Georgia's new, secure, paper ballot voting system.

                                    ###

## 📖 More News & Announcements

Secretary Raffensperger Announces Launch of Georgia Registered Voter
Information System – GARViS

Secretary Raffensperger to Headline "The Future of Elections" Panel at SXSW

Secretary Raffensperger Urges Congressional Action on Common Sense Election
Reforms

Federal Judge Agrees with Secretary Raffensperger: DOJ Ordered to Release
Documents

Call for Special Election - HD 75

Call for Special Election - HD 75

SUBJECT TO PROTECTIVE ORDER                                    SCO-04957180

GA 1054

 Georgia
Secretary of State
Brad Raffensperger



Home > News & Announcements > 3rd Strike Against Voter Fraud Claims Means They're Out After Signature Audit Finds No Fraud

**December 29th, 2020**

(Atlanta) -- After a hand recount and a subsequent machine recount requested by the Trump campaign, a signature audit has again affirmed the original outcome of the November 2020 presidential race in Georgia. A signature match audit in Cobb County found "no fraudulent absentee ballots" and found that the Cobb County Elections Department had "a 99.99% accuracy rate in performing correct signature verification procedures."

"The Secretary of State's office has always been focused on calling balls and strikes in elections and, in this case, three strikes against the voter fraud claims and they're out," said Secretary of State Brad Raffensperger. "We conducted a statewide hand recount that reaffirmed the initial tally, and a machine recount at the request of the Trump campaign that also reaffirmed the original tally. This audit disproves the only credible allegations the Trump campaign had against the strength of Georgia's signature match processes."

On December 14, 2020, Secretary Raffensperger announced a signature match audit in Cobb County following credible allegations that the process was not followed in the June primaries. The Secretary of State's Office partnered with the Georgia Bureau of Investigation (GBI) to conduct the audit. Of the 150,431 absentee ballots received by Cobb C⃝    ⃝lections officials during the November elections, the audit "revi⃝ TOP ⃝ l 18 ABM ballot oath envelopes

SUBJECT TO PROTECTIVE ORDER

SCO-04957276



Georgia
Secretary of State
Brad Raffensperger



found "no fraudulent absentee ballots" with a 99% confidence
threshold. The audit found that only two ballots should have been identified by
Cobb County Elections Officials for cure notification that weren't. In one case,
the ballot was "mistakenly signed by the elector's spouse," and in the other, the
voter "reported signing the front of the envelope only." In both cases, the
identified voters filled out the ballots themselves.

The absentee ballot envelopes for the audit were "pulled from 30 randomly
selected boxes of the accepted ABM ballots and one box identified as accepted
Electronic Ballot Delivery ABM ballots." Each of the boxes that held the ballots
were previously "secured in boxes by the Cobb County Elections Department"
and were selected by a random number generator.

To conduct the audit, Law Enforcement Officers (LEOs), from GBI and SOS were
instructed to "analyze and compare the known signatures, markings, and
identifying information of the elector as stored in databases with the signature,
markings, and identifying information on the elector's ABM ballot oath
envelope." They looked for "distinctive characteristics and unique qualities ...
individual attributes of the signature, mark, or other identifying information" to
"make a judgment of the validity of the signature on each envelope based on
the totality of the documents."

The LEOs conducting the audit were split "into 18 two-member teams identified
as 'inspection teams' and two three-member teams identified as 'investigation
teams.'" If the two members of the inspection team were split on whether a
ballot signature was valid, a third impartial "referee" was brought in to break
the tie. This only happened on six occasions.

In cases where additional review was necessary, if no signature was on the
ballot, or if additional identification documents were not available, the

SUBJECT TO PROTECTIVE ORDER                                                            SCO-04957277



Georgia
Secretary of State
Brad Raffensperger



...gation teams submitted 396 envelopes to the investigation teams for comparison with additional documents or follow-up with the elector." 386 of those were accepted as valid. The remaining ten were referred for additional investigation. "All ten electors were located, positively identified, and interviewed."

The LEOs used the Cobb County Elections Database which included signature information from voter registration forms, absentee ballot applications, voter certificates, passports, certificates of naturalization, in addition to other documents.

The full report is available

here

 >>

*Georgia is recognized as a national leader in elections. It was the first state in the country to implement the trifecta of automatic voter registration, at least 16 days of early voting (which has been called the "gold standard"), and no-excuse absentee voting. Georgia continues to set records for voter turnout and election participation, seeing the largest increase in average turnout of any other state in the 2018 midterm election and record turnout in 2020, with over 1.3 million absentee by mail voters and over 3.6 million in-person voters utilizing Georgia's new, secure, paper ballot voting system.*

### 

SUBJECT TO PROTECTIVE ORDER                SCO-04957278

GA 1057



**SOS**

# False claims from Ronna McDaniel have no merit

In response to the false claims made by Republican National Committee chairwoman Ronna McDaniel, the Michigan Department of State issues the following statements of fact:

- Michigan's elections were conducted fairly, effectively and transparently and are an accurate reflection of the will of Michigan voters.

- The erroneous reporting of unofficial results from Antrim county was a result of accidental error on the part of the Antrim County Clerk. The equipment and software did not malfunction and all ballots were properly tabulated. However, the clerk accidentally did not update the software used to collect voting machine data and report unofficial results.

  - Like many counties in Michigan, Antrim County uses the Dominion Voting Systems election management system and voting machines (ballot tabulators.) The county receives programming support from Election Source. Tabulators are programmed to scan hand marked, paper ballots. When machines are finished scanning the ballots, the paper ballots are retained and a totals tape showing the number of votes for each candidate in each race is printed from the machine.

  - In order to report unofficial results, county clerks use election management system software to combine the electronic totals from tabulators and submit a report of unofficial results. Because the clerk did not update software, even though the tabulators counted all the ballots correctly, those accurate results were not combined properly when the clerk reported unofficial results.

  - The correct results always were and continue to be reflected on the tabulator totals tape and on the ballots themselves. Even if the error in the reported unofficial results had not been quickly noticed, it would have been identified during the county canvass. Boards of County Canvassers, which are

SUBJECT TO PROTECTIVE ORDER     SCO-04955691

composed of 2 Democrats and 2 Republicans, review the printed totals tape from each tabulator during the canvass to verify the reported vote totals are correct.

- The software did not cause a misallocation of votes; it was a result of user human error. Even when human error occurs, it is caught during county canvasses.

- It is also completely false that the county had to or will have to hand count all their ballots. The ballots were properly counted by the tabulators. The county had to review the printed tabulator results from each precinct, not each individual ballot.

- As with other unofficial results reporting errors, this was an honest mistake and did not affect any actual vote totals. Election clerks work extremely hard and do their work with integrity. They are human beings, and sometimes make mistakes. However, there are many checks and balances that ensure mistakes can be caught and corrected.

- As Detroit officials have stated, hundreds of challengers from both parties were inside their absent voter counting board all afternoon and evening. And even after some left, there were always challengers from both parties in the room. Dozens of reporters were in the room as well. Further, some windows were covered to stop those outside from filming the people and private information in the counting board, while other windows were left uncovered to ensure additional transparency.

- As was stated by Chris Thomas, who as a contractor for the Detroit City Clerk's Office served as an advisor on the execution of this election and led challenger relations, and who is the former Michigan Director of Elections, who served under both republican and democrat Secretaries of State during his 40-year-tenure with the Bureau of Elections, no ballots were backdated. Rather, a clerical error was made when some ballot envelopes were received in Detroit satellite offices. Although employees stamped a date of receipt on the envelopes, an employee failed to complete the transaction for receiving the ballot by saving that date in the Qualified Voter File. Therefore, at the absent voter counting board, after discussion with Republican challengers who chose not to challenge the process, staff was instructed to enter that date stamped on the envelope ensuring that no voters were disenfranchised by the clerical error.

# # #

# Related News

## NewDEAL Forum lays out 'Playbook' to strengthen democracy, protect voting rights, and transform election administration across the nation

SUBJECT TO PROTECTIVE ORDER                                                                SCO-04955692

076P-R000003780_0001

| Message | |
|---|---|
| **From**: | Michigan Department of Attorney General [MIAG@govsubscriptions.michigan.gov] |
| **Sent**: | 12/14/2020 8:34:12 PM |
| **To**: | ████████████████████████████ |
| **Subject**: | AG, SOS: Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing |

**Media Contacts:**

AG: Ryan Jarvi
(c) 517-599-2746

MDOS: Tracy Wimmer
(c) 517-281-1876

**FOR IMMEDIATE RELEASE:**
Monday, Dec. 14, 2020

# AG, SOS: Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing

**LANSING** – Attorney General Dana Nessel and Secretary of State Jocelyn Benson, in an Antrim County court hearing today, did not object to the public release of a report on Dominion software from the partisan organization Allied Security Operations Group (ASOG), in order to demonstrate the "report" is actually another in a long stream of misguided, vague and dubious assertions designed to erode public confidence in the November presidential election.

"Let's be clear: Michigan's Nov. 3 general election in Michigan and across the country was the most secure in the nation's history," said Secretary Benson upon the release of the report. "There continues to be no evidence of widespread fraud, as affirmed by state and federal agencies including Attorney General William Barr, the Federal Bureau of Investigation, and the Cybersecurity and Infrastructure Security Agency. If the Trump campaign had any actual evidence of wrongdoing – or genuine suspicion thereof – they could have requested a hand recount of every ballot in the state. They did not, instead choosing to allow shadowy organizations claiming expertise to throw around baseless claims of fraud in an effort to mislead American voters and undermine the integrity of the election. Their actions are a corruption of the courts and the rule of law, as the release of today's report clearly demonstrates."

A lawsuit filed in 13th Circuit Court, *Bailey v Antrim County*, seeks to challenge Antrim County's election results, posing false claims of fraud and accompanied with a report filled with errors and clear bias.

SUBJECT TO PROTECTIVE ORDER

SCO-02243762

076P-R000003780_0002

"Oftentimes, a party will hire an expert witness to support the conclusion that the party wants or needs to reach. It's why we give the other parties in a lawsuit a chance to depose the expert and challenge their qualifications in court," Attorney General Nessel said. "Anyone can have an opinion, but it doesn't necessarily mean the opinion is based on fact or science."

ASOG authored the "preliminary forensic audit," which was made public by the judge today. The group, however, has no apparent expertise in election administration and technology. Their work is limited to the previous release and amplification of other false information and fake documents. As expected, the plaintiff's most recent report on Antrim County is similarly critically flawed, filled with dramatic conclusions without any evidence to support them.

Today's activity comes on the heels of last week's announcement from the Department of State that the Bureau of Elections is planning the most comprehensive set of election audits in the state's history. This will include a statewide risk-limiting audit, several local procedural audits, and a zero-margin risk-limiting-audit of all ballots in Antrim County. The latter, which will be conducted on Thursday, Dec. 17, is expected to confirm that votes cast for president were machine-tabulated correctly. A similar statewide risk-limiting audit demonstrated the accuracy of the state's voting machines following the March 10 presidential primary.

In response to a previously unsigned version of the ASOG report, Michigan Bureau of Elections Director Jonathan Brater made a preliminary declaration under oath for the court. In his statement, Brater said it was apparent to him "… that the report makes a series of unsupported conclusions, ascribes motives of fraud and obfuscation to processes that are easily explained as routine election procedures or error corrections, and suggests without explanation that elements of election software not used in Michigan are somehow responsible for tabulation or reporting."

There are several legal concerns with the report and testimony submitted in *Bailey v Antrim County*, including the portions provided by Russell Ramsland, one of the "expert" witnesses in the case.

A Detroit Free Press story from Nov. 21 quotes Rudy Giuliani as saying Michigan has "over-votes in numerous precincts of 150%, 200% and 300%." Giuliani's source was an affidavit from Ramsland, who is a former Republican congressional candidate. All 19 of the precincts cited in his affidavit are in Minnesota, not Michigan. Ramsland has also inaccurately stated the voter turnout rate in Detroit, saying it was nearly three times higher than it actually was.

The qualifications of those who authored the report are suspect, with no evidence or credentials provided to back up their "expertise." Authors in the report also make unverified and unsupported claims that "fraud," "intentional errors" and "bad faith" decisions made by election officials led them to their conclusions in the report. Moreover, many of their assertions are unsupported by evidence, with some even constituting hearsay and clearly show that the authors lack first-hand knowledge of events.

Michigan Rule of Evidence 702 states that if the court determines that scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education may testify thereto in the form of an opinion or otherwise if (1) the testimony is based on sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case. That has not happened in this case yet.

Past court rulings have found that the trial court has a fundamental duty to ensure that all expert testimony is reliable (*Gilbert v DaimlerChrysler Corp*), and that the knowledge of the testimony must be more than "subjective belief or unsupported speculation" (*Daubert v Merrell Dow Pharmaceuticals*). At the conclusion of

076P-R000003780_0003

discovery, the Department of Attorney General will have the opportunity to request that the plaintiff's report be stricken from use in these proceedings.

The public will be able to view the Department of State's official audit of the Antrim County presidential election. Details will be announced prior to the audit's commencement on Thursday, Dec. 17.

Click here to view a copy of Brater's declaration.

###

Questions?
Contact Us

STAY CONNECTED:

SUBSCRIBER SERVICES:
Manage Preferences | Help

This email was sent to judson.p.deere@who.eop.gov using GovDelivery Communications Cloud on behalf of: Michigan Attorney General · G. Mennen Williams Building, 7th Floor · 525 W. Ottawa St., P.O. Box 30212 · Lansing, MI 48909 · 517-373-1100

SUBJECT TO PROTECTIVE ORDER                SCO-02243764



**SOS**

# Hand audit of all Presidential Election votes in Antrim County confirms previously certified results, voting machines were accurate

A hand audit by bipartisan election officials of all the votes cast for president in Antrim County confirmed today that the result certified last month by the bipartisan Board of Antrim County canvassers was accurate. The audit proved again that the disinformation campaign surrounding Antrim's presidential election and its use of Dominion vote-tabulation machines was completely meritless.

"Today's full audit in Antrim County confirmed the truth and affirmed the facts: Dominion's voting machines accurately tabulated the votes cast for president in Antrim County," said Secretary of State Jocelyn Benson. "It is time for the disinformation campaigns to stop, and for elected and other leaders on both sides of the aisle to unequivocally affirm that the election was secure and accurate."

In the hand-tallied total, when compared with the machine-tabulated and certified results the net difference was only 12 votes out of 15,718 total votes.

**Previously Certified Results**
Trump: 9,748
Biden:  5,960

**Hand-Tallied Audit Results (preliminary)**
Trump: 9,759
Biden:  5,959

The slight differences in counts were in line with what is typically seen in hand recounts, as human counters may not award a vote to a pen mark on a ballot oval, where the machine counted it as a vote, or vice-versa. Human counters might also identify invalid write-in votes that need to be awarded to a different candidate. But the fact that the

SUBJECT TO PROTECTIVE ORDER                                                                    SCO-04957382

totals are so close confirms that the reporting error prior to certification was not related to tabulation, as has been falsely claimed without evidence.

The audit of the Antrim County presidential votes was a zero-limit risk-limiting audit, meaning it confirmed to absolute certainty that the outcome of the presidential election in Antrim County was correct by tallying every vote cast for president. In January, the Bureau of Elections and local and county clerks will complete a statewide risk-limiting audit of the Presidential Election in which a random sample of ballots will be drawn statewide. It is expected to affirm that ballot-counting machines were accurate across the state, as was demonstrated by a pilot statewide risk-limiting audit following Michigan's March 10 Presidential Primary Election.

# # #

# Related News

## Board of State Canvassers to meet May 19

The Board of State Canvassers will meet at 10 a.m. Friday, Apr. 28, at the Binsfeld Office Building Room 1100, 201 Townsend Street in Lansing.

## Department of State, community partners serve more than 200 local residents at Kalamazoo Road to Restoration clinic

The Michigan Department of State (MDOS) joined partners in Kalamazoo on Friday for a Road to Restoration clinic, serving more than 200 Michiganders looking to understand the necessary steps to regain their driver's licenses.

## Benson urges legislators to support military families overseas, voters with disabilities, and parents seeking elected office

Secretary of State Jocelyn Benson today testified before the House Elections Committee in favor of bills that would support military families deployed overseas and parents who choose to run for office.

## Benson: Mechanic certification tests now better, more accessible

Secretary of State Jocelyn Benson today announced improvements to the mechanic certification process.

SUBJECT TO PROTECTIVE ORDER                                                    SCO-04957383

Final numbers from Antrim County audit continue to affirm accuracy of election results

**Michigan Department of State**

# Final numbers from Antrim County audit continue to affirm accuracy of election results

The finalized numbers released today from the Antrim County hand-tallied audit yesterday continue to affirm the accuracy of the Nov. 3 general election certified results. The final numbers — 9,759 for Donald Trump and 5,959 for Joe Biden — represent a net gain of 12 votes for Trump, largely mirroring the machine-tabulation results from Nov. 3.

"With these final numbers, we again have conclusive proof of the safety, security and accuracy of the election results in Antrim," said Secretary of State Jocelyn Benson. "The time has come for those in positions of authority to live up to their obligation to put conspiracy theories about the election outcome thoroughly to bed. We will continue to conduct audits throughout the state, and I am confident they will be to the same end — to reinforce that the Nov. 3 election was the most secure election in Michigan's history."

Slight differences in counts were in line with what is typically seen in hand ballot counts, as human counters may not award a vote to a pen mark on a ballot oval, where the machine counted it as a vote, or vice-versa. Human counters may also identify invalid write-in votes that need to be awarded to a different candidate. Only one precinct saw a candidate vote total change by more than three votes, which may have been partially a result of a hand counting error.

The closeness of the results to the previously certified Nov. 3 totals confirms the reporting error prior to certification was not related to the tabulation equipment, despite the proliferation of meritless conspiracy theories stating otherwise.

A copy of the full results by precinct is available here.

# # #

## Related News

### Secretary of State office on Livernois Ave. in Detroit to close for remodeling until April 17

The Secretary of State office at 17500 Livernois Ave. in Detroit will be

SCO-12839140

GA 1065

Due to severe winter weather expected across much of the state, Secretary of State offices in more than 20 counties are closed today.

<u>These counties and locations are affected</u>, and closures take effect immediately.

**Offices in more than 20 counties are closed today** ›



## SOS

# Misinformation campaign concerning Antrim County expected to continue

### *Voters urged to be wary of false claims*

On Sunday, individuals with no apparent technical expertise in election technology were permitted to gather images of Dominion voting equipment in Antrim County. While the information they gathered is subject to a court-issued protective order, the Michigan Department of State warns voters to be wary of the claims that the group may make in coming days. Members of the group have previously made false statements, shared fake documents and made baseless claims about the election that have been widely debunked and rejected in multiple courts.

"It is disappointing, though not surprising, that the primary goal of this group is to continue spreading false information designed to erode the public's confidence in the election. By doing so, they injure our democracy and dishonor the 5.5. million Michigan citizens who cast ballots," said Michigan Department of State spokesperson Jake Rollow. "As Attorney General William Barr, the FBI and CISA have found, this was the most secure election in our nation's history and, despite unprecedented scrutiny, there has been no evidence of widespread fraud identified whatsoever."

SCO-12876350

If any candidate truly thought that the Dominion machines failed to correctly count ballots, they could and should have requested a hand-recount of ballots. No recounts of state elections were requested in Antrim County.

The Antrim County unofficial reporting error has already been thoroughly explained and did not impact tabulation. It was prompted by the clerk not updating media drives in some of the machines in Antrim County, an accidental human error. Reporting errors are common, and always caught and corrected in the county canvass, if not before, as was the case in Antrim County. More information is available on the MDOS Fact Check webpage, Michigan.gov/SOSFactCheck.

To further safeguard public confidence, the Bureau of Elections will be working with clerks to conduct an audit of all ballots in Antrim County. While there is no evidence the tabulators malfunctioned in any way, the audit of all ballots cast in the presidential election will confirm all machines counted ballots properly and will disprove the ongoing disinformation campaign attempting to undermine confidence in the election.

The Bureau of Elections and clerks will also conduct a statewide risk-limiting audit that will confirm tabulators across the state functioned properly. A statewide pilot risk-limiting audit demonstrated the accuracy of the machines following the March 10, 2020, presidential primary. Procedural audits of precincts and absent voter counting boards will also be conducted in more than 200 jurisdictions. A preliminary list of the jurisdictions will be released this week.

# # #


## Related News


### 2-22-23 Board of State Canvassers Meeting Change Notice

You are hereby notified that the February 24, 2023 regular meeting of the Board of State Canvassers has been cancelled. You are also notified that a special meeting of the Board of State Canvassers has been scheduled for March 3, 2023. It will take place at 10:00 a.m. at the following location


### Additional Secretary of State offices closing due to winter storm, remaining offices statewide closing at 5 p.m.

SCO-12876351



New Mexico Secretary of State
**Maggie Toulouse Oliver**

# Secretary of State Maggie Toulouse Oliver Announces Results of New Mexico's Electoral College Vote

**FOR IMMEDIATE RELEASE**

14 December 2020

Contact:

Alex Curtas, Director of Communications

SUBJECT TO PROTECTIVE ORDER                                        SCO-04957413

New Mexico Secretary of State's Office

505-469-2783

alex.curtas@state.nm.us

### Secretary of State Maggie Toulouse Oliver Announces Results of New Mexico's Electoral College Vote

*Joe Biden and Kamala Harris Received New Mexico's Five Electoral Votes*

SANTA FE – Secretary of State Maggie Toulouse Oliver announced the results of New Mexico's Electoral College vote today after the five officially-designated Democratic electors met and voted at the State Capitol in Santa Fe.

New Mexico's electors officially cast the state's five electoral votes for Joe Biden and Kamala Harris.

"New Mexico's Presidential Electors upheld their constitutional duty today by casting their votes for Joe Biden and Kamala Harris, the lawful winners of the 2020 General Election," said Secretary of State Maggie Toulouse Oliver. "Despite the false claims and disinformation still circulating in the public, this election was the most secure in American history and every voter in New Mexico should have confidence in the integrity of their vote. Our democratic institutions are meant to reflect the will of the people and that's exactly what happened here as the Electoral College met today, despite attempts to silence voter's voices in the courts and elsewhere. I want to thank the electors who voted today for capping off a successful 2020 General Election, all the election administrators throughout the state who performed their duties with honesty and integrity under extremely difficult circumstances this year, and all of our state and federal partners who helped us run a secure election."

Joe Biden and Kamala Harris received 501,614 votes in New Mexico during the 2020 General Election, with a total statewide voter turnout of 928,230. President Donald Trump and Mike Pence received 401,894 votes during the 2020 General Election in New Mexico. The official election results were certified by the State Canvassing Board on November 24, 2020 following an independent audit.

SUBJECT TO PROTECTIVE ORDER                                                          SCO-04957414

The official Electoral College vote certifications from New Mexico will be submitted to the President of the United States Senate and to the Office of the National Archives in Washington DC. On January 6, 2020 Congress shall meet to count the electoral votes of each state.

####

**New Mexico Office of the Secretary of State**

Email WEBMASTER if you encounter an issue with the website.

Click here for some helpful web browsing tips

Disclaimer - A Word of Warning Despite our good faith efforts to be accurate, these pages and our databases may contain inadvertent errors. Please email us immediately if you notice an error. Also, please remember that website information is not a substitute for researching the law or for the advice of a competent *attorney*.

© 2012 - 2023 New Mexico Secretary of State

Powered by Real Time Solutions

SUBJECT TO PROTECTIVE ORDER                                        SCO-04957415

GA 1070



December 29, 2020

## Response to December 28, 2020, release of misinformation by group of GOP state House members

**Harrisburg, PA** – On December 28, 2020, a group of Pennsylvania Republican lawmakers released misinformation falsely claiming that certain Department of State data for the November 3 general election were contradicted by data gleaned from county websites. They claimed the discrepancy in the numbers called the election outcome into question, and further claimed that the election should not have been certified.

Their allegations, based on what they call an analysis of data, are false and misleading, and are based on a comparison of very different systems and data points with different timeframes and incomplete information, which anyone with basic understanding of election administration would immediately recognize. Further, their so-called "analysis" apparently was based on incomplete data from the Department's Statewide Uniform Registry of Electors (SURE) system.

Rather than wait for full and complete data or ask for clarification, the legislators decided to rehash, with the same lack of evidence and the same absence of supporting documentation, repeatedly debunked conspiracy theories regarding the November 3 election. State and federal judges have sifted through hundreds of pages of unsubstantiated and false allegations and found no evidence of fraud or illegal voting.

Now, the legislators have given us another perfect example of the dangers of uninformed, lay analysis combined with a basic lack of election administration knowledge.

For instance, it is quite common to have significant "undervotes" for down-ballot races in a presidential election, particularly when there isn't a U.S. Senate race on the ballot. In 2008, auditor general candidate Jack Wagner received almost 60,000 more votes than presidential candidate Barack Obama. And yet, 300,000 fewer total votes were cast in the auditor general race than in the presidential race.

Even when there is a U.S. Senate race on the ballot, it is not unusual for there to be undervotes. In 2000, Sen. Santorum received 200,000 more votes than President Bush, but the US Senate race still had more than 100,000 fewer votes than the presidential race.

We are unclear as to exactly what data and what the legislators actually did to offer this so-called "analysis." But what we do know is some counties have not yet finished entering into the SURE system what are called voter histories. Each history is tied to the record of the individual voter who cast a ballot, including regular or provisional ballots. At the time of the legislators' release, these counties included Philadelphia, Allegheny, Butler and Cambria, which would account for a significant number of voters, and other provisional voter histories in a number of other counties are also not yet complete. It is however the vote counts certified by the counties, not the uploading of voter histories into the SURE system, that determines the ultimate

SCO-04956023

certification of an election by the counties to the Department, and then in turn, by the secretary based on the county certifications.

All vote counts are recorded on paper ballots in every county in the Commonwealth, that can be audited or recounted to confirm the accuracy of an election.  Additionally, the counties and the Department of State are also in the process of conducting a pilot risk-limiting audit of the November 3 election, as it did after the June primary.  Pennsylvania is one of the first states in the nation to pioneer pilots of the risk-limiting audit (RLA), a scientifically designed procedure using statistical methods to confirm whether reported election outcomes are correct and to detect possible interference. RLAs examine a random sample of paper ballots, comparing the votes on paper to the totals reported by the vote-counting machines to ensure that the winner actually won. These types of audits can confirm that voting systems tabulated the paper ballots accurately enough that a full hand count would produce the same outcome.

This obvious misinformation put forth by the Republican legislators is the hallmark of so many of the claims made about this year's presidential election. When exposed to even the simplest examination, courts at every level have found these and similar conspiratorial claims to be wholly without basis.

To put it simply, this so-called analysis was based on incomplete and inaccurate data.

### 

2

SUBJECT TO PROTECTIVE ORDER                                                     SCO-04956024

**WISCONSIN ELECTIONS
COMMISSION**

# Important Things Voters Should Know After the Election

**Thursday, November 5, 2020**

Reid Magney, public information officer, 608-267-7887, or reid.magney@wi.gov.

MADISON, WI – The Wisconsin Elections Commission today released its list of the top things Wisconsin voters should know after the General Election.

## 1. Wisconsin voters turned out in record numbers.

Unofficially, Wisconsin's voters cast 3,296,374 votes cast for president, the most ever in Wisconsin, smashing the record of 3,071,434 in 2012.

"I am so proud of Wisconsin's voters, not just for the record numbers with which they participated in their democracy, but for the peaceful, civil way they did it in this extremely challenging year," said Meagan Wolfe, administrator of the Wisconsin Elections Commission.  "There were very few problems reported at polling places, which is a credit to our voters and our local election officials."

The state of Wisconsin has Election Day registration.  This means that voters who may not have registered previously can register to vote at their polling place, increasing the number of voter registrations.  Wolfe said that the number of paper registrations is reported as part of turnout by each of the local election officials.  The law gives each of the 1,850 local election officials 45 days to enter this data into the statewide system, which then displays on the MyVote Wisconsin website (https://MyVote.wi.gov).  After the 45 days, WEC is required to post election statistics, like the number of Election Day registrations to the public.  The local election officials are also now in the process of certifying the election at the municipal, county, and then state level.  Part of that process is ensuring that every voter participation entered has a corresponding, valid voter registration.

The unofficial turnout percentage of Wisconsin's 4,536,417 voting age population was 72.67%, which was not quite a record.  The 2004 presidential election remains the high-water mark in terms of percentage turnout, because the voting age population was significantly lower.  Wisconsin has historically been among the top states in terms of voter turnout percentage.

SCO-12837952

4/13/23, 9:42 AM                    Important Things Voters Should Know After the Election   | Wisconsin Elections Commission

| Year | Voting Age Population | General Elections Voters | General Election Turnout |
|------|------------------------|---------------------------|---------------------------|
| 2020 | 4,536,417 | 3,296,374* | 72.66% |
| 2018 | 4,498,402 | 2,673,308 | 59.43% |
| 2016 | 4,461,068 | 3,004,051 | 67.34% |
| 2014 | 4,416,501 | 2,422,040 | 54.84% |
| 2012 | 4,378,741 | 3,071,434 | 70.14% |
| 2010 | 4,372,347 | 2,171,331 | 49.66% |
| 2008 | 4,330,695 | 2,996,869 | 69.20% |
| 2006 | 4,260,038 | 2,166,671 | 50.86% |
| 2004 | 4,118,621 | 3,016,288 | 73.24% |
| 2002 | 4,060,973 | 1,785,710 | 43.97% |
| 2000 | 3,908,533 | 2,619,184 | 67.01% |

* Unofficial

Approximately 1.95 million of the votes cast in the election were absentee, according to preliminary data tracked in the statewide voter database, Wolfe said. Of those, approximately at least 651,195 were in-person absentee ballots cast at the clerk's office or a satellite voting location. Absentee voting reports and other data are available on the WEC's website: https://elections.wi.gov/elections-voting/statistics.

Some jurisdictions choose to report their turnout as a percentage of registered voters.  So for example, if a city has 100,000 registered voters headed into Election Day and 10,000 new voters register using Election Day registration, those jurisdictions sometimes report "110% turnout."  The state reports turnout as a percentage of the voting-age population, which is the unofficial 72.65% number referenced above.

## 2. Voters concerned about whether their vote counted should not worry.

"Many voters are visiting our MyVote Wisconsin website to check their records," said Wolfe.  "As allowed by state law, it can take 30 to 45 days for local clerks to record everyone's paper registrations and voter participation into the electronic statewide voter database.  Please do not worry if you do not see your participation or registration recorded right away."

A message on the MyVote website informs voters how long it can take to enter participation:

SCO-12837953

GA 1074

Wolfe said the MyVote website will continue to show voters whether their absentee ballot arrived.  A voter whose ballot arrived will have a status bar that looks like this:

If the last box (Completed absentee ballot received) is still gray, it could mean that data hasn't been entered in the system yet.  "Many clerks are still catching up on data entry from the huge numbers of absentee ballots submitted," Wolfe said.  There are more than 1,000 out of Wisconsin's 1,850 municipal clerks who do not have direct access to the statewide voter database, so they rely on their county clerk or a neighboring clerk to enter data, which can cause delays.

Wolfe noted that in the last three presidential elections, Wisconsin had among the lowest rates of mail ballot rejections and other problems in the nation, according to the Elections Performance Index, a state-by-state data monitoring project maintained by the Massachusetts Institute of Technology.

# 3. Voters should continue to seek out trusted sources of information about the election.

Many Wisconsin voters and people across the country have questions about how Wisconsin's unofficial election results are reported because of the closeness of the unofficial presidential election results and the time it took for some municipal clerks to complete counting of absentee ballots and report unofficial results to county clerks.

"Wisconsin's election was conducted according to law and in the open," Wolfe said. "Unfortunately, we are seeing a lot of misinformation on social media and some news media.  If something you see or hear about how Wisconsin voted sounds outrageous, it's probably false."

Every step of the election process is publicly observable and transparent.  This includes voting at the polls on Election Day and the counting of absentees.  It also includes the canvass and certification of the tally that is happening right now in municipalities and counties across the state.  Every ballots cast in Wisconsin has a paper audit trail.  Every voter registration and absentee request is maintained and available, within reason, for public inspection.

"Wisconsin doesn't have more votes than registered voters. It's impossible.  There were no absentee ballots found in the middle of the night.  Lawyers and observers for both political parties were on-site and involved the entire time," Wolfe said.  "Clerks followed the law and counted ballots until they were done."

It is also worth noting that 39 municipalities, including many of Wisconsin's largest cities, use the process outlined in law known as "central count" to count absentee ballots.  This process is where all absentee ballots are counted at a central location rather than at each individual polling place.  In these jurisdictions, you will see the results from polling places posted while central count ballots are still being tallied.  Only when central count is complete, and every valid absentee has been counted, can they post the central count absentee numbers.  This is why you will see a spike in ballots reported late in the process.  Central count is publicly available and representatives from both

SCO-12837954

parties observed the tally of these ballots, including the verification of the results posted, on Election Night and into Wednesday morning.  You can learn more about central count and see a list of jurisdictions who use this process here https://elections.wi.gov/clerks/guidance/central-count-absentee.

## 4. If there is a recount, Wisconsin will be prepared.

According to unofficial results gathered from county clerk's websites, the margin of victory between the top two presidential candidates is 20,470 votes, or 0.62%, which makes the race eligible for recount if the losing candidate wishes to request one.  Because the margin is more than 0.25%, the losing candidate must prepay the estimated costs of the recount at the time of requesting it. This number was calculated by adding the unofficial totals posted by each county, and a spreadsheet with the numbers is posted here: https://elections.wi.gov/node/7234.  These numbers are not official as the election needs to be certified at the municipal and county level, and finally by the state on December 1.

The losing candidate cannot request a recount until after the last county reports its certified results to the state.  The deadline for certified results is November 17, but the last report will likely come in earlier. For presidential recounts, the losing candidate has just one day to file for a recount.  The Wisconsin Legislature changed this deadline from three days to one day following the 2016 presidential recount.

"Because of statements from the president's campaign and the tight deadlines, our staff is actively planning for a recount," Wolfe said.  "We will also be coordinating with Wisconsin's 72 county clerks, who will have the primary responsibility for conducting the recounts."

SCO-12837955

**WISCONSIN ELECTIONS
COMMISSION**

# Correcting Misinformation about Wisconsin's Election

**Tuesday, November 10, 2020**

Reid Magney, public information officer, 608-267-7887, or reid.magney@wi.gov.

**File Downloads**

📄 **NR Elections - Top Misinformation about Wisconsin's Election 11-10-20 FINAL.pdf**

MADISON, WI – In the week after the presidential election, misinformation has circulated on social media and political websites raising unfounded rumors about the integrity of Wisconsin's election results.

"Wisconsin's election was conducted according to law and in the open," said Meagan Wolfe, Wisconsin's chief election official. "While the results are still unofficial and are currently being triple checked as part of the canvass and certification process, we have not seen any credible information to cast any doubt on those unofficial results."

Wolfe further stated, "When issues are reported to our office, we take them very seriously.  We look into each allegation and request evidence from parties involved.  At this time, no evidence has been provided that supports allegations of systemic or widespread election issues."

"Unfortunately, we are seeing many concerns that result from this unsubstantiated misinformation.  We want Wisconsin's voters to know we hear their concerns and to provide facts on these processes to combat the rumors and misinformation," Wolfe said.

Every step of the election process is publicly observable and transparent, Wolfe said.  This includes voting at the polls on Election Day and the counting of absentee ballots.  It also includes the canvass and certification of the tally that is happening right now in counties across the state.  Every ballot cast in Wisconsin has a paper audit trail.  Voting equipment is randomly selected for audit after the presidential election and the paper trail is audited against the electronic vote totals; this process is conducted as part of a public meeting. If there is a recount, these materials will again be analyzed, as they were in 2016.

SCO-12848641

"Election results in Wisconsin are triple-checked for accuracy before they are certified," Wolfe said. "Your municipal and county clerks, and the staff of the Wisconsin Elections Commission are looking at everything to ensure the will of the voters is carried out and to affirm that only valid ballots were cast and counted."

In response to the misinformation, the WEC today released a list of the top facts about Wisconsin elections. This list is in addition to last week's news release which addressed rumors like Wisconsin having more votes than registrations and ballots being added to the unofficial totals on the morning of November 4, that release can be found here: https://elections.wi.gov/node/7235.

**1. Wisconsin voters can trust their vote was counted.**

"Many voters are visiting our MyVote Wisconsin website to check their records," said Wolfe. "As allowed by state law, it can take 45 days after a presidential election for local clerks to record everyone's paper registrations and voter participation into the electronic statewide voter database. If you do not see your participation or registration recorded right away, don't worry it takes time to get all of the data entered into the system.

A message on the MyVote.wi.gov website informs voters how long it can take to enter participation. Wolfe said the MyVote website absentee ballot tracking feature will continue to show voters whether their absentee ballot arrived.

Wolfe noted that in the last three presidential elections, Wisconsin had among the lowest rates of mail ballot rejections and other problems in the nation, according to the Elections Performance Index, a state-by-state data monitoring project maintained by the Massachusetts Institute of Technology.

However, voters should note that their record will never contain information on how you voted. State and federal law protect voter anonymity. Once you cast your ballot, who you voted for can not be tracked back to you. Your paper ballot is always anonymous, and it cannot be tied to your voter participation record.

**2. Minor news media errors in reporting Wisconsin's unofficial results do not affect the outcome of the election.**

"Several people have contacted us about discrepancies they may have seen in unofficial results on media websites or TV broadcasts on Election Night," Wolfe said. "They believe that these reporting errors are evidence that vote totals were somehow changed or flipped. Nothing could be farther from the truth."

Wolfe explained that Wisconsin does not have a statewide system for reporting unofficial results on Election Night, and there is no central official website or feed where results are reported. State law requires that counties post the unofficial election night numbers for each polling place. The unofficial statewide and county results numbers that the public sees on Election Night and the days thereafter come from the news media, including the Associated Press, which collects them from the 72 county clerks' websites.

SCO-12848642

One false rumor circulating now is that results were flipped in Rock County on Election Night, based on screenshots from FOXNews.com.  According to the Associated Press, there was an error that occurred in the way they gathered results from Rock County's website which caused AP to transpose results for Joe Biden and Donald Trump. An AP correspondent noticed the error within a few minutes and corrected it, according to a statement from the newswire:

Patrick Maks, media relations manager for The Associated Press said, "There was a brief technical error in AP's collection of the vote count in Rock County, Wisconsin, that was quickly corrected. AP has myriad checks and redundancies in place to ensure the integrity of the vote count reporting. We are confident in what we have delivered to customers."

https://www.politifact.com/factchecks/2020/nov/10/eric-trump/no-rock-county-did-not-have-glitch-stole-votes-tru/

The AP's error in no way reflects any problem with how Rock County counted or posted unofficial results. The WEC has confirmed with Rock County that their unofficial results reporting was always accurate.

There have been similar false claims about numbers on a CNN broadcast around 4 a.m. Wednesday when the city of Milwaukee's absentee ballot results were added to ballots cast at the polls on Election Day.

"Voters should be extremely cautious about drawing any conclusions based on changes in numbers during Election Night reporting," Wolfe said.  "The news media is doing its best to report accurate results, but sometimes they make minor mistakes.  These errors have nothing to do with Wisconsin's official results, which are triple checked at the municipal, county and state levels before they are certified."

**3. Absentee ballots were counted properly, regardless of when the results were reported.**

There are 39 municipalities which count their voters' absentee ballots at a central location.  Because several municipalities could not finish processing their absentee ballots by the time the polls closed at 8 p.m. on Election Day, there was a delay in reporting those results to county clerks.  This was especially true in major cities including Milwaukee, Green Bay and Kenosha, where final unofficial results were reported after 3 a.m. Wednesday.

"Due to the pandemic and the high number of absentee ballots, it took until early Wednesday for all the unofficial results to come in," said Wolfe.  "It does not mean something went wrong – it means election officials did their jobs and made sure every valid ballot was counted."

In Wisconsin, voters must be registered before they can request an absentee ballot.  Voters then need to submit a valid request for an absentee to their municipal clerk who sends the ballot and tracks it in the statewide database and using USPS intelligent mail barcodes.  When a voted ballot is received by your clerk, it has to be recorded that it was received.  On Election Day and night, only

SCO-12848643

ballots issued to registered voters, with a valid request on file, and with completed certificates signed by the voter and their witness, are counted.  If any of these elements are missing, the ballot is rejected and is not counted.

Some central count municipalities, including Milwaukee and Green Bay, took extra steps to provide the public and the media with live webcams of the absentee tabulation, and the physical locations were all open to the public and the media. Representatives of both major political parties were present, as well as independent poll watchers.

"Despite this transparency, we have seen unfounded allegations that clerks and poll workers stopped counting, that they mysteriously found absentee ballots in the middle of the night, or that all the votes on absentee ballots were only for one candidate," Wolfe said. "It's just not true."

The Wisconsin Elections Commission anticipated there would be misinformation about late absentee ballot reports in central count municipalities.  To proactively provide insight into the process of counting and reporting absentee ballot totals, the WEC put out news releases in advance of the election and even produced a video about how results get reported. https://elections.wi.gov/2020

**4.  The pens or markers used by some voters did not prevent their ballots from being counted.**

Wolfe said that voters have contacted the WEC because of posts they saw on social media about the use of felt tip pens or "sharpies" on ballots.  "Voters do not need to worry, their ballots were counted," Wolfe said.  "Voting equipment in Wisconsin is tested at both the local, state, and federal level for all kinds of pens and other marking devices.  While we recommend that voters use the pen or marking device provided at their polling place or as instructed in their absentee ballot, the use of a felt-tip pen doesn't invalidate a ballot."

**5.  Wisconsin ballots do not have any special encoding with invisible watermarks or blockchain codes.**

One of the stranger claims after the election was that legitimate ballots had been specially encoded by one of the political parties so any illegitimate ballots could be rejected.

Wisconsin county clerks are responsible for printing ballots which are distributed to municipal clerks, Wolfe said. "The secrecy of your ballot is safe," Wolfe said.  "Clerks do not print any watermarks or codes on them that would identify any voter or political party." Ballot anonymity is a requirement of the law, and what candidate a voter chose is not a part of their record.  The state of Wisconsin also does not track party affiliation.  Local election officials do not know voter's party preference when issuing ballots.

**6.  Clerks and poll workers followed state law in curing absentee ballot certificates that were missing address information.**

Another unfounded claim is that just before the election the WEC illegally told clerks they could add witness addresses to absentee ballot certificate envelopes. Here are the facts:

SCO-12848644

- **The Wisconsin Elections Commission's guidance permitting municipal clerks to fix missing witness address components based on reliable information has been in effect since October 2016. There was no new guidance or change to this requirement.**

- **Voter and witness signatures can only be added by the voter and the original witness. Signatures can never be added by poll workers (unless they were the original witness during in-person absentee).**

- **The motion to approve the guidance was made by Republican members of the Commission in 2016 and it passed unanimously.**

- **The guidance has been in effect for 11 statewide elections, including the 2016 presidential and presidential recount, and no one has objected to it until now.**

- **Guidance to clerks that was posted on October 19, 2020, simply restates this earlier guidance.**

- **The law says that a witness address needs to be present for the certificate to be accepted and the ballot to be counted, it does not specify who affixes the address (for example, voter address is added by the clerk on the certificate envelope). If an absentee certificate does not contain a witness address (i.e. the witness forgot or the clerk cannot add it based on reliable information) then the ballot cannot be counted.**

- **There were no corrections made to "ballots" as some articles and posts claim.  These were witness addresses added to the certificate, in accordance with the 2016 directive.  They are also distinguishable (initials, red pen, etc.) and done as part of the publicly observable process.**

**7.  The WEC followed the law and court orders about the ERIC Movers list.**

There have been unfounded allegations that the WEC violated the law by not removing approximately 232,000 voters from the registration list because they may have moved.

The Wisconsin Court of Appeals ruled in February 2020 that WEC could not remove voters from the registration list.  The court case, Zignego v. Wisconsin Elections Commission, was argued before the Wisconsin Supreme Court in September and no decision has been issued yet.  The WEC will follow the Supreme Court's decision once it is issued.

The current process requires anyone who may have moved to affirm their address when receiving a ballot.  These voters have a watermark next to their name in the poll book and are asked to sign to affirm that they still live there.  If any voter has moved, they are directed to register to vote before they can be issued a ballot.

SCO-12848645

The Wayback Machine - https://web.archive.org/web/20201216195234/https://elections.wi.gov/faq/2020



**WISCONSIN ELECTIONS COMMISSION**
Administering Wisconsin's Election Laws

Home

Questions and answers about the 2020 elections.

# Election night results on TV changed – does that mean something's wrong?

No. News media errors in reporting Wisconsin's unofficial results did not affect the outcome of the election.

Several people contacted the WEC about discrepancies they may have seen in unofficial results on media websites or TV broadcasts on Election Night. They believe that these reporting errors are evidence that vote totals were somehow changed or flipped, but nothing could be farther from the truth.

Wisconsin does not have a statewide system for reporting unofficial results on Election Night, and there is no central official website or feed where results are reported.  State law requires that counties post the unofficial election night numbers for each polling place.  The unofficial statewide and county results numbers that the public sees on Election Night and the days thereafter come from the news media, including the Associated Press, which collects them from the 72 county clerks' websites.

One false rumor that circulated after the election was that results were flipped in Rock County on Election Night, based on screenshots from FOXNews.com.  According to the Associated Press, there was an error that occurred in the way they gathered results from Rock County's website which caused AP to transpose results for Joe Biden and Donald Trump. An AP correspondent noticed the error within a few minutes and corrected it, according to a statement from the newswire:

Patrick Maks, media relations manager for The Associated Press said, "There was a brief technical error in AP's collection of the vote count in Rock County, Wisconsin, that was quickly corrected. AP has myriad checks and redundancies in place to ensure the integrity of the vote count reporting. We are confident in what we have delivered to customers."
https://www.politifact.com/factchecks/2020/nov/10/eric-trump/no-rock-county-did-not-have-glitch-stole-votes-tru/

The AP's error in no way reflects any problem with how Rock County counted or posted unofficial results. The WEC has confirmed with Rock County that their unofficial results reporting was always accurate.

SCO-12838580

There have been similar false claims about numbers on a CNN broadcast around 4 a.m. Wednesday when the city of Milwaukee's absentee ballot results were added to ballots cast at the polls on Election Day.

Voters should be extremely cautious about drawing any conclusions based on changes in numbers during Election Night reporting. News organizations do their best to report accurate results, but sometimes they make minor mistakes.  These errors have nothing to do with Wisconsin's official results, which are triple checked at the municipal, county and state levels before they are certified.

**FAQs**
2020 Election FAQs

## Did WEC refuse to follow the law and remove ineligible voters?

There have been unfounded allegations that the WEC violated the law by not removing approximately 232,000 voters from the registration list because they may have moved.

The Wisconsin Court of Appeals ruled in February 2020 that WEC could not remove voters from the registration list.  The court case, Zignego v. Wisconsin Elections Commission, was argued before the Wisconsin Supreme Court in September and no decision has been issued yet.  The WEC will follow the Supreme Court's decision once it is issued.

The current process requires anyone who may have moved to affirm their address when receiving a ballot.  These voters had a watermark next to their name in the poll book and were asked to sign to affirm that they still live there.  Any voters who have moved were directed to register to vote, and provide proof of residence, before they can be issued a ballot.

**FAQs**
2020 Election FAQs

## Did Wisconsin ballots have any special encoding with invisible watermarks or blockchain codes?

No. One of the stranger claims after the election was that legitimate ballots had been specially encoded by one of the political parties so any illegitimate ballots could be rejected.

Wisconsin county clerks are responsible for printing ballots which are distributed to municipal clerks. The secrecy of your ballot is safe. Clerks do not print any watermarks or codes on them that would identify any voter or political party. Ballot anonymity is a requirement of the law, and what candidate a voter chose is not a part of their record.  The state of Wisconsin also does not track party affiliation.  Local election officials do not know voter's party preference when issuing ballots.

**FAQs**
2020 Election FAQs

SCO-12838581

# Did the pens or markers used by some voters prevent their ballots from being counted?

No. Voters do not need to worry, their ballots were counted. Voting equipment in Wisconsin is tested at the local, state and federal level for all kinds of pens and other marking devices.  While we recommend that voters use the pen or marking device provided at their polling place or as instructed in their absentee ballot, the use of a felt-tip pen doesn't invalidate a ballot.

**FAQs**
2020 Election FAQs

# Why did WEC allow clerks to use drop boxes for absentee ballots?

Wisconsin law does not prohibit absentee ballot drop boxes, and some clerks have used them prior to 2020.  Wisconsin State Statute §6.87 gives each city, town, and village clerk the ability to decide how voted ballots can be returned to them by voters. When municipal clerks asked WEC for guidance on drop boxes in the summer of 2020 in anticipation of voter demand for them in the November election, WEC provided them with best practices to ensure the security of absentee ballots: https://elections.wi.gov/node/7036.  These best practices were based on advice from the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency and included information about drop box security and chain of custody procedures for securely emptying the drop boxes on a regular basis. This document was not a directive but gave clerks information to use when considering this option for their jurisdiction.

US Supreme Court Justice Neil Gorsuch praised Wisconsin for using secure drop boxes in a decision this fall:

> "Returning an absentee ballot in Wisconsin is also easy . . . . Until election day, voters may, for example, hand-deliver their absentee ballots to the municipal clerk's office or other designated site, or they may place their absentee ballots in a secure absentee ballot drop box. Some absentee ballot drop boxes are located outdoors, either for drive-through or walk-up access, and some are indoors at a location like a municipal clerk's office. . . . The Wisconsin Elections Commission has made federal grant money available to local municipalities to purchase additional absentee ballot drop boxes to accommodate expanded absentee voting," Justice Gorsuch wrote in Democratic Nat'l Comm. v. Wis. State Legislature, No. 20A66, 2020 WL 6275871 (Oct. 26, 2020).

SCO-12838582

Multiple lawsuits about private funding that some cities received and spent on drop boxes have all been dismissed.

**FAQs**
2020 Election FAQs

## Did 200,000 people vote without a photo ID?

No.  Wisconsin law allows a person who is "indefinitely confined because of age, physical illness or infirmity or is disabled for an indefinite period" to become a permanent absentee voter "by signing a statement to that effect." This law has been on the books for more than 30 years.

Being a permanent absentee voter means the clerk must send the voter an absentee ballot automatically for every election. If a permanent absentee voter fails to return a ballot, the clerk must send the voter a letter giving notice the voter will be removed from the permanent list within 30 days if the vote does not reapply.

When the Legislature passed the Photo ID Law in 2011, it exempted permanent absentee voters from having to provide a copy of their photo ID to receive a ballot.  These voters are allowed a substitution under state law where their witness verifies their identity and certifies to that by signing the return envelope.  State law requires the witness to verify the name and address of the indefinitely confined voter "in lieu of providing proof of identification." Wis Stats 6.87(4)(b)2.

The WEC did not encourage anyone to declare themselves indefinitely confined or to claim that status to avoid the photo ID law – it's actually the opposite. Two county clerks who encouraged people who were concerned about the pandemic and who could not copy or upload their photo IDs to use the indefinitely confined status did so on their own and against the direction of the WEC. When the Legislature sued the two county clerks, the Wisconsin Supreme Court unanimously agreed with the WEC's guidance about indefinitely confined voters – including that voters could not use it to get out of providing a photo ID.

**FAQs**
2020 Election FAQs

## Did Wisconsin clerks issue 70,000 absentee ballots to voters without an application?

Absolutely not.  In 2010, many Wisconsin clerks started using a new combined application/certificate for absentee ballots cast in their offices. They did this to reduce paperwork in response to more and more voters casting absentee ballots in the clerk's office.

Prior to 2010, people voting absentee in the clerk's office had to fill out a paper form requesting a ballot, then had to fill out the certificate on the envelope.  This created extra paperwork and was time consuming.  Municipal clerks asked for help, so the Government Accountability Board did a statewide

SCO-12838583

study of the issue and produced a report on early voting:
https://elections.wi.gov/publications/reports/early-voting. One of the recommendations that came out of the report was simplifying the in-person absentee voting process by combining the application and certificate. Board staff then worked with local election officials to implement changes that would streamline the paperwork required during in-person absentee voting.

The solution was to add several components to the existing certificate resulting in a combination Absentee Ballot Application/Absentee Ballot Certificate. The title of the certificate was changed to indicate that it also serves as an application for in-person absentee voters. A line was added ("I further certify that I requested this ballot.") to make the document an application. A person voting in-person simply completes the voter information and sign the certification. The elector votes the ballot, seals the ballot in the envelope, and the municipal clerk or clerk staff signs as witness and provides his or her address. All in-person absentee voters are also required to provide their photo ID before receiving a ballot.

It is false to claim that there are no applications on file for these absentee ballots.

**FAQs**
2020 Election FAQs

# Has Wisconsin conducted an audit of signatures for absentee voters?

State law does not authorize or require signature comparison as a part of the voting process or during any post-election recount or audit.  Instead, for security purposes, Wisconsin requires most absentee voters to show or provide a copy of their photo ID when requesting a ballot.

As a part of the absentee ballot counting process, every absentee certificate envelope is checked to ensure the voter and witness signed the certificate.  However, nothing in Wisconsin law establishes a process for comparing those signatures, as there is not necessarily any original signature for them to be compared with.  Signature matching is a specialized field, and Wisconsin election officials have received no training or certification in signature matching.  For those reasons, conducting an audit of absentee voters' signatures would be impractical and unwarranted.

**FAQs**
2020 Election FAQs

# Did Dominion voting equipment flip votes from Trump to Biden?

Absolutely not.  Twenty-eight reporting units using Dominion systems were randomly selected after the election and audited for the Presidential contest, and all the audits confirmed that the hand-counted paper ballots exactly matched the electronic results from the machines.

SCO-12838584

In the 15 Wisconsin counties that exclusively use Dominion ICE voting systems, President Trump received 100,903 more votes than Joe Biden did in 2020. In 2016, in those same counties, President Trump received 98,304 more votes than Hillary Clinton.  As a whole, President Trump did better in those 15 Dominion counties in 2020 than he did in 2016.  In 13 of those 15 counties in 2020, President Trump received the majority of votes. Door and Green counties voted for Biden by a combined margin of 974 votes.

**FAQs**
2020 Election FAQs

## Does Wisconsin use Dominion voting equipment, and have you done an audit?

Yes and yes. Dominion voting systems are approved for use in Wisconsin, specifically the Dominion Voting ImageCast Evolution (ICE). Dominion the second largest voting equipment vendor in the state, and their systems are used in all or parts of these counties: Adams, Crawford, Door, Fond du Lac, Grant, Green, Juneau, Oconto, Oneida, Ozaukee, Price, Racine, Rusk, Sawyer, Trempealeau, Vilas, Walworth, Washington, Waupaca, and Winnebago. President Trump won most of those counties by sizeable margins.

Before determining the winner of the presidential election and certifying the results of other state elections, the Wisconsin Elections Commission and local election officials completed a full hand-count audit of 5% of voting equipment used throughout the state, including 28 reporting units that use Dominion ICE voting equipment.  These reporting units were publicly selected at random the day after the election, and clerks in those jurisdictions were ordered to hand count all the ballots twice to determine whether the equipment had counted the ballots accurately. No problems were identified in the way that votes were counted for the office of President.

The claims made about Dominion have not been substantiated. Attorney General William Barr said recently: "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that." https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d

**FAQs**
2020 Election FAQs

(Page 1)    ››

SCO-12838585

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION**



601 4th Street NW
Washington, DC 20535

Docket Number: 23-cr-00257-TSC
FBI Case Number: 56D-WF-3587997

Name of Audio File: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign
Event
Website: C-SPAN, https://www.c-span.org/video/?507634-1/president-trump-campaigns-
republican-senate-candidates-georgia
Bates Number: SCO-04976283
Date: January 4, 2021
Duration: 4:50:08
Date Reviewed: September 19, 2024

VERBATIM TRANSCRIPTION

Participants:

      DT:   Donald J. Trump
      AUD:  Audience
      KL:   Kelly Loeffler
      MTG: Marjorie Taylor Greene
      IT:   Ivanka Trump

Transcription:

[Starting Timecode: 4:54]

      DT:   Well, I want to thank you very much. Hello, Georgia, by the way. There's no way
           we lost Georgia. There's no way. That was a rigged election, but we're still fighting
           it and you'll see what's going to happen. We'll talk about it. I just want to thank
           you. This is some crowd. You know, Biden was here today, also. They had fourteen

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

people in three cars. No, there was no way. I just want to thank you. I've had two elections. I won both of them. It's amazing. And I actually did much better on the second one. It's great to be back in this incredible state, the home of hardworking patriots who believe in God, family, and country. Tomorrow, each of you is going to vote in one of the most important runoff elections of the history of our country. Frankly, forget about runoff. One of the most important elections, really. It's really not runoff. It's elections because it's a biggie. Our country's depending on you. The whole world is watching the people of Georgia tomorrow. You've got to swamp them because everything's so crooked around. I mean, and not here.

They were saying, "Oh, he's complaining about Georgia." No, no. I'm complaining about eight different states, and I think we're going to win them all. You're going to get everyone you know. You're going to show up at the polls in record numbers. You got to swamp them and together we're going to defeat the Democrat extremists and deliver a thundering victory to David Perdue. Where's David? David, David. We love our David. I know David so well. He's respected and loved by everyone. And someone that has really been a star in Washington, Kelly Loeffler. Where is Kelly? Where is our Kelly? What a job you've done. Thank you. I will tell you about Kelly.

AUD:    Fight for Trump! Fight for Trump! Fight for Trump! Fight for Trump! Fight for Trump!

DT:     Kelly fights for me. David fights for me, that I can tell you. And I will also say the Republicans, you have to understand, for the people that don't fight, not for me, fighting for us because we have a lot of corrupt things that happen when they don't fight. One thing I've learned about Republicans, they have some difficulties, but you know a difficulty that they don't have? They never forget. They never forget. People are going to find that out because we have to go and we have to go all the way and that's what's happening. You watch what happens over the next couple of weeks. You watch what's going to come out. Watch what's going to be revealed. You watch.

And I have to tell you that the stakes of this election could not be higher. You vote tomorrow. You want to go out tomorrow. People want to go out. They don't want to do the ballot thing. Don't want to do it unless it's the other side, in which case they just print them out. They don't want to do it. They want to go and vote and make sure your vote is counted. Make sure they don't let you say, "I'm sorry. Somebody else has already voted for you." Your vote tomorrow will decide which

2

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

party controls the United States Senate. The radical Democrats are trying to capture Georgia's Senate seats so they can wield unchecked, unrestrained, absolute power over every aspect of your lives. If the liberal Democrats take the Senate and the White House. And they're not taking this White House. We're going to fight like hell, I'll tell you right now.

You know, I was telling Kelly before, you can lose and that's acceptable. You lose, you lose. You go, and you go wherever you're going and you go and say, "Maybe I'll do it again sometime, or maybe I won't or I'll get back to life." But when you win in a landslide and they steal it and it's rigged, it's not acceptable. Not acceptable. Then you have a country that would be run, if these two don't win, and if we don't take the presidency, you have a country that would be run by Schumer, Pelosi, and Biden. The people of Georgia will be at the mercy of the left wing, socialist, communist, Marxists. That's where it's going. We don't like to use the word communist.

How about the press? Look at them back there. Look at all of them. How about the press? That's a lot of press. Oh, boy. That's a lot of press. But you know, they've gone silent now. They have a new thing. They used to fight me left, right. I'd go, they'd go. You know, you'd fight. I'd win. They'd win. Who knows who wins? But people would hear. Now they don't want to talk about it. Unless they can say something bad about you, they don't want to talk about it. So if we talk about certain subjects, and you've been watching over the last six months, all of a sudden they were getting clobbered so they went stone cold silent. Big tech, the fake news media, they go silent anymore. They don't talk about it, and that is the beginning of communism. That's exactly what happens.

Because I think they hate our country and they despise Georgia values. And I think a lot of you despise them. As you know there's nothing the radical Democrats will not do to get power that they so desperately crave, even the outright stealing of elections, like they're trying to do with us. We're not going to let it happen over the past.

And I hope Mike Pence comes through for us, I have to tell you. I hope that our great Vice President, our great Vice President comes through for us. He's a great guy. Of course, if he doesn't come through, I won't like him quite as much. No, Mike is a great guy. He's a wonderful man and a smart man and a man that I like a lot, but he's going to have a lot to say about it. And he, you know one thing with him, you're going to get straight shots. He's going to call it straight. Over the past

UNCLASSIFIED

GA 1090

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

few weeks, we've demonstrated that we won the election in a landslide. Almost 75 million people voted for me, the most of any incumbent president in the history of our country.

We won over 11 million, close to 12 million, more votes than 2016. One of the largest, actually, the single largest increase in the history of our country. No person that won went to a second term or went through an election where he got nearly 12 million votes. Nope. It never happened before. Never happened before. We made historic gains among African Americans, Hispanic Americans, Asian Americans, and we won the largest share of non-white vote of any Republican president in 60 years. We also won 18 out of 19 bellwether counties. Now, when you win just a few bellwether counties, you always win the election. We won 18 out of 19. That's a record, and they said we didn't win. We won 25 of 26 toss-up House races. And I think we have one that we're waiting for, right? Did you see the one in. Hello, Mike. How are you, Mike?

Did you see the one in New York where Claudia, good woman. They keep finding votes. They keep finding votes. "She's up by 18. Oh, we just found 19 votes." That's the same kind of stuff. Democrats were projected to gain 15 House seats and instead. And Kevin McCarthy gives us the credit. Good man. Very good man. My coattails, we swept our Republican House candidates to victory and we have a couple of great ones with us tonight, and the Democrats lost 14 seats. It was supposed to be the other way around. And when that happens, no president loses unless they play games. You don't lose. They play games. The fact is we won the presidential election. We won it big and we're going to win tomorrow. We're going to win it really big.    We have to. We have to. People have no idea how important that is.

Tonight, our mission here in Georgia is to make sure the radical left cannot rob you of your voice and your votes in Washington. You can't lose these two people. And I really know them well. They're the most respected people. They're great people and they really do have a voice and they love their state and they love their country. The Democrats are trying to steal the White House. You cannot let them. You just can't let them steal the U.S. Senate. You can't let it happen. You can't let it happen. David and Kelly are running against the most extreme liberal candidates in the history of your state, probably in the history of our country, Jon Ossoff and Raphael Warnock. Well, I beat Ossoff once running against a very fine woman, Karen, who you know, and he was at 57 and I got involved and we drove him down to 49 and then he ended up in a runoff and she ended up winning. Now I have to beat him a

4

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

second time. And this is going to be, hopefully, easy because when you know what he stands for, when you know what Warnock stands for, it really should be easy. Cast deciding votes to rubber stamp the agenda of AOC and Bernie Sanders. Crazy Bernie. Stacey Abrams. What's with this Stacey Abrams? Your governor and your secretary of state, they're petrified of Stacey Abrams. What's that all about? Did you see this consent decree they signed with signature verification? You can forget about it. What they have done to your state. I think most people have no idea what they've done to your state. That consent decree or these two people. I don't know. They say they're Republicans. I really don't think they are. They can't be.

Like if we want to have a special session, because your legislature's excellent, they want to have a, why wouldn't they let us have a special session? If they want to check signatures in Fulton County, not in Cobb County. We didn't ask for Cobb County. They said, "We'll do Cobb first and then we'll do Fulton." They do Cobb. Then they never get to Fulton. Why wouldn't they do that? Why wouldn't they do that? That's a positive thing. Anyway, the Democrats want to turn America. I'll be here in about a year and a half campaigning against your governor, I guarantee you that. I shouldn't say this. I shouldn't say this because I just don't want you to tell anybody outside of this room, other than the millions of people now, but I endorsed him. He was in last place and I endorsed him. He went to first place immediately, and then he won the primary, and then I gave him a couple of rallies, which I don't like doing for other people. I was telling Kelly, "I don't do rallies for other people. I do them for me, right?" Not that easy, a crowd like this. They say over 25,000 people. Over what? Over a couple of days' notice. Is everybody glad you're here, right? I think so. There is no place like a Trump rally, but you know what? This is a Kelly rally and a David rally. And I wouldn't do it unless I loved them both. I wouldn't do it. But I'm going to be here in a year and a half and I'm going to be campaigning against your governor and your crazy secretary of state, that I can tell you.

And you have great candidates. They want to turn, the Democrats do, America into Venezuela with no jobs, no prosperity, no rights, no freedom, no future for you and your family. Here is exactly what the radical left will do if they win this runoff election, which we can't let them do tomorrow. Tomorrow's a big day. I guess we have to get over a million votes tomorrow, right, Kelly? Over a million. All right. That's a lot of votes, Kelly, but we'll do it. And the one thing I know, if they win I'll get no credit, and if they lose they're going to blame Trump, these people. And Kelly won't let that happen. Please win tomorrow. You're going to win so big, it's going to be great story. It's a great story, a very important story for our country,

5

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

long beyond Georgia for our country. It's such a big story. They'll massively raise your taxes on the middle class to pay for socialism.

The U.S. military, which we rebuilt. We've totally rebuilt the U.S. military, much of it coming right out of Georgia. We built it right out of Georgia, a lot of it. You have incredible contractors in Georgia, military contractors, and they got plenty of our money. Spent $2.5 trillion. When I took over the military, it was absolutely a mess. It was depleted. Now it's the opposite of depleted. The U.S. military will be gutted and military families across the street and all over the state will be betrayed. Their benefits and opportunities will be slashed. Fort Benning, Fort Gordon, and other Georgia military institutions will be the first on the chopping block.

And by the way, there'll be forced to change the names of the bases where generations of American patriots trained to win two World Wars. I don't know. Fort Benning. Let's see. Give me a couple of names. I could give you some. I don't want to give them the credit, but you'll name them. You'll name them after other people. Fort Trump. Yeah. How about that? I like that. Yeah, let's change the name. Let's change it. Kelly, let's change it. If they name it Trump, let's change it. No. Now they're going to go back and say, "He wants to have Fort Benning changed to Trump." Watch, they'll say, "He's asking, he's begging for Fort Benning to be changed to Trump." No, no. I don't want that.

The Democrats will surrender the entire U.S. manufacturing industry to China. You notice they never criticize China, right? They never. It's Russia, Russia, Russia. I saw it today again. Russia, Russia. Oh, Russia. Here we go. That was another great scam. I've been involved in the two greatest scams in American history, the Russian hoax, and now they are trying to steal an election from us. We won not by a little bit. We won in numbers like nobody's seen before.

If Ossoff and Warnock are elected, they will immediately [unintelligible] and you know what's going to happen. They'll throw open American borders and allow tens of millions of illegal immigrants to pour into our country from every corner of the globe. Your schools, your hospitals, and your communities will be overwhelmed. And the wall, the wall, the wall. Remember, we'll build a wall. We're going to build a wall. And that's right, Mexico is paying for the wall. Or if I were here, they would be, because we were going to charge them a nice fee, right at the entry points. They were paying for the wall. They paid for 28,000 troops along the wall and along the border, which we don't need so much anymore, but we built almost 500 miles of wall and they want to rip down the wall. They want to rip down.

6

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

It's why the numbers have been so great. But now everyone's coming back up because they think this guy's going to win. If he wins, it's going to be everything that they could dream for, dream of. An you know, we want to help other people, but we can't afford to do it. We can't afford to do it. So, they're coming up now, the caravans. Remember the caravans? The caravans are starting to form. Here they come. But let's keep this thing going. We have great support in Congress. We have good support in the Senate. I wouldn't say great. Could be better. But people will remember the people that don't support us. If they win this race, Democrats will implement nationwide catch and release. You know what that is? You catch a criminal and you take his name. You say, "You're released into our country." I ended it.

You're released. Come back in four years. We're going to take you to court. So far nobody's ever shown up. I mean, literally they almost don't show up. And turn our, that's when I had the big debate with Biden. They come back for court. I said, "No, they don't." I turned out to be right. Did they apologize? I don't think so. And turn our entire country into one giant sanctuary for criminal aliens, setting loose tens of thousands of dangerous offenders and putting MS13 gang members straight into your children's schools. An you know we've removed thousands and thousands of MS13 gang members. And I want to thank ICE and I want to thank Border Patrol, and I want to thank our great law enforcement. Incredible people. They're incredible.

And the people that understand those values are Kelly and David. They understand those values. You're with our law enforcement, right? A hundred percent. I don't have to ask her that. They'll allow heroin, cocaine, fentanyl, and other deadly drugs to flood across our borders again, and poison our youth.

They'll take away your healthcare. They'll eliminate private insurance. We have 180 million people that love their private insurance. You can forget about it. And you'll lose your doctor. Remember President Obama said, "You can keep your doctor. You can keep your plan." Guess what? He said it 28 times. That was a lie. That was a lie. That turned out to be a big, great scam lie. And remember, I got rid of the individual mandate, the most unpopular thing in Obamacare, fighting a lot of different fronts, which really doesn't make it Obamacare anymore, by the way. They'll resume the war on Christians and attack Catholic organizations like Little Sisters of the Poor.

7

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

They will ban voter ID. We want voter ID. Is that so much to ask? And institute universal, unsolicited mail-in balloting in every state. They will never be. I'll tell you this, if we don't do something fast, there will never be another fair election in America. You know, we're known for elections and now we're being laughed out all over the world about this last election. You've got to swarm it tomorrow. Now, the good thing about tomorrow, it's one state so you have a lot of eyeballs watching. It's tougher than when you have 50 states and they do it to various, various states. I've never seen anything like it. I was leading in Pennsylvania by hundreds of thousands of votes. All of a sudden I was tied. I said, "What happened?"

They'll make Washington DC and other liberal places the 51st, 52nd, 53rd States of the Union guaranteeing the radical left a permanent majority of the U.S. Senate and the House and the electoral college. It will make it, really, a one-party country, and the party will be the wrong party. They will pack the Supreme Court with crazed extremists and I'm not happy with the Supreme Court. They are not stepping up to the plate. They're not stepping up. How about that?

Look at the Supreme Court, President of the United States. I want to file suit. I want to do. And they say, "Sir, you can't, you really can't do that." Why? So they have legal reasons, complex legal reasons. It's wrong. If you're the President of the United States, and you get defrauded out of an election, you should be able to file a suit, but we can't do that. They say, "Sir, you don't have standing." How about that? I'm the President. Seven states. You know, I was winning by a lot. And then all of a sudden I was losing by a little, tiny bit, just a little, they can only go so far. They had no idea we were going to do the kind of numbers. So that printing press was really moving.

And they say, I don't have standing to bring a suit. What kind of a legal system is that? But the Supreme Court has let us down so far. Who knows? Maybe they'll come back. Maybe they'll come back. They'll pack the Supreme Court with crazed extremists. Then there'll be saying, "You know, I should have done something about this." When they start having 24, 25, 26 justices, and they want to have the justices rotate to the lowest courts. So they'll rotate. These nine justices will have a great time rotating, but they're bent on destroying our constitution and overthrowing America's founding.

If the left wins these Senate seats, they will abolish the Senate. You know this. The filibuster, they will knock it out. I've been saying, to be honest with you for a long time, they're going to do that, at some point, they're going to do that. And why

8

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

don't we do it first? I said it. If they're going to do it, you might as well do it first. And now everybody said, "You were right." But you know what? I want to be wrong, because I want these two to win. Because if they win, we don't want to do it. It's a bad thing for our country. But that would give them the power to ram through every diluted piece of left-wing legislation that they've ever wanted, that they've ever dreamt up. Your religious liberty will be gone. Your second amendment will be gone. Your borders and great new world will be gone. Your police departments will be gone as we know them, and your life savings will be gone. We'll be like a large-scale version of so many other countries that you look at. That are poverty.

America as you know it will be over. And it will never, I believe, be able to come back again. It will be too far gone. Your vote tomorrow could lose, and it could be your last chance to save the America that we love. That's why I'm here. I don't want to do rallies for other people. I told you. I'm here because of that. Because of David and Kelly, the far left wants to destroy our country, demolish our history, and erase everything that we hold dear. This could be the most important vote you will ever cast for the rest of your life. It really could be. This is so important. I mean, think of it. It's so important. It's amazing actually, that in one state you have two races simultaneously. I don't think a thing like that's ever happened before. If you don't show up, the radical Democrats will win. A lot of people say, "Oh, well, Trump, maybe he wants it that way." No. You know what I want? I want a great country. I want these two very special people to be elected.

And I want to be clear. You know, if those of you that know how badly screwed we got, I want to be clear that we can't let that happen again. We can't let that happen again. We're going to come back, and I really believe we're going to take what they did to us in November 3rd. We're going to take it back. But these two people, they can't go through this. They can't go through it. If you don't go and vote, the socialists, the Marxists, will be in charge of our country. If you don't fight to save your country with everything you have, you're not going to have a country left. I love this state. This state's been very good to me. We've had a lot of victories in this state, just had one on November 3rd actually. And I love the people of this state. We can't let that happen. The damage they do will be permanent, and will be irreversible. Can't let it happen.

Nothing and no one will be able to stop them. These Senate seats are truly the last line of defense. Now I must preface that by saying, because they'll say, "He just conceded." No, no, I concede. So Kelly, if I might add, I think we're going to win,

9

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

in which case we'll be the last line of defense, it's called veto, veto, veto. Veto. So tomorrow, you must get out and vote for David Perdue and Kelly Loeffler. Over the last four years, David Purdue has been one of our greatest allies and strongest defenders in Washington. He's a great gentlemen. David was a critical vote in the right to pass the largest package of tax cuts and reforms in American history. We did that together. We got it done, launching an incredible economic boom. The greatest tax cuts in the history of our country, think of it. And the greatest restrictions, we were so restricted we couldn't breathe in this country. That's one of the big, I think it might've been more important in many ways than the tax cuts. You would know that being one of the great businessmen of our world, right?

I think it was maybe more important. When Georgia needed a strong voice in Washington after Hurricane Michael, remember Hurricane Michael? And I was down here with David, but David Purdue led the charge to get the workers and farmers of your state the relief you deserved. He said, "Sir, can we get a billion dollars?" And I said, "We're going to get it David. And we got it very fast." And there was no mechanism to get it. You got hit with a hurricane the, like you have never seen before, came in from a location that is just very unique. It was a horrible thing. I was here for a long time with David, and he worked and his kin, his kin, the great Sonny Perdue, our Department of Agriculture, our Secretary of Agriculture was fantastic also, but we worked very hard, and we got the farmers and the businesses the money that they had to have. And now they're thriving. David has also been one of the most courageous advocates fighting for an immigration system that defends American workers, American wages, American families, and American jobs. He led the effort in Congress to build the wall. That's right.

And Kelly helped on that she's a little bit newer to the Senate, but she helped a lot. Those last moments you were there, without you it wouldn't have happened, actually. Cracked out on deadly sanctuary cities, and chain migration and institute on parallel protection for our great citizens. He fought to help us replaced NAFTA disaster with the brand new USMCA, they said it couldn't be done. A giant victory for Georgia, for workers, and for farmers all over our country. NAFTA was the worst trade deal probably ever signed. And that maybe has to exclude some of the crazy deals and things they did with China. We voted to confirm nearly 300 federal judges. We have a record on federal judges, and three Supreme Court justices, which is a tremendous thing. We have almost 300 federal judges committed to interpreting our constitution as written. No one fights harder for the people of Georgia than David Purdue. David's opponent, Jon Ossoff is an unhinged radical

10

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

leftist. He's not a senator. He's not a senator. That's not a Senator. Ossoff said that he's very proud to be endorsed by socialist crazy Bernie Sanders.

He's weak on China. He promoted Chinese propaganda and then he failed to disclose his business ties to the Chinese communist party. Other than that, he's a wonderful guy, right? Ossoff supports the largest tax hike in American history. If they get in, Warnock and Ossoff, if they get in, you're going to have the largest tax increase that you've ever had. It'll be the largest tax increase in the history of our country. For what? The Green New Deal, let's rip down a building because its windows are too big. Let's build a building with no windows. Among many other things. He supports the insane Green New Deal, which would crush middle-class parents trying to raise a family. He will support the socialist takeover of American healthcare, which will lead to rationing poverty and death. Ossoff also backed the radical left wing crusade to defund police. The last summer, he proudly joined the anti-police mob, he didn't like the police. He doesn't like our police. We love our police. Slandering our brave men and women in blue.

If you vote for Jon Ossoff, he will attack our heroes. He will destroy our economy, and he will betray you and your family. And it'll happen very quickly. That's why you must vote. And really importantly, get out tomorrow. Vote for David Perdue. He's a great gentleman. He loves you. Georgia has another fantastic champion in Senator Kelly Loeffler. Kelly is a staunch defender of our incredible military. I'm so proud of our military. She supports the wall, and she always stands with the heroes of law enforcement, ICE, and border patrol. I hated it, Kelly, when we got ballots in from the military with Trump all over it, and they got thrown into a river, you saw that. They threw ballots into a river from the military with my name all over it. We want Trump. Boom, goes into the river. That was just one of many instances of problem. Kelly is also a committed protector of your second amendment rights. With Kelly's vote, we confirmed our third new Supreme Court justice Amy Coney Barrett.

Working with David, Kelly helped rescue the US economy from the China virus, passing nearly $4 trillion in economic relief, saving over 1.5 million Georgia jobs, and rescuing countless small businesses all across your state. Businesses that now are doing really well. And we also came up with a vaccine. Nobody else would have done that. They would have done that in 10 years. Kelly and David also both strongly support my efforts to provide $2,000 stimulus checks to hardworking Americans across Georgia, and across the nation. And my reasoning is simple. I mean, we're conservative with money, but my reasoning is simple. You didn't

11

UNCLASSIFIED

GA 1098

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

cause this problem, this problem was caused by China. Kelly is running against a hard left extremist named Raphael Warnock. Warnock is the most radical and dangerous left-wing candidate ever to seek this office, and certainly in the state of Georgia, and he does not have your values. Warnock has publicly declared his support for socialism, and he once welcomed the anti-American communist dictator, Fidel Castro to his church. He wanted him here. He liked Castro. Thought Castro was a nice guy.

Warnock said that quote, "Nobody can serve both God and the military." A vicious smear against thousands of patriotic service members across the state of Georgia. He wants to abolish cash bail. You see how that's working in New York City, right? It's not working too well. He has called for quote, "opening up the jails," and he slandered our police offices as gangsters, thugs, and bullies. The choice for the voters of Georgia could not be more clear. Jon Ossoff and Raphael Warnock, are fringe extremists, who would wreck everything Georgia patriots hold dear to their hearts. Kelly Loeffler and David Perdue share your values, and you know that. They share your values like nobody shares your values. I can tell you, they share your values. They want to defend your interest. And they will always put America first.

Did you see the other day? What a great name, America First. They announced they don't want to do the America First policy. How crazy? Even if you're not going to do it, which is basically protect us. We come first. But even, and that includes financially in every other way. Even if you don't believe it, you don't say we're going to end America First. They want to end America First. Kelly, I'd love you to just come up and say a few words. Would that be okay? Kelly.

[Timecode 39:34]

KL:     Hello, Georgia. Thank you Georgia. I have an announcement Georgia. On January 6th, I will object to the electoral college votes. That's right. That's right. Thank you. We're going to get this done. All right, Georgia. But I have a very important question for you. Are you ready to show America that Georgia's a red state? That's right. That's right. Look, this president fought for us, we're fighting for him. He put America first. He put the American worker first. Thank you, Mr. President.

He stood with our men and women of law enforcement. He restored our military. My opponent, radical liberal Raphael Warnock, he attacked our police, our military. He spoke out against Israel, evangelicals, small businesses. Georgia, we have to hold the line. You have to get out and vote tomorrow. Georgia, we are the firewall

12

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

> to socialism. We have to get it done. I love you guys. Thank you. God bless you. God bless Georgia.

[Timecode: 41:13]

DT:     Thank you. Thank you Kelly. That was nice. I'm glad I invited her up. Kelly, I'm glad I invited you up. That was great. Thank you Kelly. That was so great.

AUD:    Fight for Trump. Fight for Trump. Fight for Trump. Fight for Trump. Fight for Trump. Fight for Trump. Fight for Trump.

DT:     Thank you. Thank you. You know, it really is. It's fight for our country. It's really fight for our country, not fight for Trump. It's fight for our country, because that's why we're fighting for. Also joining us tonight are Georgia representatives, Marjorie Taylor Greene. I love Marjorie Taylor Greene. Where are you? Come up here. Kelly wants you to come up here. Don't mess with her. Don't mess with her.

MTG:    Hello, Northwest Georgia. All right. Let me tell you something. I am so fired up to hear Senator Kelly Loeffler, she's going to object on January 6th. Yeah. This is why I believe in her. You see, when you have a strong Senator Kelly Loeffler from Georgia fighting for you, and fighting for your president, and protecting your vote, this is why you have to turn out tomorrow, right? Yes. We have to save our Senate seats. We have to save America and stop socialism. This is the last line. We aren't going to hand over our Senate seats to a pastor who preaches abortion from the pulpit. No. He's preaching murder of God's creation in the womb, holding a Bible in his hand.

        If anything, go out there and vote for the unborn tomorrow. We've had enough. We're not going to let Georgia go to two radical socialists. No. I need you all to go out there and vote. Our district has to show up. We've got to stop this attack. Stop our senate seats from being hand over to these radicals. And we're going to fight for President Trump on January 6th. God bless Georgia, God bless America. Let's do this.

AUD:    USA, USA, USA, USA, USA, USA, USA, USA, USA, USA, USA.

[Timecode: 44:29]

13

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

DT:     I also want to introduce two great warriors, friends of mine, Andrew Clyde and Jody Hice. Jody, thank you. Thank you, Andrew. Thank you very much. Great job. We have another friend of ours, South Carolina Senator Lindsey Graham. And Mike Lee is here too, but I'm a little angry at him today. Where's Mike Lee, Where is he? I'm a little angry at you today, but that's ok. State representative Vernon Jones. What a great guy he is. A great man. And an early supporter of mine who's also on the ballot tomorrow. Public service commissioner Bubba McDonald. Bubba. You're going to do great.

Great guy. Thank you, Bubba. Thank you. Good luck tomorrow. You'll do well. Georgia Republican party chairman David Schaefer, and he's fighting. He's out there. He is fighting. He is fighting. By the way, I also want to say hello to, Kelly's husband is one of the great entrepreneurs in our country. He's respected by everybody. He's a tough guy, but he is a sweetheart, and he loves your state. I just want to say hello. Do you mind? Okay. He doesn't want that. He doesn't want it, but I will tell, you he's respected as a businessman, respected by everybody, and gives tremendous amounts of money to charity and everything else. Thank you very much.

Also a friend of mine, and you know I don't know what it is. I'm not so good with the bikes. I sort of say, maybe I stay away from it a little bit, but Chris Cox is Bikers for Trump. And he's the founder, and he had more people show up for me. Whenever I saw, I'd go to places, I'd have two, three, 4,000 bikes, and Secret Service would go crazy. I'd say, "No, I'm so happy." And they wouldn't do it for any other reason. They just wanted to protect their future president. This was before I won, they were with me for whatever reason, bikers like me. And I like them. Chris Cox, wherever you are Chris Cox. Where is Chris? Right? I don't know why the bikers like me, Chris, but they do. But I like you guys a lot, and you're great. We go to speeches and we'd be packed, and we couldn't even get them, they didn't even want to be inside. They stood outside. And they were protecting their president when I became president, I never felt safer in my life. Thank you. That's true.

Another man who's respected by everybody, a friend of mine, David McIntosh Club for Growth. David, David. Thank you, David. Respected by everybody. And I want to thank Don Jr. Did he do a good job tonight? I watched. Where is Don? Don is great. I love Don. He sorta has. They love our Don, but he's working hard, and I want to thank Don and Kimberly Guilfoyle, who has been incredible. And I also came with somebody who people like a lot, people like her a lot. I don't know. She doesn't really like the concept of running for office. She says, "What do I need

14

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

> it for, dad?" Ivanka. Where's Ivanka? Come on, come, come. Should we get Ivanka up yes, right? Come on up here honey.

[Timecode: 48:42]

IT:    Hello Georgia. It is so incredible to be back here with so many amazing, hardworking Georgia families who are fighting for our children's future. Each one of you. And it's so great to be back in Georgia with this warrior, my father, the people's president. He is a tireless, a tireless champion for all of you, and he will never stop fighting. And by his side are two amazing senators that we have to send back to the Senate and send a resounding message that patriotism is alive and well in Georgia. And Georgia is going to keep freedom alive in America. Please vote. Thank you. God bless you. God bless Georgia and God bless America, and God bless our president.

[Timecode: 50:15]

DT:    Thank you Ivanka. Thanks Don. Kimberly, everybody. Thank you all. Tomorrow our entire nation is counting on the people of Georgia. In a way the world is counting on the people of Georgia. The fate of our country is at stake. It's in your hands. You must deliver a Republican victory so big that the Democrats can't steal it or cheat it away. We have all. They'll be trying though, I'll tell you that. We have all seen what our opponents are capable of doing. I ran two elections. I won both of them. Second one, much more successful than the first, but we can't let this happen any longer. On election night, we were leading by so much. We're not going to have that tomorrow. We're not going to have that tomorrow night, where you're leading and then all of a sudden, boom, it's gone like magic. We won Florida and Ohio in record numbers.

We won Iowa by 8.2%. Nobody's ever won those three States and lost. Never happened before. It's almost impossible unless people do a lot of, either get very lucky or they cheat. We're up 293,000 votes in Michigan, 112,000 votes in Washington. In Wisconsin we were way up, 356,000 votes. In Georgia, 356,000 and 700,000 votes in Pennsylvania. It was over.

I should have run up to the podium and said, thank you very much for this wonderful victory. Then maybe they wouldn't have had time to close those booths, right, the counting rooms, and do what they did. But then it all started to disappear. And I tell this story because we can't let this happen tomorrow, Kelly. So keep your

15

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

eyes open. Since the election, we have put forth indisputable evidence documenting the rampant fraud, which will be announced on Wednesday as you know.

And I want to thank Senator Josh Hawley and Ted Cruz and all of the incredible senators that have stepped up to fight, because they've seen what happens. They know it's a fraud and not just here. You know I watched some of the people on Fox. I had no choice. I had no choice. I had to. I didn't have enough channels. And they said, "Why is he fighting for Georgia? It's not enough." And I need three. I'm fighting in eight, actually, but six and we're going to win them all. But they said, they said, "Why?" So one of the people, a very fine woman actually, but she said, "Why is he fighting Georgia? It doesn't get him there." I said, "No, but Georgia and Pennsylvania and one other get me there. And we have six and maybe eight, if you look at them and we were leading all of them by a lot, until, like a miracle, it started to quickly disappear."

Right here in Georgia there were tens of thousands of illegal votes cast and counted. You know that. And here are just a few examples. Watch this for tomorrow. We were up. 10,315 ballots were cast by individuals whose name and date of birth matches a Georgia resident who died in 2020 prior to the election. Then your wacky secretary of state said two people, two people. Now, I don't know how many people are on that list, but it's a lot of people. 2,506 ballots were cast by individuals whose name and date of birth matches an incarcerated felon in a Georgia prison. Maybe they aren't all there, but they did a lot of work. I paid a lot of money to a lot of people. I can tell you that. 4,502 illegal ballots were cast by individuals who do not appear on the state's voter rolls. Well, that's sort of strange. 18,325 illegal ballots were cast by individuals who registered to vote using an address listed as vacant according to the postal service. At least 86,880 ballots were cast by people whose registrations were illegally backdated. Oh, I can't believe that happened.

66,000 votes. You have to understand, we're down by a little more than 11,000. So every one of these is determinative. 66,000 votes in Georgia were cast by people under the legal voting age. At least 15,000 ballots were cast by individuals who moved out of the state prior to the November 3rd election, or maybe they moved back in. I don't know. I mean, I can't tell. They moved out, ah, let's go back. Usually takes a little time, right? You know. We moved out. Let's go back, darling.

Georgia's absentee ballot rejection rate went from an average of 3% in 2016, and then went down very low to almost zero now. Think of it, almost zero. If you multiply that out. And this is with many, many more ballots pouring in. Went to

16

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

almost zero. 48 out of 159 counties in Georgia rejected no ballots at all. These absentee ballot rejection rates prove that the tens of thousands of illegitimate ballots were counted. There were more absentee ballots in 2020 than ever before by far. But magically far fewer ballots were rejected. This alone is more than enough to swing the election to us. This one thing. I'm going over individual. In all of the swing States. Now they'll check this out and that's fine, but you take a look at it.

Officials, egregiously violated state laws in order to solicit, facilitate, and promote cheating and theft on a scale never seen before. These crooked and incompetent official suspended signature verification. I said, "I want you to go to Fulton County to check the signatures, because hundreds of thousands of ballots came in. I want you to check the signature to see if it compares to somebody that lived there two years, four years or six years ago." They don't want to do it. The secretary of state and your incompetent governor. Although he thinks I've been a great president.

They illegally flooded their States with absentee ballots and they deployed hundreds of elicit ballot drop boxes and corrupt Democrat run cities, among many other flagrant violations of law. They put these drop boxes there. And in a number of cases they'd be gone for three days. They'd take them up and where are they? Where are they? They were gone.

Georgia secretary of state agreed to a litigation settlement, which is something that nobody's ever seen one like this. I want to just tell you that Stacey Abrams took him to the cleaners. That drastically and illegally changed the states election procedures. They never got the mandated approval from your state legislature, who, by the way, you have some great people in your legislature. Some great, great people who agree with what we're saying and even more so. But think of it. They never got the approval. You have to, by law, under the constitution, you can't just do these deals and not get the approval. And your secretary of state or whoever it was, made this horrible consent decree, horrible, which got rid of so much safety. It's a disgraceful thing. And it was only approved by your local politicians, him, and local judges. You can't do that. You have to have your state legislatures do it. That's true with all States.

Tens of thousands of votes are missing. We go all over the world telling people how to run their elections and we don't even know how to run ours. The most unhappy person right now, anywhere in the United States is Hillary Clinton. Because she's asking the Democrat party, why the hell didn't you do this for me? True. Why didn't you do it for me? Why the hell didn't you? You notice how quiet

17

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

she's been? I shouldn't have said that, not tonight Jill. But you notice how quiet, she's furious, because she said, don't forget, "I won Michigan by 10,000 votes." We did much better. As I said, this time. Much, much better, but I won Michigan from her by 10,000 votes. I won Wisconsin by a small, you know, I mean, they could have done that one and not get caught. We caught 'em, we caught 'em.

And I say to people like Mike Lee, that here at Lindsey, I say, if they got approved and verified, they use the word verified, votes that are fraudulent. And then we find out after, because you can't do it that quickly. It doesn't got that quickly. It's a lot of work and a lot of votes and a lot of people. And then we find out that they were frauds like in one state where you had, let's say you lost by 25,000 votes. They verify it. And that's supposed to be the end. But shortly thereafter, we find out that we actually won the state by 250,000 votes. Does that mean that that state plus others adds up to being your president? I don't think it should. I don't think it should. I don't think that Kelly feels it should. I don't think that Marjorie feels it should.

In Wisconsin over 90,000 ballots where illegally harvested. Can't do that. Not allowed to. Through so-called human drop boxes and over 500 illegal unmanned drop boxes were put out statewide. In addition, over 170,000 absentee votes were counted that are blatantly illegal under Wisconsin law and should never have been included in the tally. By the way, I lost the, it was razor thin. There's 170,000 votes. The margin in Wisconsin is only 20,000 votes. So this issue alone would have won that state for us many times over, we were leading at 10 o'clock in the evening by a lot.

In Pennsylvania, there were 205,000 more ballots cast than there were voters. How do you get around that one? Which remains completely unexplained. You have great senators and representatives there and nobody can explain it, but think of that.

And in other places too, you had more ballots than you had voters. You had more votes, think of it, then you had voters by a lot. In addition, Democrats, state Supreme court judges and Democrat secretary of state effectively abolished the signature verification process right here. They counted ballots cast after deadlines and they allowed ballots to be illegally fixed in Democrat controlled areas. And I say this because you can't let this happen tomorrow. And I hope all the politicians are listening.

18

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

There's an unexplained 400,000 vote discrepancy between the number of mail-in ballots in Pennsylvania sent out reported on November 2nd, 2020, and the number reported on November 4th. They can't explain it. 400,000 previously unreported mail-in ballots, magically appeared. They couldn't explain it. And all of a sudden they just happened to find 400,000. That's a lot of people. Amazing.

And the Pennsylvania legislature is not happy. Pennsylvania also had an estimated 8,000 dead voters, 55,000 ballots received back before they were even sent. How about that? The ballots were received, but they weren't sent yet. Oh, get them out fast please. Many more with no mail date and 14,000 ballots illegally cast by out of state voters. Those are the numbers and those are the numbers we got from them. So they can't say, "Oh, the numbers aren't so good."

In Clark County, Nevada, over 130,000 ballots, this is far, just so you know, all these numbers, these are far more than we need, were processed on machines where the signature matching threshold was intentionally lowered to a level that you could sign your name, "Santa Claus," and it wouldn't pick it up. Didn't pick up anything. More than 42,000 people in Nevada double voted. That's more than we needed, by far.

In Arizona more than 36,000 votes were cast by non-citizens. And there were 11,000 more ballots than there were voters. It seems to be a trait, doesn't it? This was like at the Super Bowl, where you have 15 cameras and they'd say camera number four, you're on. Camera number three, you're on.

In Michigan, according to one analyst, over 35,000 ballots listed no address, over 13 ballots were cast by non-residents and an estimated 17,000 ballots were cast by dead people. Some dead people, by the way, also requested an application through. Those are the ones that really bothered me. They not only vote, but they request an application. That's a double.

In addition, there is the highly troubling matter of Dominion voting machines. And I want you to watch this very carefully tomorrow everybody, you have to watch it carefully. I want to read you from a letter from Georgia state Senator William Ligon. You know who he is, right? Highly respected guy. "Dear Mr. President, as Chairman of the Georgia Senate Judiciary Committee on Elections, I request that you immediately send an outside team of cyber experts to investigate potential hacking and other irregularities associated with Dominion Voting Systems, scanners, ballot marking devices, ballots, polling pads used in the 2020 general

19

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

election in Georgia." You don't hear this from your secretary of state and you don't hear this from your governor and you do have a great legislature. I have to tell you, but the governor won't let him hold the session to decertify. On December 30th, 2020, the committee held a hearing investigating potential fraud and other irregularities during Georgia's 2020 general election.

"The committee first unanimously approved a report dated December 17th, 2020, discussing a myriad of voting irregularities and potential fraud in Georgia 2020 general election, discussed in an earlier hearing held on December 3rd. Notably the committee stated in the executive summary that the November 3rd 2020 general election was chaotic and reported results must be viewed as untrustworthy. They are untrustworthy, despite the line of crap that you hear from these people that represent you. I don't know where they come from. The committee then heard, and this is from one of your most highly respected political representatives, the committee then heard additional testimony concerning voting irregularities during the 2020 general election, including testimony and a real time test demonstrating serious irregularities with Dominion's voting machines. Three events discussed at this hearing standout and require a forensic audit of the Dominion voting machines in Georgia to be immediately conducted."

The governor will not let us do it. We've been asking them now since November 4th, the day after the election, he won't let us do it. Why won't he let us do it? There's only one reason I can think of. First the Dominion voting machines employed in Fulton County. That's the home of Stacey. Had an astounding 93.67 error rate. 93.67 error rate in the scanning of ballots requiring a review panel to adjudicate or determine the voters intent. So they're going to a voter intent. What did the voter mean by this vote? Somebody votes for Trump. I think that voter meant something other. He doesn't want Trump. Let's just switch it around.

Think of that. They're trying to determine the voters intent in over 106,000 ballots out of a total of 113,000 ballots. This is from your representative, highly respected. The national average for such an error rate is far less than 1.2%. So, that was 93%. The source of this astronomical error rate must be identified to determine if these machines were set up were designated to allow for a third party to disregard the actual ballot cast by the registered voter. This is what I have. There was no way. Look at this crowd we have here. Biden came here. He had nobody.

Gallup, Gallup. You know, the Gallup poll. They did a, I don't say this braggingly, the most admired man in the world or the country. I don't say it. I say it for a

20

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

different reason. So, I came in first. Obama came in second and Biden came in way low. Then I say, and they say, and people have said, how is it possible that a guy who got 80 million votes can't get any votes for the most admired man. You know why? Because he didn't come in first. That's why.

Second, again from this very respected political leader, second, there is clear evidence that tens of thousands of votes were switched from President Trump to former Vice President Biden in several counties throughout Georgia. For example, in Bibb County, anybody live in Bibb County? Bibb, Bibb, B-I-B-B. President Trump was reported to have 29,391 votes at 9:11 PM, while simultaneously former Vice-President Joe Biden was reported to have 17,000 to 18. Minutes later at the next update these vote numbers switched with President Trump now having 17,000. And Biden now having 29,391. That was a switch of over 12,000 votes. It was like a miracle. Third, during this hearing, a presenter demonstrated that a Dominion Poll could be hacked into in real time because it was connected to the internet. Now, anything connected to the internet, that's not good, but this demonstration proved that these machines could allow votes to be siphoned off or added during the voting process because they're connected to the internet.

Cybersecurity experts agree that voting machines should not be connected to the internet at any time and in any way, shape or form. Did you see that during the hearing? This guy sitting there. Well, can you connect into the machines? Yes. How do you do that? Within about 25 seconds, he controlled the internet. Former vice-president Biden led Georgia by only 11,779 votes. Every one of the things I told you about almost is more votes than what we're talking about. The crime that was committed in this state is immeasurable and immediate forensic audit of an appropriate sampling of Dominion's voting machines and related equipment is critical to determine the level of illegal fraudulent ballots, improperly counted in Georgia during the 2020 general election and during tomorrow's race. You've got to be very careful.

And, let me also quickly read a letter from Mark Finchem, chairman of the Arizona House, a very respected man, Federal Relations Committee. "Dear Mr. President, subsequent to the election, members of the legislature were inundated with complaints from constituents relating to the intensity of the general election, and the integrity more important than anything else, and the accuracy of canvassed results." "In many instances, constituents reported that their earlier in-person ballots may not have been correctly processed, or tabulated in Maricopa County officials." "Members of the legislature have conducted two public hearings in

21

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

recent weeks during which significant evidence of fraudulent and illegal voting in Arizona has been demonstrated through expert and eyewitness testimony, for example, in Pima County and Maricopa County, it appears that 143,000 illegal votes were actually injected into the ballot system." Think of that. No, but think of this.

Also, the press won't report this, they probably turn it off, oh, we don't like this. They don't like this. They don't want to talk about numbers. They talked about my phone call. They don't like my phone call, everyone loved my phone call. They don't like talking about numbers, because nobody knew the numbers were so egregious. Also, an expert mathematician concluded that the only explanation for the actual voting results in Arizona is that 100%... Think of this, 130% of Democrats voted for candidate Biden, and a negative 30% voted for President Trump. Now, think of that. In order to get to the numbers 130% of the voters, that's a little tough to get, okay, had to vote for him, and minus 30 had to vote for me, and that gets you to a 100%. And, nobody has a 100% voting.

For all of these people who think it's too late, does that mean that we're forced to approve a fraudulent election or an election with massive irregularities? I don't think so. I don't think so. I want to thank those two great political leaders, but we have many other letters just like that. Same thing. Hundreds of thousands of votes are missing. The only way to combat the Democrat fraud is to flood your polling places with a historic tidal wave of Republican voters tomorrow.

Because at a certain point, the machines are going to explode. They almost did with me, unfortunately they didn't quite get there, but we'll figure that out. And, I just want Mike Lee to listen to this when I'm talking, because you know what? We need his vote. This election is your chance to stand up to the corrupt Democrat machine, and show them that the American people are still in charge.

With your help over the last four years, we built the greatest political movement in the history of our country. There's never been anything like this. Kelly, when did I say, we'll do this, like two days ago, three days ago, right? And, look at this, and we love you all for being here, we really do. I'm glad the weathers good, we love you all. But, there's never been a movement like this. I say it all the time, and the politicians, the lame stream medias, I call them affectionately, if that weren't true they'd say, "That's wrong, there's never been a movement like this." I mean, you have people that won one state, and they become world famous for the rest of their lives.

22

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

You have people that came in second in New Hampshire and their [inaudible], we won everything and we won it now a second time. Hate to bore you with that expression. But, we won it now a second time. And, I don't want to win it a third time, I really want to win it the second time, [inaudible]. Somebody came up to me today, Kelly, and they said, "Sir, you way up in four years, nobody can come close to me." I said, "I'm not interested in four years, I'm interested in like eight weeks ago."

Four years is a long time. It's actually two in two, we'll take back the house for Kevin and Marjorie. Jodi, we'll bring back the house, right? We'll bring back the house.

No, we didn't win, I'd be all upset. Of course, If I didn't win, you probably wouldn't want me, you know in all fairness.

A Big difference between losing and winning and having it stolen. No, but they talk about for years, sir, you haven't made, nobody can come closer and I say, "Nope, we go this way first." And, I think we're going to do it. I really believe, because there's no way we could have won every single state, and for Fox, not one state, this is one of many. We win every state, and they're going to have this guy be president and he can't speak, he can't talk. Already, we've achieved more than anyone thought possible. And, we are just getting started.

And honestly, it's you, it's amazing what happened. I don't even know why the hell I say let's have a rally. We have a rally and thousands and thousands of people. Honestly, I'll go out on the extreme, there's never been anything like this in the history of our country. And, the election is over, the presidential election, and we have a big one tomorrow, but there's never been anything like this in the history of our country. Our economy is coming back. It's roaring back. Our stock market is an all time high. Who would have thought that? We're rounding the turn, because of what we did with the vaccines. And, nobody else would have done it, it would have taken so long. The economy boomed at 33. 4% last quarter, that's the fastest rate ever recorded. And, we're talking about pandemic during a pandemic. We've already slashed the unemployment rate in half. And for decades, our politicians spend trillions of dollars rebuilding foreign nations, fighting foreign wars and defending foreign borders. You know, we're bringing many of our great troops home. I mean, I hate to say it, but got to do it. We've been in Afghanistan for 19 years, I think that's enough. I think that's enough. We've got very few left and very

23

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

proud. Nothing worse than going to Dover and meeting the parents of our great warriors that have fallen, our great warriors coming home so badly wounded or dead. And, on countries that many of you have never even heard about. So, we bring our soldiers home. We've been incredible warriors, we can beat anybody. Nobody has our equipment, nobody has our military, nobody has our people.

But we aren't over there to be policemen. We're not over there to be policing, they're warriors, they're fighters, and that's what we want them for. That's what we have to have them for. But, we brought a lot of them home. We are finally protecting our nation, rebuilding our cities and we're bringing our jobs, our factories and our troops back to the USA where they belong.

But everything that we've achieved together is on the line tomorrow. Our fight to take back our country from the big donors, the big media and the horrendous big tech giant that our politicians, not these two politicians, are afraid to attack. Section 230, we have to get rid of Section 230 politicians, or you're not going to have a country very long, taken away all your rights. If you want to send a message to the powerful forces that are trying to control your country, you must get out and vote tomorrow for David Perdue and Kelly Loeffler.

With your help, we're going to continue our mission to save America, and we're going to continue our mission of America first. It's very simple. Each of us here tonight is United by the same core vision, and the same timeless American values. We love our country. Together, we believe that faith and family, not government and bureaucracy are the center of American life.

We will defend the right to life, religious Liberty, free speech and the right to keep and bear arms, which they want to take away from you. And, we will always support the heroes of law enforcement.

We will maintain America's unrivaled military might, and we will preserve peace through strength. You know when I first got elected and before I got elected in 2015 and 2016, before they were in debates and everyone said, "Oh, he's going to cause Wars, he's going to cause wars." I think I'm the only president in many, many decades that didn't get into a war, right?

Remember North Korea was going to be a tremendous nuclear fight, and all this, what happened with that? I got along very well with Kim Jong-un. I don't think that Joe's going to based on what I've heard, but I got along very well with him. And people say, "Whatever happened with North Korea, we got along well." But, they

24

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

all said that, "With my personality, I'll be in a big war very soon within the first two weeks." What happened? And, they don't want to mess with us either, that I can tell you.

David and Kelly will protect Social Security and Medicare, and they will always protect patients with pre-existing conditions. We will stop the radical indoctrination of our students and restore patriotic education to our schools. We will teach our children to love our country, honor our history and always respect our great American flag. And, we will live by the words of our national motto, In God We Trust, and it will stay that way.

From Atlanta to Augusta, to Savannah, to Columbus, from Athens… And, I want to say hello to Herschel Walker, Athens. Herschel. 10.2 yards of carry for a while, he made a lot of quarterbacks look very good. We love Hershel. To right here in Dalton, Georgia, we inherit the legacy of generations of American Patriots who gave their blood, sweat and tears to defend our country and to defend our freedom. We stand on the shoulders of American heroes who crossed the oceans, settle the continent, tamed the wilderness, laid down the railroads, raised up the great skyscrapers that won two world wars, defeated fascism and communism, and made America into the single greatest nation in the history of the world, and the best is yet to come.

And, proud citizens like you helped build this country. And, together we are taking back our country, our fight to drain the Washington swamp and reclaim America's destiny and dignity has only just begun. We will not bend, we will not break, we will not yield. We will never give in, we will never give up, we will never back down. We will never, ever surrender.

Because, we are Americans and we are from Georgia and our hearts bleed red, white and blue. We are one movement, one people, one family, and one glorious nation under God. And, together with the incredible people of Georgia, we have made America powerful again, our military. We have made America wealthy again, our stock market. We have made America strong again, look at that arm, look at.

We have made America proud again, we're proud of our country. We have made America safe again, and we will make America great again. Go get him, David, go get him, Kelly, go get them tomorrow.

25

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04976283
Recording Name: 2021.01.04 President Trump Remarks at Georgia U.S. Senate Campaign Event

[Ending Timecode: 1:25:44]

26

UNCLASSIFIED

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



601 4th Street NW
Washington, DC 20535

Docket Number: 23-cr-00257-TSC
FBI Case Number: 56D-WF-3587997

Name of Audio File: Ellipse Rally
Website: C-SPAN, https://www.c-span.org/video/?507744-1/rally-electoral-college-vote-certification
Bates Number: SCO-04949418
Date: January 6, 2021
Duration: 4:50:08
Date Reviewed: September 19, 2024

VERBATIM TRANSCRIPTION

Participants:

    DT:   Donald J. Trump
    AUD:  Audience

Transcription:

[Starting Timecode: 3:31:23]

    DT:   [Inaudible] The media will not show the magnitude of this crowd. Even I, when I turned on today, I looked and I saw thousands of people here, but you don't see hundreds of thousands of people behind you because they don't want to show that. We have hundreds of thousands of people here, and I just want them to be recognized by the fake news media. Turn your cameras, please, and show what's really happening out here, because these people are not going to take it any longer. They're not going to take it any longer.

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

Go ahead, turn your cameras please. Would you show? They came from all over the world actually, but they came from all over our country.

I just really want to see what they do. I just want to see how they covered. I've never seen anything like it. But it would be really great if we could be covered fairly by the media. The media is the biggest problem we have, as far as I'm concerned. Single biggest problem. The fake news and the big tech. Big tech is now coming into their own. We beat them four years ago. We surprised them; we took them by surprise. And this year, they rigged an election. They rigged it like they've never rigged an election before. And, by the way, last night they didn't do a bad job either, if you notice.

I'm honest — and I just — again, I want to thank you. It's just a great honor to have this kind of crowd and to be before you and hundreds of thousands of American patriots who are committed to the honesty of our elections and the integrity of our glorious republic.

All of us here today do not want to see our election victory stolen by emboldened radical-left Democrats — which is what they're doing -- and stolen by the fake news media. That's what they've done and what they're doing. We will never give up. We will never concede. It doesn't happen. You don't concede when there's theft involved.

Our country has had enough. We will not take it anymore, and that's what this is all about. And to use a favorite term that all of you people really came up with: We will stop the steal.

Today I will lay out just some of the evidence proving that we won this election, and we won it by a landslide. This was not a close election. You know, I say sometimes jokingly, but there's no joke about it: I've been in two elections, I won them both, and the second one I won much bigger than the first. Okay?

Almost 75 million people voted for our campaign — the most of any incumbent president, by far, in the history of our country. Twelve million more people than four years ago. And I was told by the real pollsters. We do have real pollsters. They know that we were going to do well and we were going to win. What I was told: If I went from 63 million, which we had four years ago, to 66 million, there

UNCLASSIFIED

2

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

was no chance of losing. Well, we didn't go to 66; we went to 75 million. And they say we lost. We didn't lose.

And, by the way, does anybody believe that Joe had 80 million votes? Does anybody believe that?

AUD: No!

DT: He had 80 million computer votes. It's a disgrace. There's never been anything like that. You could take third-world countries. Just take a look. Take third-world countries: Their elections are more honest than what we've been going through in this country. It's a disgrace. It's a disgrace.

Even when you look at last night, they're all running around like chickens with their heads cut off, with boxes. And nobody knows what the hell is going on. There's never been anything like this. We will not let them silence your voices. We're not going to let it happen. Not going to let it happen.

AUD: Fight for Trump! Fight for Trump! Fight for Trump!

DT: Thank you. And I'd love to have, if those tens of thousands of people would be allowed — the military, the Secret Service — and we want to thank you. And the police and law enforcement. Great. You're doing a great job. But I'd love it if they could be allowed to come up here with us. Is that possible? Can you just let them come up, please?

And, Rudy, you did a great job. He's got guts. You know what? He's got guts. Unlike a lot of people in the Republican Party, he's got guts. He fights. He fights. And I'll tell you, thank you very much, John. Fantastic job. I watched. That's a tough act to follow, those two. John is one of the most brilliant lawyers in the country, and he looked at this and he said, "What an absolute disgrace that this can be happening to our Constitution." And he looked at Mike Pence — and I hope Mike is going to do the right thing. I hope so. I hope so. Because if Mike Pence does the right thing, we win the election. All he has to do — all, this is, this is from the number one, or certainly one of the top, constitutional lawyers in our country. He has the absolute right to do it.

We're supposed to protect our country, support our country, support our Constitution, and protect our Constitution.

3

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

States want to revote. The states got defrauded. They were given false information. They voted on it. Now they want to recertify. They want it back. All Vice President Pence has to do is send it back to the states to recertify, and we become president, and you are the happiest people.

And I actually — I just spoke to Mike. I said, "Mike that doesn't take courage. What takes courage is to do nothing." That takes courage. And then we're stuck with a president who lost the election by a lot, and we have to live with that for four more years. We're just not going to let that happen.

Many of you have traveled from all across the nation to be here, and I want to thank you for the extraordinary love. That's what it is. There's been movement like this ever, ever. For the extraordinary love for this amazing country and this amazing movement. Thank you.

AUD: We love Trump! We love Trump! We love Trump!

DT: By the way, this goes all the way back past the Washington Monument. Do you believe this? Look at this. That is — unfortunately gave, they gave the press the prime seats. I can't stand that. No, but you look at that, behind. I wish they'd flip those cameras and look behind you. That is the most amazing sight. When they make a mistake, you get to see it on television. Amazing. Amazing. All the way back.

And don't worry, we will not take the name off the Washington Monument. We will not. Cancel culture. You know, they wanted to get rid of the Jefferson Memorial — either take it down or just put somebody else in there. I don't think that's going to happen. It damn well better not.

Although, with this administration, if this happens, it could happen. You'll see some really bad things happen. They'll knock out Lincoln too, by the way. They've been taking his statue down. But then we signed a little law: You hurt our monuments, you hurt our heroes, you go to jail for 10 years. And everything stopped. Do you notice that? It stopped. It all stopped.

And they could use Rudy back in New York City. Rudy, they could use you. Your city is going to hell. They want Rudy Giuliani back in New York. We'll get a little younger version of Rudy. Is that okay, Rudy?

4

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

We're gathered together in the heart of our nation's capital for one very, very basic and simple reason: to save our democracy.

You know, most candidates on election evening — and, of course, this thing goes on so long, they still don't have any idea what the votes are. We still have congressional seats under review. They have no idea. They've totally lost control. They've used the pandemic as a way of defrauding the people in a proper election.

But, you know -- you know when you see this and when you see what's happening, number one, they all say, "Sir, we'll never let it happen again." I said, "That's good, but what about eight weeks ago?" You know, they try and get you to go. They say, "Sir, in four years, you're guaranteed." I said, "I'm not interested right now. Do me a favor: Go back eight weeks. I want to go back eight weeks. Let's go back eight week." We want to go back and we want to get this right, because we're going to have somebody in there that should not be in there, and our country will be destroyed, and we're not going to stand for that.

For years, Democrats have gotten away with election fraud. And weak Republicans — and that's what they are. There's so many weak Republicans. And we have great ones: Jim Jordan and some of these guys; they're out there fighting. The House guys are fighting. But it's, it's incredible. Many of the Republicans, I helped them get in. I helped them get elected. I helped Mitch get elected. I helped. I could name 24 of them, let's say. I won't bore you with it.

And then, all of a sudden, you have something like this, and it's like, "Oh, gee, maybe I'll talk to the President sometime later." No, it's amazing. They're weak Republicans. They're pathetic Republicans. And that's what happens. If this happened to the Democrats, there'd be hell all over the country going on. There'd be hell all over the country.

But just remember this: You're stronger. You're smarter. You've got more going than anybody. And they try and demean everybody having to do with us, and you're the real people. You're the people that built this nation. You're not the people that tore down our nation.

The weak Republicans — and that's it. I really believe it. I think I'm going to use the term "the weak Republicans." You got a lot of them. And you got a lot of great ones, but you got a lot of weak ones. They've turned a blind eye, even as Democrats

5

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

enacted policies that chipped away our jobs, weakened our military, threw open our borders, and put America last.

Did you see the other day where Joe Biden said, "I want to get rid of the America First policy"? What's that all about? Get rid of, how do you say, "I want to get rid of America First"? Even if you're going to do it, don't talk about it. Right? Unbelievable, what we have to go through. What we have to go through.

And you have to get your people to fight. And if they don't fight, we have to primary the hell out of the ones that don't fight. You primary them. We're going to — we're going to let you know who they are. I can already tell you, frankly.

But this year, using the pretext of the China virus and the scam of mail-in ballots, Democrats attempted the most brazen and outrageous election theft — and there's never been anything like this; it's a pure theft — in American history. Everybody knows it. That election, our election was over at 10 o'clock in the evening. We're leading Pennsylvania, Michigan, Georgia, every — by hundreds of thousands of votes. And then late in the evening or early in the morning, boom, these explosions of bullshit. And all of a sudden, all of a sudden, it started to happen.

AUD:   Bullshit! Bullshit! Bullshit! Stop the steal!

DT:    Don't forget when Romney got beat. Romney, oy. Did you see his, I wonder if he enjoyed his flight in last night.

But when Romney got beaten, you know, he stands up like your more typical: "Well, I'd like to congratulate the victor." The victor? Who is the victor, Mitt? "I'd like to congratulate." They don't go and look at the facts. Now, I don't know, he got, he got slaughtered, probably. Maybe it was okay. Maybe it was — but that's what happened. But we look at the facts, and our election was so corrupt that in the history of this country we've never seen anything like it. You can go all the way back.

You know, America is blessed with elections. All over the world, they talk about our elections. You know what the world says about us now? They said we don't have free and fair elections. And you know what else? We don't have a free and fair press. Our media is not free. It's not fair.

6

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

It's suppresses thought. It suppresses speech. And it's become the enemy of the people. It's become the enemy of the people. It's a, it's the biggest problem we have in this country. No third-world countries would even attempt to do what we caught them doing. And you'll hear about that in just a few minutes.

Republicans are, Republicans are constantly fighting like a boxer with his hands tied behind his back. It's like a boxer. And we want to be so nice. We want to be so respectful of everybody, including bad people. And we're going to have to fight much harder.

And Mike Pence is going to have to come through for us. And if he doesn't, that will be a sad day for our country because you're sworn to uphold our Constitution. Now it is up to Congress to confront this egregious assault on our democracy. And after this, we're going to walk down — and I'll be there with you — we're going to walk down — we're going to walk down — anyone you want, but I think right here we're going to walk down to the Capitol.

And we're going to cheer on our brave senators and congressmen and women. And we're probably not going to be cheering so much for some of them. Because you'll never take back our country with weakness. You have to show strength, and you have to be strong.

We have come to demand that Congress do the right thing and only count the electors who have been lawfully slated. Lawfully slated. I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard.

Today, we will see whether Republicans stand strong for integrity of our elections, but whether or not they stand strong for our country. Our country.

Our country has been under siege for a long time, far longer than this four-year period. We've set it on a much straighter course, a much, and we, I thought, you know, four more years. I thought it would be easy. We created the greatest economy in history. We rebuilt our military. We get you the biggest tax cuts in history. Right? We got you the biggest regulation cuts. There's no President, whether it's four years, eight years, or in one case more, got anywhere near the regulation cuts. It used to take 20 years to get a highway approved; now we're down to two. I want to get it down to one, but we're down to two. And it may get rejected for environmental or safety reasons, but we got it down, the safety.

7

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

We created Space Force. We re-, look at what we did. Our military has been totally rebuilt. So we create Space Force, which by and of itself is a major achievement for an administration. And with us, it's one of so many different things.

Right to Try. Everybody know about Right to Try. We did things that nobody ever thought possible. We took care of our vets. Our vets — the VA now has the highest rating, 91 percent — the highest rating that it's had from the beginning. Ninety-one percent approval rating. Always, you watched the VA, it was on television every night, people living in a horrible, horrible manner. We got that done.

We got accountability done. We got it so that now, at the VA, you don't have to wait for four weeks, six weeks, eight weeks, four months to see a doctor. If you can't get a doctor, you go outside, you get the doctor. You have them taken care of. And we pay the doctor. And we've not only made life wonderful for so many people; we've saved tremendous amounts of money — far secondarily, but we've saved a lot of money.

And now we have the right to fire bad people in the VA. We had 9,000 people that treated our veterans horribly. In primetime, they would not have treated our veterans badly. But they treated our veterans horribly.

And we have what's called the Account- the VA Accountability Act. And the Accountability says: If we see somebody in there that doesn't treat our vets well, or they steal, they rob, they do things badly, we say "Joe, you're fired. Get out of here." Before, you couldn't do that. You couldn't do that before.

So we've taken care of things. We've done things like nobody has ever thought possible. And that's part of the reason that many people don't like us — because we've done too much. But we've done it quickly.

And we were going to sit home and watch a big victory. And everybody had us down for a victory. It was going to be great. And now we're out here fighting. I said to somebody I was going to take a few days and relax after our big electoral victory. Ten o'clock, it was over. But I was going to take a few days. And I can say this: Since our election, I believe, which was such a catastrophe when I watched.

8

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

And even these guys knew what happened. They know what happened. They're saying, "Wow, Pennsylvania is insurmountable. Wow." Wisconsin — look at the big leads we had. Right? Even though the press said, "We lose Wisconsin by 17 points"; even though the press said, "Ohio is going to be close," we set a record. "Florida is going to be close." We set a record. "Texas is going to be close. Texas is going to be close." We set a record. And we set a record with Hispanic, with the black community. We set a record with everybody.

Today, we see a very important event, though. Because right over there, right there, we see the event going to take place, and I'm going to be watching because history is going to be made. We're going to see whether or not we have great and courageous leaders, or whether or not we have leaders that should be ashamed of themselves.

Throughout history, throughout eternity, they'll be ashamed. And you know what? If they do the wrong thing, we should never, ever forget that they did. Never forget. We should never, ever forget.

With only three of the seven states in question, we win the presidency of the United States. And, by the way, it's much more important today than it was 24 hours ago because. And don't, I spoke to David Perdue, what a great person — and Kelly Loeffler, two great people. But it was a setup. And, you know, I said, "We have no backline anymore." The only backline, the only line of demarcation, the only line that we have is the veto of the President of the United States. So this is now, what we're doing, a far more important election than it was two days ago.

I want to thank the more than 140 members of the House; those are warriors. They're over there working like you've never seen before — studying, talking. Actually, going all the way back, studying the roots of the Constitution because they know we have the right to send a bad vote that was illegally gotten. They gave these people bad things to vote for, and they voted, because what did they know? And then, when they found out a few weeks later — again, it took them four years to devise this [inaudible].

And the only unhappy person in the United States, single most unhappy, is Hillary Clinton, because she said, "Why didn't you do this for me four years ago?" "Why didn't you do this for me four years ago? Change the votes — 10,000 in Michigan. You could have changed the whole thing." But she's not too happy. You notice

9

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

she — you don't see her anymore.  What happened?  Where is Hillary?  Where is she?

But I want to thank all of those congressmen and women.  I also want to thank our 13 most courageous members of the U.S. Senate: Senator Ted Cruz, Senator Ron Johnson, Senator Josh Hawley, Kelly Loeffler.  And Kelly Loeffler, I'll tell you, she has been — she's been so great.  She works so hard.  So let's give her and David a little special hand, because it was rigged against them.  Let's give her and David.

Kelly Loeffler, David Perdue — they fought a good race.  They never had a shot.  That equipment should never have been allowed to be used.  And I was telling these people, "Don't let them use this stuff."  Marsha Blackburn, terrific person.  Mike Braun, Indiana.  Steve Daines, great guy.  Bill Hagerty.  John Kennedy.  James Lankford.  Cynthia Lummis.  Tommy Tuberville, the coach.  And Roger Marshall. We want to thank them.  Senators who have stepped up, we want to thank them.

I actually think though it takes, again, more courage not to step up, and I think a lot of those people are going to find that out.  And you better start looking at your leadership because your leadership has led you down the tubes, you know.  "We don't want to give $2,000 to people.  We want to give them $600."  "Oh, great." How does that play, politically?  Pretty good?  And this has nothing to do with politics, but how does it play, politically?

China destroyed these people.  We didn't destroy them.  China destroyed them. Totally destroyed them.  "We want to give them $600."  And they just wouldn't change.  I said, "Give them $2,000.  We'll pay it back.  We'll pay it back fast.  You already owe $26 trillion.  Give them a couple of bucks.  Let them live.  Give them a couple of bucks."

And some of the people here disagree with me on that, but I, I just say, look, you got to let people live.  And how does that play, though?  Okay?  Number one, it's the right thing to do.  But how does that play, politically?  I think it's the primary reason, one of the primary reasons.  The other was just pure cheating.  That was the primary — super primary reason.  But you can't do that.  You got to use your head.

As you know, the media has constantly asserted the outrageous lie that there was no evidence of widespread fraud.  Do you ever see these people?  "While there is no evidence of fraud."  Oh, really?  Well, I'm going to read you pages.  I hope you don't get bored listening to it.  Promise — don't get bored listening to it, all those

10

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

hundreds of thousands of people back there. Move them up, please. Yeah. All they, all these people, don't get bored. Don't get angry at me because you're going to get bored because it's so much.

The American people do not believe the corrupt fake news anymore. They have ruined their reputation. But, you know, it used to be that they'd argue with me. I'd fight so — I'd fight, they'd fight, I'd fight, they'd fight — boom, boom. You'd believe me. You'd believe them. Somebody comes out. You know, they had their point of view; I had my point of view. But you'd have an argument.

Now what they do is they go silent. It's called "suppression." And that's what happens in a communist country. That's what they do: They suppress. You don't fight with them anymore, unless it's a bad story. If they have a little bad story about me, they make it 10 times worse, and it's a major headline.

But Hunter Biden — they don't talk about him. What happened to Hunter? Where's Hunter? Where is Hunter? They don't talk about him. Now watch: All the sets will go off. Well, they can't do that because they get good ratings. The ratings are too good.

No, where is Hunter? You know? And how come Joe was allowed to give a billion dollars of money to get rid of the prosecutor in Ukraine? How does that happen? I'd ask you that question: How does that happen? Can you imagine if I said that? If I said that, it would be a whole different ballgame.

And how come Hunter gets three and a half million dollars from the mayor of Moscow's wife; and gets hundreds of thousands of dollars to sit in an energy board, even though he admits he has no knowledge of energy; and millions of dollars up front? And how come they go into China and they leave with billions of dollars to manage? "Have you managed money before?" "No, I haven't." "Oh, that's good. Here's about $3 billion."

No, they don't talk about that. No, we have a corrupt media. They've gone silent. They've gone dead. I now realize how good it was if you go back 10 years. I realize how good, even though I didn't necessarily love them, I realized how good — it was like a cleansing motion, right? But we don't have that anymore. We don't have a fair media anymore. It's suppression, and you have to be very careful with that. And they've lost all credibility in this country.

11

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

We will not be intimidated into accepting the hoaxes and the lies that we've been forced to believe. Over the past several weeks, we've amassed overwhelming evidence about a fake election. This is the presidential election. Last night was a little bit better because of the fact that we had a lot of eyes watching one specific state, but they cheated like hell anyway.

You have one of the dumbest governors in the United States. And, you know, when I endorsed him at — I didn't know this guy — at the request of David Perdue. He said, "A friend of mine is running for governor, what's-his-name." And you know the rest. He was in fourth place, fifth place, I don't know. He was way — he was doing poorly. I endorsed him. He went like a rocket ship, and he won.

And then I had to beat Stacey Abrams with this guy, Brian Kemp. I had to beat Stacey Abrams. And I had to beat Oprah, used to be a friend of mine. You know, I was on her last show — her last week. She picked the five outstanding people. I don't think she thinks that anymore. Once I ran for President, I didn't notice there were too many calls coming in from Oprah. Believe it or not, she used to like me. But I was one of the five outstanding people.

And I had a campaign against Michelle Obama and Barack Hussein Obama against Stacey. And I had Brian Kemp. He weighs 130 pounds. He said he played offensive line in football. I'm trying to figure that out. I'm still trying to figure out. He said that the other night: "I was an offensive lineman." I'm saying, "Really? That must have been a very small team."

But I look at that and I look at what's happened, and he turned out to be a disaster. This stuff happens. You know, look, I'm not happy with the Supreme Court. They love to rule against me. I picked three people. I fought like hell for them. One, in particular, I fought. They all said, "Sir, cut him loose. He's killing us." Senators — you know, very loyal senators. They're very loyal people. "Sir, cut him loose. He's killing us, sir. Cut him loose, sir." I must have gotten half of the senators.

I said, "No, I can't do that. It's unfair to him and it's unfair to the family. He didn't do anything wrong. They made up stories. They're all made-up stories. He didn't do anything wrong." "Cut him loose, sir." I said, "No, I won't do that." We got him through.

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

And you know what? They couldn't give a damn. They couldn't give a damn. Let him rule the right way, but it almost seems that they're all going out of their way to hurt all of us and to hurt our country — to hurt our country.

You know, I read a story in one of the newspapers recently how I control the three Supreme Court justices. I control them; they're puppets. I read it about Bill Barr — that he's my personal attorney, that he'll do anything for me. And I said, "You know, it really is genius," because what they do is that — and it makes it really impossible for them to ever give you a victory, because all of a sudden, Bill Barr changed, if you hadn't noticed. I like Bill Barr, but he changed, because he didn't want to be considered my "personal attorney."

And the Supreme Court, they rule me against me so much. You know why? Because the story is, I haven't spoken to any of them — any of them, since, virtually, they got in. But the story is that they're my puppet, right? That they're puppets. And now they, the only way they can get out of that, because that hate that; it's not good on the social circuit. And the only way they get out is to rule against Trump. "So let's rule against Trump." And they do that. So I want to congratulate them.

But it shows you the media's genius. In fact, probably, if I was the media, I'd do it the same way. I hate to say it. But we got to get them straightened out.

Today, for the sake of our democracy, for the sake of our Constitution, and for the sake of our children, we lay out the case for the entire world to hear. Do you want to hear it?

AUD:  Yeah!

[Timecode: 4:03:21]

DT:    In every single swing state, local officials, state officials, almost all Democrats made illegal and unconstitutional changes to election procedures without the mandated approvals by the state legislatures; that these changes pave the way for fraud on a scale never seen before. And I think we can go a long way outside of our country when I say that.

13

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

So, just in a nutshell, you can't make a change on voting for a federal election unless the state legislature approves it. No judge can undo it. Nobody can do it. Only a legislature.

So, as an example, in Pennsylvania or whatever, you have a Republican legislature, you have a Democrat mayor, and you have a lot of Democrats all over the place. They go to the legislature, the legislature laughs at them, says, "We're not going to do that." They say, "Thank you very much." Then they go and make the changes themselves. They do it anyway. And that's totally illegal. That's totally illegal. You can't do that.

In Pennsylvania, the Democrat secretary of state and the Democrat state supreme court justices illegally abolished the signature verification requirements just 11 days prior to the election. So think of what they did: No longer is there signature verification. "Oh, that's okay." We want voter ID, by the way. But no longer is there signature verification. Eleven days before the election, they say, "We don't want it." You know why they don't want it? Because they want to cheat. That's the only reason.

Who would even think of that? We don't want to verify a signature? There were over 205,000 more ballots counted in Pennsylvania. Now, think of this: You had 205,000 more ballots than you had voters. That means you had 200 — where did they come from? You know where they came from? Somebody's imagination. Whatever they needed. So, in Pennsylvania, you had 205,000 more votes than you had voters. And it's, the number is actually much greater than that now. That was as of a week ago. And this is a mathematical impossibility, unless you want to say it's a total fraud. So, Pennsylvania was defrauded.

Over 8,000 ballots in Pennsylvania were cast by people whose names and dates of birth match individuals who died in 2020 and prior to the election. Think of that: dead people. Lots of dead people. Thousands. And some dead people actually requested an application. That bothers me even more. Not only are they voting; they want an application to vote. One of them was 29 years ago died. It's incredible.

Over 14,000 ballots were cast by out-of-state voters. So these are voters that don't live in the state. And, by the way, these numbers are what they call "outcome determinative," meaning these numbers far surpass — I lost by a very little bit. These numbers are massive. Massive.

14

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

More than 10,000 votes in Pennsylvania were illegally counted, even though they were received after Election Day. In other words, they were received after Election Day. Let's count them anyway. And what they did in many cases is they did fraud, they took the date and they moved it back so that it no longer is after Election Day.

And more than 60,000 ballots in Pennsylvania were reported received back. They got back before they were ever supposedly mailed out. In other words, you got the ballot back before you mailed it, which is also logically and logistically impossible. Right? Think of that one: You got the ballot back. "Let's send the ballots." "Oh, they've already been sent." But we got the ballot back before they were sent. I don't think that's too good. Right?

Twenty-five thousand ballots in Pennsylvania were requested by nursing home residents, all in a single giant batch — not legal — indicating an enormous illegal ballot harvesting operation. You're not allowed to do it. It's against the law.

The day before the election, the state of Pennsylvania reported the number of absentee ballots that had been sent out, yet this number was suddenly and drastically increased by 400,000 people. It was increased — nobody knows where it came from — by 400,000 ballots one day after the election. It remains totally unexplained. They said, "Well, we can't figure that." Now, that's many, many times what it would take to overthrow the state. Just that one element. Four hundred thousand ballots appeared from nowhere right after the election.

By the way, Pennsylvania has now seen all of this. They didn't know because it was so quick. They had a vote. They voted. But now they see all this stuff; it's all come to light. Doesn't happen that fast. And they want to re-certify their votes. They want to recertify. But the only way that can happen is if Mike Pence agrees to send it back. Mike Pence has to agree to send it back.

AUD:    Send it back! Send it back! Send it back!

DT:    And many people in Congress want it sent back. And think of what you're doing: Let's say you don't do it. Somebody says, "Well we have to obey the Constitution," and you are, because you're protecting our country and you're protecting the Constitution, so you are. But think of what happens. Let's say they're stiffs and they're stupid people, and they say, "Well, we really have no choice," even though Pennsylvania and other states want to redo their votes. They want to see the

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

numbers. They already have the numbers. It'd go very quickly. And they want to redo. Their legislature, because many of these votes were taken, as I said, because it wasn't approved by their legislature. You know? That in itself is illegal. And then you have the scam. And that's all in the things that we're talking about.

But think of this: If you don't do that, that means you will have a President of the United States for four years, with his wonderful son. You will have a President who lost all of these states. Or you will have a President, to put it another way, who was voted on by a bunch of stupid people who lost all of these states. You will have an illegitimate President. That's what you'll have. And we can't let that happen.

These are the facts that you won't hear from the fake news media. It's all part of the suppression effort. They don't want to talk about it. They don't want to talk about it.

In fact, when I started talking about that, I guarantee you, a lot of the television sets and a lot of those cameras went off. And that's a lot of cameras back there. But a lot of them went off.

But these are the things you don't hear about. You don't hear it those — what you just heard. And I'm going to go over a few more states. But you don't hear it by the people who want to deceive you and demoralize you and control you, big tech, media, just like the suppression polls that said we're "going to lose Wisconsin by 17 points." Well, we won Wisconsin. They don't have it that way, because they lost just by a little sliver. But they had me down the day before, Washington Post-ABC poll down 17 points. I called up a real pollster; I said, "What is that?" "Sir, that's called a suppression poll. I think you're going to win Wisconsin, sir." I said, "But why don't they make it four or five points?" Because then people vote. But when you down 17, they say, "Hey, I'm not going to waste my time. I love the President but there's no way." Despite that, despite that, we won Wisconsin. It's going to see — I mean, you'll see.

But that's called suppression because a lot of people, when they see that. It's very interesting: This pollster said, "Sir, if you're down three, four, five, people vote. When you go down 17, they say, 'Let's save -- let's go and have dinner and let's watch the presidential defeat tonight on television, darling.'"

16

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

And just like the radical left tries to blacklist you on social media, every time I put out a tweet, that's — even if it's totally correct, totally correct — I get a flag. I get a flag. And they also don't let you get out. You know, on Twitter, it's very hard to come onto my account. It's very hard to get out a message. They don't let the message get out nearly like they should. But I've had many people say, "I can't get on your Twitter." I don't care about Twitter. Twitter is bad news. They're all bad news. But you know what? If you want to, if you want to get out a message, and if you want to go through big-tech social media, they are really — if you're a conservative, if you're Republican, if you have a big voice — I guess they call it "shadow ban." Right? Shadow ban. They shadow-ban you. And it should be illegal.

I've been telling these Republicans, "Get rid of Section 230." And for some reason, Mitch and the group, they don't want to put it in there. And they don't realize that that's going to be the end of the Republican Party as we know it. But it's never going to be the end of us. Never. Let them get out. Let, let the weak ones get out. This is a time for strength.

They also want to indoctrinate your children in school by teaching them things that aren't so. They want to indoctrinate your children. It's all part of the comprehensive assault on our democracy, and the American people are finally standing up and saying "no." This crowd is, again, a testament to it. I did no advertising. I did nothing.

You do have some groups that are big supporters. I want to thank that, Amy and everybody. We have some incredible supporters. Incredible. But we didn't do anything. This just happened.

Two months ago, we had a massive crowd come down to Washington. I said, "What are they there for?" "Sir, they're there for you." We have nothing to do with it. These groups are for, they're forming all over the United States. And we got to remember: In a year from now, you're going to start working on Congress. And we got to get rid of the weak Congress people, the ones that aren't any good, the Liz Cheneys of the world. We got to get rid of them. We got to get rid.

You know, she never wants a soldier brought home. Twenty, I brought a lot of our soldiers home. I don't know. Some might like it. They're in countries that nobody even knows the name; nobody knows where they are. They're dying. They're great, but they're dying. They're losing their arms, their legs, their face. I brought

17

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

them back home, largely, back home — Afghanistan, Iraq. Remember I used to say in the old days, "Don't go in Iraq, but if you go in, keep the oil." We didn't keep the oil. So stupid. So stupid, these people.

And Iraq has billions and billions of dollars now in the bank. And what did we do? We get nothing. We never get. But we do, actually. We kept the oil here. We, we did good. We got rid of the ISIS caliphate. We got rid of plenty of different things that everybody knows. And the rebuilding of our military in three years, people said it couldn't be done. And it was all made in the USA. All made in the USA. Best equipment in the world.

In Wisconsin, corrupt Democrat-run cities deployed more than 500 illegal, unmanned, unsecured drop boxes, which collected a minimum of 91,000 unlawful votes. It was razor thin — the loss. This one thing alone is much more than we would need, but there are many things.

They have these lock boxes, and, you know, they'd pick them up and they'd disappear for two days. People would say, "Where's that box? They've disappeared." Nobody even knew where the hell it was.

In addition, over 170,000 absentee votes were counted in Wisconsin without a valid absentee ballot application. So they had a vote, but they had no application, and that's illegal in Wisconsin — meaning those votes were blatantly done in opposition to state law. And they came 100 percent from Democrat areas such as Milwaukee and Madison. A hundred percent.

In Madison, 17,000 votes were deposited in so-called "human drop boxes." you know what that is, right? Where operatives stuffed thousands of unsecured ballots into duffel bags on park benches across the city, in complete defiance of cease-and-desist letters from state legislature. Your state legislature said, "Don't do it." They're the only ones that could approve it. They gave tens of thousands of votes. They came in in duffel bags. Where the hell did they come from?

According to eyewitness testimony, Postal Service workers in Wisconsin were also instructed to illegally backdate approximately 100,000 ballots. The margin of difference in Wisconsin was less than 20,000 votes. Each one of these things alone wins us the state. Great state. We love the state. We won the state.

18

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

In Georgia, your secretary of state, who I can't believe this guy is a Republi, he loves recording telephone conversations. You know, that was a — I thought it was a great conversation, personally. So did a lot of other, people loved that conversation because it says what's going on. These people are crooked. They're 100 percent, in my opinion, one of the most corrupt between your governor and your secretary of state. And now you have it again last night. Just take a look at what happened. What a mess.

And the Democrat Party operatives entered into an illegal and unconstitution, unconstitutional settlement agreement that drastically weakened signature verification and other election security procedures. Stacey Abrams — she took them to lunch. And I beat her, two years ago, with a bad candidate — Brian Kemp. But they took, the Democrats took the Republicans to lunch, because the secretary of state had no clue what the hell was happening, unless he did have a clue. That's interesting. Maybe he was with the other side.

But we've been trying to get verifications of signatures in Fulton County. They won't let us do it. The only reason they won't is because we'll find things in the hundreds of thousands. Why wouldn't they let us verify signatures in Fulton County, which is known for being very corrupt? They won't do it. They go to some other county, where you would live. I said, "That's not the problem. The problem is Fulton County, home of Stacey Abrams." She did a good job. I congratulate her. But it was done in such a way that we can't let this stuff happen. We won't have a country if it happens.

As a result, Georgia's absensee [sic] ballot rejection rate was more than 10 times lower than previous levels because the criteria was so off. Forty-eight counties in Georgia, with thousands and thousands of votes, rejected zero ballots. There wasn't one ballot. In other words, in a year in which more mail-in ballots were sent than ever before and more people were voting by mail for the first time, the rejection rate was drastically lower than it had ever been before. The only way this can be explained is if tens of thousands of illegitimate votes were added to the tally. That's the only way you could explain it. By the way, you're talking about tens of thousands.

If Georgia had merely rejected the same number of unlawful ballots as in other years, there should have been approximately 45,000 ballots rejected, far more than what we needed to win — just over 11,000. They should find those votes. They

19

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

should absolutely find that. Just over 11,000 votes — that's all we need. They defrauded us out of a win in Georgia, and we're not going to forget it.

There's only one reason the Democrats could possibly want to eliminate signature matching, oppose voter ID, and stop citizenship confirmation. "Are you a citizenship?" You're not allowed to ask that question because they want to steal the election. The radical left knows exactly what they're doing. They're ruthless, and it's time that somebody did something about it.

And, Mike Pence, I hope you're gonna to stand up for the good of our Constitution and for the good of our country. And if you're not, I'm gonna to be very disappointed in you, I will tell you right now. I'm not hearing good stories.

In Fulton County, Republican poll watchers were rejected, in some cases, physically from the room under the false pretense of a pipe burst. "Water main burst. Everybody, leave." Which we now know was a total lie.

Then election officials pulled boxes — Democrats — and suitcases of ballots out from under a table. You all saw it on television — totally fraudulent — and illegally scanned them for nearly two hours totally unsupervised. Tens of thousands of votes. This act coincided with a mysterious vote dump of up to 100,000 votes for Joe Biden, almost none for Trump. Oh, that sounds fair. That was at 1:34 a.m.

The Georgia secretary of state and pathetic governor of Georgia have re — although he says I'm a great President. You know, I, I, sort of, maybe have to change. He said the other day, "Yes, I know. I disagree with the President, but he's been a great President." Oh, good, thank you. Thank you very much.

Because of him and others, yeah, Brian Kemp; vote him the hell out of office, please. Boy, his rates are so low. You know, his approval rating now — I think it just reached a record low.

They rejected five separate appeals for an independent and comprehensive audit of signatures in Fulton County. Even without an audit, the number of fraudulent ballots that we've identified across the state is staggering. Over 10,300 ballots in Georgia were cast by individuals whose names and dates of birth match Georgia residents who died in 2020 and prior to the election.

20

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

Over 10,300 ballots in Georgia were cast by individuals whose names and dates of birth match Georgia residents who died in 2020 and prior to the election.

More than 2,500 ballots were cast by individuals whose names and dates of birth match incarcerated felons in Georgia prison — people who are not allowed to vote. More than 4,500 illegal ballots were cast by individuals who do not appear on the state's own voter rolls. Over 18,000 illegal ballots were cast by individuals who registered to vote using an address listed as "vacant," according to the Postal Service. At least 88,000 ballots in Georgia were cast by people whose registrations were illegally backdated. 66,000 votes — each one of these is far more than we need — 66,000 votes in Georgia were cast by individuals under the legal voting age, and at least 15,000 ballots were cast by individuals who moved out of the state prior to November 3rd election. They say they moved right back. They moved right back. Oh, they moved out; they move right back. Okay. They missed Georgia that much. I do. I love Georgia. But it's a corrupt system.

Despite all of this, the margin in Georgia is only 11,779 votes. Each and every one of these issues is enough to give us a victory in Georgia — a big, beautiful victory.

Make no mistake: This election was stolen from you, from me, and from the country. And not a single swing state has conducted a comprehensive audit to remove the illegal ballots. This should absolutely occur in every single contested state before the election is certified.

In the state of Arizona, over 36,000 ballots were illegally cast by non-citizens. Two thousand ballots were returned with no address. More than 22,000 ballots were returned before they were ever supposedly mailed out. "They returned, but we haven't mailed them yet." 11,600 more ballots and votes were counted, more than there were actual voters. You see that? So you have more votes, again, than you have voters.

One hundred and fifty thousand people registered in Mayacopa [sic] County after the registration deadline. A hundred and three thousand ballots in the county were sent for electronic adjudication with no Republican observers.

In Clark County, Nevada, the accuracy settings on signature verification machines were purposely lowered before they were used to count over 130,000 ballots. If you signed your name as "Santa Claus," it would go through. There were also more than 42,000 double votes in Nevada. Over 150,000 people were hurt so badly by

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

what took place. And 1,500 ballots were cast by individuals whose names and dates of birth match Nevada residents who died in 2020, prior to November 3rd election. More than 8,000 votes were cast by individuals who had no address and probably didn't live there. The margin in Nevada is down at a very low number. Any of these things would have taken care of the situation. We would have won Nevada also. Every one of these we're going over we win.

In Michigan, quickly the secretary of state, a real great one, flooded the state with unsolicited mail-in ballot applications sent to every person on the rolls in direct violation of state law. More than 17,000 Michigan ballots were cast by individuals whose names and dates of birth match people who were deceased.

In Wayne County — that's a great one, that's Detroit — 174,000 ballots were counted without being tied to an actual registered voter. Nobody knows where they came from. Also, in Wayne County, poll watchers observed canvassers rescanning batches of ballots over and over again — up to three or four or five times.

In Detroit, turnout was 139 percent of registered voters. Think of that. So you had a 139 percent of the people in Detroit voting. This is in Michigan, Detroit, Michigan. A career employee of the Detroit, City of Detroit testified, under penalty of perjury, that she witnessed city workers coaching voters to vote straight Democrat while accompanying them to watch who they voted for. When a Republican came in, they wouldn't talk to them. The same worker was instructed not to ask for any voter ID and not to attempt to validate any signatures if they were Democrats.

She also told to illegally — and was told backdate ballots received after the deadline and reports that thousands and thousands of ballots were improperly backdated. That's Michigan. Four witnesses have testified, under penalty of perjury, that after officials in Detroit announced the last votes had been counted, tens of thousands of additional ballots arrived without required envelopes. Every single one was for a Democrat. I got no votes.

At 6:31 a.m. in the early morning hours after voting had ended, Michigan suddenly reported 147,000 votes. An astounding 94 percent went to Joe Biden, who campaigned brilliantly from his basement. Only a couple of percentage points went to Trump. Such gigantic and one-sided vote dumps were only observed in a few swing states, and they were observed in the states where it was necessary.

22

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

You know what's interesting? President Obama beat Biden in every state other than the swing states, where Biden killed him. But the swing states were the ones that mattered. They were always just enough to push Joe Biden barely into the lead. We were ahead by a lot, and within the number of hours, we were losing by a little.

In addition, there is the highly troubling matter of Dominion Voting Systems. In one Michigan County alone, 6,000 votes were switched from Trump to Biden. And the same systems are used in the majority of states in our country. Senator William Ligon, a great gentleman, chairman of Georgia's Senate Judiciary Subcommittee, Senator Ligon, highly respected, on Elections, has written a letter describing his concerns with Dominion in Georgia.

He wrote, and I quote, "The Dominion voting machines employed in Fulton County had an astronomical and astounding 93.67 percent error rate." That's only wrong 93 percent of the time. "In the scanning of ballots requiring a review panel to 'adjudicate' or 'determine' the voter's" interest "in over 106,000 ballots out of a total" of 113,000. Think of it, you go in and you vote, and then they tell people who you're supposed to be voting for. They make up whatever they want. Nobody has ever even heard of — they adjudicate your vote. They say, "Well we don't think Trump wants to vote for Trump. We think he wants to vote for Biden. Put it down for Biden."

"The national average for such an error rate is far less than 1 percent." And yet, you're at 93 percent. "The source of this astronomical error rate must be identified to determine if these machines were set up or" destroyed "to allow for a third party to disregard the actual ballot cast by the registered voter."

The letter continues, "There is clear evidence that tens of thousands of votes were switched from President Trump to former Vice President Biden in several counties in Georgia. For example, in Bibb County, President Trump was reported to have 29,391 votes at 9:11 pm Eastern time while simultaneously, Vice-President Joe Biden was reported to have 17,213 minutes later" — just minutes — "at the next update, these vote numbers switched with President Trump" — going way down to 17,000 and Biden going way up to 29,391. And that was very quick. "A 12,173 vote switch Mr. Biden's favor."

So, I mean, I could go on and on about this fraud that took place in every state. And all of these legislatures want this back. I don't want to do it to you because I love you and it's freezing out here but I could just go forever. I could tell you this.

23

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

AUD:   We love you!  We love you!  We love you!

DT:    So, when you hear, when you hear, "While there is no evidence to prove any
       wrongdoing," this is the most fraudulent thing anybody — this is a criminal
       enterprise.  This is a criminal enterprise.  And the press will say, and I'm sure they
       won't put any of that on there because that's no good.  And do you ever see, "While
       there is no evidence to back President Trump's assertion." I could go on for another
       hour reading this stuff to you and telling you about it.  There's never been anything
       like it.

       Think about it, Detroit had more votes than it had voters.  Pennsylvania had 205,000
       more votes than it had more — but you don't have to go any, that's, between that
       — I think that's almost better than dead people, if you think.  Right?  More votes
       than they had voters.  And many other states also.

       It's a disgrace that the United States of America, tens of millions of people are
       allowed to go vote without so much as even showing identification.  In no state is
       there any question or effort made to verify the identity, citizenship, residency, or
       eligibility of the votes cast.  The Republicans have to get tougher.  You're not going
       to have a Republican Party if you don't get tougher.  They want to play so straight.
       They want to play so, "Sir, yes, the United States, the Constitution doesn't allow
       me to send them back to their states."  Well, I'd say, "Yes, it does, because the
       Constitution says you have to protect our country, and you have to protect our
       Constitution."  And you can't vote on fraud.  And fraud breaks up everything,
       doesn't it?  When you catch somebody in a fraud, you're allowed to go by very
       different rules.

       So I hope Mike has the courage to do what he has to do.  And I hope he doesn't
       listen to the RINOs and the stupid people that he's listening to.

       It is also widely understood that the voter rolls are crammed full of non-citizens,
       felons, and people who have moved out of state and individuals who are otherwise
       ineligible to vote.  Yet, Democrats oppose every effort to clean up their voter rolls.
       They don't want to clean them up.  They are loaded.

       And how many people here know other people that, when the hundreds of
       thousands and then millions of ballots got sent out, got three, four, five, six, and I

24

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

heard one who got seven ballots. And then they say, "You didn't quite make it, sir." We won — we won in a landslide. This was a landslide.

They said, "It's not American to challenge the election." This is the most corrupt election in the history, maybe of the world. You know, you could go third-world countries, but I don't think they had hundreds of thousands of votes and they don't have voters for them. I mean, no matter where you go, nobody would think this.

In fact, it's so egregious, it's so bad that a lot of people don't even believe it. It's so crazy that people don't even believe it. It can't be true. So they don't believe it.

This is not just a matter of domestic politics. This is a matter of national security. So today, in addition to challenging the certification of the election, I'm calling on Congress and the state legislators to quickly pass sweeping election reforms. And you better do it before we have no country left.

Today is not the end. It's just the beginning. With your help, over the last four years, we built the greatest political movement in the history of our country and nobody even challenges that. I say that over and over and I never get challenged by the fake news, and they challenge almost everything we say.

But our fight against the big donors, big media, big tech, and others is just getting started. This is the greatest in history. There's never been a movement like that. You look back. They're all the way to the Washington Monument. It's hard to believe.

We must stop the steal and then we must ensure that such outrageous election fraud never happens again. It can never be allowed to happen again. But we're going forward. We'll take care of going forward. We got to take care of going back. Don't let them talk, "Okay, well, we promise." I've had a lot of people, "Sir, you're at 96 percent for four years." I said, "I'm not interested right now. I'm interested in, right there."

With your help, we will finally pass powerful requirements for voter ID. You need an ID to cash a check. You need an ID to go to a bank, to buy alcohol, to drive a car. Every person should need to show an ID in order to cast your most important thing: a vote.

25

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

We will also require proof of American citizenship in order to vote in American elections. We just had a good victory in court on that one, actually. We will ban ballot harvesting and prohibit the use of unsecured drop boxes to commit rampant fraud. These drop boxes are fraudulent. They're frau, they get disa, they disappear. And then all of a sudden, they show up. It's fraudulent.

We will stop the practice of universal unsolicited mail-in balloting. We will clean up the voter rolls and ensure that every single person who casts a vote is a citizen of our country, a resident of the state in which they vote, and their vote is cast in a lawful and honest manner.

We will restore the vital civic tradition of in-person voting on Election Day so that voters can be fully informed when they make their choice.

We will finally hold big tech accountable. And if these people had courage and guts, they would get rid of Section 230 — something that no other company, no other person in America in the world has. All of these tech monopolies are going to abuse their power and interfere in our elections, and it has to be stopped. And the Republicans have to get a lot tougher and so should the Democrats. They should be regulated, investigated, and brought to justice under the fullest extent of the law. They're totally breaking the law.

Together, we will drain the Washington swamp and we will clean up the corruption in our nation's capital. We have done a big job on it. But you think it's easy? It's a dirty business. It's a dirty business. You have a lot of bad people out there.

Despite everything we've been through, looking out all over this country and seeing fantastic crowds — although this, I think, is our all-time record. I think you have 250,000 people — 250,000. Looking out at all the amazing patriots here today, I have never been more confident in our nation's future.

Well, I have to say, we have to be a little bit careful. That's a nice statement, but we have to be a little careful with that statement. If we allow this group of people to illegally take over a country — because it's illegal when the votes are illegal, when the way they got there is illegal, when the states that vote are given false and fraudulent information. We are the greatest country on Earth. And we are headed and were headed in the right direction.

26

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

You know the wall is built. We're doing record numbers at the wall. Now they want to take down the wall. "Let's let everyone flow in. Let's let everybody flow in." We did a great job on the wall. Remember the wall? They said it could never be done — one of the largest infrastructure projects we've ever had in this country, and it's had a tremendous impact. And we got rid of catch-and-release. We got rid of all of the stuff that we had to live with.

But now the caravans — they think Biden is getting in. The caravans are forming again. They want to come in again and rip off our country. Can't let it happen.

As this enormous crowd shows, we have truth and justice on our side. We have a deep and enduring love for America in our hearts. We love our country. We have overwhelming pride in this great country and we have it deep in our souls.

Together, we are determined to defend and preserve government of the people, by the people, and for the people. Our brightest days are before us. Our greatest achievements still wait. I think one of our great achievements will be election security. Because nobody until I came along had any idea how corrupt our elections were.

And again, most people would stand there at nine o'clock in the evening and say, "I want to thank you very much." And they go off to some other life. But I said, "Something is wrong here. Something is really wrong. Can't have happened." And we fight. We fight like hell. And if you don't fight like hell, you're not going to have a country anymore.

Our exciting adventures and boldest endeavors have not yet begun. My fellow Americans, for our movement, for our children, and for our beloved country — and I say this despite all that's happened — the best is yet to come.

So we're going to — we're going to walk down Pennsylvania Avenue — I love Pennsylvania — and we're going to the Capitol. And we're going to try and give — the Democrats are hopeless; they're never voting for anything, not even one vote.

But we're going to try and give our Republicans — the weak ones, because the strong ones don't need any of our help — we're going to try and give them the kind of pride and boldness that they need to take back our country.

27

UNCLASSIFIED

Docket Number: 23-cr-00257-TSC
Bates Number: SCO-04949418
Recording Name: Ellipse Rally

So, let's walk down Pennsylvania Avenue.  I want to thank you all.  God bless you.
And God bless America.  Thank you all for being here.  This is incredible.  Thank
you very much.  Thank you.

[Ending Timecode: ]

# SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

**Transcript: President Trump's Call with Sec. of State** ████████
**January 2, 2021**

████████: Okay. Alright. So ev—Mr. President, everybody is on the line. And just so, this is ████████, the chief of staff. Just so we all are aware. On the line is secretary of state and two other individuals, ████ and ████████ with him. You also have the attorneys that represent the president, ████ and ████ and ████████ who is not the attorney of record but has been involved—myself and then the president. So Mr. President, I'll turn it over to you.

**Trump:** Okay, thank you very much. Hello ████ and ████ and everybody. We appreciate the time and the call. So we've spent a lot of time on this, and if we could just go over some of the numbers, I think it's pretty clear that we won. We won very substantially, uh, Georgia. You even see it by rally size, frankly. We'd be getting 25-30,000 people a rally, and the competition would get less than 100 people. And it never made sense.

But we have a number of things. We have at least 2 or 3 — anywhere from 250 to 300,000 ballots were dropped mysteriously into the rolls. Much of that had to do with Fulton County, which hasn't been checked. We think that if you check the signatures—a real check of the signatures going back in Fulton County—you'll find at least a couple of hundred thousand of forged signatures of people with, that, who have been forged. And we are quite sure that's going to happen.

Another, another tremendous number. We're going to have an accurate number over the next two days with certified accountants. But an accurate number will be given, but it's, it's in the 50s of thousands, and that's people that went to vote and they were told they can't vote because they've already been voted for. And it's a very sad thing. They walked out complaining. But the, the number's large. We'll have it for you. But it's ver—it's much more than the number of 11,779 that's—the current margin is only 11,779. ████ I think you agree with that, right? That's something I think everyone—at least that's a number that everyone agrees on.

But that's the difference in the votes. But we've had hundreds of thousands of ballots that we're, we're able to actually—we'll get you a pretty accurate number. You don't need much of a number because the number that in theory I lost by, the margin would be 11,779. But you also have substantial numbers of people, thousands and thousands, who went to the voting place on November 3, were told they couldn't vote, were told they couldn't vote because a ballot had been put in on their name. And you know that's very, very, very, very sad.

We had, um, I believe it's about 4,502 voters who voted but who weren't on the voter registration list, so it's five thou—4,502 who voted, but they were not on the voter registration roll, which they had to be. You had 18,325 vacant address voters. They had no, the address was vacant, and they're not allowed to be counted. That's 18,325.

1

Smaller number — you had 904 who only voted where they had just a P.O.—a post office box number—and they had a post office box number, and that's not allowed. We had at least 18,000 —that's on tape, we had 'em counted very painstakingly—18,000 voters having to do with ████ That's, she's a vote scammer, a professional vote scammer and hustler, ████████ That is, uh, that was the tape that's been shown all over the world that makes everybody look bad, you, me and everybody else.

Where they got—number one they said, they said very clearly and it's been reported that they said there was a major water main break. Everybody fled the area. And then they came back, ████████ and her daughter and a few people. There were no Republican poll watchers. Actually, there were no Democrat poll watchers, I guess they were them. But there were no Democrats, either, and there was no law enforcement. Late in the morning they went, early in the morning, they went to the table with the black robe and the black shield, and they pulled out the votes. Those votes were put there a number of hours before—the table was put there—I think it was, ████ you would know, it was probably eight hours or seven hours before, and then it was stuffed with votes.

They weren't in an official voter box; they were in what looked to be suitcases or trunks, suitcases, but they weren't in, in voter boxes. The minimum number it could be, because we watched it, and they watched it certified in slow motion instant replay if you can believe it, but slow motion, and it was magnified many times over, and the minimum it was 18,000 ballots, all for Biden.

You had out-of-state voters. They voted in Georgia, but they were from out of state, of 4,925. You had absentee ballots sent to vacant, they were absentee ballots sent to vacant addresses. They had nothing on 'em about addresses, that's 2,326.

And you had dropboxes, which was very bad. You had dropboxes that were picked up. We have photographs, and we have affidavits from many people.

I don't know if you saw the hearings, but you have dropboxes where the box was picked up but not delivered for three days. So all sorts of things could have happened to that box, including, you know, putting in the votes that you wanted. So there were many infractions, and the bottom line is, many, many times the 11,779 margin that they said we lost by—we had vast, I mean the state is in turmoil over this.

And I know you would like to get to the bottom of it, although I saw you on television today, and you said that you found nothing wrong. I mean, you know, and I didn't lose the state, ████ People have been saying that it was the highest vote ever. There was no way. A lot of the, the political people said that there's no way they beat me. And they beat me. They beat me in the . . . As you know, every single state, we won every state. We won every statehouse in the country. We held the Senate, which is shocking to people, although we'll see what happens tomorrow or in a few days.

2

And we won the House, but we won every single statehouse, and we won Congress, which was supposed to lose 15 seats, and they gained, I think 16 or 17 or something. I think there's now a difference of five. There was supposed to be a difference substantially more. But politicians in every state, but politicians in Georgia have given affidavits and are going to that, that there was no way they beat me in the, in the election, that the people came out, in fact, they were expecting to lose, and then they ended up winning by a lot because of the coattails. And they said there's no way, that they've done many polls prior to the election, that there was no way that they won. Ballots were dropped in massive numbers. And we're trying to get to those numbers and we will have them. They'll take a period of time. Certified. But, but, but they're massive numbers. And far greater than the 11,779.

The other thing, dead people. So dead people voted, and I think the number is in the pro—close to 5,000 people. And they went to obituaries. They went to all sorts of methods to come up with an accurate number, and a minimum is close to about 5,000 voters.

The bottom line is, when you add it all up and then you start adding, you know, 300,000 fake ballots. Then the other thing they said is in Fulton County and other areas—and this may or may not be true—this just came up this morning, that they are burning their ballots, that they are shredding, shredding ballots and removing equipment. They're changing the equipment on the, on the Dominion machines and, you know, that's not legal. And they supposedly shredded, I think they said 300 pounds of, 3,000 pounds of ballots. And that just came to us as a report today. And, you know, it's a very sad situation.

But ▇▇▇ if you took the minimum numbers where, where many, many times above the 11,779, and many of those numbers are certified, or they will be certified, but they are certified. Or those are numbers that are there, that exist. And that, that beat the margin, the margin of loss, they beat it, I mean, by a lot, and people should be happy to have an accurate count instead of an election where there's turmoil.

I mean there's turmoil in Georgia and other places. You're not the only one, I mean, we have other states that I believe will be flipping to us very shortly. And uh, but this is, this is something that — you know, as an example, I think it in Detroit, and I think there's a section, a good section of your state actually, which we're not sure so we're not going to report it yet. But in Detroit, we had, I think it was, 139 percent of the people voted. That's not too good.

In Pennsylvania, they had well over 200,000 more votes than they had people voting. And that doesn't play too well, and the legislature there is, which is Republican, is extremely activist and angry. I mean, there were other things also that were almost as bad as that. But, but, they had as an example, in Michigan, a tremendous number of dead people that voted. I think it was, I think, ▇▇▇ it was 18,000. Some, some unbelievably high number, much higher than yours, you were, you were in the 4-5,000 category.

3

And that was checked out laboriously by going through, birth cer—by going through the obituary columns in the newspapers.

So I guess with all of it being said, ▇▇▇ it's, the bottom line—provisional ballots, again, you know, you'll have to tell me about the provisional ballots, but we have a lot of people that were complaining that they weren't able to vote because they were already voted for. These are great people.

And, you know, they were shellshocked. I don't know if you call that provisional ballots. In some states, we had a lot of provisional ballot situations where people were given a provisional ballot because when they walked in on November 3 they were already voting for—voted for. So that's it. I mean, we have many, many times the number of votes necessary to win the state. And we won the state, and we won it very substantially and easily, and we're getting, we have, much of this is a very, you know, they're certified, far more certified than we need. But we're getting additional numbers certified, too. And we're getting pictures of dropboxes being delivered and delivered late. Delivered three days later, in some cases, plus we have many affidavits to that effect.

▇▇▇: So, Mr. President, if I might be able to jump in, and I'll give ▇▇▇ a chance. Mr. Secretary, one of—obviously there is, there are allegations where we believe that not every vote or fair vote and legal vote was, was counted, and that's at odds with the representation from the secretary of state's office.

What I'm hopeful for is is there some way that we can, we can find some kind of an agreement to look at this a little bit more fully? You know the president mentioned Fulton County. But in some of these areas where there seems to be a difference of where the facts seem to lead, and so Mr. Secretary, I was hopeful that, you know, in the spirit of cooperation and compromise, is there, there something that we can at least have a discussion to look at some of these allegations to find a path forward that's less litigious?

▇▇▇ Well, I listened to what the president has just said. President Trump, we've had several lawsuits, and we've had to respond in court to the lawsuits and the contentions. We don't agree that you have won. And we don't — I didn't agree about the 200,000 number that you'd mentioned, and I can  go through that point by point.

What we have done is we gave our state Senate about one and a half hours of, of our time going through the election issue by issue and then on the state House, the government affairs committee, we gave them about two and a half hours of our time, going back point by point on all the issues of contention. And then just a few days ago, we met with our U.S. congressmen, Republican congressmen, and we gave them about two hours of our time talking about this past election. Going back, primarily what you're—you've talked about here focused in on primarily, I believe, is the absentee ballot process. I don't believe that you're really questioning the Dominion machines. Because we did a hand re-tally, a 100 percent re-tally of all the ballots, and compared them to what the machines said and came up with virtually the same result. Then we

4

did the recount, and we got virtually the same result. So I guess we can probably take that off the table.

I don't think there's an issue about that, um, I think—

**Trump:** Well, █████████ not that there's not an issue, but, 'cause we have a big issue with Dominion in other states and perhaps in yours. But we haven't felt we needed to go there. And just to, you know, maybe put a little different spin on what ████ is saying, █████████ yeah, we'd like to go further, but we don't really need to. We have all the votes we need.

You know, we won the state. If you took, these are the most minimal numbers, the numbers that I gave you, those are numbers that are certified, your absentee ballots sent to vacant addresses, your out-of-state voters, 4,925. You know when you add 'em up, it's many more times, it's many times the 11,779 number. So we could go through, we have not gone through your Dominion. So we can't give them blessing. I mean, in other states, we think we found tremendous corruption with Dominion machines, but we'll have to see.

But, but we only lost the state by eleven thou—that number, 11,000 votes, and 779. So with that being said, with just what we have, and, you know, just what we have, we're giving you minimal, minimal numbers. We're doing the most conservative numbers possible; we're many times, many, many times above the, the margin. And so we don't really have to, ████ I don't think we have to go through . . .

████████: Right, right…

**Trump:** Because, because what's the difference between winning the election by two votes and winning it by a half a million votes. I think I probably did win it by half a million. You know, one of the things that happened, ████ is we have other people coming in now from Alabama and from South Carolina and from other states, and they're saying it's impossible for you to have lost Georgia. We won. You know in Alabama, we set a record, got the highest vote ever. In Georgia, we set a record with a massive amount of votes. And they say it's not possible to have lost Georgia.

And I could tell you by our rallies. I could tell you by the rally I'm having on Monday night, the place, they already have lines of people standing out front waiting. It's just not possible to have lost Georgia. It's not possible. When I heard it was close, I said there's no way. But they dropped a lot of votes in there late at night. You know that, ████ And that's what we are working on very, very stringently. But regardless of those votes, with all of it being said, we lost by essentially 11,000 votes, and we have many more votes already calculated and certified, too. So I just don't know, you know, ████ I don't know what's the purpose. I won't give Dominion a pass because we found too many bad things. But we don't need Dominion or anything else. We have, we have won this election in Georgia based on all of this. And there's nothing wrong with saying that, ████ You know, I mean, having the correct—the people of Georgia are angry. And these numbers are going to be repeated on Monday night. Along with others that we're going to

have by that time, which are much more substantial even. And the people of Georgia are angry, the people of the country are angry. And there's nothing wrong with saying that, you know, that you've recalculated. Because the 2,236 in absentee ballots. I mean, they're all exact numbers that were, were, done by accounting firms, law firms, etc. And even if you cut 'em in half, cut 'em in half and cut 'em in half again, it's more votes than we need.

▮▮▮▮▮▮▮▮▮▮ Well, Mr. President, the challenge that you have is the data you have is wrong. We talked to the congressmen, and they were surprised. But they — I guess there was a person named ▮▮▮▮▮▮ that came to these meetings and presented data, and he said that there was dead people, I believe it was upward of 5,000. The actual number were two. Two. Two people that were dead that voted. And so that's wrong, that was two.

**Trump:** Well, ▮▮▮▮ how do you respond to that? I mean, you tell me.

▮▮▮▮▮▮ Well, I would say, Mr. Secretary, one of the things that we have requested and we didn't—what we said was, and if you look, if you read our petition, it said that we took the names and birth years, and we had certain information available to us. We have asked from your office for records that only you have, and so we said there is a universe of people who have the same name and same birth year and died.

But we don't have the records that you have. And one of the things that we have been suggesting formally and informally for weeks now *is to try*—is for you to make available to us the records that would be necessary—

**Trump:** But, but, ▮▮▮▮ even before you do that, ▮▮▮▮ even before you do that, and not even including that, that's why I hardly even included that number, although in one state, we have a tremendous amount of dead people, so I don't know—I'm sure we do in Georgia, too. I'm sure we do in Georgia, too. But um, is that, we're so far ahead. We're so far ahead of these numbers, even the phony ballots of ▮▮▮▮▮▮ known scammer. You know the internet? You know what was trending on the internet? "Where's ▮▮▮ Because they thought she'd be in jail. "Where's ▮▮▮ It's crazy, it's crazy. That was. The minimum number is 18,000 for ▮▮▮ but they think it's probably about 56,000, but the minimum number is 18,000 on the ▮▮▮▮▮ night where she ran back in there when everybody was gone and stuffed, she stuffed the ballot boxes. Let's face it, ▮▮▮ I mean. They did it in slow motion replay magnified, right? She stuffed the ballot boxes. They were stuffed like nobody has ever seen 'em stuffed before.

So there's a term for it when it's a machine instead of a ballot box, but she stuffed the machine. She stuffed the ballot. Each ballot went three times, they were showing: Here's ballot No 1. Here it is a second time, third time, next ballot.

I mean, look. ▮▮▮ We have a new tape that we're going to release. It's devastating. And by the way, that one event, that one event is much more than the 11,000 votes that we're talking about. It's, you know, that one event was a, a disaster. And it's just, you know, but it was, it was

6

something that, it can't be disputed. And again, we have a version that you haven't seen, but it's, it's, it's magnified. It's magnified, and you can see everything. For some reason, they put it in three times, each ballot, and I don't know why. But I don't know why three times. Why not five times, right? Yeah, go ahead.

██████████ You're talking about the State Farm video. And I think it's extremely unfortunate that ████████ or his people, they sliced and diced that video and took it out of context. So the next day, we brought in WSB-TV, and we let them show, see the full run of tape, and what you'll see, the events that transpired are nowhere near what was projected by, you know —

**Trump:** But where were the poll watchers, ████ There were no poll watchers there. There were no Democrats or Republicans. There was no security there.

It was late in the evening, late in the, early in the morning, and there was nobody else in the room. Where were the poll watchers, and why did they say a water main broke, which they did and which is reported in the newspapers? They said they left. They ran out because of a water main break, and there was no water main. There was nothing. There was no break. There was no water main break. But we're, if you, if you take out everything, where were the Republican poll watchers, even where were the Democrat poll watchers, because there were none.
And then you say, well, they left their station, you know, if you look at the tape, and this was, this was reviewed by professional police and detectives and other people, when they left in a rush, everybody left in a rush 'cause of the water main, but everybody left in a rush. These people left their station.

When they came back, they didn't go to their station. They went to the apron, wrapped around the table, under which were thousands and thousands of ballots in a box that was not an official or a sealed box. And then they took those and they went back to a different station. So if they would have come back, they would have walked to their station, and they would have continued to work. But they couldn't do even that 'cause that's illegal, 'cause they had no Republican poll watchers. And remember, her reputation is, is, is deva— she's known all over the internet, ████ She's known all over. I'm telling you, "Where's ████ was one of the hot items on the inter— they knew her. "Where's ████ So ████ you know, there can be no justification for that. And I, you know, I give everybody the benefit of the doubt. But that was — and, and ████ why did they put the votes in three times? You know, they put 'em in three times.

██████████ Mr. President, they did not put that. We, we con—we did an audit of that, and we proved conclusively that they were not scanned three times.

**Trump:** Well, where was everybody else at that late time in the morning? Where was everybody? Where were the Republicans? Where were the security guards? Where were the people that were there just a little while before when everyone ran out of the room? How come, how come we had no security in the room? Why did they run to the bottom of the table? Why do

7

they run there and just open the skirt and rip out the uh, and rip out the votes? I mean, ██ And they were sitting there, I think for five hours or something like that, the votes. But they just all happened to run back and go, you know, ██

██ Yeah, Mr. President, we'll send you the link from WSB.

**Trump:** I don't care about a link. I don't need it. I have a much, ██ I have a much better link.

██ I will tell you. I've seen the tape. The full tape. So has ██. We've watched it. And what we saw and what we've confirmed in the timing is that they made everybody leave We have sworn affidavits saying that. And then they cont—they began to process ballots. And our estimate is that there were roughly 18,000 ballots. We don't know that. If you know that —

**Trump:** —it was 18,000 ballots, but they used each one three times.

██ Well, I don't know about that, but I know—

**Trump:** —well, I do, because we have, we had ours magnified out—

██ I've watched the entire tape.

**Trump:** — but, you know, nobody can make a case for that, ██ Nobody. I mean, look, that's, you'd have to be a child to think anything other than that. Just a child. I mean you have your never-Trumper U.S. attorney there —

██ —how many ballots, how many ballots, Mr. Secretary, are you saying were processed then?

██ We had GBI . . . investigate that.

██ We had our—this is ██ We had our law enforcement officers talk to everyone who was, who was there after that event came to light. GBI was with them as well as FBI agents.

**Trump:** Well, there's no way they could—then they're incompetent. They're either dishonest or incompetent, okay?

██ Well, what did they find?

**Trump:** There's only two answers, dishonesty or incompetence. There's just no way. Look. There's no way. And on the other thing, I said too, there is no way. I mean, there's no way that these things could have been, you know, you have all these different people that voted, but they don't live in Georgia anymore. What was that number, ██ It was a pretty good number, too.

8

███ The number who have registered out of state after they moved from Georgia, and so they had a date when they moved from Georgia, they registered to vote out of state, and then it's like 4,500, I don't have that number right in front of me.

**Trump:** And then they came back in, and they voted.

███ And voted. Yeah.

**Trump:** I thought that was a large number, though. It was in the 20s. And uh, you know, the point is…

███ We've been going through each of those as well, and those numbers that we got, that Ms. ███ was just saying, they're not accurate. Every one we've been through are people that lived in Georgia, moved to a different state, but then moved back to Georgia legitimately. And in many cases —

**Trump:** Really, how many people do that? They moved out, and then they said, "Ah, to hell with it, I'll move back." You know, it doesn't sound like a very normal . . . you mean, they moved out, and what, they missed it so much that they wanted to move back in? It's crazy.

███ This is…they moved back in years ago. This was not like something just before the election. So there's something about that data that, it's just not accurate.

**Trump:** Well, I don't know, I mean, all I know is that it is, it is certified. And they moved out of Georgia, and they voted. It didn't say they moved back in, ███ did it?

███ No, but I mean, we look—we're looking at the voter registration. Again, if you have additional records, we've been asking for that, but you haven't shared any of that with us. You just keep saying you've investigated the allegations.

**Trump:** ███ a lot of it you don't need to be shared. I mean, to be honest, they should share it. They should share it because you want to get to an honest election.

I won this election by hundreds of thousands of votes. There's no way I lost Georgia. There's no way. We won by hundreds of thousands of votes. I'm just going by small numbers, when you add them up, they're many times the 11,000. But I won that state by hundreds of thousands of votes.

Now, do you think it's possible that they shredded ballots in Fulton County? Because that's what the rumor is. And also that Dominion took out machines. That Dominion is really moving fast to get rid of their, uh, machinery.

Do you know anything about that? Because that's illegal.

9

█████    This is █████████    No, Dominion has not moved any machinery out of Fulton County.

**Trump:** No, but, but have they moved the inner parts of the machines and replaced them with other parts?

█████    No.

**Trump:** Are you sure, █████

█████    I'm sure. I'm sure, Mr. President.

**Trump:** What about, what about the ballots. The shredding of the ballots. Have they been shredding ballots?

█████    The only investigation that we have into that — they have not been shredding any ballots. There was an issue in Cobb County where they were doing normal, you know, office shredding, getting rid of old stuff, and we investigated that. But this stuff from, you know, from you know past elections.

**Trump:** It doesn't pass the smell test because we hear they're shredding thousands and thousands of ballots, and now what they're saying, "Oh, we're just cleaning up the office." You know, I don't think that plays...

█████    Mr. President, the problem you have with social media, they — people can say anything.

**Trump:** No, this isn't social media. This is Trump media. It's not social media. It's really not; it's not social media. I don't care about social media. I couldn't care less. Social media is Big Tech. Big Tech is on your side, you know. I don't even know why you have a side because you should want to have an accurate election. And you're a Republican.

█████    We believe that we do have an accurate election.

**Trump:** No, I, no you don't. No, no you don't. You don't have, you don't have. Not even close. You're off by hundreds of thousands of votes. And just on the small numbers, you're off on these numbers, and these numbers can't be just — well, why won't — Okay. So you sent us into Cobb County for signature verification, right? You sent us into Cobb County, which we didn't want to go into. And you said it would be open to the public. And we could have, so we had our experts there, they weren't allowed into the room. But we didn't want Cobb County. We wanted Fulton County. And you wouldn't give it to us. Now, why aren't we doing signature — and why can't it be open to the public? And why can't we have professionals do it instead of rank amateurs that will never find anything and don't want to find anything? They don't want to find,

10

you know they don't want to find anything. Someday you'll tell me the reason why, because I don't understand your reasoning, but someday you'll tell me the reason why. But why don't you want to find?

███████    Mr. President, we chose Cobb County —

**Trump:** Why don't you want to find . . . What?

███████    Sorry, go ahead.

**Trump:** So why did you do Cobb County? We didn't even request — we requested Fulton County, not Cobb County.[crosstalk] Go ahead, please. Go ahead.

███████    We chose Cobb County because that was the only county where there's been any evidence submitted that the signature verification was not properly done.

**Trump:** No, but I told you. But we're not, we're not saying that.

███████    We did say that.

**Trump:** Fulton County. Look. ███████ in my opinion, ███████ is as dishonest as they come. She has outplayed you . . . at every…everything. She got you to sign a totally unconstitutional agreement, which is a disastrous agreement. You can't check signatures. I can't imagine you're allowed to do harvesting, I guess, in that agreement. That agreement is a disaster for, for this country. But she got you somehow to sign that thing, and she is a, she's outsmarted you at every step.

And I hate to imagine what's going to happen on Monday or Tuesday, but it's very scary to people. You know, when the ballots flow in out of nowhere. It's very scary to people. That consent decree is a disaster. It's a disaster. A very good lawyer who examined it said they've never seen anything like it. And, uh…

███████    Harvesting is still illegal in the state of Georgia. And that settlement agreement did not change that one iota.

**Trump:** It's not a settlement agreement, it's a consent decree. It even says consent decree on it, doesn't it? It uses the term consent decree. It doesn't say settlement agreement. It's a consent decree. It's a disaster.

███████    It's a settlement agreement.

**Trump:** What's, what's written on top of it?

11

███████████ ████

████████ I don't, I don't have it in front of me, but it was not entered by the court, it's not a court order—

**Trump:** But ████ it's called a consent decree, is that right? On the paper. Is that right?

████████ I don't. I don't…I…I don't believe so, but I don't have it in front of me.

**Trump:** Okay, whatever, it's a disaster. It's a disaster. Look. Here's the problem. We can go through signature verification, and we'll find hundreds of thousands of signatures, if you let us do it. And the only way you can do it, as you know, is to go to the past. But you didn't do that in Cobb County. You just looked at one page compared to another. The only way you can do a signature verification is go from the one that signed it in twee—on November whatever. Recently. And compare it to two years ago, four years ago, six years ago, you know, or even one. And you'll find that you have many different signatures. But in, in uh, Fulton, where they dumped ballots, you will find that you have many that aren't even signed and you have many that are forgeries, kay, you know that. You know that. You have no doubt about that. And you will find you will be at 11,779 within minutes because Fulton County is totally corrupt, and so is she, totally corrupt. And they're going around playing you and laughing at you behind your back, ████ whether you know it or not, they're laughing at you. And you've taken a state that's a Republican state, and you've made it almost impossible for a Republican to win because of cheating, because they cheated like nobody's ever cheated before. And I don't care how long it takes me, you know, we're going to have other states coming forward — pretty good.

But I won't . . . this is never giving. . . this is . . . We have some incredible talent said they've never seen anything . . . Now the problem is they need more time for the big numbers. But they're very substantial numbers. But, and I think you're going to find that they — by the way, a little information — I think you're going to find that they are shredding ballots because they have to get rid of the ballots because the ballots are unsigned, the ballots are corrupt, and they're brand new, and they don't have seals, and there's a whole thing with the ballots. But the ballots are corrupt.

And you're gonna to find that they are — which is totally illegal — it's, it's, it's more illegal for you than it is for them because, you know what they did and you're not reporting it. That's a criminal, you know, that's a criminal offense. And you know, you can't let that happen. That's a big risk to you and to ████ your lawyer. That's a big risk. But they are shredding ballots, in my opinion, based on what I've heard. And they are removing machinery, and they're moving it as fast as they can, both of which are criminal finds. And you can't let it happen, and you are letting it happen. You know, I mean, I'm notifying you that you're letting it happen. So look. All I want to do is this. I just want to find 11,780 votes, which is one more than we have because we won the state.

12

GA 1165

And flipping the state is a great testament to our country 'cause, you know, this is — it's a testament that they can admit to a mistake or whatever you want to call it. If it was a mistake, I don't know. A lot of people think it wasn't a mistake. It was much more criminal than that. But it's a big problem in Georgia, and it's not a problem that's going away. I mean, you know, it's not a problem that's going away. And we got—

███████ Mr. President, this is ████ We're looking into every one of those things that you mentioned.

**Trump:** Ok, good. But if you find it, you've got to say it, ████

**[Crosstalk]**

██████ . . . Let me tell you what we are seeing.

**Trump:** Go ahead, go ahead.

████████ What we're seeing is not at all what you're describing. These are investigators from our office, these are investigators from GBI, and they're looking, and they're good. And that's not what they're seeing. And we'll keep looking, we'll keep looking at all these things.

**Trump:** Well, you better check on the ballots because they are shredding ballots, ████ I'm just telling you, █████ They're shredding ballots. And you should look at that very carefully. Because that's so illegal. You know, you may not even believe it 'cause it's so bad. But they're shredding ballots because they think we're going to eventually get there . . . because we'll eventually get into Fulton. You know, in my opinion, it's never too late. . . . So, that's the story. Look, we need only 11,000 votes. We have far more than that as it stands now. We'll have more and more. And, do you have provisional ballots at all, █████ Provisional ballots?

████████ Provisional ballots are allowed by state law.

**Trump:** Sure, but do you have them, I mean, are they counted, or did you just hold them back because they, you know, in other words, how many provisional ballots do you have in the state?

██████████ We'll get you that number.

**Trump:** Because most of them are made out to the name Trump. Because these are people that were scammed when they came in. And we have thousands of people that have testified or that want to testify. When they came in, they were proudly going to vote on November 3. And they were told, "I'm sorry, you've already been voted for, you've already voted." The women, men started screaming, "No. I proudly voted till November 3." They said, "I'm sorry, but you've already been voted for, and you have a ballot." And these people are beside themselves. So they went out, and they filled in a provisional ballot, putting the name Trump on it.

13

And what about that batch of military ballots that came in, and even though I won the military by a lot, it was a hundred percent Trump. I mean 100 percent Biden. Do you know about that? A large group of ballots came in, I think it was to Fulton County, and they just happened to be 100 percent for Trump — for Biden — even though Trump won the military by a lot, you know, a tremendous amount. But these ballots were a hundred percent for Biden. And do you know about that? A very substantial number came in, all for Biden. Does anybody know about it?

████        I know about it, but we were never—

**Trump:** Okay, ████   I'm not asking you, ████   honestly. I'm asking, I'm asking ████   Do you know about the military ballots that we have confirmed now. Do you know about the military ballots that came in that were a hundred percent—I mean a hundred percent—for Biden. Do you know about that?

████        I don't know about that. I do know that we have, um, when military ballots come in, it's not just military, it's also military and overseas citizens. The military part of that does generally go Republican. The overseas citizen part of it generally goes very Democrat. This was a mix of 'em.

**Trump:** No, but this was. That's okay. But I got like 78 percent of the military. These ballots were all for . . . this, this, they didn't tell me overseas. Could be overseas, too, but I get votes overseas, too, ████   in all fairness. No they came in, a large batch came in, and it was, quote, 100 percent for Biden. And that is criminal. You know, that's criminal. Okay. That's another criminal, that's another of the many criminal events, many criminal events here.

Um, I don't know, look, ████   I got to get . . . I have to find 12,000 votes, and I have them times a lot. And therefore, I won the state. That's before we go to the next step, which is in the process of right now. You know, and I watched you this morning, and you said, well, there was no criminality.

But I mean all of this stuff is very dangerous stuff. When you talk about no criminality, I think it's very dangerous for you to say that.

I just, I just don't know why you don't want to have the votes counted as they are. Like even you when you went and did that check. And I was surprised 'cause, you know . . . the check, And we found a few thousand votes that were against me. I was actually surprised because the way that check was done, all you're doing, you know, recertifying existing votes and, you know, and you were given votes and you just counted them up, and you still found 3,000 that were bad. That was sort of surprising that it came down to three or five, I don't know. Still a lot of votes. But you have to go back to check from past years with respect to signatures. And if you check with Fulton County, you'll have hundreds of thousands because they dumped ballots into Fulton County and the other county next to it.

14

So what are we going to do here, folks? I only need 11,000 votes. Fellas, I need 11,000 votes. Give me a break. You know, we have that in spades already. Or we can keep it going, but that's not fair to the voters of Georgia 'cause they're going to see what happened, and they're going to see what happened. I mean, I'll, I'll take on anybody you want with regard to ████████ and her lovely daughter, a very lovely young lady, I'm sure. But, but ████████ . . . I will take on anybody you want. And the minimum, there were 18,000 ballots, but they used them three times. So that's, you know, a lot of votes. And one of—they were all to Biden, by the way, that's the other thing they didn't say. You know, ████████ the one thing I forgot to say, which was the most important. You know that every single ballot she did went to Biden. You know that, right? Do you know that, by the way, ████

Every single ballot that she did through the machines at early, early in the morning went to Biden. Did you know that, ████

████ That's not accurate, Mr. President.

**Trump:** Huh. What is accurate?

████ The numbers that we are showing are accurate.

**Trump:** No, about ████████ . About early in the morning, ████ Where the woman took, you know, when the whole gang took the stuff out of, from under the table, right? Do you know, do you know who those ballots, do you know who they were made out to, do you know who they were voting for?

████ No, not specifically.

**Trump:** Did you ever check?

████ We, we did what I described to you earlier —

**Trump:** No, no, no — did you ever check the ballots that were scanned by ████████ a known political operative, balloteer? Did ever check who those votes were for?

████ We looked into that situation that you described.

**Trump:** No, they were 100 percent for Biden. 100 percent. There wasn't a Trump vote in the whole group. Why don't you want to find this, ████ What's wrong with you? I heard your lawyer is very difficult, actually, but I'm sure you're a good lawyer. You have a nice last name. But, but I'm just curious, why wouldn't, why do you keep fighting this thing? It just doesn't make sense. We're way over the 17,779, right? We're way over that number, and just if you took just ████████ , we're over that number by five, five or six times when you multiply that times three.

15

And every single ballot went to Biden, and you didn't know that, but now you know it. So tell me, ▮ what are we going to do? We won the election, and it's not fair to take it away from us like this. And it's going to be very costly in many ways. And I think you have to say that you're going to reexamine it, and you can reexamine it, but reexamine it with people that want to find answers, not people that don't want to find answers. For instance, I'm hearing ▮ and he's probably, I'm sure a great lawyer and everything, but he's making statements about those ballots that he doesn't know. But he's making them with such — he did make them with surety. But now I think he's less sure because the answer is, they all went to Biden, and that alone wins us the election by a lot. You know, so.

▮ Mr. President, you have people that submit information, and we have our people that submit information. And then it comes before the court, and the court then has to make a determination. We have to stand by our numbers. We believe our numbers are right.

**Trump:** Why do you say that, though? I don't know. I mean, sure, we can play this game with the courts, but why do you say that? First of all, they don't even assign us a judge. They don't even assign us a judge. But why wouldn't you . . . Hey ▮ why wouldn't you want to check out ▮ And why wouldn't you want to say, hey, if in fact, President Trump is right about that, then he wins the state of Georgia, just that one incident alone without going through hundreds of thousands of dropped ballots. You just say, you stick by, I mean I've been watching you for, you know, you don't care about anything. "Your numbers are right." But your numbers aren't right. They're really wrong, and they're really wrong, ▮ And I know this phone call is going nowhere other than, other than ultimately, you know — Look, ultimately, I win, okay? Because you guys are so wrong. And you've treated this, you've treated the population of Georgia so badly. You, between you and your governor, who wouldn't…is down at 21, he was down 21 points. And like a schmuck, I endorsed him, and he got elected, but I will tell you, he is a disaster, and he'll never—I can't imagine....

The people are so angry in Georgia, I can't imagine he's ever getting elected again, I'll tell you that much right now. But why wouldn't you want to find the right answer, ▮ instead of keep saying that the numbers are right? 'Cause those numbers are so wrong.

▮ Mr. Secretary, Mr. President, one of the things that we have been, ▮ can talk about this, we talked about it, and I don't know whether the information has been conveyed to your office, but I think what the president is saying, and what we've been trying to do is to say, look, the court is not acting on our petition. They haven't even assigned a judge. But the people of Georgia and the people of America have a right to know the answers. And you have data and records that we don't have access to.

And you can keep telling us and making public statement that you investigated this and you kno, nothing to see here. But we don't know about that. All we know is what you tell us. What I don't understand is why wouldn't it be in everyone's best interest to try to get to the bottom, compare

16

the numbers, you know, if you say, because . . . to try to be able to get to the truth because we don't have any way of confirming what you're telling us. You tell us that you've had an investigation at the State Farm Arena. I don't have any report. I've never seen a report of investigation. I don't know that is. I've been pretty involved in this, and I don't know. And that's just one of like 25 categories. And it doesn't even. And as I, as the president said, we haven't even gotten into the Dominion issue. That's not part of our case. It's not part of, we just didn't feel as though we had any to be able to develop —

**Trump:** No, we do have a way, but I don't want to get into it. We found a way in other states, ███ excuse me, but we don't need it because we're only down 11,000 votes, so we don't even need it. I personally think they're corrupt as hell. But we don't need that. Because all we have to do, ███ is find 11,000-plus votes. So we don't need that. I'm not looking to, to shake up the whole world. We won Georgia easily. We won it by hundreds of thousands of votes. But if you go by basic, simple numbers, we won it easily, easily. So we're not giving Dominion a pass on the record.

███ No, right, exactly.

**Trump:** But we just don't, we don't need Dominion because we have so many other votes that we don't need to prove it any more than we already have.

███ Mr. President and ███ this is ███ ███ if I might interject for a moment. ███ I would like to suggest that just four categories that have already been mentioned by the president that have actually hard numbers of 24,149 votes that were counted illegally. That in and of itself is sufficient to change the results or place the outcome in doubt. We would like to sit down with your office, and we can do it through purposes of compromise just like this phone call, just to deal with that limited category of votes. And if you are able to establish that our numbers are not accurate, then fine. However, we believe that they are accurate. We've had now three to four separate experts looking at these numbers. These numbers are based on…

**Trump:** Certified accountants looked at 'em.

███ Correct. And this is just based on USPS data and your own secretary of state data. So that's what we would entreat and ask you to do, to sit down with us in a compromise and settlements, you know, proceeding and actually go through the registered voter IDs and the registrations. And if you can convince us that 24,149 is inaccurate, then fine. But we tend to believe that that is, you know, obviously more than 11,779. That's sufficient to change the results entirely in and of itself. So what would you say to that, Mr. ███

███ I'm happy to get with our lawyers, and we'll set that up. That number is not accurate. And I think we can show you, for all the ones we've looked at, why it's not. And so if that would be helpful, I'm happy to get with our lawyers and set that up with you guys.

17

**Trump:** Well, let me ask you, ▮▮▮ you think that is an accurate number. That was based on the information given to you by the secretary of state's department, right?

▮▮▮ That is correct. That information is the minimum, most conservative data based upon the USPS data and the secretary of state's office data that has been made publicly available. We do not have the internal numbers from the secretary of state. Yet we have asked for it six times. I sent a letter over to . . . several times requesting this information, and it's been rebuffed every single time. So it stands to reason that if the information is not forthcoming, there's something to hide. That's the problem that we have.

▮▮▮ Well, that's not the case, sir. There are things that you guys are entitled to get. And there's things that under law, we are not allowed to give out.

**Trump:** Well, you have to. Well, under law, you're not allowed to give faulty election results, okay? You're not allowed to do that. And that's what you done. This is a faulty election result. And honestly, this should go very fast. You should meet tomorrow because you have a big election coming up, and because of what you've done to the president — you know, the people of Georgia know that this was a scam — and because of what you've done to the president, a lot of people aren't going out to vote. And a lot of Republicans are going to vote negative because they hate what you did to the president. Okay? They hate it. And they're going to vote. And you would be respected. Really respected, if this thing could be straightened out before the election.

You have a big election coming up on Tuesday. And therefore, I think that it is really is important that you meet tomorrow and work out on these numbers. Because I know, ▮▮▮ that if you think we're right, I think you're going to say, and I'm not looking to blame anybody, I'm not bla—I'm just saying, you know, and, you know, under new counts, and under new views, of the election results, we won the election. You know? It's very simple. We won the election. As the governors of major states and the surrounding states said, there is no way you lost Georgia. As the Georgia politicians say, there is no way you lost Georgia. Nobody. Everyone knows I won it by hundreds of thousands of votes. But I'll tell you it's going to have a big impact on Tuesday if you guys don't get this thing straightened out fast.

▮▮▮ : Well, Mr. President, this is ▮▮▮ It sounds like we've got two different sides agreeing that we can look at those, those areas, and I assume that we can do that within the next 24 to 48 hours, to go ahead and get that reconciled so that we can look at the two claims and making sure that we get the access to the secretary of state's data to either validate or invalidate the claims that have been made. Is that correct?

▮▮▮ No, that's not what I said. I'm happy to sit down with, or have our lawyers sit down with ▮▮ and the lawyers on that side and explain to him, hey, here's, based on what we've looked at so far, here's how we know this is wrong, this is wrong, this is wrong, this is wrong, this is wrong.

18



███████ : So what you're saying, ████ hold on, let me let me make sure . . . so what you're saying is you really don't want to give access to the data. You just want to make another case on why the lawsuit is wrong?

████████ I don't think, I don't think we can give access to data that's protected by law. But we can sit down with them and say —

**Trump:** But you're allowed to have a phony election? You're allowed to have a phony election, right?

████████ No, sir.

**Trump:** When are you going to do signature counts, when are you going to do signature verification on Fulton County, which you said you were going to do, and now all of a sudden, you're not doing it. When are you doing that?

████████ We are going to do that. We've announced —

████████ To get to this issue of the personal information and privacy issue, is it possible that the secretary of state could deputize the lawyers for the president so that we could access that information and private information without you having any kind of violation?
**Trump:** Well, I don't want to know who *it is*. You guys can do it very confidentially. You can sign a confidentiality agreement. That's okay. I don't need to know names. But we got the information, on this stuff that we're talking about, we got all that information from the secretary of state.

████████ : Yeah. So let me let me recommend, ████ if you and ████ will get together, you know, when we get off of this phone call, if you could get together and work out a plan to address some of what we've got with your attorneys where we can we can actually look at the data. For example, Mr. Secretary, I can you say they was only two dead people who would vote. I can promise you there are more than that. And that may be what your investigation shows, but I can promise you there are more than that. But at the same time, I think it's important that we go ahead and move expeditiously to try to do this and resolve it as quickly as we possibly can. And if that's the good next step. Hopefully we can, we can finish this phone call and go ahead and agree that the two of you will get together immediately.

**Trump:** Well, why don't my lawyers show you where you got the information. It will show the secretary of state, and you don't even have to look at any names. We don't want names. We don't care. But we got that information from you. And ████████████ is laughing about you. She's going around saying these guys are dumber than a rock. What she's done to this party is unbelievable, I tell you. And I only ran against her once. And that was with a guy named ████████, and I beat her. And if I didn't run, ████ wouldn't have had even a shot, either in the general or in the primary. He was dead, dead as a doornail. He never thought he had a shot at

19

either one of 'em. What a schmuck I was. But that's the way it is. That's the way it is. I would like you to, for the attorneys, I'd like you to perhaps meet with ███ ideally tomorrow, because I think we should come to a resolution of this before the election. Otherwise you're going to have people just not voting. They don't want to vote. They hate the state, they hate the governor, and they hate the secretary of state. I will tell you that right now. And the only people that like you are people that will never vote for you. You know that, ███ right? They like you, you know, they like you. They can't believe what they found. They want more people like you. So, look, can you get together tomorrow? And, ███ we just want the truth. It's simple.

And everyone's going to look very good if the truth comes out. It's okay. It takes a little while, but let the truth come out. And the real truth is, I won by 400,000 votes. At least. That's the real truth. But we don't need 400,000 votes. We need less than 2,000 votes. And are you guys able to meet tomorrow, ███

███████ I'll get with ███, the lawyer who's representing us in the case, and see when he can get together with ███

███████████ will be in touch with the other attorney on this call, ███████. Thank you, President Trump, for your time.

**Trump:** Okay, thank you, ███ Thank you, ███ Thank you. Thank you, everybody. Thank you very much. Bye.

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED



☰ News    First Alert Weather    Livestream    Closings    Sports

Lansing, NH

Closings And Delays

ADVERTISEMENT

BRILLIANT EARTH®    Your Diamond, Your Way
SHOP LAB DIAMONDS ›

# Mich. GOP leaders say Biden won state, encourage public to support democracy

Shirkey and Chatfield's full statements are included below



By Jake Draugelis
*Published: Dec. 14, 2020 at 12:55 PM EST*

LANSING, Mich. (WILX) - In the hours between **a GOP legislator hinting at possible political violence** on a radio interview and when the electoral college is set to award Michigan's 16 electoral votes to Joe Biden, leaders of the state's Republican party released statements telling their followers to support democracy.

Mich. Senate Majority Leader Mike Shirkey and House Speaker Lee Chatfield sent out separate press releases that each in their own way arrived on the same message. In the releases the GOP leaders tell their constituents that Joe Biden won the state of Michigan and ask them to support that win for the sake of democracy.

Shirkey and Chatfield's full statements are included below.

SUBJECT TO PROTECTIVE ORDER                                                        SCO-04954398

GA 1190

News  First Alert Weather  Livestream  Closings  Sports

*of the United States. While there are some who still argue this should not take place, we must recognize that our feelings, our desires, and our disappointments are subordinate to the health of our democracy and the will of the majority.*

*Our country is bigger than one election. Like many people, I am personally very disappointed in the outcome of the presidential election, but we cannot let that disappointment overshadow the wins of conservative candidates across our state and nation, nor can we allow that disappointment to erode the very foundation of our country. There is more resolve in my fellow citizens and more to the enduring spirit of America than the partisan rhetoric that has dominated the last few weeks.*

*The Senate Oversight Committee met and continues to meet to hear concerns and review information related to Michigan's election. Thus far, the committee has heard testimony that brought to light opportunities for improvement in law and policy. The body has subpoenaed the secretary of state and received thousands of documents to review. And, numerous claims of fraud have been independently investigated, and in each instance, the claim is either found to be incorrect or incapable of being proven. While the volume of information demonstrates a need to address certain vulnerabilities, we have not received evidence of fraud on a scale that would change the outcome of the election in Michigan.*

*Ultimately, this election will help spur change in Michigan. One of the most significant parts of President Trump's legacy may very well be his role in helping spotlight the areas of election law in need of improvement. The Senate is steadfast in our commitment to pursue those improvements and will remain vigilant in our review of information and data.*

*Michigan's Democratic slate of electors should be able to proceed with their duty, free from threats of violence and intimidation. President-elect Biden and Vice President-elect Harris won Michigan's presidential election. It our responsibility as leaders to follow the law and move forward in pursuit of policies that contribute to the betterment of Michigan."*

— *Senate Majority Leader Mike Shirkey*

ADVERTISEMENT

SUBJECT TO PROTECTIVE ORDER                                        SCO-04954399

GA 1191

News   First Alert Weather   Livestream   Closings   Sports                                      Q

*Our republic has lasted because of a deeply held belief in our norms and institutions and adherence to our Constitution. Because I love my country, I now teach those same values and lessons to my children.*

*I worked hard to get President Trump reelected this year. I did everything I could. He has done an incredible job for our nation. He put our country first and accomplished more than many other presidents have before him. I was all in, and I will be forever thankful for all he has done to make America great again.*

*President Trump also had every right to pursue his options and try every legal step available to contest this election. The race for the presidency is not something you take lightly. In Michigan, after reports of fraud, we as the Legislature began our investigations. We wasted no time. We issued subpoenas. We sent record retention letters to clerks. We had hearings. We brought in President Trump's legal team. Even Dominion is coming in this week. We've diligently examined these reports of fraud to the best of our ability.*

*There were irregularities with this recent election that need more attention. That is why the Legislature, which is the voice of the people, is still looking into those allegations and giving the people their right to speak and be heard at the state Capitol. Our investigation and hearings will continue. Every single instance of fraud should be uncovered and corrected. Some of the things that occurred in places like Wayne and Antrim County cannot be allowed to happen again if we are to uphold the confidence and integrity of our election system. Election reform will be needed next year.*

*If there's fraud, it needs to be found. Anyone who broke our laws need to be prosecuted. Election integrity makes our country unique. The people of America, whether they win or lose, have peace of mind knowing that the people spoke, the law was followed and that our institutions carry on in accordance with our Constitution. If there's fraud, we punish it. If there's not, we move on.*

*This has also led to a national conversation over the Legislature's role in choosing the electors. I'm a states' rights guy, so I'm happy to have this conversation. But the Legislature in Michigan chose decades ago to award our electors to the winner of the popular vote. Although many reasonably believe otherwise, I personally believe that the Legislature could pass a resolution changing the manner in which electors are appointed, but the Supreme Court ruled in 2000 that once created, the right to a popular vote for President becomes fundamental, and the exercise of a fundamental right can't be infringed retroactively for due process reasons. Maybe they were right. Maybe they were wrong. But that was the Court's decision. And it still stands today.*

*Again – I fought hard for President Trump. Nobody wanted him to win more than me. I think he's done an incredible job. But I love our republic, too. I can't fathom risking our norms, traditions and institutions to pass a resolution retroactively changing the electors for Trump, simply because some think there may have been enough widespread fraud to give him the win. That's unprecedented for good reason. And that's why there is not enough support in the House to cast a new slate of electors. I fear we'd lose our country forever. This truly would bring mutually assured destruction for every future election in regards to the Electoral College. And I can't stand for that. I won't.*

*I know this isn't the outcome some want. It isn't what I want, either. But we have a republic if we can keep it. And I intend to."*

— *House Speaker Lee Chatfield*

Copyright 2020 WILX. All rights reserv

**Most Affordable Camper Vans**
Camper Van Warehouse | Search Ads | Sponsored


**Washington: Luxury Walk-In Tubs Are Almost Being Given Away: See Prices**
Baths On Clearance | search ads | Sponsored

⊗

SUBJECT TO PROTECTIVE ORDER                                                      SCO-04954400

# SEALED

SEALED

SEALED

SEALED

SEALED

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|

 **MYTH #1**

The Secretary of State is not interested in investigating fraud because we have only a half of a person assigned to investigate.

 **FACT #1**

We do investigate valid voter fraud complaints. Along with state and local law enforcement, we have a team of experienced criminal investigators available to our Elections Division.

 **MYTH #2**

The Secretary of State has been presented with evidence of wide-spread fraud.

 **FACT #2**

While we are pursuing action in a number of isolated cases, we have yet to see any evidence of wide-spread fraud.

 **MYTH #3**

Evidence of wrongdoing has been provided to the Secretary of State, but it is being ignored.

 **FACT #3**

All Elections Integrity Violation Reports (EIVRs) and all accusations with legitimate evidence are investigated. Hearsay, unfounded accusations, and anonymous declarations are not evidence and will not be investigated.

SUBJECT TO PROTECTIVE ORDER

SCO-04956514

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|



**MYTH #4**

No evidence was examined during any hearing that questioned the integrity of the election in Nevada.



**FACT #4**

Four separate cases were heard by Nevada judges including the NV Supreme Court. After examining records presented, each case was discounted due to a lack of evidence.

https://assets.documentcloud.org/documents/20420186/order-granting-motion-to-dismiss-statement-of-contest-1.pdf, p.9-12.



**MYTH #5**

Non-citizens were able to register and vote in Nevada.



**FACT #5**

It is a felony for non-citizens to register to vote or cast a ballot in Nevada. Any individuals who are found to have voted illegally will be prosecuted. (As of 12/18/20 we have not been presented with evidence of non-citizens voting in the 2020 election.)



**MYTH #6**

The Secretary of State acted independently to enact Same-Day Voter Registration and the associated delays in results reporting.



**FACT #6**

In 2019, the Legislature passed Assembly Bill 345 which allowed for registration at a polling place during early voting and on election day. It also required the counties to allow for signature cure of absentee/mail ballots and changed the deadline to return an absentee/mail ballot from *received* by 7:00 pm on Election Day to *postmarked* by Election Day.

2

SUBJECT TO PROTECTIVE ORDER

SCO-04956515

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|

### MYTH #7

The Secretary of State made the decision to mail ballots to all active registered voters in Nevada for the general election.

### FACT #7

Assembly Bill 4,which created an "affected election," was passed during the 32nd Special Session of the Legislature last summer. An affected election calls for all active registered voters to automatically be sent a mail ballot when a declaration of emergency is in effect. We adamantly opposed this legislation, yet is was signed by the Governor.

### MYTH #8

The Secretary of State did not oppose the practice of ballot harvesting.

### FACT #8

We submitted an Emergency Regulation to the Governor requesting a provision that would require anyone returning 10 or more ballots to register with our office. **Ultimately that request was denied.** The ballot harvesting component of AB 4 is in place regardless of an affected election.

### MYTH #9

Votes are sent to be counted outside of the country.

### FACT #9

Nevada has 17 counties. Votes are only counted in the county in which they were cast in Nevada.

3

SUBJECT TO PROTECTIVE ORDER

SCO-04956516

# Facts vs. Myths
## NEVADA 2020 POST-GENERAL ELECTION

| MYTHS | vs | FACTS |
|---|---|---|

**MYTH #10**

Dominion voting machines used in the 2020 election switched votes.

**FACT #10**

All voting machines undergo extensive pre-election and post-election examinations to ensure they function as expected. The NV Gaming Control Board tests and certifies our systems. The post-election audits and recounts conducted in Nevada confirmed that the machines accurately tabulated the votes cast.

**MYTH #11**

Only the 2020 General Election will involve mailing a ballot to all active registered voters.

**FACT #11**

Under AB 4, an affected election would occur whenever there is a declaration of emergency in effect on March 1 (for a primary election) or July 1 (for a general election) of any year. Until the current declaration of emergency is lifted, all elections will be considered "affected elections" and will include the distribution of mail-in ballots to all active registered voters.

The Secretary of State has a sworn duty to uphold the election laws of Nevada as enacted by the Legislature and signed by the Governor.

4

SUBJECT TO PROTECTIVE ORDER

SCO-04956517

# Facts vs. Myths

## NEVADA 2020 POST-GENERAL ELECTION

 **M Y T H S**   v s    **F A C T S**

**MYTH #12**

If requested, the Nevada SOS will provide Voter Privately Identifiable Information (PII).

**FACT #12**

No, the Nevada SOS only provides information that is already a matter of public record according to the Nevada Public Records Act (NRS 239).

 **MYTH #13**

The Nevada SOS sent private voter information to the Pakistani government.

 **FACT #13**

No PII was sent. An individual from 'True the Vote' requested a Bulk Data Download from the Nevada SOS website. During the request process, the individual manually added a foreign email address to the "CC" line of the request. The automated program then sent the information as requested. The SOS IT staff has confirmed there have been no hacks or other reasons this could have occurred. This incident has been referred to appropriate law enforcement.

 **MYTH #14**

The Nevada SOS has been hacked.

 **FACT #14**

No hack has been detected by any of our many passive and active cybersecurity sensors. Over the last six years, intense cybersecurity efforts have been implemented to ensure the safety and security of all Nevada SOS IT systems. These efforts included coordinating with federal and state agencies to ensure redundancy and to maximize the effects of our efforts to protect Voter data. As a result, no SOS IT systems have been compromised.

5

SUBJECT TO PROTECTIVE ORDER

SCO-04956518

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED



**Senate of Pennsylvania**                    **House of Representatives**

On March 16, 2020, the Senate of Pennsylvania and the House of Representatives entered their respective chambers three days after the President of the United States declared a national COVID-19 health emergency and voted to implement temporary rules to govern the legislative process during the pandemic. This was a historic step, but one that we agreed was vital because the role of the General Assembly and rule of law would be essential during these most trying times.

Over the next eight months, the Senate and House met consistently to assert the voice of the people and establish laws that would meet the needs of our Commonwealth, economy and communities. Our legislative activity not only consisted of passing bills that directly supported the people of Pennsylvania, but also asserted our Constitutional role of oversight and the balancing of power that transparency provides. Unfortunately, a significant portion of this time was spent fighting against Governor Wolf's unilateral actions and administrative policies that we believe did not follow the law or the Constitutional role of the General Assembly. Each member of the Republican Caucuses fought tirelessly both on the chamber floors and even in court, filing lawsuits and issuing subpoenas, to uphold our commitment to the statutes of our Commonwealth and the Constitution of Pennsylvania. Our arguments were simple: state law and the Pennsylvania Constitution cannot be trampled or ignored, even in an emergency as big as a worldwide pandemic.

Today, we are being asked to address a different kind of emergency, one dealing with the lack of confidence in the election process. There are very legitimate and credible issues which need to be resolved after the 2020 election about the security of mail-in ballots and the process of counting votes. We, as leaders of the Senate and House of Representatives, have set into motion a major legislative initiative that will be pursued with the same resolve shown over the last eight months in taking on the Governor's unilateral pandemic actions.

We will stand up and continue to fight through the legislative process and oversight hearings. We will make sure there are answers to the questions and concerns that are being brought forward from every corner of our Commonwealth. The actions of Secretary Boockvar to create uncertainty and confusion throughout the 2020 General Election, along with the Pennsylvania Supreme Court's continuous rewriting of the Election Code and legislating from the bench will not sidestep public scrutiny and accountability.

The Senate and House of Representatives announced in early November, that the State Government Committees would use their oversight and the statutory power of the legislature to investigate and seek answers to the issues presented in the 2020 General Election. This process is ongoing and will continue into the new 2021-2022 session this January. The oversight role of the Senate and House of Representatives will provide answers to the people of Pennsylvania and specifically review the most pressing issues we have found over the last three weeks of investigation: 1.) the security of voting and the manner in which votes are counted, 2.) the

SUBJECT TO PROTECTIVE ORDER                    SCO-00417767

Secretary of the Commonwealth's management of the 2020 General Election and 3.) the impact of the Judiciary on the 2020 General Election and subsequent candidate legal challenges.

In addition to the issues we are reviewing for legislative action, concerns regarding fraud and deception impacting the 2020 General Election have been reported to us. However, proving the legitimacy of these troubling reports is outside of our legislative authority and is more appropriately directed to both law enforcement and the court. Some of these issues are currently making their way through the court system, where election challenges are statutorily and constitutionally required to be addressed.

We fully endorse the President's - and any candidate's - right to bring appropriate legal actions to address those matters in court. In fact, we ourselves have brought or participated in several of those legal actions to challenge practices we did not believe, complied with the Election Code, Pennsylvania Constitution, and United States Constitution. We remain of the opinion that the President's rights as a candidate to present evidence in court to challenge the process and manner of the election should not be undercut or sold short.

Shortly after the 2020 General Election, the Senate Policy Committee held a hearing to look at policy steps we can take as a legislature next session. Some testimony received at that hearing concerned additional allegations of fraud that may not have previously been submitted to the Court. We have turned over that information, along with the full video of the hearing, to United States Attorney General Barr for his review and action, if appropriate. Additionally, we have sent a letter to AG Barr asking for him to review the allegations that mail-in votes were removed in Lancaster County as reported recently. We encourage any individuals who have information to contact law enforcement and their local District Attorney as well.

While we clearly recognize the need for legislative action to address the issues presented by the 2020 General Election, some of the actions requested by our residents would require us to disregard the statutes and Constitution we have fought so hard to protect during this pandemic. For instance, despite calls for the legislature to report for session in December, the General Assembly lacks the statutory authority to call itself into session between December 1, 2020 and the first Tuesday in January 2021. Any session days during this period would have to be called by the Governor.

Further, the General Assembly lacks the authority to take action to overturn the popular vote and appoint our own slate of presidential electors. It is true that under Article II, Section 1 of the United States Constitution, the state is to appoint, "in such Manner as the Legislature thereof may direct, a Number of Electors…" Very basically, that means that the General Assembly gets to choose how the electors are selected.

Under the Pennsylvania Election Code, in a provision that dates back to the Act's adoption in 1937 and which follows a practice the Commonwealth has followed for nearly as long as we've been electing Presidents, the General Assembly has directed that the "manner" of appointing electors is by the popular vote. Section 1501 of the Act essentially says that when we vote for President, we are instead voting for a candidate's slate of electors, and the slate that wins the popular vote becomes our designated electors.

We cannot take steps to appoint electors for this election given these provisions in the Election Code. Doing so would violate our Election Code and Constitution, particularly a provision

 SCO-00417768

that prohibits us from changing the rules for election contests of the President after the election. It would also set a precedent that a simple majority of the General Assembly can override the will of the people as evidenced by the popular vote.

Make no mistake, this should not be misconstrued to suggest we will allow the issues presented with the 2020 General Election to evade complete legislative review and action. We believe that many of the issues presented after the 2020 General Election could have been avoided if not for the actions of Secretary Boockvar and the Pennsylvania Supreme Court.

Just as we have over the last eight months, we will stand up and fight so that the voice of the people is heard, and that the rule of law is held to the highest possible standard. Pennsylvanians deserve confidence in their elections and in the government chosen by those elections. No matter what the emergency or crisis is before us, nothing stands above the law and it is our jobs to protect it.

Senator Jake Corman

Representative Bryan Cutler

Senator Kim Ward

Representative Kerry Benninghoff

SUBJECT TO PROTECTIVE ORDER                                             SCO-00417769

**WISCONSIN ELECTIONS COMMISSION**

| In the matter of: | ) | |
|---|---|---|
| | ) | **ORDER FOR RECOUNT** |
| A Recount of the General Election | ) | |
| For President of the United States | ) | |
| held on November 3, 2020 | ) | **RECOUNT EL 20-01** |
| | ) | |

On Wednesday, November 18, 2020, a recount petition was filed by Donald J. Trump, a candidate for the office of President of the United States at the General Election held on November 3, 2020.

The petition requests a recount of all ballots in all wards in every City, Village, Town and other voting unit in Dane and Milwaukee Counties.

The Wisconsin Elections Commission (WEC) staff has reviewed the petition. The petition is sufficient. A fee of $2,809,682.12 required by Wis. Stat. §9.01.

On November 18, 2020, the Wisconsin Elections Commission received confirmation that $3,000,000 was received from Donald J. Trump in payment of the estimate provided on November 18, 2020.

Pursuant to Wis. Stat. §9.01 of the Wisconsin Statutes:

**IT IS ORDERED THAT:**

1. A recount be conducted of all the votes cast for the office of President of the United States in every City, Village, Town and other voting unit at the General Election held on November 3, 2020, in Dane and Milwaukee counties in Wisconsin.

2. The Board of Canvassers of each County may convene upon the date of this order, but no later than 9:00 a.m. on Saturday, November 21, 2020 to begin the recount.

3. The Board of Canvassers of each County shall conduct the recount using the ballot count method selected per Wis. Stat. § 5.90(1) unless otherwise ordered by a court per Wis. Stat. § 5.90(2).

4. Each County Clerk shall post a notice of the Board of Canvassers' public meeting, pursuant to the Open Meetings Law, including any dates or times that the Board adjourns or reconvenes. Each County Clerk shall immediately notify the WEC of the location of its Board of Canvassers meeting, if the Clerk has not already provided that information and the WEC shall publish the location of each county's Board meeting on its website as soon as practicable after receipt.

5. The recount shall be completed by the Board of Canvassers for the applicable counties immediately, but no later than 12:00 p.m. on December 1, 2020 to allow the Wisconsin Elections Commission to conduct its canvass and certify the result.

6. Each County Clerk shall transmit an email communication to the WEC, at the end of each day of the Board of Canvasser's meeting, listing the reporting units completed that day and a tally

1

of the votes cast for each candidate and the scattering votes which were counted that day.  The email communication shall be in a form prescribed by the WEC.

7. Each county clerk shall transmit a certified canvass report of the result of the recount and a copy of the minutes of the recount proceedings to the Wisconsin Elections Commission immediately after the completion of the county's recount in the manner specified by the WEC.

Date of Order:  November 19, 2020.

**WISCONSIN ELECTIONS COMMISSION**

Ann S. Jacobs
Chair

2

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CHESEBRO_0000562
SCO-03656877

# STATEMENT OF CANVASS

## FOR

## PRESIDENT, VICE PRESIDENT AND PRESIDENTIAL ELECTORS

## GENERAL ELECTION, NOVEMBER 3, 2020

I, Ann Jacobs, Chair of the Wisconsin Elections Commission, certify that the attached tabular statement, as compiled from the certified returns made to the Wisconsin Elections Commission by the county clerks of the several counties of the state, contains a correct abstract of the total number of votes given for the election of Presidential Electors, at a General Election held in the several towns, villages, cities, wards and election districts in said counties on the Third day of November, 2020.

I THEREFORE DETERMINE AND CERTIFY that the following electors for Joseph R. Biden and Kamala D. Harris, candidates for President and Vice President respectively, on the Democratic ticket, have received the greatest number of votes cast at the General Election held on November 3, 2020, and are duly elected Presidential Electors:

Presidential Electors

Meg Andrietsch
Shelia Stubbs
Ronald Martin
Mandela Barnes
Khary Penebaker
Mary Arnold
Patty Schachtner
Shannon Holsey
Tony Evers
Benjamin Wikler

Done in the City of Milwaukee, this 30th day of November, 2020.

Ann Jacobs, Chair
Wisconsin Elections Commission

SUBJECT TO PROTECTIVE ORDER

SCO-06613715

SUBJECT TO PROTECTIVE ORDER

**WEC Canvass Reporting System**
**County by County Report**
**2020 General Election**

## PRESIDENT OF THE UNITED STATES

| County | Total Votes Cast | DEM<br>Joseph R. Biden<br>Kamala D. Harris | REP<br>Donald J. Trump<br>Michael R. Pence | CON<br>Don Blankenship<br>William Mohr | IND<br>Jo Jorgensen<br>Jeremy Spike Cohen | IND<br>Brian Carroll<br>Amar Patel | IND<br>Kasey Wells (write-in) | IND<br>Jade Simmons<br>Claudeliah J. Roze (write-in) | IND<br>President R19<br>Boddie (write-in) | IND<br>Howie Hawkins<br>Angela Walker (write-in) | IND<br>Gloria La Riva<br>Sunil Freeman (write-in) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADAMS | 11,818 | 4,329 | 7,362 | 27 | 85 | 3 | 0 | 0 | 0 | 1 | 0 |
| ASHLAND | 8,757 | 4,801 | 3,841 | 11 | 70 | 11 | 0 | 0 | 0 | 6 | 0 |
| BARRON | 25,346 | 9,194 | 15,803 | 37 | 262 | 21 | 1 | 0 | 0 | 13 | 1 |
| BAYFIELD | 10,880 | 6,147 | 4,617 | 11 | 80 | 13 | 0 | 0 | 0 | 7 | 0 |
| BROWN | 144,017 | 65,511 | 75,871 | 215 | 1,829 | 206 | 1 | 0 | 0 | 33 | 2 |
| BUFFALO | 7,816 | 2,860 | 4,834 | 20 | 80 | 10 | 0 | 0 | 0 | 0 | 0 |
| BURNETT | 10,141 | 3,569 | 6,462 | 13 | 86 | 9 | 0 | 0 | 0 | 1 | 0 |
| CALUMET | 30,774 | 12,116 | 18,156 | 42 | 363 | 75 | 0 | 0 | 0 | 6 | 0 |
| CHIPPEWA | 35,938 | 13,983 | 21,317 | 60 | 501 | 45 | 0 | 0 | 0 | 5 | 1 |
| CLARK | 14,898 | 4,524 | 10,002 | 32 | 168 | 147 | 1 | 1 | 0 | 2 | 0 |
| COLUMBIA | 33,869 | 16,410 | 16,927 | 61 | 421 | 32 | 0 | 1 | 0 | 15 | 0 |
| CRAWFORD | 8,695 | 3,953 | 4,620 | 18 | 92 | 12 | 0 | 0 | 0 | 0 | 0 |
| DANE | 344,728 | 260,121 | 78,794 | 405 | 3,666 | 583 | 1 | 5 | 0 | 216 | 42 |
| DODGE | 48,436 | 16,356 | 31,355 | 90 | 535 | 81 | 1 | 0 | 0 | 11 | 0 |
| DOOR | 20,117 | 10,044 | 9,752 | 27 | 231 | 22 | 0 | 0 | 0 | 10 | 0 |
| DOUGLAS | 24,677 | 13,218 | 10,923 | 42 | 379 | 41 | 0 | 0 | 0 | 1 | 0 |
| DUNN | 23,524 | 9,897 | 13,173 | 44 | 368 | 28 | 1 | 0 | 0 | 11 | 0 |
| EAU CLAIRE | 58,275 | 31,620 | 25,341 | 97 | 925 | 91 | 0 | 3 | 0 | 21 | 1 |
| FLORENCE | 2,940 | 781 | 2,133 | 4 | 22 | 0 | 0 | 0 | 0 | 0 | 0 |
| FOND DU LAC | 57,251 | 20,588 | 35,754 | 91 | 686 | 75 | 0 | 2 | 0 | 17 | 1 |
| FOREST | 5,053 | 1,721 | 3,285 | 6 | 35 | 2 | 0 | 0 | 0 | 0 | 0 |
| GRANT | 25,608 | 10,998 | 14,142 | 34 | 350 | 34 | 0 | 0 | 0 | 10 | 0 |
| GREEN | 21,406 | 10,851 | 10,169 | 38 | 271 | 27 | 0 | 1 | 0 | 10 | 0 |
| GREEN LAKE | 10,671 | 3,344 | 7,168 | 15 | 110 | 11 | 0 | 0 | 0 | 1 | 0 |
| IOWA | 13,992 | 7,828 | 5,909 | 25 | 161 | 44 | 0 | 0 | 0 | 4 | 0 |
| IRON | 4,010 | 1,533 | 2,438 | 6 | 26 | 1 | 0 | 0 | 0 | 1 | 0 |
| JACKSON | 10,184 | 4,256 | 5,791 | 17 | 111 | 8 | 0 | 0 | 0 | 1 | 0 |
| JEFFERSON | 47,979 | 19,904 | 27,208 | 69 | 634 | 44 | 0 | 1 | 0 | 9 | 0 |

SCO-06613716

GA 1227

SUBJECT TO PROTECTIVE ORDER

**WEC Canvass Reporting System**
**County by County Report**
**2020 General Election**

| County | IND Kanye West Michelle Tidball (write-in) | IND Mark Charles Adrian Wallace (write-in) | SCATTERING |
|---|---|---|---|
| ADAMS | 1 | 0 | 10 |
| ASHLAND | 1 | 0 | 16 |
| BARRON | 3 | 0 | 11 |
| BAYFIELD | 0 | 1 | 4 |
| BROWN | 19 | 2 | 328 |
| BUFFALO | 0 | 1 | 11 |
| BURNETT | 0 | 1 | 0 |
| CALUMET | 3 | 0 | 13 |
| CHIPPEWA | 2 | 0 | 24 |
| CLARK | 0 | 0 | 21 |
| COLUMBIA | 2 | 0 | 0 |
| CRAWFORD | 0 | 0 | 0 |
| DANE | 67 | 12 | 816 |
| DODGE | 6 | 1 | 0 |
| DOOR | 0 | 0 | 31 |
| DOUGLAS | 0 | 0 | 73 |
| DUNN | 2 | 0 | 0 |
| EAU CLAIRE | 10 | 0 | 166 |
| FLORENCE | 0 | 0 | 0 |
| FOND DU LAC | 7 | 1 | 29 |
| FOREST | 0 | 0 | 4 |
| GRANT | 0 | 0 | 40 |
| GREEN | 2 | 3 | 34 |
| GREEN LAKE | 0 | 0 | 22 |
| IOWA | 5 | 0 | 16 |
| IRON | 0 | 0 | 5 |
| JACKSON | 0 | 0 | 0 |
| JEFFERSON | 3 | 0 | 107 |

SCO-06613717

GA 1228

**WEC Canvass Reporting System**
**County by County Report**
**2020 General Election**

| County | Total Votes Cast | Joseph R. Biden Kamala D. Harris (DEM) | Donald J. Trump Michael R. Pence (REP) | Don Blankenship William Mohr (CON) | Jo Jorgensen Jeremy Spike Cohen (IND) | Brian Carroll Amar Patel (IND) | Kasey Wells (write-in) (IND) | Jade Simmons Claudeliah J. Roze (write-in) (IND) | President R19 Boddie (write-in) (IND) | Howie Hawkins Angela Walker (write-in) (IND) | Gloria La Riva Sunil Freeman (write-in) (IND) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUNEAU | 13,709 | 4,746 | 8,749 | 21 | 146 | 21 | 0 | 0 | 0 | 2 | 0 |
| KENOSHA | 88,738 | 42,193 | 44,972 | 147 | 1,037 | 120 | 0 | 0 | 0 | 35 | 0 |
| KEWAUNEE | 12,095 | 3,976 | 7,927 | 26 | 127 | 12 | 0 | 1 | 0 | 5 | 0 |
| LA CROSSE | 67,884 | 37,846 | 28,684 | 135 | 877 | 121 | 0 | 1 | 0 | 20 | 3 |
| LAFAYETTE | 8,555 | 3,647 | 4,821 | 15 | 57 | 9 | 0 | 0 | 0 | 4 | 0 |
| LANGLADE | 11,165 | 3,704 | 7,330 | 20 | 94 | 13 | 0 | 1 | 0 | 3 | 0 |
| LINCOLN | 16,497 | 6,261 | 10,017 | 31 | 175 | 13 | 0 | 0 | 0 | 0 | 0 |
| MANITOWOC | 44,829 | 16,818 | 27,218 | 75 | 553 | 87 | 0 | 1 | 0 | 10 | 0 |
| MARATHON | 76,751 | 30,808 | 44,624 | 151 | 929 | 93 | 0 | 2 | 0 | 13 | 2 |
| MARINETTE | 22,979 | 7,366 | 15,304 | 33 | 237 | 32 | 0 | 0 | 0 | 5 | 0 |
| MARQUETTE | 9,065 | 3,239 | 5,719 | 10 | 78 | 4 | 0 | 0 | 0 | 2 | 1 |
| MENOMINEE | 1,590 | 1,303 | 278 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| MILWAUKEE | 459,723 | 317,527 | 134,482 | 624 | 4,342 | 752 | 3 | 6 | 1 | 214 | 37 |
| MONROE | 22,611 | 8,433 | 13,775 | 66 | 263 | 30 | 0 | 0 | 0 | 3 | 0 |
| OCONTO | 23,215 | 6,715 | 16,226 | 40 | 210 | 20 | 0 | 0 | 0 | 2 | 0 |
| ONEIDA | 24,159 | 10,105 | 13,671 | 43 | 283 | 17 | 5 | 1 | 4 | 3 | 0 |
| OUTAGAMIE | 108,022 | 47,667 | 58,385 | 172 | 1,569 | 177 | 0 | 0 | 0 | 34 | 0 |
| OZAUKEE | 61,486 | 26,517 | 33,912 | 82 | 647 | 89 | 0 | 0 | 0 | 19 | 1 |
| PEPIN | 4,144 | 1,489 | 2,584 | 13 | 51 | 4 | 0 | 0 | 0 | 2 | 0 |
| PIERCE | 23,317 | 9,796 | 12,815 | 57 | 383 | 218 | 0 | 0 | 0 | 5 | 0 |
| POLK | 26,371 | 9,370 | 16,611 | 53 | 289 | 36 | 0 | 0 | 0 | 11 | 0 |
| PORTAGE | 40,603 | 20,428 | 19,299 | 67 | 640 | 67 | 0 | 1 | 0 | 31 | 2 |
| PRICE | 8,546 | 3,032 | 5,394 | 14 | 98 | 5 | 0 | 0 | 0 | 1 | 1 |
| RACINE | 106,451 | 50,159 | 54,479 | 169 | 1,200 | 150 | 0 | 2 | 0 | 43 | 2 |
| RICHLAND | 9,014 | 3,995 | 4,871 | 20 | 102 | 14 | 0 | 0 | 0 | 0 | 0 |
| ROCK | 85,360 | 46,658 | 37,138 | 152 | 1,094 | 122 | 0 | 0 | 0 | 14 | 2 |
| RUSK | 7,886 | 2,517 | 5,257 | 12 | 85 | 8 | 0 | 0 | 0 | 0 | 0 |
| SAUK | 36,203 | 18,108 | 17,493 | 50 | 441 | 89 | 0 | 0 | 0 | 15 | 0 |
| SAWYER | 10,510 | 4,498 | 5,909 | 15 | 62 | 8 | 0 | 0 | 0 | 1 | 1 |
| SHAWANO | 22,615 | 7,131 | 15,173 | 33 | 253 | 17 | 0 | 0 | 0 | 3 | 0 |

Report Generated - 11/30/2020 1:45:49 PM

SUBJECT TO PROTECTIVE ORDER                                                SCO-06613718

GA 1229

SUBJECT TO PROTECTIVE ORDER

**WEC Canvass Reporting System**
**County by County Report**

**2020 General Election**

| County | IND<br>Kanye West<br>Michelle Tidball<br>(write-in) | IND<br>Mark Charles<br>Adrian Wallace<br>(write-in) | SCATTERING |
|---|---|---|---|
| JUNEAU | 0 | 0 | 24 |
| KENOSHA | 10 | 0 | 224 |
| KEWAUNEE | 2 | 1 | 18 |
| LA CROSSE | 12 | 1 | 184 |
| LAFAYETTE | 0 | 0 | 2 |
| LANGLADE | 0 | 0 | 0 |
| LINCOLN | 0 | 0 | 0 |
| MANITOWOC | 5 | 1 | 61 |
| MARATHON | 5 | 0 | 124 |
| MARINETTE | 2 | 0 | 0 |
| MARQUETTE | 0 | 0 | 12 |
| MENOMINEE | 0 | 0 | 0 |
| MILWAUKEE | 107 | 11 | 1,617 |
| MONROE | 1 | 0 | 40 |
| OCONTO | 2 | 0 | 0 |
| ONEIDA | 0 | 0 | 27 |
| OUTAGAMIE | 15 | 3 | 0 |
| OZAUKEE | 6 | 4 | 209 |
| PEPIN | 1 | 0 | 0 |
| PIERCE | 4 | 0 | 39 |
| POLK | 1 | 0 | 0 |
| PORTAGE | 0 | 1 | 67 |
| PRICE | 1 | 0 | 0 |
| RACINE | 12 | 2 | 233 |
| RICHLAND | 0 | 0 | 12 |
| ROCK | 3 | 0 | 177 |
| RUSK | 2 | 0 | 5 |
| SAUK | 7 | 0 | 0 |
| SAWYER | 0 | 1 | 15 |
| SHAWANO | 4 | 1 | 0 |

Report Generated - 11/30/2020 1:45:49 PM

Page 4 of 6

SCO-0661 37719

SUBJECT TO PROTECTIVE ORDER

**WEC Canvass Reporting System**
**County by County Report**
**2020 General Election**

| County | Total Votes Cast | DEM Joseph R. Biden Kamala D. Harris | REP Donald J. Trump Michael R. Pence | CON Don Blankenship William Mohr | IND Jo Jorgensen Jeremy Spike Cohen | IND Brian Carroll Amar Patel | IND Kasey Wells (write-in) | IND Jade Simmons Claudeliah J. Roze (write-in) | IND President R19 Boddie (write-in) | IND Howie Hawkins Angela Walker (write-in) | IND Gloria La Riva Sunil Freeman (write-in) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHEBOYGAN | 66,011 | 27,101 | 37,609 | 133 | 896 | 90 | 8 | 0 | 0 | 2 | 0 |
| ST. CROIX | 56,707 | 23,190 | 32,199 | 115 | 878 | 169 | 0 | 0 | 0 | 13 | 4 |
| TAYLOR | 10,686 | 2,693 | 7,657 | 31 | 113 | 185 | 2 | 0 | 0 | 1 | 0 |
| TREMPEALEAU | 15,380 | 6,285 | 8,833 | 38 | 177 | 21 | 0 | 0 | 0 | 3 | 0 |
| VERNON | 15,923 | 7,457 | 8,218 | 29 | 182 | 24 | 0 | 0 | 0 | 6 | 0 |
| VILAS | 15,369 | 5,903 | 9,261 | 22 | 138 | 14 | 0 | 0 | 0 | 0 | 0 |
| WALWORTH | 57,600 | 22,789 | 33,851 | 98 | 641 | 75 | 0 | 0 | 0 | 15 | 0 |
| WASHBURN | 10,378 | 3,867 | 6,334 | 19 | 123 | 13 | 0 | 0 | 0 | 4 | 0 |
| WASHINGTON | 88,070 | 26,650 | 60,237 | 125 | 941 | 78 | 1 | 0 | 0 | 28 | 0 |
| WAUKESHA | 267,996 | 103,906 | 159,649 | 305 | 3,023 | 331 | 0 | 6 | 0 | 54 | 5 |
| WAUPACA | 29,130 | 9,703 | 18,952 | 48 | 357 | 29 | 0 | 0 | 0 | 4 | 0 |
| WAUSHARA | 13,568 | 4,388 | 9,016 | 30 | 115 | 19 | 0 | 0 | 0 | 0 | 0 |
| WINNEBAGO | 94,032 | 44,060 | 47,796 | 168 | 1,629 | 138 | 0 | 0 | 0 | 38 | 1 |
| WOOD | 41,298 | 16,365 | 24,308 | 79 | 403 | 49 | 0 | 0 | 0 | 9 | 0 |
| **Office Totals:** | **3,298,041** | **1,630,866** | **1,610,184** | **5,146** | **38,491** | **5,259** | **25** | **36** | **5** | **1,089** | **110** |

SCO-066113720

GA 1231

SUBJECT TO PROTECTIVE ORDER

**WEC Canvass Reporting System**
**County by County Report**
**2020 General Election**

| County | IND Kanye West Michelle Tidball (write-in) | IND Mark Charles Adrian Wallace (write-in) | SCATTERING |
|---|---|---|---|
| SHEBOYGAN | 5 | 0 | 167 |
| ST. CROIX | 5 | 1 | 133 |
| TAYLOR | 1 | 0 | 3 |
| TREMPEALEAU | 2 | 0 | 21 |
| VERNON | 1 | 2 | 4 |
| VILAS | 0 | 0 | 31 |
| WALWORTH | 8 | 0 | 123 |
| WASHBURN | 0 | 0 | 18 |
| WASHINGTON | 10 | 0 | 0 |
| WAUKESHA | 26 | 1 | 690 |
| WAUPACA | 2 | 0 | 35 |
| WAUSHARA | 0 | 0 | 0 |
| WINNEBAGO | 12 | 0 | 190 |
| WOOD | 4 | 0 | 81 |
| **Office Totals:** | **411** | **52** | **6,367** |

SCO-06613721

GA 1232



# Tony Evers

Office of the Governor | State of Wisconsin

## CERTIFICATE OF ASCERTAINMENT

### FOR

### PRESIDENT, VICE PRESIDENT AND PRESIDENTIAL ELECTORS

### GENERAL ELECTION - NOVEMBER 3, 2020

I, TONY EVERS, Governor of the State of Wisconsin, DO HEREBY CERTIFY that the following is a true listing of the votes cast for the election of Presidential Electors, at a General Election held in the several towns, villages, cities, wards and election districts within the State of Wisconsin, on the Tuesday next succeeding the first Monday in November 2020, being the THIRD day of said month.

That from the certified returns, the total number of votes cast for the election of Electors for President and Vice President of the United States was 3,298,041, of which number:

JOSEPH R. BIDEN and KAMALA D. HARRIS, candidates of the Democratic Party for President and Vice President, and each of their electors, Meg Andrietsch, Shelia Stubbs, Ronald Martin, Mandela Barnes, Khary Penebaker, Mary Arnold, Patty Schachtner, Shannon Holsey, Tony Evers, and Benjamin Wikler received 1,630,866 votes;

DONALD J. TRUMP and MICHAEL R. PENCE, candidates of the Republican Party for President and Vice President, and each of their electors, Carol Brunner, Edward Scott Grabins, Bill Feehan, Robert F. Spindell, Jr., Tom Schreibel, Darryl Carlson, Pam Travis, Kelly Ruh, Andrew Hitt, and Mary Buestrin received 1,610,184 votes;

DON BLANKENSHIP and WILLIAM MOHR, candidates of the Constitution Party for President and Vice President, and each of their electors, Nigel Brown, Dan Herro, Matthew Kloskowski, Colin Hudson, Thomas Harland, Andrew Zuelke, Elizabeth Lindee, Josh Young, Glenn Petroski, and Lorraine Decker received 5,146 votes;

JO JORGENSEN and JEREMY SPIKE COHEN, candidates of the Libertarian Party for President and Vice President, and each of their electors, Darek Raese, Patrick Baird, Stephen Ecker, Kristin Walker, Jeff Kortsch, Brian Defferding, Nathan Gall, Mike Hammond, Kevin Litten, David Grover received 38,491 votes;

BRIAN CARROLL and AMAR PATEL, candidates of the American Solidarity Party for President and Vice President, and each of their electors, Christopher E. Hansen, Thuy Quyen Tran, Steven L. Carlson, Stephen M. Beall, Patrick William Malone, Charles Adams, Fergus E. McKiernan, Riley Martin Drew, David S. Bovee, and Marianne F. Bovee received 5,259 votes;

REGISTERED WRITE-IN CANDIDATES and other individuals received a combined total of 8,095 write-in votes.

Office of the Governor ♦ PO Box 7863, Madison, WI 53707
(608) 266–1212 ♦ www.evers.wi.gov

SUBJECT TO PROTECTIVE ORDER

SCO-02341358

CERTIFICATE OF ASCERTAINMENT
November 30, 2020
Page 2

I DO, THEREFORE, HEREBY DETERMINE AND CERTIFY that all the candidates for Presidential Elector on the Democratic Ticket, having received the greatest number of votes, are duly appointed Presidential Electors for the State of Wisconsin:

Meg Andrietsch
Shelia Stubbs
Ronald Martin
Mandela Barnes
Khary Penebaker
Mary Arnold
Patty Schachtner
Shannon Holsey
Tony Evers
Benjamin Wikler

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Wisconsin to be affixed. Done at the Capitol, in the City of Madison, this 30th day of November Two Thousand and Twenty.

TONY EVERS
Governor

By the Governor:

DOUGLAS LA FOLLETTE
Secretary of State



# Tony Evers

Office of the Governor | State of Wisconsin

## CERTIFICATE OF FINAL DETERMINATION CONCERNING
## PRESIDENTIAL ELECTORS
## GENERAL ELECTION - NOVEMBER 3, 2020

I, TONY EVERS, Governor of the State of Wisconsin, DO HEREBY CERTIFY, pursuant to 3 U.S.C. § 6, that on December 14, 2020, the Supreme Court of Wisconsin made a final determination in *Donald J. Trump v. Joseph R. Biden*, Case No. 2020AP2038, resolving a contest or controversy concerning the appointment of Meg Andrietsch, Shelia Stubbs, Ronald Martin, Mandela Barnes, Khary Penebaker, Mary Arnold, Patty Schachtner, Shannon Holsey, Tony Evers, and Benjamin Wikler, the electors for Joe Biden and Kamala Harris, as presidential electors of the State of Wisconsin. I certify that a true and correct copy of the Supreme Court of Wisconsin's decision and final determination is attached hereto.

That final determination confirms that, in the general election of Wisconsin on the third day of November, Two Thousand and Twenty, Meg Andrietsch, Shelia Stubbs, Ronald Martin, Mandela Barnes, Khary Penebaker, Mary Arnold, Patty Schachtner, Shannon Holsey, Tony Evers, and Benjamin Wikler received the highest number of votes cast for presidential electors.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Wisconsin to be affixed. Done at the Executive Residence, in the Village of Maple Bluff, this 21st day of December, Two Thousand and Twenty.

*Tony Evers*

TONY EVERS
Governor

By the Governor:

*Douglas La Follette*

DOUGLAS LA FOLLETTE
Secretary of State

Office of the Governor ♦ PO Box 7863, Madison, WI 53707
(608) 266-1212 ♦ www.evers.wi.gov

SUBJECT TO PROTECTIVE ORDER

SCO-02341360

 An official website of the United States government    Here's how you know ∨    **TLP:WHITE**

EMAIL US    CONTACT    SITE MAP



# JOINT STATEMENT FROM ELECTIONS INFRASTRUCTURE GOVERNMENT COORDINATING COUNCIL & THE ELECTION INFRASTRUCTURE SECTOR COORDINATING EXECUTIVE COMMITTEES

Original release date: November 12, 2020

WASHINGTON – The members of Election Infrastructure Government Coordinating Council (GCC) Executive Committee – Cybersecurity and Infrastructure Security Agency (CISA) Assistant Director Bob Kolasky, U.S. Election Assistance Commission Chair Benjamin Hovland, National Association of Secretaries of State (NASS) President Maggie Toulouse Oliver, National Association of State Election Directors (NASED) President Lori Augino, and Escambia County (Florida) Supervisor of Elections David Stafford – and the members of the Election Infrastructure Sector Coordinating Council (SCC) – Chair Brian Hancock (Unisyn Voting Solutions), Vice Chair Sam Derheimer (Hart InterCivic), Chris Wlaschin (Election Systems & Software), Ericka Haas (Electronic Registration Information Center), and Maria Bianchi (Democracy Works) - released the following statement:

"The November 3rd election was the most secure in American history. Right now, across the country, election officials are reviewing and double checking the entire election process prior to finalizing the result.

"When states have close elections, many will recount ballots. All of the states with close results in the 2020 presidential race have paper records of each vote, allowing the ability to go back and count each ballot if necessary. This is an added benefit for security and resilience. This process allows for the identification and correction of any mistakes or errors. **There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised.**

"Other security measures like pre-election testing, state certification of voting equipment, and the U.S. Election Assistance Commission's (EAC) certification of voting equipment help to build additional confidence in the voting systems used in 2020.

"While we know there are many unfounded claims and opportunities for misinformation about the process of our elections, we can assure you we have the utmost confidence in the security and integrity of our elections, and you should too. When you have questions, turn to electi **TLP:WHITE**

SUBJECT TO PROTECTIVE ORDER    SCO-03036930

GA 1236

trusted voices as they administer elections."

**TLP:WHITE**

###

**Topics:** Election Security

**Keywords:** CISA, Election security

**Last Published Date:** November 12, 2020

**TLP:WHITE**

SUBJECT TO PROTECTIVE ORDER                                                            SCO-03036931

GA 1237

SEALED

SEALED

SEALED

**From:** "Donald J. Trump for President, Inc." <pressoffice@donaldtrump.com>
**To:** <span style="background:black">▮▮▮▮▮▮▮▮▮▮▮▮</span>
**Subject:** Trump Campaign Statement on Legal Team
**Date:** Mon, 23 Nov 2020 09:24:44 +1100

No images? <u>Click here</u>



- November 22, 2020 -

## Trump Campaign Statement on Legal Team

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump



Paid for by Donald J. Trump for President, Inc.
725 5th Avenue · New York, NY · 10022
<u>info@donaldtrump.com</u>

<u>Preferences</u> | <u>Unsubscribe</u>

SUBJECT TO PROTECTIVE ORDER          SCO-00377102

**From:** Comms Alert <CommsAlert@GOP.COM>
**To:** "COMMSALERT@L.GOP.COM" <COMMSALERT@L.GOP.COM>
**Subject:** AP: Barr: No evidence of fraud that'd change election outcome
**Date:** Tue, 1 Dec 2020 19:20:03 +0000
**Importance:** Normal

---

**Barr: No evidence of fraud that'd change election outcome**
Associated Press
Michael Balsamo
December 1, 2020 – 2:19 PM
https://apnews.com/article/election-2020-joe-biden-donald-trump-elections-william-barr-
b1f1488796c9a98c4b1a9061a6c7f49d

WASHINGTON (AP) — Attorney General William Barr said Tuesday the Justice Department has not uncovered evidence of widespread voter fraud that would change the outcome of the 2020 presidential election.

His comments come despite President Donald Trump's repeated claims that the election was stolen, and his refusal to concede his loss to President-Elect Joe Biden.

In an interview with The Associated Press, Barr said U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've received, but they've uncovered no evidence that would change the outcome of the election.

"To date, we have not seen fraud on a scale that could have affected a different outcome in the election," Barr told the AP.

The comments are especially direct coming from Barr, who has been one of the president's most ardent allies. Before the election, he had repeatedly raised the notion that mail-in voter fraud could be especially vulnerable to fraud during the coronavirus pandemic as Americans feared going to polls and instead chose to vote by mail.

Last month, Barr issued a directive to U.S. attorneys across the country allowing them to pursue any "substantial allegations" of voting irregularities, if they existed, before the 2020 presidential election was certified, despite no evidence at that time of widespread fraud. That memorandum gave prosecutors the ability to go around longstanding Justice Department policy that normally would prohibit such overt actions before the election was certified. Soon after it was issued, the department's top elections crime official announced he would step aside from that position because of the memo.

The Trump campaign team led by Rudy Giuliani has been alleging a widespread conspiracy by Democrats to dump millions of illegal votes into the system with no evidence. They have filed multiple lawsuits in battleground states alleging that partisan poll watchers didn't have a clear enough view at polling sites in some locations and therefore something illegal must have happened. The claims have been repeatedly dismissed including by Republican judges who have ruled the suits lacked evidence. Local Republicans in some battleground states have followed Trump in making similar unsupported claims.

Trump has railed against the election in tweets and in interviews though his own administration has said the 2020 election was the most secure ever. Trump recently allowed his administration to begin the transition over to Biden, but has still refused to admit he lost.

The issues Trump's campaign and its allies have pointed to are typical in every election: Problems with signatures, secrecy envelopes and postal marks on mail-in ballots, as well as the potential for a small number of ballots miscast or lost.

But they've also requested federal probes into the claims. Attorney Sidney Powell has spun fictional tales of election systems flipping votes, German servers storing U.S. voting information and election software created in Venezuela "at the direction of

Hugo Chavez," – the late Venezuelan president who died in 2013. Powell has since been removed from the legal team after an interview she gave where she threatened to "blow up" Georgia with a "biblical" court filing.

Barr didn't name Powell specifically but said: "There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results. And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that," Barr said.

He said people were confusing the use of the federal criminal justice system with allegations that should be made in civil lawsuits. He said such a remedy for those complaints would be a top-down audit conducted by state or local officials, not the U.S. Justice Department.

"There's a growing tendency to use the criminal justice system as sort of a default fix-all, and people don't like something they want the Department of Justice to come in and 'investigate,'" Barr said.

He said first of all there must be a basis to believe there is a crime to investigate.

"Most claims of fraud are very particularized to a particular set of circumstances or actors or conduct. They are not systemic allegations and. And those have been run down; they are being run down," Barr said. "Some have been broad and potentially cover a few thousand votes. They have been followed up on."

---

To Unsubscribe Email COMMSALERT-signoff-request@L.GOP.COM

SUBJECT TO PROTECTIVE ORDER                    SCO-07167984

The Wayback Machine - https://web.archive.org/web/20201220193456/https://www.donaldjtrump.com/media/statement-of-trump-legal-te...

**CLICK HERE TO DONATE TO THE ELECTION DEFENSE FUND ⊘**



Get Involved   Coalitions   Events   News   About   Promises Kept   Español     SHOP     CONTRIBUTE

December 01, 2020

# STATEMENT OF TRUMP LEGAL TEAM ON BILL BARR'S COMMENTS ON VOTER FRAUD

Share: 

## Tags

Press Releases

"With all due respect to the Attorney General, there hasn't been any semblance of a Department of Justice investigation. We have gathered ample evidence of illegal voting in at least six states, which they have not examined. We have many witnesses swearing under oath they saw crimes being committed in connection with voter fraud. As far as we know, not a single one has been interviewed by the DOJ. The Justice Department also hasn't audited any voting machines or used their subpoena powers to determine the truth.

"Nonetheless, we will continue our pursuit of the truth through the judicial system and state legislatures, and continue toward the Constitution's mandate and ensuring that every legal vote is counted and every illegal vote is not. Again, with the greatest respect to the Attorney General, his opinion appears to be without any knowledge or investigation of substantial irregularities and evidence of systemic fraud."

- Rudy Giuliani, Attorney for President Trump, and Jenna Ellis, Trump Campaign Senior Legal Adviser and Attorney for President Trump

← PREVIOUS

Trump Campaign Files Lawsuit in Wisconsin to Restore Election Integrity

NEXT →

President Trump files suit in Wisconsin alleging unlawful & unconstitutional acts

← Back to News

**OTHER NEWS**

**Trump campaign statement on Joe Biden visit to Georgia**

READ MORE

**Trump Campaign Releases New Ads Calling on the American People to Help Fix Our Broken Election System**

READ MORE

**Trump campaign statement on Joe Biden trip to Georgia**

READ MORE

**President Trump Moves to Intervene in Texas Supreme Court Case**

READ MORE

**Trump Legal Team Statement on "Safe Harbor Deadline"**

READ MORE

**STATEMENT REGARDING TIMELINE OF MAYOR GIULIANI'S COVID-19 DIAGNOSIS**

READ MORE

**TRUMP CAMPAIGN FILES ELECTION CONTEST IN GEORGIA**

Election Contest Lawsuit Documents Tens Thousands of Illegal Votes Included in the GA Presidential Vote Totals Rendering November 3, 2020 Election Results Null and Void; Suit Asks Court to Vacate and Enjoin the Certification of the Election

READ MORE

**TRUMP CAMPAIGN FILES NOTICE OF APPEAL IN DANE, MILWAUKEE COUNTIES**

READ MORE

**Trump, RNC Announce Massive $207.5 Million Raised Since Election Day**

Committees Combine to Raise $495 Million for October 15th-November 23rd Reporting Period

READ MORE

**Trump Campaign Challenge to Remove Unlawful Ballots Advances in Wisconsin**

SCO-12900757

# SEALED

SEALED

SEALED

SEALED

<u>Privileged and Confidential</u>

# M E M O R A N D U M

TO:
FROM:
DATE:        November 18, 2020
RE:          **The Real Deadline for Settling a State's Electoral Votes**

You asked for a written summary of the legal analysis underlying my suggestion during our conference call that, in any judicial review of the canvassing/recounting in Wisconsin, we should emphasize that the presidential election timetable affords ample time for judicial proceedings, even if initial errors in the recount require a remand for further recounting.

<u>Summary</u>

There is a very strong argument, supported by historical precedent (in particular, the 1960 Kennedy-Nixon contest), that the real deadline for a finding by the Wisconsin courts (or, possibly, by its Legislature) in favor of the President and Vice President is not **December 8** (the "safe harbor" deadline under the Electoral Count Act), nor even **December 14** (the date on which electors must vote in their respective States), but **January 6** (the date the Senate and House meet for the counting of electoral votes).

Assuming the electors pledged to Trump and Pence end up meeting at the Wisconsin Capitol on December 14 to cast their votes, and then send their votes to the President of the Senate in time to be opened on January 6, a court decision (or, perhaps, a state legislative determination) rendered <u>after</u> December 14 in favor of the Trump-Pence slate of electors should be considered timely. On this view, the only real deadline during the next month is the December 14 deadline to cast electoral votes – so that any state judicial proceedings which extend past that date, working toward resolution of who has won Wisconsin's electoral votes, are entirely compatible with federal law provided that they are completed by January 6.

1.    **The January 6 Hard Deadline**

The date which has "ultimate significance" under federal law, as Justice Ginsburg aptly noted, is "the sixth day of January," the date set by 3 U.S.C. § 15 on which the Senate and House determine "the validity of electoral votes." <u>Bush v. Gore</u>, 531 U.S. 98, 144 (2000) (Ginsburg, J., dissenting). That is the <u>first</u> date on which any electoral votes are actually counted. On that date, the Twelfth Amendment directs, "[t]he President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted."

<u>**Privileged and Confidential**</u>                                                                                      2
**The Real Deadline for Settling a State's Electoral Votes**

**2.      What Must Happen on December 14**

The other date of particular federal significance is the date that the ten Wisconsin electors pledged, respectively, to Trump-Pence and Biden-Harris, must meet in Madison to actually cast their electoral votes, if those votes are later to be eligible to be counted in Congress on January 6. Art. II, § 1, cl. 4, gives Congress the power to specify the date "on which [the electors] shall give their Votes, which Day shall be the same throughout the United States." Exercising that power, Congress has mandated that the electors "shall meet and give their votes on the first Monday after the second Wednesday in December" – this year, December 14 – "at such place in each State as the legislature of such State shall direct." 3 U.S.C. § 7.

In accord with § 7, the Wisconsin Legislature has directed that "[t]he electors for president and vice president shall meet at the state capitol" at noon on December 14. Wis. Stat. § 7.75(1).

Prudence dictates that the ten electors pledged to Trump and Pence meet and cast their votes on December 14 (unless by then the race has been conceded). It is highly uncertain, given the language in Art. II requiring that all electors throughout the United States vote on the same day, whether Congress could validly count electoral votes cast on a later date.[1]

It may seem odd that the electors pledged to Trump and Pence might meet and cast their votes on December 14 even if, at that juncture, the Trump-Pence ticket is behind in the vote count, and no certificate of election has been issued in favor of Trump and Pence. However, a fair reading of the federal statutes suggests that this is a reasonable course of action.

The basic responsibility of the electors is to "make and sign six certificates of the votes given by them" for President and Vice President, 3 U.S.C. § 9; "seal up the certificates so made by them," <u>id.</u>, § 10; and forward them by registered mail to the President of the Senate and to other officials. <u>Id.</u>, § 11. These actions are carried out without any involvement by state officials.

---

[1] In 1857, Congress spent two days debating whether it would count electoral votes from Wisconsin which were cast one day late due to a blizzard in Madison. The result of the presidential election did not turn on the question, and it was left unresolved. Cong. Globe, 34th Cong., 3rd Sess., 644-60, 662-68 (1857).

SUBJECT TO PROTECTIVE ORDER                                                  SCO-00310620

It also seems clear that <u>if</u>, before the electors cast their votes, the candidates for whom they are voting have been issued certificates of election, it is the duty of the governor to deliver the certificates to the electors "on or before the day" they are required to meet, <u>id</u>. at § 6, and the electors are then to attach the certificates to the electoral votes they transmit to the President of the Senate. <u>Id</u>., § 9.

But nothing in federal law requires States to resolve controversies over electoral votes prior to the meeting of the electors. Indeed, there is no set deadline for a State to transmit to Congress a certification of <u>which</u> slate of electors has been determined to be the valid one. The duty of a state governor is merely to transmit the certification "as soon as practicable after the conclusion of the appointment of the electors in such State by the final ascertainment, under and in pursuance of the laws of such State providing for such ascertainment . . . ." <u>Id</u>., § 6.

**3.      Hawaii's Electoral Votes in the 1960 Kennedy-Nixon Contest**

The reasonableness of the above statutory analysis, and the prudence of the Trump-Pence electors meeting in Madison on December 14 to cast their votes and transmit them to Congress, regardless of the status of the electoral contest in Wisconsin at that juncture, is illustrated by how the Democratic Party handled the uncertainty over Hawaii's electoral votes in the 1960 presidential election between John F. Kennedy and Richard M. Nixon.[2]

Remarkably, Hawaii's electoral votes were counted in favor of Kennedy and Johnson when the votes were opened in Congress on January 6 even though:

(1) they did not arrive in Congress until <u>that very morning</u>;

(2) on the date the Electoral College met, December 19, 1960, Nixon's electors had in hand a certificate from the Hawaii governor certifying that Nixon had won the state (by 141 votes);

(3) the Kennedy electors nonetheless also met and voted on that day, to preserve the possibility that their votes would eventually be certified as the valid ones;

(4) on the same day, a Hawaii court ordered a recount of the entire state;

_____

[2] The following summary is adapted from Michael L. Rosin & Jason Harrow, "How to Decide a Very Close Election for Presidential Electors: Part 2," <u>Take Care Blog</u>, Oct. 23, 2020 (https://takecareblog.com/blog/how-to-decide-a-very-close-election-for- presidential-electors-part-2) (visited Nov. 17, 2020).

Privileged and Confidential                                                            4
The Real Deadline for Settling a State's Electoral Votes

(5) only on December 28 did the Hawaii courts issue a final decision finding that Kennedy had, in fact, won the state (by 105 votes); and

(6) because the Kennedy electors had taken care to vote on the proper day, and the governor signed an amended certificate of election which was then rushed to Washington, in time to be counted in Congress, the electoral votes were awarded to Kennedy (although, it should be noted, the votes were counted only after Vice President Nixon, in his capacity as President of the Senate, suggested without objection that the votes be counted in favor of Kennedy "[i]n order not to delay the further count of the electoral vote," and "without the intent of establishing a precedent").

The last-minute counting of the Hawaii electoral votes in favor of Kennedy in 1960 buttresses the conclusion of constitutional law scholar Laurence Tribe that, absent some indication by a State to the contrary, the only <u>real</u> deadline for a state to complete its recount of a presidential election is "before Congress starts to count the votes on January 6."[3]

4.     **Nothing in Wisconsin Law Is Inconsistent With the Trump-Pence Electors Casting Their Votes on December 14, as the Kennedy-Johnson Electors Did in 1960**

The Biden camp might well seek to create a sense of urgency, and try to artificially truncate the post-election process of recounting and adjudication, by claiming that Wisconsin has an important interest in having all controversies regarding the election resolved by December 8, in order to gain the benefit of the "safe harbor" provision of the Electoral Count Act, which purportedly mandates that a final result reached in a State by the safe-harbor date "shall be conclusive" when votes are counted in Congress. 3 U.S.C. § 5.[4] The U.S. Supreme Court's view that

---

[3] Laurence H. Tribe, "Comment: <u>eroG .v hsuB</u> and Its Disguises: Freeing <u>Bush v. Gore</u> From Its Hall of Mirrors," 115 Harv. L. Rev. 170, 265-66 (2001).

[4] One must use the caveat "purportedly," because there are substantial reasons to doubt that the Electoral Count Act, enacted by the <u>50th Congress</u> in 1877, can have any binding effect on the <u>117th Congress</u> which will convene on January 3, regarding its authority and obligation to count electoral votes as it sees fit. In particular, there is a very strong argument that the Senate which convenes in January has the inherent power to set whatever rules it wishes for deciding challenges to the electoral votes cast in this election. To view the Electoral Count Act as tying the Senate's hands, unless amended, would mean that the Senate would need the permission of both the House and the President (absent a veto-proof

Florida had a strong interest in qualifying under this safe-harbor provision was a key factor in its decision to halt the ongoing Florida recount in the 2000 presidential election. Bush v. Gore, 531 U.S. 98, 110-11 (2000) (per curiam).

However, nowhere has the Wisconsin Legislature placed any priority on ensuring that post-election procedures in presidential contests are completed by the safe-harbor date. Far from mandating that certificates of election must be issued by this date, the Legislature has, with regard to all elections, affirmatively banned certificates of election from being issued unless and until all timely brought recounts, and subsequent judicial proceedings, have been exhausted:

> When a valid petition for recount is filed . . . the governor or commission may not issue a certificate of election until the recount has been completed and the time allowed for filing an appeal has passed, or if appeal until the appeal is decided.

Wis. Stat. § 7.70(5)(a).[5]

---

voting margin) to change the rules governing its deliberations, a result which cannot be squared with Art. I, § 5, providing that "[e]ach House may determine the Rules of its Proceedings . . . ." As Professor Tribe has noted, "[t]here is no constitutionally prescribed method by which one Congress may require a future Congress to interpret or discharge a constitutional responsibility in any particular way." Tribe, supra note 3, at 267 n.388 (citing Laurence H. Tribe, 1 American Constitutional Law, § 2-3, at 125-26 n.1 (3d ed. 2000)). See also Chris Land & David Schultz, On the Unenforceability of the Electoral Count Act, 13 Rutgers J. of Law & Pub. Pol'y 340, 368-77, 385-87 (2016); Vasan Kesavan, Is the Electoral Count Act Unconstitutional?, 80 N. Car. L. Rev. 1654, 1729-59, 1779-93 (2002).

[5] To be sure, in accord with ordinary practice, under which the winner of the electoral votes in Wisconsin will typically be known well in advance of the date when electors cast their votes, the Legislature has provided that in presidential elections, the govenor "shall prepare a certificate showing the determination of the results of the canvass and the names of the persons elected," and send six duplicate originals to one of the electors on or before the date electoral votes are cast. Wis. Stat. § 7.70(b). Obviously this ministerial duty exists only when a certificate of election has already issued under § 7.70(a), after all post-election recounts and related legal proceedings have reached finality. There is nothing in § 7.70(b) that purports to affect the timetable for resolving post-election proceedings.

SUBJECT TO PROTECTIVE ORDER                                        SCO-00310623

## Conclusion

The position taken by the Trump-Pence campaign regarding the outside deadline for resolving post-election challenges could conceivably end up proving critical to the result of this election. If so, it would not be the first time: the failure of the Gore team in 2000 to focus on the real deadline early enough was a clear mistake. Thus, the issue of the real deadline should be examined carefully in the near future, so that the campaign presents a clear and united front concerning it.

Reflecting on the failure of the Gore challenge to Bush's victory in Florida, Ron Klain observed in a 2002 essay that "time was our enemy" – to an extent that "cannot be underestimated."[6] Klain's early mistake was to overlook the possibility that January 6 might be the real deadline for resolving the matter of who had won Florida's electoral votes. As Klain recounted, when he went on CNN shortly after the election (on November 10), he "rather offhandedly noted that there was plenty of time for a full and fair counting of the people's votes, given that the electoral votes were not scheduled to be counted until December 18 . . . ."[7]

The timetable for Gore to win the recount was further truncated by Gore attorney David Boies who, "during the first argument to the Florida Supreme Court," on November 20, "had said that the election would be over on December 12, because of an obscure provision of federal law."[8] Journalist and lawyer David Kaplan vividly describes Boies's fateful decision in answering the justices' question regarding the outside deadline for resolving the controversy over the recount:[9]

> The deadline [Boies] repeatedly cited was December 12, six days
> before the Electoral College met and twenty-two days hence – a
> veritable eternity in the day-to-day, minute-to-minute struggle. This
> was the date mandated by the Electoral Count Act by which states had
> to get their acts together, in order to prevent Congress from possibly
> rejecting a slate of presidential electors. December 12 was a so-called

---

[6] Ronald A. Klain & Jeremy B. Bash, "The Labor of Sisyphus: The Gore Recount Perspective," in Overtime!: The Election 2000 Thriller (2002) (Larry B. Sabato, ed.), at 161.

[7] Id.

[8] Jeffrey Toobin, Too Close to Call: The Third-Six-Day Battle to Decide the 2000 Election 195 (2001).

[9] David A. Kaplan, The Accidental President: How 413 Lawyers, 9 Supreme Court Justices, and 5,963,110 (Give or Take a Few) Floridians Landed George W. Bush in the White House 142-43 (2001).

SUBJECT TO PROTECTIVE ORDER                                          SCO-00310624

safe harbor, but it was <u>not</u> a requirement ordained by either the U.S. Constitution, the Florida constitution, or even Congress itself. It was only in the nature of a benefit offered, with no penalty other than the absence of the benefit – sort of a no-risk offer. Any electoral slate determined thereafter simply would not be immune from congressional examination in a close election. That might seem like a big deal in theory, but did anyone really believe that in practice the electoral votes of one of the most populous states in the Union might go uncounted altogether? The distinction between a safe harbor as a freebie or absolute requirement was vital, but Boies didn't make it. Boies figured: Why should he? If his client got the time to count, Gore would overtake Bush and hand <u>him</u> the witch's hourglass

Wells pressed Boies on whether he agreed that December 12 represented the outer bounds.

"I do, Your Honor." He said this despite there being no state law or executive pronouncement to that effect.

Boies's concession of the date as a constitutional line over which no recount could cross would come back to haunt him in two weeks at the U.S. Supreme Court. It walled him in from ever offering such dates as December 18 (when the Electoral College convened), January 6 (when Congress met in joint session to count the electoral votes), or even January 20 (Inauguration Day). Indeed, January 20 was the only date mandated by the federal Constitution (in the Twentieth Amendment) – the other dates were mere statutory creations, which could be changed.

But to the extent the justices were going to come up with a new timetable, thinking about December 12 was critical. Any certification of the election – whether it included all, some, or none of the results from manual recounts – had to happen in time for the contest phase of Florida law to play out. A contest lawsuit needed time for trial and appeals. That had to be completed by December 12, according to Boies's answer.

If Boies had instead taken the position that January 6 was the real deadline for resolving the contest over Florida's electoral vote, citing the Hawaii 1960 example, Gore might ultimately have prevailed. So the issue of what is the real deadline is an issue that warrants close examination.

SEALED

S

# SEALED

S

SEALED

SEALED

**Privileged and Confidential**

**M E M O R A N D U M**

TO:
FROM:     ██████████
DATE:     December 6, 2020
RE:       **Important That All Trump-Pence Electors Vote on December 14**

    This follows up on my November 18 memo (copy <u>here</u>) advocating that unless the President and Vice President plan to concede the race if they fail to reach 270 electoral votes by December 14, the Trump-Pence electors all should meet in their respective States, and cast their votes and send them to Washington, so that the votes will be physically present at the joint session of Congress on January 6.

    This memo briefly covers three points: (1) importance of all the electors in <u>all six</u> contested States voting; (2) messaging about this being a routine measure; and (3) logistics.

### 1. The Trump-Pence electors in <u>all six</u> contested States must vote

    I'd be happy to follow up on the subject with a separate memo, if the national legal strategists are interested, but I've mulled over how January might play out, and it seems feasible that the Trump campaign can prevent Biden from amassing 270 electoral votes on January 6, and force the Members of Congress, the media, and the American people to focus on the substantive evidence of illegal election and counting activities in the six contested States, provided three things happen:

    **(a)** All the Trump-Pence electors meet and vote, in all six contested States, and send in the certificates containing their votes, in compliance with federal and state statutes, on December 14;

    **(b)** There is pending, on January 6, in each of the six States, at least one lawsuit, in either federal or state court, which might plausibly, if allowed to proceed to completion, lead to either Trump winning the State or at least Biden being denied the State (of course, ideally by then Trump will have been awarded one or more of the States); and

    **(c)** On January 6, in a solemn and constitutionally defensible manner, consistent with clear indications that this what the Framers of the Constitution intended and expected, and consistent with precedent from the first 70 years of our nation's history, Vice President Pence, presiding over the joint session, takes the position that it is his constitutional power and duty, alone, as President of the Senate, to both open <u>and</u> count the votes, and that anything in the Electoral Count Act to the contrary is unconstitutional.

<u>**Privileged and Confidential**</u>                                                    2
**Trump Electors Voting on December** 14

I'm not necessarily advising this course of action, and the Vice President need not make a decision on how to proceed until January 6, and obviously there are many factors that will come to bear on how he proceeds, assuming the race has not been conceded before January 6. My point here is that it is important that the alternate slates of electors meet and vote on December 14 if we are to create a scenario under which Biden can be prevented from reaching 270 electoral votes, even if Trump has not managed by then to obtain court decisions (or state legislative resolutions) invalidating enough results to push Biden below 270.

Again, I'd be happy to elaborate further on the January 6 scenario I have in mind, but provided the three conditions above are met, unless I am missing something, I believe that what can be achieved on January 6 is not simply to keep Biden below 270 electoral votes. It seems feasible that the vote count can be conducted so that <u>at no point will Trump be behind in the electoral vote count</u> unless and until Biden can obtain a favorable decision from the Supreme Court upholding the Electoral Count Act as constitutional, or otherwise recognizing the power of Congress (and not the President of the Senate) to count the votes.

Specifically – but only if all six States are still contested, and all six slates of Trump-Pence electors had voted on December 14 – I think the count could be managed so that Biden would have to seek Supreme Court review either when he is behind 12-0 in the electoral count or, at latest, when he is behind 232-227.

Even if, in the end, the Supreme Court would likely end up ruling that the power to count the votes (in the sense of resolving controversies concerning them) does not lie with the President of the Senate, but instead lies with Congress (either voting jointly, or in separate Houses), letting matters play out this way would guarantee that public attention would be riveted on the evidence of electoral abuses by the Democrats, and would also buy the Trump campaign more time to win litigation that would deprive Biden of electoral votes and/or add to Trump's column.

I recognize that what I suggest is a bold, controversial strategy, and that there are many reasons why it might not end up being executed on January 6. But as long as it is one possible option, to preserve it as a possibility it is important that the Trump-Pence electors cast their electoral votes on December 14.

**2. Messaging about the December 14 vote as routine**

If the Trump campaign ends up deciding to have all of its electors vote on December 14, even in States in which Trump has not been declared the winner, presumably word of this will leak out prior to December 14. So perhaps before then there should be messaging that presents this as a routine measure that is necessary to ensure that in the event the courts (or state legislatures) were to later conclude

**Privileged and Confidential**                                                                3
**Trump Electors Voting on December 14**

that Trump actually won the state, the correct electoral slate can be counted in Congress in January – just as the Democrats did in Hawaii in 1960, which ended up with Hawaii's electoral votes being awarded to Kennedy, even though the litigation was not resolved until <u>after</u> the electors voted (see <u>my Nov. 18 memorandum</u>).

Two points might be made to support this as being a routine, sensible measure. First, our key adversary in Wisconsin, the Wisconsin Elections Commission (WEC), has recognized that there is plenty of time for litigation to play out, and no need to rush unduly, because the real deadline is January 6. See pages 6-10 of its Wisconsin Supreme Court brief, <u>here</u>.

Similarly, Justice Ginsburg noted that the date which has "ultimate significance" under federal law is "the sixth day of January," the date set by 3 U.S.C. § 15 on which the Senate and House determine "the validity of electoral votes." <u>Bush v. Gore</u>, 531 U.S. 98, 144 (2000) (Ginsburg, J., dissenting) (opinion <u>here</u>).

Professor Tribe, a key Biden supporter and fervent Trump critic (e.g., <u>here</u>, <u>here</u>, and <u>here</u>), has likewise noted that the only <u>real</u> deadline for a State's electoral votes to be finalized is "before Congress starts to count the votes on January 6." Laurence H. Tribe, "Comment: eroG .v hsuB and Its Disguises: Freeing <u>Bush v. Gore</u> From Its Hall of Mirrors," 115 <u>Harv. L. Rev</u>. 170, 265-66 (2001) (copy <u>here</u>).

Further, respected voices in the minority community are recently on record that January 6 is the important date. Consider, for example, <u>this article</u> in <u>Roll Call</u> on October 26 (emphasis added):

> Some people believe the GOP's reluctance to support efforts in the battleground states of Michigan and Pennsylvania to begin processing mail-in votes before Election Day is tied to the fact that they have Democratic governors and Republican-controlled legislatures. If disputes over mail-in votes are dragging on in court when it comes time for the Electoral College to meet on Dec. 14, it's possible legislators could put up their own slates.

> Those disputes would land in the lap of Congress, and don't expect objections to come only from Republicans.

> Sherrilyn Ifill, president and director of the NAACP Legal Defense and Education Fund, noted during a <u>webinar hosted by the Aspen Institute</u> on Oct. 2 that just as the Black Caucus objected to the Florida vote in 2001, the same could happen in January if voters are intimidated from casting ballots or election officials are stopped by

<u>Privileged and Confidential</u>                                                          4
**Trump Electors Voting on December** 14

armed groups or court orders from counting absentee or provisional ballots.

"We are a nonpartisan organization, but we believe it's critical that every vote is counted," she said. "And so I would just draw your attention to the fact that **we really have to take this all the way to Jan. 6**, and that potential statutory challenge may be received quite differently in 2021 than it was received in 2001."

Second, prominent liberal figures urged, just before election day, that given that post-election litigation might drag on for some time, each campaign should have its slate of electors vote on December 14.

Consider <u>this essay</u>, published on CNN.com by Van Jones and Larry Lessig on Nov. 4, when they thought Trump might be ahead in the count in Pennsylvania after election day, and that Democrats then would have to contest the State. Jones and Lessig wanted to make clear in advance that Democrats would have <u>until January 6</u> to pull out a win (having learned Gore's painful lesson from 2000 that you need to give yourself as much time as possible to come from behind). After considering the key insight that can be gleaned from the 1960 Hawaii electoral count, they advised (emphasis added):

That insight shows what should happen this year on December 14, 2020, when the electors are to meet to cast their ballots. **On that day**, assuming the final count of the popular votes has not yet been certified, **both slates** of Pennsylvania presidential electors should meet in Harrisburg. **Both slates should cast their votes** by ballot. And Pennsylvania Gov. Tom Wolf should await the final resolution of the popular vote count before he certifies which slate should represent the state. **So long as that certification happens before January 6, there is nothing that should stop it from being counted by Congress**.

Given such prior statements by these and other prominent liberal figures, it would be the height of hypocrisy for Democrats to resist January 6 as the real deadline, or to suggest that Trump and Pence would be doing anything particularly controversial in asking the electors pledged to them to please assemble in their respective States and cast their votes, and transmit them to Washington, on December 14, so that they might be counted in Congress if their slates are later declared the valid ones, by a court and/or state legislature.

### 3. Logistics for casting/transmitting electoral votes on December 14

The federal-law requirements for the December 14 electors' meeting are set out in 3 U.S.C. §§ 6-11 (copy here).

The state-law requirements are set out in Wis. Stats. § 7.75 (here).

Obviously, there are party leaders and/or officials in each State who are familiar with the relevant details who would deal with the logistics, most of whom have handled such details in past elections. But here is a brief summary, in chronological order, of the requirements, which I set out to make clear that the electors in the contested States should be able to take the essential steps needed to validly cast and transmit their votes without any involvement by the governor or any other state official.

The electors here function, in effect, as agents of the federal government, under powers delegated to them by the federal Constitution and statutes (assuming that they end up being recognized as the validly appointed electors, following final judicial and/or state legislative action).

• Under federal law, the ten Trump-Pence electors must all meet, together, on December 14, "at such place in each State as the legislature of such State shall direct." 3 U.S.C. § 7.

• Under Wisconsin law, they "shall meet at the state capitol," i.e., in the Capitol Building, "at 12:00 noon." Wis. Stat. § 7.75(1).

• There is no requirement that they meet in public. It might be preferable for them to meet in private, to thwart the ability of protesters to disrupt the event – witness, via this video, what happened when the Trump-Pence electors met in public in 2016, even though the Trump-Pence victory in Wisconsin had not been contested. Even if held in private, perhaps print and even TV journalists would be invited to attend to cover the event.

• Preferably all ten electors who were on the ballot would be in attendance. But if some are unwilling (due to intimidation) or unable to make it, it is sufficient that three electors who were on the ballot make it, provided that other party stalwarts (not constitutionally disqualified from serving) are available to step in. Wis. Stat. § 7.75(1) ("if there is a vacancy in the office of an elector due to death, refusal to act, failure to attend or other cause, the electors present shall immediately proceed to fill by ballot, by a plurality of votes, the electoral college vacancy.").

<u>**Privileged and Confidential**</u>                                              6
**Trump Electors Voting on December** 14

• The ten electors would then all vote for Trump for President, and Pence for Vice President, separately. 3 U.S.C. § 8; Wis. Stat. § 7.75(2).

• The electors would then prepare six identical sets of papers – "certificates" – listing under separate headings their votes, indicating that each of them has voted for Trump for President, and Pence for Vice President. Apparently each page is signed by each elector. 3 U.S.C. § 9.

• The only thing ordinarily contemplated by Sect. 9 that the Trump-Pence electors would not be able to do (unless Trump wins by December 14) is staple to each of their certificates the certificate of ascertainment that the governor is directed to give the winning electors pursuant to 3 U.S.C. § 6. But, as the Hawaii 1960 example shows, this is hardly fatal; proof that the Trump-Pence electors are the validly appointed ones can be furnished to Congress before it meets on January 6.

• Next, the electors would place each certificate in a separate envelope, seal up the envelopes, and indicate on the outside of the envelopes that they contain the votes of the State of Wisconsin for President and Vice President. 3 U.S.C. § 10.

• Finally, the electors would transmit the six envelopes containing identical originals of their votes as follows:

–1 to the President of the Senate, by registered mail, on the same day ("forthwith").

–2 to Wisconsin's Secretary of State (apparently by hand), one to be held in reserve for the President of the Senate, and the other to be preserved as a public record.

–2 to the National Archives, one to be held in reserve for the President of the Senate, and the other to be preserved as a public record, also by registered mail ("[o]n the day thereafter").

–1 to the U.S. District Court for the Western District of Wisconsin (apparently by hand).

*  *  *

Given the possible upside of having the Trump-Pence electors meet to vote on December 14, it seems advisable for the campaign to seriously consider this course of action and, if adopted, to carefully plan related messaging.



SUBJECT TO PROTECTIVE ORDER                                    SCO-00310631

# M E M O R A N D U M

TO:  
FROM:  
DATE:    December 9, 2020  
RE:      **Statutory Requirements for December 14 Electoral Votes**

Here is a summary of the requirements under federal law, and under the law of the six States in controversy, concerning what is required for presidential electors to validly cast and transmit their votes. Obviously, there are party leaders and/or officials in each State who are familiar with the relevant details who would deal with the logistics, most of whom have handled such details in past elections. This memo merely supplies a general overview.

It appears that even though none of the Trump-Pence electors are <u>currently</u> certified as having been elected by the voters of their State, most of the electors (with the possible exception of the Nevada electors) will be able to take the essential steps needed to validly cast and transmit their votes, so that the votes might be eligible to be counted if later recognized (by a court, the state legislature, or Congress) as the valid ones that actually count in the presidential election. (On why this could work, see <u>here</u> and <u>here</u>.) And, they can do so without any involvement by the governor or any other state official (except, in some States, where access to the Capitol Building is or might be needed, or where the Governor must approve a substitute elector or, in Nevada, where the Secretary of State is involved).

It is important that the Trump-Pence Campaign focus carefully on these details, as soon as possible, if the aim is to ensure that <u>all 79 electoral votes</u> are properly cast and transmitted – each electoral vote being potentially important if the election ultimately extends to, and perhaps past, January 6 in Congress. The National Archives has a very helpful checklist, <u>here</u>.

## I.    FEDERAL LAW

The federal-law requirements for the December 14 electors' meeting are set out in 3 U.S.C. §§ 6-11 (copy <u>here</u>).

● Under federal law, the Trump-Pence electors must all meet, together, on December 14, "at such place in each State as the legislature of such State shall direct." 3 U.S.C. § 7.

● In most States there is no requirement that they meet <u>in public</u>. It might be preferable for them to meet in private, if possible, to thwart the ability of protesters to disrupt the event. Witness, via <u>this video</u>, what happened when the Trump-Pence electors met in public in Wisconsin in 2016, even though the Trump-Pence victory had not been contested. Even if held in private, perhaps print and even TV journalists would be invited to attend to cover the event.

**Statutory Requirements for December 14 Electoral Votes**　　　　2

● Preferably all electors who were on the ballot in the particular State would be in attendance. But if some are unwilling (due to intimidation) or unable to make it, at least four of the States permit the electors who do attend to fill the empty slots with alternates. However, it is vital that any party stalwarts who are on hand to fill in if necessary be constitutionally eligible to serve – i.e., per Art. II, § 1, cl. 2, not a federal official or federal employee (not even having reserve status in the military).

● The electors would then all vote for Trump for President, and Pence for Vice President, separately. 3 U.S.C. § 8.

● The electors would then prepare and sign six identical sets of papers – "certificates" – listing under separate headings their votes, indicating that each of them has voted for Trump for President, and Pence for Vice President. 3 U.S.C. § 9. (For examples, see here the 2016 certificate signed in Wisconsin by its ten electors; images of the certificates submitted in 2016 are archived here).

● The only thing ordinarily contemplated by § 9 that the Trump-Pence electors would not be able to do is include with their certificates the certificate of ascertainment that the governor is directed to give the winning electors pursuant to 3 U.S.C. § 6. But, as the Hawaii 1960 example shows (see here and here), this is hardly fatal; proof that the Trump-Pence electors are the validly appointed ones can be furnished to Congress before it meets on January 6.

● Next, the electors would place each certificate in a separate envelope, seal up the envelopes, and indicate on the outside of the envelopes that they contain the votes of the State for President and Vice President. 3 U.S.C. § 10.

● Finally, the electors would transmit the six envelopes containing identical originals of their votes as follows:

－1 to the President of the Senate, by registered mail, on the same day ("forthwith").

－2 to the Secretary of State of the State, one to be held in reserve for the President of the Senate, and the other to be preserved as a public record.

－2 to the National Archives, one to be held in reserve for the President of the Senate, and the other to be preserved as a public record, also by registered mail ("[o]n the day thereafter").

－1 to the federal district court where the electors meet.

SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　SCO-00039312

**Statutory Requirements for December 14 Electoral Votes**                    3

## II.    STATE LAW

### A.    Arizona: 11 electors

The most straightforward State is Arizona, whose statutory provision regarding presidential elections lists <u>no</u> additional requirements beyond the federal-law requirements set out above. **Ariz. Rev. Stats. § 16-212** (<u>here</u>).

Assuming it is confirmed that there are no additional requirements (check carefully; perhaps there are regulations, for example, issued by the Secretary of State), the Trump-Pence electors presumably could meet and cast their votes anywhere in Arizona, anytime on December 14.

One concern: if one or more electors are absent from the meeting, **is there a procedure under Arizona law for filling vacancies?** The other five States make provision for that contingency. In the absence of any guidance, the electors present should simply vote to fill any vacancy.

### B.    Georgia: 16 electors

Georgia has two statutory provisions:

**Ga. Code Ann. § 21-2-11** (<u>here</u>) requires that the electors "assemble at the seat of government of this state at 12:00 Noon" on December 14. But what does "seat of government" mean? See <u>here</u>. At minimum, they must meet somewhere in Atlanta – must they meet in the Capitol Building?

**Ga. Code Ann. § 21-2-12** (<u>here</u>) supplies a mechanism for replacing one or more of the 16 electors if someone dies or fails to attend. In that event, the electors in attendance "shall proceed to choose by voice vote a person of the same political party . . . to fill the vacancy . . . ."

However, there's a wrinkle. Unlike in other States, where that choice is automatically effective, in Georgia a choice must be ratified: "immediately after such choice the name of the person so chosen shall be transmitted by the presiding officer of the college to the Governor, who shall immediately cause notice of his or her election in writing to be given to such person."

Could the Governor, in the current situation, <u>refuse</u> to ratify the choice, on the ground that this slate of electors is not the one the voters elected on Nov. 3 (according to the official canvass)? Given this statutory provision, **it seems imperative that every effort be made to secure the participation of all 16 electors, and to avoid making a substitution if at all possible**.

SUBJECT TO PROTECTIVE ORDER                                      SCO-00039313

Statutory Requirements for December 14 Electoral Votes                4

### C.  Michigan: 16 electors

The relevant provisions of Michigan law are **Mich. Comp. Laws §§ 168.41 & 168.47** (here).

Michigan is much more specific about the <u>location</u> in which electors must meet, which could be a bit awkward.

Under § 168.47, the electors "shall convene in the senate chamber at the capitol of the state at 2 p.m., eastern standard time . . . ." However, there is no requirement that they convene <u>on the senate floor</u> where, presumably, the Biden-Harris electors will convene. Presumably they could convene in the senate gallery.

Replacement of any absent elector is much easier than in Georgia: the electors who show up "shall proceed to fill such vacancy by ballot, by a plurality of votes."

However, the qualifications for such replacement are more stringent than the federal requirements: under § 168.41, a Michigan elector must have been a U.S. citizen for at least 10 years, and a resident of Michigan for at least a year prior to Nov. 3.

### D.  Nevada: 6 electors

Nevada is an extremely problematic State, because it requires the meeting of the electors to be overseen by the Secretary of State, who is only supposed to permit electoral votes for the winner of the popular vote in Nevada. **Nev. Rev. Stats. §§ 298.065, 298.075** (see here).

These provisions are designed to thwart the "faithless elector." They make no sense when applied to this situation, in which we are trying to have an alternate slate vote, in hopes that its legitimacy will be validated before January 6. Therefore, perhaps arguably the Nevada electors could simply meet and cast their votes, without the involvement of the Secretary of State. After all if, as in the Hawaii example in 1960, an alternate slate can meet and vote without the Governor's certificate in hand, and the votes can later be deemed valid, then why should it matter that the alternate slate in Arizona, when voting on December 14, did not have the Secretary of State overseeing their voting?

It bears notice that in any scenario in which Trump and Pence might have a possibility of winning Nevada's electoral votes, the failure to have the Secretary of State oversee the vote would hardly seem like a significant hurdle. If there were a vote in Congress to take Nevada away from Biden and Harris, presumably along with it would come a vote to overlook this procedural detail.

SUBJECT TO PROTECTIVE ORDER

**Statutory Requirements for December 14 Electoral Votes**                    5

### E.    Pennsylvania: 20 electors

The statutory provisions in Pennsylvania parallel those in Georgia.

**25 Pa. Stats. § 3192** (here) states that the electors "shall assemble at the seat of government of this Commonwealth, at 12 o'clock noon of" December 14. Again, does "seat of government" mean somewhere in Harrisburg, or does it instead mean the Capitol Building, specifically?

**25 Pa. Stats. § 3194** (here) supplies a mechanism for replacing one or more of the 20 electors if someone dies or fails to attend. In that event, the electors in attendance "shall proceed to choose viva voce a person of the same political party . . . to fill the vacancy . . . ."

However, just as in Georgia, there is a wrinkle: the choice must be ratified: "immediately after such choice the name of the person so chosen shall be transmitted by the presiding officer of the college to the Governor, who shall forthwith cause notice in writing to be given to such person of his election . . . ." Given this statutory provision, **it seems imperative that every effort be made to secure the participation of all 20 electors, and to avoid making a substitution if at all possible**.

### F.    Wisconsin: 10 electors

Under Wisconsin law, the electors "shall meet at the state capitol," which presumably means the Capitol Building ("state capitol" being a term more specific than "seat of government"), "at 12:00 noon." Wis. Stat. § 7.75(1) (here).

Any absent elector may readily be replaced. Id. ("if there is a vacancy in the office of an elector due to death, refusal to act, failure to attend or other cause, the electors present shall immediately proceed to fill by ballot, by a plurality of votes, the electoral college vacancy.").

* * *

In conclusion, it appears that voting by an alternate slate of electors is unproblematic in Arizona and Wisconsin; slightly problematic in Michigan (requiring access to the senate chamber); somewhat dicey in Georgia and Pennsylvania in the event that one or more electors don't attend (require gubernatorial ratification of alternates); and very problematic in Nevada (given the role accorded to the Secretary of State).

███

SUBJECT TO PROTECTIVE ORDER                    SCO-00039315

SEALED



## STATE OF NEW MEXICO
## OFFICE OF THE GOVERNOR

### CERTIFICATE OF ASCERTAINMENT

I, **Michelle Lujan Grisham,** Governor of the State of New Mexico, hereby certify that the following are the official total votes received by the presidential electors whose names of party nominees for President and Vice-President of the United States, respectively, appeared on the General Election ballot of November 3, 2020, which names and votes were certified by the **New Mexico State Canvassing Board** on November 24, 2020:

| ELECTORS | PARTY | CANDIDATES | VOTES |
|---|---|---|---|
| Vincent Alvarado<br>Brianna Gallegos<br>Stephanie Thomas<br>Aleta Suazo<br>Ben Salazar | Democratic | Joseph R. Biden<br>Kamala D. Harris | 501,614 |
| Rosalind Tripp<br>Debbie Maestas<br>Lupe Garcia<br>Harvey Yates<br>Jewll Powdrell | Republican | Donald J. Trump<br>Mike Pence | 401,894 |
| Thomas Mahon<br>Laura Burrows<br>Elizabeth Hanes<br>Helen Milenski<br>Mayna Myers | Libertarian | Jo Jorgensen<br>Jeremy "Spike" Cohen | 12,585 |
| Chanel Espinosa<br>Stephen Verchinski<br>Rick Brown<br>Ryan Buckman<br>Em Ward | Green | Howie Hawkins<br>Angela Nicole Walker | 4,426 |
| Israela Garcia<br>Gail Nelson<br>Christopher Pena<br>John Fakes<br>Cynthia Louis Jones | Constitution | Sheila "Samm" Tittle<br>David Carl Sandige | 1,806 |
| Rebecca Hampton<br>Kathryn Barr<br>Ben T. Imbus<br>Ramona R. Malczynski<br>Jose M. Enriquez | Party for Socialism and Liberation | Gloria La Riva<br>Sunil Freeman | 1,640 |

GIVEN UNDER MY HAND and the Great Seal of the State of New Mexico in the City of Santa Fe, at the State Capitol, on the 24th day of November, 2020.

MICHELLE LUJAN GRISHAM, GOVERNOR

ATTEST:

MAGGIE TOULOUSE OLIVER, SECRETARY OF STATE

SUBJECT TO PROTECTIVE ORDER

SCO-02341355

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

S

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

S

# SEALED

SEALED

# SEALED

S

SEALED

# SEALED

S

SEALED

# SEALED

SEALED

SEALED

S

# SEALED

SU

# SEALED

Sl

SEALED

SEALED

s

# M E M O R A N D U M

TO:
FROM:
DATE:       November 18, 2020 [12/10 streamlined revision]
RE:         **The Real Deadline for Settling a State's Electoral Votes**

      Here is a summary of my view that the presidential election timetable affords ample time for post-election judicial proceedings.

## Summary

      There is a very strong argument, supported by historical precedent (in particular, the 1960 Kennedy-Nixon contest), that the real deadline for a finding by the Wisconsin courts (or, possibly, by its Legislature) in favor of the President and Vice President is not **December 8** (the "safe harbor" deadline under the Electoral Count Act), nor even **December 14** (the date on which electors must vote in their respective States), but **January 6** (the date the Senate and House meet for the counting of electoral votes).

      Assuming the electors pledged to Trump and Pence end up meeting in a State on December 14 to cast their votes, and then send their votes to the President of the Senate in time to be opened on January 6, a court decision (or, perhaps, a state legislative determination) rendered <u>after</u> December 14 in favor of the Trump-Pence slate of electors should be considered timely. On this view, the only real deadline during the next month is the December 14 deadline to cast electoral votes – so that any state judicial proceedings which extend past that date,  working toward resolution of who has won a State's electoral votes, are entirely compatible with federal law provided that they are completed by January 6.

## 1.  The January 6 Hard Deadline

      The date which has "ultimate significance" under federal law, as Justice Ginsburg aptly noted, is "the sixth day of January," the date set by 3 U.S.C. § 15 on which the Senate and House determine "the validity of electoral votes." <u>Bush v. Gore</u>, 531 U.S. 98, 144 (2000) (Ginsburg, J., dissenting) (copy <u>here</u>). That is the <u>first</u> date on which any electoral votes are actually counted. On that date, the Twelfth Amendment directs, "[t]he President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted."

## 2.    What Must Happen on December 14

The other date of particular federal significance is the date that the electors in each State pledged, respectively, to Trump-Pence and Biden-Harris, must meet in the State to actually cast their electoral votes, if those votes are later to be eligible to be counted in Congress on January 6. Art. II, § 1, cl. 4, gives Congress the power to specify the date "on which [the electors] shall give their Votes, which Day shall be the same throughout the United States." Exercising that power, Congress has mandated that the electors "shall meet and give their votes on the first Monday after the second Wednesday in December" – this year, December 14 – "at such place in each State as the legislature of such State shall direct." 3 U.S.C. § 7.

Prudence dictates that the electors in each State who are pledged to Trump and Pence meet and cast their votes on December 14 (unless by then the race has been conceded). It is highly uncertain, given the language in Art. II requiring that all electors throughout the United States vote on the same day, whether Congress could validly count electoral votes cast on a later date.[1]

It may seem odd that the electors pledged to Trump and Pence might meet and cast their votes on December 14 even if, at that juncture, the Trump-Pence ticket is behind in the vote count, and no certificate of election has been issued in favor of Trump and Pence. However, a fair reading of the federal statutes suggests that this is a reasonable course of action.

The basic responsibility of the electors is to "make and sign six certificates of the votes given by them" for President and Vice President, 3 U.S.C. § 9; "seal up the certificates so made by them," id., § 10; and forward them by registered mail to the President of the Senate and to other officials. Id., § 11. These actions are carried out without any involvement by state officials.

---

[1] In 1857, Congress spent two days debating whether it would count electoral votes from Wisconsin which were cast one day late due to a blizzard in Madison. The result of the presidential election did not turn on the question, and it was left unresolved. Cong. Globe, 34th Cong., 3rd Sess., 644-60, 662-68 (1857).

CONFIDENTIAL                                                                CHESEBRO_0004420
SUBJECT TO PROTECTIVE ORDER                                      SCO-03660735

The Real Deadline for Settling a State's Electoral Votes                    3

It also seems clear that <u>if</u>, before the electors cast their votes, the candidates for whom they are voting have been issued certificates of election, it is the duty of the governor to deliver the certificates to the electors "on or before the day" they are required to meet, <u>id</u>. at § 6, and the electors are then to attach the certificates to the electoral votes they transmit to the President of the Senate. <u>Id</u>., § 9.

But nothing in federal law requires States to resolve controversies over electoral votes prior to the meeting of the electors. Indeed, there is no set deadline for a State to transmit to Congress a certification of <u>which</u> slate of electors has been determined to be the valid one. The duty of a state governor is merely to transmit the certification "as soon as practicable after the conclusion of the appointment of the electors in such State by the final ascertainment, under and in pursuance of the laws of such State providing for such ascertainment . . . ." <u>Id</u>., § 6.

3.     **Hawaii's Electoral Votes in the 1960 Kennedy-Nixon Contest**

The reasonableness of the above statutory analysis, and the prudence of the Trump-Pence electors meeting in Madison on December 14 to cast their votes and transmit them to Congress, regardless of the status of the electoral contest in Wisconsin at that juncture, is illustrated by how the Democratic Party handled the uncertainty over Hawaii's electoral votes in the 1960 presidential election between John F. Kennedy and Richard M. Nixon.[2]

Remarkably, Hawaii's electoral votes were counted in favor of Kennedy and Johnson when the votes were opened in Congress on January 6 even though:

(1) they did not arrive in Congress until <u>that very morning</u>;

(2) on the date the Electoral College met, December 19, 1960, Nixon's electors had in hand a certificate from the Hawaii governor certifying that Nixon had won the state (by 141 votes);

(3) the Kennedy electors nonetheless also met and voted on that day, to preserve the possibility that their votes would eventually be certified as the valid ones;

(4) on the same day, a Hawaii court ordered a recount of the entire state;

_____

[2] The following summary is adapted from Michael L. Rosin & Jason Harrow, "How to Decide a Very Close Election for Presidential Electors: Part 2," <u>Take Care Blog</u>, Oct. 23, 2020 (https://takecareblog.com/blog/how-to-decide-a-very-close-election-for-presidential-electors-part-2) (visited Nov. 17, 2020) (hyperlink <u>here</u>).

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER
CHESEBRO_0004421
SCO-03660736

The Real Deadline for Settling a State's Electoral Votes                 4

(5) only on December 28 did the Hawaii courts issue a final decision finding that Kennedy had, in fact, won the state (by 105 votes); and

(6) because the Kennedy electors had taken care to vote on the proper day, and the governor signed an amended certificate of election which was then rushed to Washington, in time to be counted in Congress, the electoral votes were awarded to Kennedy (although, it should be noted, the votes were counted only after Vice President Nixon, in his capacity as President of the Senate, suggested without objection that the votes be counted in favor of Kennedy "[i]n order not to delay the further count of the electoral vote," and "without the intent of establishing a precedent").

The last-minute counting of the Hawaii electoral votes in favor of Kennedy in 1960 buttresses the conclusion of constitutional law scholar Laurence Tribe that, absent some indication by a State to the contrary, the only <u>real</u> deadline for a state to complete its recount of a presidential election is "before Congress starts to count the votes on January 6."[3]

4.      **Nothing in Wisconsin Law Is Inconsistent With the Trump-Pence Electors Casting Their Votes on December 14, as the Kennedy-Johnson Electors Did in 1960**

The Biden camp might well seek to create a sense of urgency, and try to artificially truncate the post-election process of recounting and adjudication, by claiming that Wisconsin has an important interest in having all controversies regarding the election resolved by December 8, in order to gain the benefit of the "safe harbor" provision of the Electoral Count Act, which purportedly mandates that a final result reached in a State by the safe-harbor date "shall be conclusive" when votes are counted in Congress. 3 U.S.C. § 5.[4] The U.S. Supreme Court's view that

---

[3] Laurence H. Tribe, "Comment: <u>eroG .v hsuB</u> and Its Disguises: Freeing <u>Bush v. Gore</u> From Its Hall of Mirrors," 115 Harv. L. Rev. 170, 265-66 (2001) (copy <u>here</u>).

[4] One must use the caveat "purportedly," because there are substantial reasons to doubt that the Electoral Count Act, enacted by the <u>50th Congress</u> in 1877, can have any binding effect on the <u>117th Congress</u> which will convene on January 3, regarding its authority and obligation to count electoral votes as it sees fit. In particular, there is a very strong argument that the Senate which convenes in January has the inherent power to set whatever rules it wishes for deciding challenges to the electoral votes cast in this election. To view the Electoral Count Act as tying the Senate's hands, unless amended, would mean that the Senate would need the permission of both the House and the President (absent a veto-proof

CONFIDENTIAL                                                                          CHESEBRO_0004422
SUBJECT TO PROTECTIVE ORDER                                                            SCO-03660737

Florida had a strong interest in qualifying under this safe-harbor provision was a key factor in its decision to halt the ongoing Florida recount in the 2000 presidential election. <u>Bush v. Gore</u>, 531 U.S. 98, 110-11 (2000) (per curiam).

However, nowhere has the Wisconsin Legislature placed any priority on ensuring that post-election procedures in presidential contests are completed by the safe-harbor date. Far from mandating that certificates of election must be issued by this date, the Legislature has, with regard to <u>all</u> elections, affirmatively <u>banned</u> certificates of election from being issued unless and until all timely brought recounts, and subsequent judicial proceedings, have been exhausted:

> When a valid petition for recount is filed . . . the governor or commission may not issue a certificate of election until the recount has been completed and the time allowed for filing an appeal has passed, or if appeal until the appeal is decided.

Wis. Stat. § 7.70(5)(a).[5]

---

voting margin) to change the rules governing its deliberations, a result which cannot be squared with Art. I, § 5, providing that "[e]ach House may determine the Rules of its Proceedings . . . ." As Professor Tribe has noted, "[t]here is no constitutionally prescribed method by which one Congress may require a future Congress to interpret or discharge a constitutional responsibility in any particular way." Tribe, <u>supra</u> note 3, at 267 n.388 (citing Laurence H. Tribe, 1 <u>American Constitutional Law</u>, § 2-3, at 125-26 n.1 (3d ed. 2000)). <u>See also</u> Chris Land & David Schultz, <u>On the Unenforceability of the Electoral Count Act</u>, 13 Rutgers J. of Law & Pub. Pol'y 340, 368-77, 385-87 (2016); Vasan Kesavan, <u>Is the Electoral Count Act Unconstitutional?</u>, 80 N. Car. L. Rev. 1654, 1729-59, 1779-93 (2002).

[5] To be sure, in accord with ordinary practice, under which the winner of the electoral votes in Wisconsin will typically be known well in advance of the date when electors cast their votes, the Legislature has provided that in presidential elections, the govenor "shall prepare a certificate showing the determination of the results of the canvass and the names of the persons elected," and send six duplicate originals to one of the electors on or before the date electoral votes are cast. Wis. Stat. § 7.70(b). Obviously this ministerial duty exists only when a certificate of election has already issued under § 7.70(a), after all post-election recounts and related legal proceedings have reached finality. There is nothing in § 7.70(b) that purports to affect the timetable for resolving post-election proceedings.

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CHESEBRO_0004423
SCO-03660738

The Real Deadline for Settling a State's Electoral Votes                    6

## Conclusion

The position taken by the Trump-Pence campaign regarding the outside deadline for resolving post-election challenges could conceivably end up proving critical to the result of this election. If so, it would not be the first time: the failure of the Gore team in 2000 to focus on the real deadline early enough was a clear mistake. Thus, the issue of the real deadline should be examined carefully in the near future, so that the campaign presents a clear and united front concerning it.

Reflecting on the failure of the Gore challenge to Bush's victory in Florida, Ron Klain observed in a 2002 essay that "time was our enemy" – to an extent that "cannot be underestimated."[6] Klain's early mistake was to overlook the possibility that January 6 might be the real deadline for resolving the matter of who had won Florida's electoral votes. As Klain recounted, when he went on CNN shortly after the election (on November 10), he "rather offhandedly noted that there was plenty of time for a full and fair counting of the people's votes, given that the electoral votes were not scheduled to be counted until December 18 . . . ."[7]

The timetable for Gore to win the recount was further truncated by Gore attorney David Boies who, "during the first argument to the Florida Supreme Court," on November 20, "had said that the election would be over on December 12, because of an obscure provision of federal law."[8] Journalist and lawyer David Kaplan vividly describes Boies's fateful decision in answering the justices' question regarding the outside deadline for resolving the controversy over the recount:[9]

> The deadline [Boies] repeatedly cited was December 12, six days before the Electoral College met and twenty-two days hence – a veritable eternity in the day-to-day, minute-to-minute struggle. This was the date mandated by the Electoral Count Act by which states had to get their acts together, in order to prevent Congress from possibly rejecting a slate of presidential electors. December 12 was a so-called safe harbor, but it was <u>not</u> a requirement ordained by either the U.S.

---

[6] Ronald A. Klain & Jeremy B. Bash, "The Labor of Sisyphus: The Gore Recount Perspective," in <u>Overtime!: The Election 2000 Thriller</u> (2002) (Larry B. Sabato, ed.), at 161.

[7] <u>Id</u>.

[8] Jeffrey Toobin, <u>Too Close to Call: The Third-Six-Day Battle to Decide the 2000 Election</u> 195 (2001).

[9] David A. Kaplan, <u>The Accidental President: How 413 Lawyers, 9 Supreme Court Justices, and 5,963,110 (Give or Take a Few) Floridians Landed George W. Bush in the White House</u> 142-43 (2001).

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

CHESEBRO_0004424
SCO-03660739

The Real Deadline for Settling a State's Electoral Votes                7

Constitution, the Florida constitution, or even Congress itself. It was only in the nature of a benefit offered, with no penalty other than the absence of the benefit – sort of a no-risk offer. Any electoral slate determined thereafter simply would not be immune from congressional examination in a close election. That might seem like a big deal in theory, but did anyone really believe that in practice the electoral votes of one of the most populous states in the Union might go uncounted altogether? The distinction between a safe harbor as a freebie or absolute requirement was vital, but Boies didn't make it. Boies figured: Why should he? If his client got the time to count, Gore would overtake Bush and hand <u>him</u> the witch's hourglass

Wells pressed Boies on whether he agreed that December 12 represented the outer bounds.

"I do, Your Honor." He said this despite there being no state law or executive pronouncement to that effect.

Boies's concession of the date as a constitutional line over which no recount could cross would come back to haunt him in two weeks at the U.S. Supreme Court. It walled him in from ever offering such dates as December 18 (when the Electoral College convened), January 6 (when Congress met in joint session to count the electoral votes), or even January 20 (Inauguration Day). Indeed, January 20 was the only date mandated by the federal Constitution (in the Twentieth Amendment) – the other dates were mere statutory creations, which could be changed.

But to the extent the justices were going to come up with a new timetable, thinking about December 12 was critical. Any certification of the election – whether it included all, some, or none of the results from manual recounts – had to happen in time for the contest phase of Florida law to play out. A contest lawsuit needed time for trial and appeals. That had to be completed by December 12, according to Boies's answer.

If Boies had instead taken the position that January 6 was the real deadline for resolving the contest over Florida's electoral vote, citing the Hawaii 1960 example, Gore might ultimately have prevailed. So the issue of what is the real deadline is an issue that warrants close examination.

CONFIDENTIAL                                                              CHESEBRO_0004425
SUBJECT TO PROTECTIVE ORDER                                               SCO-03660740

David J. Shafer

Chairman, Georgia Republican Party

Chairman, Electoral College of Georgia

### MEMORANDUM

TO:  President of the Senate                (By Registered Mail)
     United States Senate
     Washington, D.C. 20510

     Archivist of the United States          (By Registered Mail)
     700 Pennsylvania Avenue, NW
     Washington, DC 20408

     Secretary of State                      (By Certified Mail)
     State of Georgia
     214 State Capitol
     Atlanta, GA 30334

     Chief Judge, U.S. District Court        (By Certified Mail)
     Northern District of Georgia
     2188 Richard D. Russell Federal
     Office Building and U.S. Courthouse
     75 Ted Turner Drive, SW
     Atlanta, GA 30303

FROM:  David J. Shafer, Chairperson, Electoral College of Georgia

DATE:  December 14, 2020

RE:  Georgia's Electoral Votes for President and Vice President

Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Georgia's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

David J. Shafer

SUBJECT TO PROTECTIVE ORDER                                SCO-02341386

STATE OF GEORGIA

COUNTY OF FULTON

## CERTIFICATE OF THE VOTES OF THE

## 2020 ELECTORS FROM GEORGIA

\*\*\*\*\*\*\*\*\*\*

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Georgia, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Atlanta, County of Fulton, Georgia, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That David J. Shafer presided and Shawn Still served as Secretary for the meeting.

(C) That the undersigned 2020 Electors from the State of Georgia cast each of their respective ballots for President of the United States of America, as follows:

### FOR DONALD J. TRUMP – 16 VOTES

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SUBJECT TO PROTECTIVE ORDER

SCO-02341387

SHAWN STILL

C.B. YADAV

(D) That the undersigned 2020 Electors from the State of Georgia cast each of their respective ballots for Vice President of the United States of America, as follows

**FOR MICHAEL R. PENCE – 16 VOTES**

JOSEPH BRANNAN

JAMES "KEN" CARROLL

VIKKI TOWNSEND CONSIGLIO

CAROLYN HALL FISHER

HON BURT JONES

GLORIA KAY GODWIN

DAVID G. HANNA

MARK W. HENNESSY

MARK AMICK

JOHN DOWNEY

CATHLEEN ALSTON LATHAM

DARYL MOODY

BRAD CARVER

DAVID SHAFER

SHAWN STILL

C.B. YADAV

Witness the hands and seals of the undersigned as the duly elected and qualified Electors of the President and Vice President of the United States of America from the State of Georgia, this 14th day of December, 2020.

_____ (SEAL)    _____ (SEAL)
JOSEPH BRANNAN                MARK AMICK

SUBJECT TO PROTECTIVE ORDER

SCO-02341388

_____ (SEAL)
JAMES "KEN" CARROLL

_____ (SEAL)
VIKKI TOWNSEND CONSIGLIO

_____ (SEAL)
CAROLYN HALL FISHER

_____ (SEAL)
JOHN DOWNEY

_____ (SEAL)
GLORIA KAY GODWIN

_____ (SEAL)
DAVID G. HANNA

_____ (SEAL)
MARK W. HENNESSY

_____ (SEAL)
BRAD CARVER

_____ (SEAL)
CATHLEEN ALSTON LATHAM

_____ (SEAL)
DARYL MOODY

_____ (SEAL)
BURT JONES

_____ (SEAL)
DAVID SHAFER

_____ (SEAL)
SHAWN STILL

_____ (SEAL)
C.B. YADAV

SUBJECT TO PROTECTIVE ORDER

SCO-02341389

December 14, 2020

**VIA HAND DELIVERY**

The Honorable Brian P. Kemp
Governor, State of Georgia
206 Washington Street
111 State Capitol
Atlanta, GA 30334

     **RE: Notice of Filling of Electoral College Vacancy**

Dear Governor Kemp,

     In accordance with O.C.G.A. § 21-2-12, I hereby give you notice of the
following:

1. On December 14, 2020, 12 of the 16 electors pledged to Donald J. Trump
   for President and Michael R. Pence for Vice President assembled in
   accordance with O.C.G.A. § 21-2-11;

2. 4 electors, John A Isakson, Patrick Garland, Cj Pearson, Susan Holmes
   did not appear at the time appointed by law;

3. The Electors present proceeded to fill those vacancies;

4. The Electors elected by unanimous voice vote, Brad Carver, Mark Amick,
   John Downey, Burt Jones persons of the same political party as the
   absent Electors;

5. As the presiding officer of the Georgia Electoral College, I am immediately
   transmitting their names to you, and ask that you notify them in writing
   of their election as a Presidential Elector to fill the vacant Elector
   positions, and of their duty to perform, along with the other Electors, the
   duties required of them by the Constitution and laws of the United States.

This 14th day of December, 2020.

Attest:

David J. Shafer
Chairman, 2020 Georgia
Electoral College Meeting

Shawn Still
Secretary, 2020 Georgia
Electoral College Meeting

SUBJECT TO PROTECTIVE ORDER

SCO-02341390

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## John A. Isakson

Thereupon, by nomination duly made and seconded,

## John Downey

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341391

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Susan Holmes

Thereupon, by nomination duly made and seconded,

## Brad Carver

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341392

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Patrick Gartland

Thereupon, by nomination duly made and seconded,

## Mark Amick

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

David J. Shafer, Chairperson

Shawn Still, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341393

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM GEORGIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## CJ Pearson

Thereupon, by nomination duly made and seconded,

## Hon. Burt Jones

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Georgia to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN **WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Georgia hereunto Subscribe their names this 14th day of December, 2020.

_David J. Shafer, Chairperson_

_Shawn Still, Secretary_

SUBJECT TO PROTECTIVE ORDER

SCO-02341394

December 14, 2020

I, Brian P. Kemp, Governor of the State of Georgia, in accordance with O.C.G.A. § 21-2-12, hereby give notice of the following to _____, _____, and _____ [names of the substituted electors]:

1. On December 14, 2020, ____ of the 16 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with O.C.G.A. § 21-2-11;

2. ___ electors, _____ [name], _____ [name], and ____ name . . . [etc.], did not appear at the time appointed by law;

3. The Electors present then proceeded to fill the vacancies;

4. The Electors elected by unanimous voice vote, _____, _____, and ____, persons of the same political party as the absent Electors;

5. Immediately following that vote of the Electors, David Shafer, the presiding officer of the Electors, transmitted the names of the substitute Electors to me;

6. By this Certificate, I am hereby notifying _____, _____, and _____ of their election to fill the vacant Elector positions.

Witness my hand and seal of
of my office this 14th day of
December, 2020.

_____

Brian P. Kemp, Governor

SUBJECT TO PROTECTIVE ORDER
SCO-02341395

SUBJECT TO PROTECTIVE ORDER

SCO-02341396

ELECTORAL VOTES OF THE
STATE OF GEORGIA
FOR PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES



SCO-02341397

SUBJECT TO PROTECTIVE ORDER

(By Registered Mail)

Georgia Republican Party
70 East Paces Ferry Road
Atlanta, GA, 30305

Archivist of the United States
700 Pennsylvania Avenue, NW
Washington, DC 20408

RE 954 021 578 US

$17.90

# M E M O R A N D U M

TO:      President of the Senate        (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States    (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State            (By Certified Mail)
State of Michigan
430 Allegan Street
Richard H. Austin Bldg., 4th Floor
Lansing, MI 48918

Chief Judge, U.S. District Court   (By Certified Mail)
Western District of Michigan
113 Federal Building
315 West Allegan Street
Lansing, MI 48933

FROM:  Kathy Berden, Chairperson, Electoral College of Michigan

DATE:  December 14, 2020

RE:    Michigan's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Michigan's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

SUBJECT TO PROTECTIVE ORDER

SCO-02341398

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM MICHIGAN

### **********

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Michigan, do hereby certify the following:

(A) That we convened and organized in the State Capitol, in the City of Lansing, Michigan, and at 2:00 p.m. Eastern Standard Time on the 14th day of December, 2020, performed the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

#### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| DONALD J. TRUMP of the State of Florida | 16 |

#### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| MICHAEL R. PENCE of the State of Indiana | 16 |

SUBJECT TO PROTECTIVE ORDER
SCO-02341399

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of Lansing, in the State of Michigan, on this 14th day of December, 2020, subscribed our respective names.

Kathy Berden, Chairperson

Rose Rook

Mayra Rodriguez, Secretary

Hank Choate

Meshawn Maddock

Mari-Ann Henry

John Haggard

Clifford Frost

Kent Vanderwood

Stanley Grot

Marian Sheridan

Timothy King

James Renner

Michele Lundgren

Amy Facchinello

Ken Thompson

SUBJECT TO PROTECTIVE ORDER

SCO-02341400

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## TERRI LYNN LAND

Thereupon, by nomination duly made and seconded,

## KEN THOMPSON

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341401

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## GERALD WALL

Thereupon, by nomination duly made and seconded,

## JAMES RENNER

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

_Kathy Berden_

Kathy Berden, Chairperson

_Mayra A Rodriguez_

Mayra Rodriguez, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341402

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM MICHIGAN

### **********

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Michigan, do hereby certify the following:

(A) That we convened and organized in the State Capitol, in the City of Lansing, Michigan, and at 2:00 p.m. Eastern Standard Time on the 14th day of December, 2020, performed the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| DONALD J. TRUMP of the State of Florida | 16 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
| --- | --- |
| MICHAEL R. PENCE of the State of Indiana | 16 |

SUBJECT TO PROTECTIVE ORDER

SCO-02341403

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of Lansing, in the State of Michigan, on this 14th day of December, 2020, subscribed our respective names.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

Meshawn Maddock

John Haggard

Kent Vanderwood

Marian Sheridan

James Renner

Amy Facchinello

Rose Rook

Hank Choate

Mari-Ann Henry

Clifford Frost

Stanley Grot

Timothy King

Michele Lundgren

Ken Thompson

SUBJECT TO PROTECTIVE ORDER

SCO-02341404

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

### **********

Upon the call of the roll, a vacancy became known due to the absence of Elector

## TERRI LYNN LAND

Thereupon, by nomination duly made and seconded,

## KEN THOMPSON

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341405

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM MICHIGAN

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## GERALD WALL

Thereupon, by nomination duly made and seconded,

## JAMES RENNER

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Michigan to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of Michigan hereunto Subscribe their names this 14th day of December, 2020.

Kathy Berden, Chairperson

Mayra Rodriguez, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341406



PRIORITY MAIL
POSTAGE REQUIRED

U.S. POSTAGE PAID
EAST LANSING, MI
$20.60

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

FROM: Kathy Berden
Chair of the Michigan
Republican Electoral College

TO: Archivist of the United States
700 Pennsylvania Ave, NW
Washington, PC 20408

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

REGISTERED MAIL™

RE 041 878 637 US

MAILING ENVELOPE
DOMESTIC AND INTERNATIONAL USE

TRACKED ■ INSURED

EP14 May 2020
OD: 11 5/8 x 15 1/8

SUBJECT TO PROTECTIVE ORDER

GA 1378

SCO-02341408

SUBJECT TO PROTECTIVE ORDER



ELECTORAL VOTES OF THE
STATE OF MICHIGAN
FOR PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, on the understanding that if, as a result of a final non-appealable Court Order or other proceeding prescribed by law, we are ultimately recognized as being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Pennsylvania, hereby certify the following:

(A) That we assembled in the City of Harrisburg, Pennsylvania, the seat of government of this Commonwealth, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 20 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 20 |

SUBJECT TO PROTECTIVE ORDER
SCO-02341435

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in the City of Harrisburg, in the Commonwealth of Pennsylvania, on this 14th day of December, 2020, subscribed our respective names.

Bill Bachenberg, Chair

Lou Barletta

Tom Carroll

Ted Christian

Chuck Coccodrilli

Bernadette Comfort

Sam DeMarco III

Marcela Diaz-Myers

Christie DiEsposti

Josephine Ferro

Charlie Gerow

Kevin Harley

Leah Hoopes

Ash Khare

Andre McCoy

Lisa Patton, Secretary

Pat Poprik

Andy Reilly

Suk Smith

Calvin Tucker

December 14, 2020

**VIA FAX DELIVERY**

The Honorable Tom Wolf
Governor, Commonwealth of Pennsylvania
508 Main Capitol Building
Harrisburg, PA 17120
FAX: 717-772-8284

**RE: Notice of Filling of Electoral College Vacancies**

Dear Governor Wolf,

In accordance with 25 Pa. Stats. § 3193, I hereby give you notice of the following:

1. On December 14, 2020, 13 of the 20 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with 25 Pa. Stats. § 3192;

2. 7 electors, Robert Asher, Robert Gleason, Thomas Marino, Lance Stange, Lawrence Tabas, Christine Torretti, and Carolyn Welsh did not appear at the time appointed by law;

3. The Electors present proceeded to fill those vacancies, as authorized by 25 Pa. Stats. § 3193;

4. The Electors elected by unanimous voice vote, Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith.

5. As the presiding officer of the Pennsylvania Electoral College, I am immediately transmitting their names to you, and ask that you notify them in writing of their election as a Presidential Elector to fill the vacant Elector positions, and of their duty to perform, along with the other Electors, the duties required of them by the Constitution and laws of the United States.

This 14th day of December, 2020.

Bill Bachenberg
Chairperson, 2020 Pennsylvania
Electoral College Meeting

Attest:

Lisa Patton
Secretary, 2020 Pennsylvania
Electoral College Meeting

SUBJECT TO PROTECTIVE ORDER

SCO-02341437

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Robert Asher**

Thereupon, by nomination duly made and seconded,

**Tom Carroll**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

_Bill Ber_

Bill Bachenberg, Chairperson

_Lisa Patton_

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341438

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Lawrence Tabas**

Thereupon, by nomination duly made and seconded,

**Leah Hoopes**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341439

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Thomas Marino**

Thereupon, by nomination duly made and seconded,

**Charlie Gerow**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341440

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Lance Stange**

Thereupon, by nomination duly made and seconded,

**Kevin Harley**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341441

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

**Carolyn Welsh**

Thereupon, by nomination duly made and seconded,

**Suk Smith**

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

_Bill Ba_

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341442

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Electors:

### Christine Toretti

Thereupon, by nomination duly made and seconded,

### Andre McCoy

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

_Bill Ben_

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341443

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM PENNSYLVANIA

### **********

Upon the call of the roll, a vacancy became known due to the absence of Electors:

### Robert Gleason

Thereupon, by nomination duly made and seconded,

### Christie DiEsposti

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the Commonwealth of Pennsylvania to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Pennsylvania hereunto Subscribe their names this 14th day of December, 2020.

Bill Bachenberg, Chairperson

Lisa Patton, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341444

[letterhead, Governor of Pennsylvania]

December 14, 2020

I, Tom Wolf, Governor of the Commonwealth of Pennsylvania, in accordance with 25 Pa. Stats. § 3193, hereby give notice of the following to Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith.

1. On December 14, 2020, 13 of the 20 electors pledged to Donald J. Trump for President and Michael R. Pence for Vice President assembled in accordance with 25 Pa. Stats. § 3192;

2. 7 electors, Robert Asher, Robert Gleason, Thomas Marino, Lance Stange, Lawrence Tabas, Christine Torretti, and Carolyn Welsh did not appear at the time appointed by law;

3. The Electors present then proceeded to fill the vacancies;

4. The Electors elected by unanimous voice vote, Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith, persons of the same political party as the absent Electors;

5. Immediately following that vote of the Electors, Bill Bachenberg, the presiding officer of the Electors, transmitted the names of the substitute Electors to me;

6. By this Certificate, I am hereby notifying Tom Carroll, Christie DiEsposti, Charlie Gerow, Kevin Harley, Leah Hoopes, Andre McCoy, and Suk Smith of their election to fill the vacant Elector positions.

Witness my hand and seal of
of my office this 14th day of
December, 2020.

_____

Tom Wolf, Governor

SUBJECT TO PROTECTIVE ORDER

SCO-02341445

SCO-02341446

## MEMORANDUM

(By Registered Mail)

TO:       Archivist of the United States
          700 Pennsylvania Avenue, NW
          Washington, DC 20408

FROM:     Bill Bachenberg, Chairperson, Electoral College of Pennsylvania

DATE:     December 14, 2020

RE:       Pennsylvania's Electoral Votes for President and Vice President

    Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Pennsylvania's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

Bill Bach

SUBJECT TO PROTECTIVE ORDER



ELECTORAL VOTES OF THE
COMMONWEALTH OF PENNSYLVANIA
FOR PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES

SUBJECT TO PROTECTIVE ORDER                    SCO-02341447



SCO-02341448

U.S. POSTAGE PAID
BLUE BELL, PA
19422
DEC 29 '20
AMOUNT
$20.10
R2304N11814016

REGISTERED MAIL™

RF 194 926 796 US

TO:

Archivist of the United States
700 Pennsylvania Avenue NW
Washington, DC 20408

FROM:

Bill Bahnenberg

ReadyPost

Utility Mailer
10 1/2" x 16"

SUBJECT TO PROTECTIVE ORDER

SEALED

# COMMONWEALTH OF PENNSYLVANIA

**PENNSYLVANIA PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for Donald J. Trump
for President of the United States.

Signed _____
[ELECTOR NAME]

_____

SUBJECT TO PROTECTIVE ORDER

SCO-05352351

# COMMONWEALTH OF PENNSYLVANIA

**PENNSYLVANIA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for Michael R. Pence
for Vice President of the United States.

Signed _____

[Elector Name]

_____

SUBJECT TO PROTECTIVE ORDER

SCO-05352352

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM PENNSYLVANIA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the Commonwealth of Pennsylvania, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Harrisburg, Pennsylvania, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | **20** |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | **20** |

SUBJECT TO PROTECTIVE ORDER

SCO-05352353

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in the City of Harrisburg, in the Commonwealth of Pennsylvania, on this 14th day of December, 2020, subscribed our respective names.

_____
Lawrence Tabas, Chairperson

_____
Bernadette Comfort, Secretary

_____
Bob Asher

_____
Christine Toretti

_____
Ted Christian

_____
Thomas Marino

_____
Lou Barletta

_____
Robert Gleason

_____
Andy Reilly

_____
Pat Poprik

_____
Lance Strange

_____
Carolyn "Bunny" Welsh

_____
Bill Bachenberg

_____
Chuck Coccodrilli

_____
Sam DeMarco

_____
Lisa Patton

_____
Marcela Diaz-Myers

_____
Ash Khare

_____
Josephine Ferro

_____
Calvin Tucker

SUBJECT TO PROTECTIVE ORDER

SCO-05352354

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

S

# SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

# M E M O R A N D U M

TO:      President of the Senate            (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States    (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State               (By Certified Mail)
State of Arizona
1700 W. Washington St., Floor 7
Phoenix, AZ  85007

Chief Judge, U.S. District Court   (By Certified Mail)
District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington Street
Phoenix, AZ  85003

FROM:  Nancy Cottle, Chairperson, Electoral College of Arizona

DATE:   December 14, 2020

RE:      Arizona's Electoral Votes for President and Vice President


        Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Arizona's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

SUBJECT TO PROTECTIVE ORDER

SCO-02341381

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM ARIZONA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Arizona, do hereby certify the following:

(A) That we convened and organized in the City of Phoenix, County of Maricopa, State of Arizona, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 11 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 11 |

SUBJECT TO PROTECTIVE ORDER

SCO-02341382

IN WITNESS WHEREOF, we, the undersigned, have hereunto, in the City of Phoenix, in the State of Arizona, on this 14th day of December, 2020, subscribed our respective names.

Nancy Cottle, Chairperson

Loraine B. Pellegrino, Secretary

Tyler Bowyer

Jake Hoffman

Anthony T. Kern

James Lamon

Robert Montgomery

Samuel I. Moorhead

Greg Safsten

Dr. Kelli Ward

Dr. Michael Ward

SUBJECT TO PROTECTIVE ORDER

SCO-02341383

ELECTORAL VOTES OF THE

STATE OF ARIZONA

FOR PRESIDENT AND VICE PRESIDENT

OF THE UNITED STATES



SCO-02341385

SUBJECT TO PROTECTIVE ORDER

GA 1424

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEVADA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Nevada, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Carson City, Nevada, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following is a list of all the votes for President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 6 |

SUBJECT TO PROTECTIVE ORDER                                    SCO-02341415

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Carson City, in the State of Nevada, on this 14th day of December, 2020, subscribed our respective names.

_____
Michael J. McDonald, Chairperson

_____
James DeGraffenreid, Secretary

_____
Durward James Hindle III

_____
Jesse Law

_____
Shawn Meehan

_____
Eileen Rice

SUBJECT TO PROTECTIVE ORDER

SCO-02341416

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _DonALD J. TRUmP_
for President of the United States.

Signed _____
Michael J. McDonald

SUBJECT TO PROTECTIVE ORDER

SCO-02341417

# STATE OF NEVADA

**NEVADA PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for ___Donald J. Trump___
for President of the United States.

Signed _____
James DeGraffenreid

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _Donald J. Trump_
for President of the United States.

Signed _____

Durward James Hindle III

SUBJECT TO PROTECTIVE ORDER

SCO-02341419

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _Donald J. Trump_
for President of the United States.

Signed _____

Jesse Law

SUBJECT TO PROTECTIVE ORDER                                                SCO-02341420

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for _DONALD J. TRUMP_
for President of the United States.

Signed _____

Shawn Meehan

SUBJECT TO PROTECTIVE ORDER

SCO-02341421

# STATE OF NEVADA

### NEVADA PRESIDENTIAL ELECTOR
### OFFICIAL BALLOT FOR PRESIDENT OF
### THE UNITED STATES

I hereby cast my vote for ___DONALD J. TRUMP___
for President of the United States.

Signed ___Eileen A. Rice___

Eileen Rice

SUBJECT TO PROTECTIVE ORDER

SCO-02341422

GA 1432

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEVADA

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Nevada, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Carson City, Nevada, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following is a distinct list of all the votes for Vice President, so cast as aforesaid.

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 6 |

SUBJECT TO PROTECTIVE ORDER

SCO-02341423

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Carson City, in the State of Nevada, on this 14th day of December, 2020, subscribed our respective names.

Michael J. McDonald, Chairperson

James DeGraffenreid, Secretary

Durward James Hindle III

Jesse Law

Shawn Meehan

Eileen Rice

SUBJECT TO PROTECTIVE ORDER

SCO-02341424

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for *MICHAEL R PENCE*
for Vice President of the United States.

Signed _____
Michael J. McDonald

SUBJECT TO PROTECTIVE ORDER

SCO-02341425

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR**
**OFFICIAL BALLOT FOR VICE PRESIDENT OF**
**THE UNITED STATES**

I hereby cast my vote for ___Michael R Pence___
for Vice President of the United States.

Signed _____
James DeGraffenreid

SUBJECT TO PROTECTIVE ORDER

SCO-02341426

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for *Michael R. Pence*
for Vice President of the United States.

Signed _____

Durward James Hindle III

SUBJECT TO PROTECTIVE ORDER

SCO-02341427

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for _Michael R Pence_
for Vice President of the United States.

Signed _____
Jesse Law

SUBJECT TO PROTECTIVE ORDER

SCO-02341428

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for <u>MICHAEL R. PENCE</u>
for Vice President of the United States.



Signed _____
Shawn Meehan

SUBJECT TO PROTECTIVE ORDER

SCO-02341429

# STATE OF NEVADA

**NEVADA VICE PRESIDENTIAL ELECTOR
OFFICIAL BALLOT FOR VICE PRESIDENT OF
THE UNITED STATES**

I hereby cast my vote for MICHAEL R. PENCE
for Vice President of the United States.

Signed _____
Eileen Rice

SUBJECT TO PROTECTIVE ORDER

SCO-02341430

# M E M O R A N D U M

TO:      President of the Senate          (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States    (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State              (By Certified Mail)
State of Nevada
101 North Carson Street, Suite 3
Carson City, NV 89701

Chief Judge, U.S. District Court    (By Certified Mail)
District of Nevada
Lloyd D. George Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

FROM:    Michael J. McDonald, Chairperson, Electoral College of Nevada

DATE:     December 14, 2020

RE:       Nevada's Electoral Votes for President and Vice President

        Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Nevada's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the Nevada Secretary of State and the Archivist of the United States, and one (1) duplicate original for the President of the US Senate and Chief Judge of the US District Court, District of Nevada.

SUBJECT TO PROTECTIVE ORDER

SCO-02341431

SCO-02341432



Votes of the State of Nevada
For President of the United States

Per

3 U.S.C. Sec. 10

SUBJECT TO PROTECTIVE ORDER

SCO-02341433



Votes of the State of Nevada

For Vice-President of the United States

Per

3 U.S.C. Sec. 10

SUBJECT TO PROTECTIVE ORDER



MICHAEL J. McDONALD
NEVADA REPUBLICAN PARTY
840 S. RANCHO DR. 4-500
LAS VEGAS, NV 89106

REGISTERED MAIL

RB 362 762 694 US

$17.60

ARCHIVIST OF THE UNITED STATES
700 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20408

SUBJECT TO PROTECTIVE ORDER

SCO-02341434

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM NEW MEXICO

**\*\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, on the understanding that it might later be determined that we are the duly elected and qualified Electors for President and Vice President of the United States of America from the State of New Mexico, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in Santa Fe, New Mexico at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

### FOR PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 5 |

### FOR VICE PRESIDENT

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 5 |

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in Santa Fe, in the State of New Mexico, on this 14th day of December, 2020, subscribed our respective names.

JEWLL POWDRELL, Chairperson

DEBORAH W. MAESTAS, Secretary

LUPE GARCIA

ROSIE TRIPP

ANISSA FORD-TINNIN

SUBJECT TO PROTECTIVE ORDER

SCO-02341410

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM NEW MEXICO

**\*\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

# HARVEY YATES

Thereupon, by nomination duly made and seconded,

# ANISSA FORD-TINNIN

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of New Mexico to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

IN WITNESS WHEREOF, the undersigned Chairperson and Secretary of the Electoral College of New Mexico hereunto Subscribe their names this 14th day of December, 2020.

JEWLL POWDRELL , Chairperson

DEBORAH W. MAESTAS, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341411

## M E M O R A N D U M

TO:     President of the Senate         (By Registered Mail)
        United States Senate
        Washington, D.C. 20510

✗    Archivist of the United States     (By Registered Mail)
        700 Pennsylvania Avenue, NW
        Washington, DC 20408

        Secretary of State          (By Certified Mail)
        State of New Mexico
        325 Don Gaspar, Suite 300
        Santa Fe, NM  87501

        Chief Judge, U.S. District Court   (By Certified Mail)
        District of New Mexico
        Santiago E. Campos U.S. Courthouse
        106 S. Federal Place
        Santa Fe, NM  87501

FROM:  JEWLL POWDRELL, Chairperson,

        Electoral College of New Mexico

DATE:  December 14, 2020

RE:     New Mexico's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of New Mexico's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

_JEWLL POWDRELL_

Enclosures as noted.

SUBJECT TO PROTECTIVE ORDER

SCO-02341412



ELECTORAL VOTES OF THE
STATE OF NEW MEXICO
FOR PRESIDENT AND VICE PRESIDENT
OF THE UNITED STATES



SCO-02341414

rec.

U.S. POSTAGE PAID
FCM LG ENV
ALBUQUERQUE NM
8710
DEC 14, 20
AMOUNT
**$14.00**
R2304H108847-03

REGISTERED MAIL™

RF 263 126 780 US
RF 263 126 780 US

Nate Kean
Republican Party of
New Mexico
5150 San Francisco Rd. NE #A
Albuquerque, NM 87109

Archivist of the United States
700 Pennsylvania Avenue, NW
Washington, DC 20408

SUBJECT TO PROTECTIVE ORDER



# M E M O R A N D U M

TO:    President of the Senate        (By Registered Mail)
United States Senate
Washington, D.C. 20510

Archivist of the United States    (By Registered Mail)
700 Pennsylvania Avenue, NW
Washington, DC 20408

Secretary of State           (By Certified Mail)
State of Wisconsin
P.O. Box 7848
Madison, WI 53707

Chief Judge, U.S. District Court   (By Certified Mail)
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703

FROM:   Andrew Hitt, Chairperson, Electoral College of Wisconsin

DATE:   December 14, 2020

RE:     Wisconsin's Electoral Votes for President and Vice President

      Pursuant to 3 U.S.C. § 11, enclosed please find duplicate originals of Wisconsin's electoral votes for President and Vice President, as follows: two (2) duplicate originals for the President of the Senate and the Archivist, and one (1) duplicate original for the Secretary of State and Chief Judge.

*[signature]*

# CERTIFICATE OF THE VOTES OF THE
# 2020 ELECTORS FROM WISCONSIN

**\*\*\*\*\*\*\*\*\***

WE, THE UNDERSIGNED, being the duly elected and qualified Electors for President and Vice President of the United States of America from the State of Wisconsin, do hereby certify the following:

(A) That we convened and organized at the State Capitol, in the City of Madison, Wisconsin, at 12:00 noon on the 14th day of December, 2020, to perform the duties enjoined upon us;

(B) That being so assembled and duly organized, we proceeded to vote by ballot, and balloted first for President and then for Vice President, by distinct ballots; and

(C) That the following are two distinct lists, one, of all the votes for President; and the other, of all the votes for Vice President, so cast as aforesaid:

**FOR PRESIDENT**

| Names of the Persons Voted For | Number of Votes |
|---|---|
| DONALD J. TRUMP of the State of Florida | 10 |

**FOR VICE PRESIDENT**

| Names of the Persons Voted For | Number of Votes |
|---|---|
| MICHAEL R. PENCE of the State of Indiana | 10 |

SUBJECT TO PROTECTIVE ORDER

SCO-02341450

IN WITNESS WHEREOF, we, the undersigned, have hereunto, at the Capitol, in the City of Madison, in the State of Wisconsin, on this 14th day of December, 2020, subscribed our respective names.

Andrew Hitt, Chairperson

Kelly Ruh, Secretary

Carol Brunner

Edward Scott Grabins

Bill Feehan

Robert F. Spindell, Jr.

Kathy Kiernen

Darryl Carlson

Pam Travis

Mary Buestrin

SUBJECT TO PROTECTIVE ORDER    SCO-02341451

# CERTIFICATE OF FILLING VACANCY
# OF THE 2020 ELECTORS FROM WISCONSIN

**\*\*\*\*\*\*\*\*\***

Upon the call of the roll, a vacancy became known due to the absence of Elector

## Tom Schreibel

Representing the Fifth Congressional District of Wisconsin

Thereupon, by nomination duly made and seconded,

## Kathy Kiernen

Was elected by the Electors present, as an Elector of President and Vice President of the United States of America for the State of Wisconsin to fill the vacancy in the manner provided by law. This Elector participated in the proceedings as set forth in the record of the Electoral College.

**IN WITNESS WHEREOF**, the undersigned Chairperson and Secretary of the Electoral College of Wisconsin hereunto Subscribe their names this 14th day of December, 2020.

Andrew Hitt, Chairperson

Kelly Ruh, Secretary

SUBJECT TO PROTECTIVE ORDER

SCO-02341452

SCO-02341453



CHAIRPERSON OF THE ELECTORAL
COLLEGE OF WISCONSIN

148 EAST JOHNSON STREET
MADISON, WI 53703

TO:

Archivist of the United States
700 Pennsylvania Avenue, NW
Washington, DC 20408

$20.35

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

REGISTERED MAIL

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

PS00001000014

SUBJECT TO PROTECTIVE ORDER

SCO-02341454

ELECTORAL VOTES OF THE

STATE OF WISCONSIN

FOR PRESIDENT AND VICE PRESIDENT

OF THE UNITED STATES

SCO-02341455

# ELECTORAL VOTES OF THE
## STATE OF WISCONSIN
## FOR PRESIDENT AND VICE PRESIDENT
## OF THE UNITED STATES

SUBJECT TO PROTECTIVE ORDER

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED

SEALED

SEALED

SEALED

# SEALED

# SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

SEALED

# SEALED