IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant.* | Case No. 1:23-cr-00257-TSC |

**PRESIDENT DONALD J. TRUMP'S
MOTION TO CONTINUE FILING DEADLINES**

President Donald J. Trump respectfully requests that the Court continue the deadlines to file his forthcoming: (1) Response and Renewed Motion to Dismiss Based on Presidential Immunity ("Response"), (2) Motion to Compel Immunity-Related Discovery ("Motion to Compel"), and (3) Reply in Support of Motion to File a Motion to Dismiss Based on the Appointments and Appropriations Clauses (the "A-A Reply"), to November 21, 2024. In support, President Trump states as follows:

**BACKGROUND**

On September 26, 2024, the Special Counsel filed a 165-page immunity motion, together with a nearly 2,000-page appendix. Docs. 254, 266. Thereafter, on October 2, 2024, President Trump moved, *inter alia*, for leave to file an oversized brief and to extend the filing deadline for his Response. Doc. 253. The Court granted President Trump's motion in part and denied in part, setting a new deadline of November 7, 2024.

The following week, Hurricane Milton made landfall in Florida, displacing and severely disrupting Florida defense counsel from both undersigned firms.[1] Counsel nonetheless endeavored

---

[1] At the Court's request, defense counsel will provide specific descriptions of the nature and extent of the hardships imposed by the hurricane. To the extent the Court requests such detail, counsel

1

to comply with the Court's deadlines, submitting multiple substantive filings on October 10, 2024 (Doc. 260), October 17, 2024 (Doc. 264), and October 24, 2024 (Doc. 270).

On October 16, 2024, the Court entered a 50-page order, together with a classified supplement, granting in part and denying in part President Trump's prior discovery motions, and setting additional deadlines of October 26, 2024 (for the Special Counsel to comply with additional discovery obligations) and October 30, 2024 (for President Trump to move to compel immunity-related discovery). Doc. 263. This motion follows.

**DISCUSSION**

The Court may extend deadlines that have not yet elapsed for good cause shown. Fed. R. Crim. P. 45(b)(1)(A). Here, President Trump seeks brief continuances of his filing deadlines. Although counsel is working diligently to complete the Response and Motion to Compel on the current schedule, the disruptions caused by Hurricane Milton have frustrated that goal. Specifically, the impacts of the hurricane, which remain ongoing for certain counsel, have substantially slowed progress on the Response. This, in turn, has limited counsel's ability to thoroughly consider the Court's extensive classified and unclassified discovery order and prepare an appropriate Motion to Compel.

The requested extension will resolve these issues, and allow counsel reasonable time to complete work on both filings. Additionally, an extension will enable counsel to more fully consider the Court's discovery order, as well as any additional discovery produced by the Special Counsel, and incorporate such information into the filings, as appropriate. For example, the Special

---

respectfully requests that the Court permit a sealed filing in light of the extraordinary press coverage of this case, *see In Re Press Application for Access to the Government's Motion for Immunity Determinations in Case No. 23-Cr-357, United States of America v. Donald J. Trump*, No. 1:24-mc-00122 (D.D.C.), and the irrelevance of counsel's personal details to the merits.

Counsel made another classified discovery production today. As defense counsel must travel to review these materials and consider whether to incorporate any of them into the Response and Motion to Compel, this presents a significant obstacle to filing on the current schedule.

Needless to say, questions of Presidential immunity, and immunity-related discovery, are complex and require substantial resources to consider and brief, as the Special Counsel's own enormous submission demonstrates. Despite difficulties, defense counsel have made multiple filings this month in good faith, including a lengthy proposed motion to dismiss concerning a complex and evolving area of the law, Doc. 270, all while continuing to draft the Response and Motion to Compel as quickly as able. The requested extensions will ensure counsel have sufficient and reasonable time to finish this important work, while not causing any significant delay to the overall progress of this case.

Finally, as President Trump's A-A Reply is currently due the same day as his immunity Response (November 7, 2024), President Trump respectfully requests that the Court continue that deadline by the same amount, to ensure the dates continue to match. Doing so will also ensure that defense counsel's limited resources are not unnecessarily diverted during the final stages of immunity drafting.

Accordingly, President Trump respectfully requests that the Court continue the filing deadlines for the Response, Motion to Compel, and A-A Reply to November 21, 2024. Accounting for this extension, President Trump further requests that the deadlines for the Special Counsel's combined immunity reply and opposition, and President Trump's combined reply and sur-reply, be re-set to December 5, 2024, and December 19, 2024, respectively.

The Special Counsel indicates that it "does not oppose a brief continuance based on counsel's personal circumstances, but defers to the Court's judgment as to the appropriate length of any extension."

Dated: October 25, 2024                                  Respectfully submitted,

/s/ Todd Blanche / Emil Bove                             /s/ John F. Lauro / Gregory Singer
Todd Blanche, Esq. (PHV)                                 John F. Lauro, Esq.
ToddBlanche@blanchelaw.com                               D.C. Bar No. 392830
Emil Bove, Esq. (PHV)                                    jlauro@laurosinger.com
Emil.Bove@blanchelaw.com                                 Gregory M. Singer, Esq. (PHV)
BLANCHE LAW PLLC                                         gsinger@laurosinger.com
99 Wall St., Suite 4460                                  LAURO & SINGER
New York, NY 10005                                       400 N. Tampa St., 15th Floor
(212) 716-1250                                           Tampa, FL 33602
                                                         (813) 222-8990

                                                         *Counsel for President Donald J. Trump*