UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DONALD J. TRUMP**, <br><br> Defendant. | Criminal Action No. 23-257 (TSC) |

## ORDER

For the reasons set forth in the accompanying Opinion, ECF No. 282, the Government's Motion to Dismiss, ECF No. 281, is hereby GRANTED, and the Superseding Indictment, ECF No. 226, is hereby DISMISSED without prejudice.

Date: November 25, 2024

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge