UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **DONALD J. TRUMP**, <br><br> Defendant. | Criminal Action No. 23-257 (TSC) |

## ORDER

Pursuant to an unopposed motion to dismiss from the Government, on November 25, 2024, the court dismissed the Superseding Indictment, ECF No. 226, without prejudice. *See* Op., ECF No. 282; Ord., ECF No. 283. For the same reasons, and in the interest of clarifying that there are no remaining counts against Defendant and that this case is fully closed, the Government's unopposed Supplement to its Motion to Dismiss, ECF No. 284, is hereby GRANTED, and the original Indictment, ECF No. 1, is likewise DISMISSED without prejudice.

Date: December 6, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge